# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TENNESSEE

| | |
|---|---|
| IN RE: Family Dollar Stores, Inc., )<br>Pest Infestation Litigation ) | MDL NO: 3032 |
| ) | |
| **This Document Relates To:** ) | |
| ) | |
| **ALL CASES** ) | |

## ALL PLAINTIFFS' MOTION FOR STATUS CONFERENCE

All Plaintiffs[1] hereby move this Court, pursuant to Federal Rule of Civil Procedure 16(a), to convene a status conference at the Court's earliest convenience to address a leadership structure, a schedule for Plaintiffs to file a consolidated complaint, Defendants' responses to same, and any further issues which the Court deems appropriate in this case now that the Judicial Panel on Multidistrict Litigation (JPML) has consolidated all related cases into this Multi-District Litigation (MDL). In support of this request, Plaintiffs state the following:

1. Thirteen related cases are on file in various districts. All Plaintiffs' claims against Defendants Family Dollar, Inc., Dollar Tree, Inc., Dollar Tree Stores, Inc., Family Dollar Services, LLC, Family Dollar Stores of Arkansas, and Family Dollar Stores of Tennessee, Inc.

---

[1] All counsel for Plaintiffs in the following cases join in this Motion for Status Conference: *Whitney v. Family Dollar, Inc.*, 22-cv-02138 (W.D. Tenn. filed Mar. 4, 2022), *Smith, et al. v. Family Dollar, Inc., et al.*, 2:22-cv-00043 (E.D. Ark. filed Mar. 14, 2022); *Brown, et al. v. Family Dollar, Inc. et al.*, 2:22-cv-00040 (E.D. Ark. filed Mar. 10, 2022); *Perrone, et al. v. Family Dollar, Inc.*, 22-cv-03056 (E.D. Mo. filed Mar. 8, 2022); *Brown, et al. v. Family Dollar, Inc. et al.*, 22-cv-00105 (S.D. Ala filed Mar. 7, 2022); *Fields, et al. v. Family Dollar, Inc.*, 22-cv-00611 (W.D. La. filed Mar. 12, 2022); *Lacy, et al. v. Family Dollar, Inc.*, 22-cv-00098 (S.D. Miss. filed Feb. 23, 2022); *Mull, et al. v. Family Dollar Stores of Tenn., et al.*, 22-cv-2272 (W.D. Tenn. filed May 2, 2022); *Sharp, et al. v. Family Dollar et al.*, 22-cv-90 (E.D. Ark. filed Mar. 30, 2022.); *Robertson, et al. v. Family Dollar Stores of Ark., et al.*, 22-cv-269 (E.D. Ark. filed Feb. 22, 2022.); *Rogers, et al. v. Family Dollar, et al.*, 22-cv-2159 (W.D. Tenn. filed Mar. 10, 2022); *Robinson, et al. v. Family Dollar Inc.*, 22-cv-2182 (W.D. Tenn. filed Mar. 24, 2022); and *Smith, et al. v. Family Dollar Services Inc. t/a Family Dollar, et al.*, 22-cv-208 (E.D. Va. filed Feb. 25, 2022).

("Defendants") concern, and arise from, among other things, a February 22, 2022 FDA report detailing rodent infestation in Defendants' West Memphis, Arkansas distribution facility and a subsequent recall of products from more than 400 of Defendants' stores located in Tennessee, Arkansas, Alabama, Mississippi, Louisiana, and Missouri.

2. Several Plaintiffs have obtained photographics and videographic evidence from confidential informants, including the video shared by many news outlets in which live rats can be seen crawling over boxes and wrestling with each other, depicting in great detail the severity of the rodent infestation inside Defendants' West Memphis Distribution Center.

3. A confidential informant has also revealed that products returned from certain Family Dollar stores because of contamination issues were subsequently shipped from the West Memphis Distribution Center to other Family Dollar stores.

4. On June 2, 2022, the United States Judicial Panel on Multidistrict Litigation issued a Transfer Order establishing centralization in the Western District of Tennessee, thereby creating this MDL.

5. Plaintiffs submit that all Parties would benefit from a status conference to discuss leadership and a schedule for moving forward, particularly with respect to filing a consolidated amended complaint, responses thereto, and any additional third-party claims, initiating discovery, and any other matters the Court deems appropriate. Plaintiffs request that such a conference occur at the Court's earliest practicable availability.

Dated: June 17, 2022.    Respectfully submitted,

*/s/ J. Gerard Stranch, IV*
J. Gerard Stranch, IV (BPR 23045)
Benjamin A. Gastel (BPR 28699)
Michael G. Stewart (BPR 16920)
Janna Maples (BPR 32612)
BRANSTETTER, STRANCH
& JENNINGS, PLLC

223 Rosa L. Parks Avenue, Suite 200
Nashville, Tennessee 37203
Phone: (615) 254-8801
Fax: (615) 255-5419
gerards@bsjfirm.com
beng@bsjfirm.com
mikes@bsjfirm.com
jannam@bsjfirm.com

*Attorneys for Plaintiff Sonya Mull; W.D. Tenn.; Case No. 2:22-cv-2272* and *Plaintiffs Randall Robertson; Julian A. Graves; E.D. Ark.; Case No. 4:22-cv-269*

Aubrey Harwell, Jr.
Charles F. Barrett
Blind X. Akrawi
Neal & Harwell, PLC
1201 Demonbreun Street, Suite 1000
Nashville, TN 37203
Telephone: (615) 244-1713
cbarrett@nealharwell.com
bakrawi@nealharwell.com
aharwell@nealharwell.com

*Attorney for Plaintiff Jerome Whitney; W.D. Tenn.; Case No. 2:22-cv-02138*

John W. ("Don") Barrett, Esq.
Katherine B. Riley, Esq.
Sterling Aldridge, Esq.
Barrett Law Group, P.A.
404 Court Square
Lexington, Mississippi 39095
Telephone: (662) 834-2488
dbarrett@barrettlawgroup.com
kbriley@barrettlawgroup.com
saldridge@barrettlawgroup.com

Charles J. LaDuca, Esq.
Brendan S. Thompson, Esq.
Cuneo Gilbert & LaDuca, LLP
4725 Wisconsin Ave., NW, Suite 200
Washington, DC 20016
Telephone: (202) 789-3960
charles@cuneolaw.com
brendant@cuneolaw.com

*Attorneys for Plaintiffs Martha Keisha Lacy, Lorraine Bennett-Freeman, Sheena Bibbs, Nakedra Freeman; S.D. Miss.; Case No. 3:22-cv-00098*

Gary M. Klinger, Esq.
Milberg Coleman Bryson Phillips, PLLC
227 W. Monroe Street, Suite 2100
Chicago, IL 60606
847-208-4585
gklinger@milberg.com

*Attorney for Plaintiffs Christine Robinson, Linda White; W.D. Tenn.; Case No. 2:22-cv-2182*

Tom Thrash, Esq.
Thrash Law Firm, P.A.
1101 Garland St.
Little Rock, AR 72201
501-374-1058
tomthrash@thrashlawfirmpa.com

*Attorney for Plaintiff Vinnie L. Smith; E.D. Ark; Case No. 2:22-cv-00043*

Joseph M. Langone, Esq.
David Wise, Esq.
Wise Law Firm PLC
10640 Page Ave, Suite 320
Fairfax, VA 22030
703-934-6377
jlangone@wiselaw.pro
dwise@wiselaw.pro

Gary Mason, Esq.
Mason LLP
5101 Wisconsin Ave NW
Suite 305
Washington, D.C. 20016
gmason@masonllp.com

*Attorneys for Plaintiffs Lakindal Smith and Keith Martin; E.D. Va. Case No. 1:22-cv-0208*

Stephen F. Libby, Esq.
The Law Offices of Stephen F. Libby
5384 Poplar Ave, Suite 410

Memphis, TN 38119
901-343-0777
steve@LNlawmemphis.com

*Attorney for Plaintiff Karen Sharp; E.D. Ark; Case No. 3:22-cv-0090*

Samuel Lee Ivy, Esq.
Ivy Law, PLLC
203 S. Shannon St., Fl. 2
Jackson, TN 38301
731-300-5232
sam@samivylaw.com

*Attorney for Plaintiff Patricia Ann Rogers; W.D. Tenn.; Case No. 2:22-cv-2159*

James D. Robertson, Esq.
Barber Law Firm PLLC
425 West Capitol Ave, Suite 2400
Little Rock, AR 72201
501-372-6175
jrobertson@barberlawfirm.com

*Attorneys for Plaintiffs Kimberly Brown; E.D. of Ark; Case No. 2:22-cv-00040*

Greg Aleshire, Esq.
Aleshire Robb & Rapp, P.C.
2847 S. Ingram Mill Road A-102
Springfield, MO 65804
417-869-3737
galeshire@aleshirerobb.com

*Attorneys for Plaintiff Terri Perrone; W.D. Mo.; Case No. 6:22-cv-03056*

Steve Martino, Esq.
Tiffany Ray, Esq.
Taylor Martino, PC
P.O. Box 894
Mobile, AL 36601
251-433-3131
stevemartino@taylormartino.com
tiffany@taylormartino.com

*Attorneys for Plaintiffs Muriel Vanessa Brown, Donrea Brown, Rosalind Dunning; S.D. Ala.; Case No. 2:22-cv-00105*

Patrick Pendley, Esq.
Pendley Baudin & Coffin
P.O. Box 71
Plaquemine, LA 70765
225-687-6396
pwpendley@pbclawfirm.com

Robert K. Shelquist
Rebecca A. Peterson
Craig D. Davis
Lockridge Grindal Nauen P.L.L.P.
100 Washington A venue South, Suite 2200
Minneapolis, MN 55401
Telephone: (612) 339-6900
Facsimile: (612) 339-0981
E-mail: rkshelquist@locklaw.com
rapeterson@locklaw.com
csdavis@locklaw.com

*Attorney for Plaintiffs Reginald Fields and Sonja Fields; W.D. La.; Case No. 3:22-cv-00611*

# CERTIFICATE OF SERVICE

I, J. Gerard Stranch, IV, hereby certify that on June 17, 2022, a copy of the foregoing was electronically filed with the Clerk of the Court using the Court's CM/ECF system, which will send notification of the filing to the following:

P. Ryan Beckett
BUTLER SNOW LLP-Ridgeland
P.O. Box 6010
1020 Highland Colony Pkwy., Ste. 1400 (39157)
Ridgeland, MS 39158-6010
601-948-5711
601-985-4500 (fax)
ryan.beckett@butlersnow.com

Daniel Warren Van Horn
BUTLER SNOW LLP
Crescent Center
6075 Poplar Avenue
5th Floor
Memphis, TN 38119
901-680-7331
901-680-7201 (fax)
danny.vanhorn@butlersnow.com

Christina Wahl
Berkowitz Oliver LLP-KCMO
2600 Grand Boulevart, Suite 1200
Kansas City, MO 64108
816-561-7007
816-561-1888 (fax)
cwahl@berkowitzoliver.com

*Attorney for Defendant Family Dollar, Inc.*

Katherine Church Campbell
Marshall S. Ney
Friday, Eldredge & Clark, LLP
3550 South Pinnacle Hills Parkway, Suite 301
Rogers, AR 72758
479-695-6040
kcampbell@fridayfirm.com

Christopher Chorba
GIBSON, DUNN & CRUTCHER LLP
333 South Grand Avenue
Los Angeles, CA 90071-3197
Tel.: (213) 229-7396
Fax: (213) 229-6396
CChorba@gibsondunn.com

Jason Meltzer
GIBSON, DUNN & CRUTCHER LLP
1050 Connecticut Avenue N.W.
Washington, DC 20036-5306
Tel: (202) 955-8676
Fax: (202) 530-9514
JMeltzer@bisondunn.com

*Attorney for Defendant Dollar Tree, Inc., Family Dollar, Family Dollar Inc., Family Dollar Services, LLC, Family Dollar Stores of Arkansas LLC*

Jeff P. Doss
400 20th St. N.
Birmingham, AL 35203
205-581-0700
jdoss@lighfootlaw.com

Amaobi Joseph Enyinnia
Lana Alcorn Olson
Lightfoot Franklin White
400 20th Street North
Birmingham, AL 35203
205-581-0714
205-581-0799 (fax)
aenyinnia@lightfoot.com.

*Attorneys for Defendant Dollar Tree Stores, Inc., Family Dollar Inc.*

Lewis Franklin Powell, III
Thomas Richard Waskom
Hunton Andrews Kurth LLP
951 E. Byrd St., Riverfront Plaza
Richmond, VA 23219
804-788-8200
lpowell@hunton.com
twaskom@hunton.com

*Attorneys for Defendant Dollar Tree, Inc., Family Dollar Services, LLC*

/s/ J. Gerard Stranch, IV
J. Gerard Stranch, IV