# IN THE UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TENNESSEE

| | |
|---|---|
| **In re Family Dollar Stores, Inc., Pest Infestation Litigation** <br><br> This Document Relates To: <br><br> ALL CASES | MDL No. 3032 <br><br> Case No. 2:22-md-03032-SHL-TMP |

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that attorney Christopher Chorba of the law firm Gibson, Dunn & Crutcher LLP hereby enters his appearance as counsel of record on behalf of Defendants.

Dated: June 28, 2022

Respectfully submitted,

By: */s/ Christopher Chorba*
Christopher Chorba
GIBSON, DUNN & CRUTCHER LLP
333 South Grand Avenue
Los Angeles, CA 90071
Telephone: 213-229-7000
Facsimile: 213-229-7520

*Attorney for Defendants*

## **CERTIFICATE OF SERVICE**

I hereby certify that on June 28, 2022, I electronically filed the above with the Clerk of this Court by using the CM/ECF system, which will accomplish service through the Notice of Electronic Filing for parties and attorneys who are Filing Users.

*/s/  Christopher Chorba*
Christopher Chorba

*Attorney for Defendants*
