# Exhibit A

## DEPARTMENT OF HEALTH AND HUMAN SERVICES
### FOOD AND DRUG ADMINISTRATION

| DISTRICT ADDRESS AND PHONE NUMBER | DATE(S) OF INSPECTION |
|---|---|
| 1201 Main Street, Suite 7200 Dallas, TX 75202 (214)253-5200 Fax:(214)253-5314 | 1/11/2022-2/11/2022* **FEI NUMBER** 3004286071 |

| NAME AND TITLE OF INDIVIDUAL TO WHOM REPORT ISSUED |
|---|
| Christopher R. Murabito, General Manager |

| FIRM NAME | STREET ADDRESS |
|---|---|
| Family Dollar Distribution Inc. | 1800 Family Dollar Pkwy |
| **CITY, STATE, ZIP CODE, COUNTRY** | **TYPE ESTABLISHMENT INSPECTED** |
| West Memphis, AR 72301-2974 | Distributor |

This document lists observations made by the FDA representative(s) during the inspection of your facility. They are inspectional observations, and do not represent a final Agency determination regarding your compliance. If you have an objection regarding an observation, or have implemented, or plan to implement, corrective action in response to an observation, you may discuss the objection or action with the FDA representative(s) during the inspection or submit this information to FDA at the address above. If you have any questions, please contact FDA at the phone number and address above.

**DURING AN INSPECTION OF YOUR FIRM WE OBSERVED:**
<u>**The following observations pertain to human food products stored and distributed from your facility.**</u>

## OBSERVATION 1

You did not exclude pests from your food plant to protect against contamination of food.

Specifically, during this inspection we observed rodent evidence, including live rodents, dead rodents of various states of decay, rodent excreta pellets (REPs), gnawings, nesting, and odors indicative of rodents throughout the entirety of your facility including areas where human food is routinely stored. Examples include but are not limited to the following:

On 01/11/2022, on the north wall of the shipping dock and north most wall of the warehouse, we observed:

- Too numerous to count (TNTC) REPs on the floor of the north end of the shipping dock where product, including food, is stored for up to 2 days awaiting shipment.
- Located in the northwest corner of the north wall of phase 2 of your facility, directly north of food aisles 42-48, are the ICC Office and break room. The ICC Office is directly below the breakroom, on the ground level of your facility. Per firm management, the ICC office and breakroom were closed off and tile ceiling and carpeting of the ICC office was removed in October of 2021 due to the odor in the rooms. We observed, on 02/08/2022 and 02/09/2022, that the ICC office had been cleared of all office goods and

| | EMPLOYEE(S) SIGNATURE | | DATE ISSUED |
|---|---|---|---|
| **SEE REVERSE OF THIS PAGE** | Lauren R Brady, Investigator Michael L Jones, Investigator Margaret M Annes, Investigator Preston B Hoover, Investigator Jocelyn C Turner, Investigator – Dedicated Device Cadre | X  Lauren R Brady Investigator Signed By: 2002889057 Date Signed: 02-11-2022 10:46:18 | 2/11/2022 |

| FORM FDA 483 (09/08) | PREVIOUS EDITION OBSOLETE | INSPECTIONAL OBSERVATIONS | PAGE 1 of 21 PAGES |
|---|---|---|---|

**CONFIDENTIAL**    **FD_MDL_0000057**

**DEPARTMENT OF HEALTH AND HUMAN SERVICES**
FOOD AND DRUG ADMINISTRATION

| DISTRICT ADDRESS AND PHONE NUMBER | DATE(S) OF INSPECTION |
|---|---|
| 1201 Main Street, Suite 7200<br>Dallas, TX 75202<br>(214)253-5200 Fax:(214)253-5314 | 1/11/2022-2/11/2022*<br>**FEI NUMBER**<br>3004286071 |

| NAME AND TITLE OF INDIVIDUAL TO WHOM REPORT ISSUED |
|---|
| Christopher R. Murabito, General Manager |

| FIRM NAME | STREET ADDRESS |
|---|---|
| Family Dollar Distribution Inc. | 1800 Family Dollar Pkwy |
| CITY, STATE, ZIP CODE, COUNTRY | TYPE ESTABLISHMENT INSPECTED |
| West Memphis, AR 72301-2974 | Distributor |

there was a putrid odor permeating the now cleared out room. The break room above the ICC office also remains closed and in front of the entrance to this area is rodent nesting materials.

On 01/11/2022, 02/01/2022, and 02/07/2022, along the south wall of the warehouse, we observed:

- Four rat carcasses on the conveyer belt mezzanine level along the south wall of your firm by aisles 7, 9, 10, and 11.
- A rat carcass below rack location 62-13-0B-01.
- A distinct odor indicating a dead/decaying animal in a section of the unused conveyer belt system, labeled EE34A-1, on the mezzanine level located south of aisle 27.

On 01/11/2022, in the northwest corner of the warehouse, we observed:

- A live rat running toward the west wall between pallets stored in the northwest corner of the warehouse in front of receiving door 2.
- Approximately 25 REPs on the floor of rack location 01-03-0A-02.

On 01/11/2022, in the northeast corner of the warehouse, we observed:

- Approximately 50 REPs at the north-most end of aisle 61.

On 01/11/2022, in the southwest corner of the warehouse, we observed:

- Approximately 25 REPs on the floor of rack location 01-83-0A-02.

| | EMPLOYEE(S) SIGNATURE | | DATE ISSUED |
|---|---|---|---|
| **SEE REVERSE OF THIS PAGE** | Lauren R Brady, Investigator<br>Michael L Jones, Investigator<br>Margaret M Annes, Investigator<br>Preston B Hoover, Investigator<br>Jocelyn C Turner, Investigator – Dedicated Device Cadre | X _Lauren R Brady_<br>Investigator<br>Signed By: 3002986057<br>Date Signed: 02-11-2022<br>10:46:18 | 2/11/2022 |

| FORM FDA 483 (09/08) | PREVIOUS EDITION OBSOLETE | INSPECTIONAL OBSERVATIONS | PAGE 2 of 21 PAGES |
|---|---|---|---|

**CONFIDENTIAL**                                          **FD_MDL_0000058**

DEPARTMENT OF HEALTH AND HUMAN SERVICES
FOOD AND DRUG ADMINISTRATION

| DISTRICT ADDRESS AND PHONE NUMBER | DATE(S) OF INSPECTION |
|---|---|
| 1201 Main Street, Suite 7200<br>Dallas, TX 75202<br>(214)253-5200 Fax:(214)253-5314 | 1/11/2022-2/11/2022*<br><br>FEI NUMBER<br>3004286071 |

| NAME AND TITLE OF INDIVIDUAL TO WHOM REPORT ISSUED |  |
|---|---|
| Christopher R. Murabito, General Manager |  |

| FIRM NAME | STREET ADDRESS |
|---|---|
| Family Dollar Distribution Inc. | 1800 Family Dollar Pkwy |

| CITY, STATE, ZIP CODE, COUNTRY | TYPE ESTABLISHMENT INSPECTED |
|---|---|
| West Memphis, AR 72301-2974 | Distributor |

On 01/11/2022, in the southeast corner of the warehouse, we observed:

- TNTC REPs on the equipment and floors of the area in your firm called the "junk yard," which contains maintenance equipment.

On 02/09/2022, in the center of phase 1 of the facility, we observed:

- Significant gnawings, TNTC REPs, and a strong odor of rodent urine and excreta on a pallet containing 70 cases of mixed nuts which have a best by date of 26/Sep/2020 stored in rack location 19-36-0A-01. Multiple bags of product were gnawed open and product was spilling out of cases onto lower levels of the pallet. Gnawings and spilled product could be seen from the top (5th) layer down to the 3rd layer of the pallet.

On 01/11/2022, in the center of the entire warehouse, which is also the center of the first food storage area consisting of aisles 29-34, we observed:

- TNTC REPs and a mouse carcass on a pallet containing eleven 8-count cases of Hungry Jack Cheesy Scalloped Potatoes, "BEST BY: OCT1922 E12" stored in rack location 31-40-0A-02.

On 01/11/2022, in the northwest corner of the first food area, we observed:

- A live rat run from east to west across aisle 29 near bay 15 and a live apparent mouse run from west to east across the north end of aisle 29. All of the floor level of aisle 29 is for food storage.
- Approximately 15 REPs on a pallet of flour located in rack location 29-05-0A-01. Eleven of the 47 cases stored on the pallet contained product with gnawings. While unstacking the pallet, two mice exited from

| | EMPLOYEE(S) SIGNATURE | | DATE ISSUED |
|---|---|---|---|
| **SEE REVERSE OF THIS PAGE** | Lauren R Brady, Investigator<br>Michael L Jones, Investigator<br>Margaret M Annes, Investigator<br>Preston B Hoover, Investigator<br>Jocelyn C Turner, Investigator - Dedicated<br>Device Cadre | X  Lauren R Brady<br>Investigator<br>Signed By: 2002986057<br>Date Signed: 02-11-2022<br>13:46:18 | 2/11/2022 |

| FORM FDA 483 (09/08) | PREVIOUS EDITION OBSOLETE | INSPECTIONAL OBSERVATIONS | PAGE 3 of 21 PAGES |
|---|---|---|---|

CONFIDENTIAL　　　　　　　　　　　　　　　　　　　　　　　　　FD_MDL_0000059

DEPARTMENT OF HEALTH AND HUMAN SERVICES
FOOD AND DRUG ADMINISTRATION

| DISTRICT ADDRESS AND PHONE NUMBER | DATE(S) OF INSPECTION |
|---|---|
| 1201 Main Street, Suite 7200<br>Dallas, TX 75202<br>(214)253-5200 Fax:(214)253-5314 | 1/11/2022-2/11/2022*<br><br>FEI NUMBER<br>3004286071 |

| NAME AND TITLE OF INDIVIDUAL TO WHOM REPORT ISSUED |
|---|
| Christopher R. Murabito, General Manager |

| FIRM NAME | STREET ADDRESS |
|---|---|
| Family Dollar Distribution Inc. | 1800 Family Dollar Pkwy |
| CITY, STATE, ZIP CODE, COUNTRY | TYPE ESTABLISHMENT INSPECTED |
| West Memphis, AR 72301-2974 | Distributor |

gnawed-open product bags stacked on the bottom layer of the pallet and ran west under the north end of aisle 29.

On 01/11/2022, in the northeast corner of the first food area, we observed:

- Approximately 30 REPs in and around a pallet containing 73 cardboard cases with twelve 5.6-ounce pouches each of Knorr Chicken Flavor Rice & Pasta Blend, "BEST IF USED BY DEC0822 MUE***L05 10815" stored in rack location 33-03-0A-01. This pallet also had nesting material and tunnelling in between the bottom layers 1 and 2 of the pallet and at the top (6th) layer. Approximately 20 of the cases on the pallet contained significant rodent gnawings.
- TNTC REPs on and around a pallet containing multiple food products, including two lots of Knorr Pasta Alfredo stored in rack location 33-25-0A-01. The first lot, which consisted of 6 cases containing twelve 4.4-ounce packages each, "BEST BY FEB2323MUC," had six rodent gnawed individual packages of product. Product spilled out into the case had fluorescing mammalian urine stains. The second lot, which consisted of 10 cases containing twelve 4.4-ounce packages each, "BEST BY MAR2623MUC," had 4 rodent gnawed individual packages of product.

On 01/11/2022, in the southwest corner of the first food area, we observed:

- TNTC REPs on and around a pallet of 29 cases containing twelve 10-ounce bags each of Graffity Taffy, "20265 BEST BY: 04/01/2022," stored in rack location 34-77-0A-02.
- A rat running from the maintenance area east toward food aisle 34 that then turned and ran back toward the maintenance area after running into foot traffic in the aisle.

| | EMPLOYEE(S) SIGNATURE | | DATE ISSUED |
|---|---|---|---|
| **SEE REVERSE OF THIS PAGE** | Lauren R Brady, Investigator<br>Michael L Jones, Investigator<br>Margaret M Annes, Investigator<br>Preston B Hoover, Investigator<br>Jocelyn C Turner, Investigator – Dedicated Device Cadre | Lauren R Brady<br>Investigator<br>Signed By: 2002865057<br>Date Signed: 02-11-2022<br>X   10:48:19 | 2/11/2022 |

| FORM FDA 483 (09/08) | PREVIOUS EDITION OBSOLETE | INSPECTIONAL OBSERVATIONS | PAGE 4 of 21 PAGES |
|---|---|---|---|

CONFIDENTIAL    FD_MDL_0000060

**DEPARTMENT OF HEALTH AND HUMAN SERVICES**
FOOD AND DRUG ADMINISTRATION

| DISTRICT ADDRESS AND PHONE NUMBER | DATE(S) OF INSPECTION |
|---|---|
| 1201 Main Street, Suite 7200 | 1/11/2022-2/11/2022* |
| Dallas, TX 75202 | FEI NUMBER |
| (214)253-5200 Fax:(214)253-5314 | 3004286071 |

| NAME AND TITLE OF INDIVIDUAL TO WHOM REPORT ISSUED |  |
|---|---|
| Christopher R. Murabito, General Manager |  |

| FIRM NAME | STREET ADDRESS |
|---|---|
| Family Dollar Distribution Inc. | 1800 Family Dollar Pkwy |
| CITY, STATE, ZIP CODE, COUNTRY | TYPE ESTABLISHMENT INSPECTED |
| West Memphis, AR 72301-2974 | Distributor |

On 01/11/2022, in the southeast corner of the first food area, we observed:

- TNTC REPs on the floor of rack location 29-91-0A-02, underneath of a pallet of Chestnut Hill Self-Rising Flour.

On 01/11/2022 and 01/13/2022, in the northwest corner of the second food area, consisting of aisles 42-48, we observed:

- TNTC REPs on the floor surrounding rack location 42-07-0A-01.

On 01/11/2022, in the northeast corner of the second food area we observed:

- Multiple (no less than 5) rats climbing up rack scaffolding and through a pallet containing potato chips stored in cardboard cases in rack location 48-27-0A-02. This area of the aisle also had a strong odor of rodent excreta and urine.
- TNTC REPs and fluorescing product on a pallet containing a case with twelve 3.63-ounce bags of BIGS Taco Supreme Flavored Sunflower Seeds, "BEST BY OCT 12 2022 5628123021." Two of the 12 bags were opened and product that had spilled into the cardboard case had fluorescing mammalian urine stains. The pallet was stored in rack location 48-25-0A-01. The pallets in this location smelled of rodent urine and excreta.

On 01/11/2022 and 01/19/2022, in the southwest corner of the second food area we observed:

- TNTC REPs on a pallet containing 124 24-count packages of Jell-O brand Instant Chocolate Jello, "13 MAY 2023***DB08" stored in rack location 43-81-0A-01.

| | EMPLOYEE(S) SIGNATURE | | DATE ISSUED |
|---|---|---|---|
| **SEE REVERSE OF THIS PAGE** | Lauren R Brady, Investigator<br>Michael L Jones, Investigator<br>Margaret M Annes, Investigator<br>Preston B Hoover, Investigator<br>Jocelyn C Turner, Investigator - Dedicated Device Cadre | X  *Lauren R Brady Investigator Signed By: 3002466057 Date Signed: 02-11-2022 10:46:19* | 2/11/2022 |

| FORM FDA 483 (09/08) | PREVIOUS EDITION OBSOLETE | INSPECTIONAL OBSERVATIONS | PAGE 5 of 21 PAGES |
|---|---|---|---|

**CONFIDENTIAL**                                    **FD_MDL_0000061**

DEPARTMENT OF HEALTH AND HUMAN SERVICES
FOOD AND DRUG ADMINISTRATION

| DISTRICT ADDRESS AND PHONE NUMBER | DATE(S) OF INSPECTION |
|---|---|
| 1201 Main Street, Suite 7200 | 1/11/2022-2/11/2022* |
| Dallas, TX 75202 | FEI NUMBER |
| (214)253-5200 Fax:(214)253-5314 | 3004286071 |

| NAME AND TITLE OF INDIVIDUAL TO WHOM REPORT ISSUED |
|---|
| Christopher R. Murabito, General Manager |

| FIRM NAME | STREET ADDRESS |
|---|---|
| Family Dollar Distribution Inc. | 1800 Family Dollar Pkwy |
| CITY, STATE, ZIP CODE, COUNTRY | TYPE ESTABLISHMENT INSPECTED |
| West Memphis, AR 72301-2974 | Distributor |

- Following fumigation, upon entering phase 2 of the warehouse on the southwest corner of food area 2, we observed a strong odor indicative of many dead or decaying animals that permeated throughout aisles 42-48.

On 01/11/2022 and 01/13/2022, in the southeast corner of the second food area we observed:

- Four rats crossing aisle 47 from east to west near the south side of the aisle and two more rats crossing aisle 48 from west to east near the south side of the aisle. Food is stored along the entirety of the floor levels of aisles 47 and 48.

- TNTC REPs on a pallet of 30 cases containing twelve 3.53-ounce cans each Beach Cliff Red Herring Fillets, "1089CBXSXX BEST BY MAR 2024" stored in rack location 47-78-0A-01. Directly next to this pallet, in rack location 47-78-0A-02 was a pallet of nine cases containing eight 6.5-ounce bags each Brims Butter Popcorn, "Best By: 04/01/2022." One case on this pallet had an open bag of popcorn, approximately 10 REPs, and fluorescing stains on the inside of the case.

On 01/11/2022 and 01/13/2022, in the center of the second food area we observed:

- TNTC REPs on and in between the layers of a pallet containing 46 cases of 7-ounce tubs each Italione Pistachio & Vanilla Duo Spread, "BB 05 05 2023 LOT NO 210517" stored in rack location 45-45-0A-02. The pallet also contained significant nesting material underneath the first layer of cases at the front of the pallet and between the second and third level of cases in the center of the pallet. Four individual product containers contained gnaw holes. The area surrounding this rack location had a strong odor of rodent urine and excreta.

| | EMPLOYEE(S) SIGNATURE | | DATE ISSUED |
|---|---|---|---|
| **SEE REVERSE OF THIS PAGE** | Lauren R Brady, Investigator<br>Michael L Jones, Investigator<br>Margaret M Annes, Investigator<br>Preston B Hoover, Investigator<br>Jocelyn C Turner, Investigator - Dedicated Device Cadre | Lauren R Brady<br>Investigator<br>Signed By: 3002886067<br>Date Signed: 02-11-2022<br>X  10:46:18 | 2/11/2022 |

| FORM FDA 483 (09/08) | PREVIOUS EDITION OBSOLETE | INSPECTIONAL OBSERVATIONS | PAGE 6 of 21 PAGES |
|---|---|---|---|

CONFIDENTIAL                              FD_MDL_0000062

## DEPARTMENT OF HEALTH AND HUMAN SERVICES
### FOOD AND DRUG ADMINISTRATION

| DISTRICT ADDRESS AND PHONE NUMBER | DATE(S) OF INSPECTION |
|---|---|
| 1201 Main Street, Suite 7200<br>Dallas, TX 75202<br>(214)253-5200 Fax:(214)253-5314 | 1/11/2022-2/11/2022*<br>**FEI NUMBER**<br>3004286071 |

| NAME AND TITLE OF INDIVIDUAL TO WHOM REPORT ISSUED | |
|---|---|
| Christopher R. Murabito, General Manager | |
| **FIRM NAME** | **STREET ADDRESS** |
| Family Dollar Distribution Inc. | 1800 Family Dollar Pkwy |
| **CITY, STATE, ZIP CODE, COUNTRY** | **TYPE ESTABLISHMENT INSPECTED** |
| West Memphis, AR 72301-2974 | Distributor |

During our review of the pest control records, we observed pest reports from your pest control company which document the capture of between 16 and 107 mice for all months of 2020 and from January through June of 2021. Starting in July of 2021 through December 2021, pest control reports for each month document the presence of between 1 and 31 roof rats inside multiple areas of the facility, including but not limited to aisles where human food is normally stored. Your firm's maintenance team also monitored and tracked rodent captures made in large bait boxes and glue traps placed by your pest control company along the pick-slot level of aisles 28-48 from 03/29/2021 to 09/17/2021. During this time period, your firm documented over 2300 rodent captures. In January of 2022, your firm acquired a new pest control company and set up new traps from January 7th through January 12th, 2022. During this five-day span, 150 roof rats were captured from your facility. Following fumigation, between the dates of January 16th-January 20th, 2022, from numbers gathered by your firm employees and your pest control company, approximately 1100 rodent carcasses were removed from your facility.

The food products your firm receives, holds, and distributes are routinely distributed to customers in Arkansas, Tennessee, Louisiana, Mississippi, Alabama, and Missouri.

---

### OBSERVATION 2

You did not maintain your plant in a clean and sanitary condition and keep your plant in repair.

Specifically, during the inspection, we observed:

On 01/11/2022, 01/13/2022, 01/14/2022, and 02/01/2022:

- Spilled foods underneath multiple rack locations, including but not limited to spilled flour at rack

| | EMPLOYEE(S) SIGNATURE | | DATE ISSUED |
|---|---|---|---|
| **SEE REVERSE OF THIS PAGE** | Lauren R Brady, Investigator<br>Michael L Jones, Investigator<br>Margaret M Annes, Investigator<br>Preston B Hoover, Investigator<br>Jocelyn C Turner, Investigator - Dedicated Device Cadre | X  Lauren R Brady<br>Investigator<br>Signed By: 2002980057<br>Date Signed: 02-11-2022<br>10:46:18 | 2/11/2022 |

| FORM FDA 483 (09/98) | PREVIOUS EDITION OBSOLETE | INSPECTIONAL OBSERVATIONS | PAGE 7 of 21 PAGES |
|---|---|---|---|

**CONFIDENTIAL**                                    FD_MDL_0000063

**DEPARTMENT OF HEALTH AND HUMAN SERVICES**
FOOD AND DRUG ADMINISTRATION

| DISTRICT ADDRESS AND PHONE NUMBER | DATE(S) OF INSPECTION |
|---|---|
| 1201 Main Street, Suite 7200 | 1/11/2022-2/11/2022* |
| Dallas, TX 75202 | FEI NUMBER |
| (214)253-5200 Fax:(214)253-5314 | 3004286071 |

NAME AND TITLE OF INDIVIDUAL TO WHOM REPORT ISSUED
Christopher R. Murabito, General Manager

| FIRM NAME | STREET ADDRESS |
|---|---|
| Family Dollar Distribution Inc. | 1800 Family Dollar Pkwy |
| CITY, STATE, ZIP CODE, COUNTRY | TYPE ESTABLISHMENT INSPECTED |
| West Memphis, AR 72301-2974 | Distributor |

location 29-91-0A-02 located in the southwest corner of food area 1, spilled dog food at rack location 29-88-0A-02 located in the southwest corner of food area 1, spilled cereals under rack locations 34-77-0A-02, in the southeast corner of food area 1, and 33-25-0A-01, in the northeast corner of food area 1.

- The firm's compacter, located on the southwest corner of the shipping area and attached to the outside wall of the facility, has gaps at least 2 inches wide across the entire top and holes ranging in diameter from 1 inch to 12 inches on both the north and south facing sides that penetrate all the way through the sheet metal and can be seen from both inside and outside the building. Additionally, the compacter has a strong odor of rotting garbage that is noticeable both inside and outside the firm at a distance of up to 5 feet away. The compacter has a rolling door for access from inside the firm, located approximately 25 feet from the first food area consisting of aisle 29-34, which is held open during the firm's operational hours unless the attached dumpster is being changed out.

- Multiple dock doors and dock plates in both shipping and receiving areas with gaps ranging in size exposing the facility to the environment, including but not limited to the following examples:
  - o Receiving doors 3, 7, 8, and 11 with gaps up to 3 inches in length and 1 inch in height on the left and right sides of the bottoms of the doors.
  - o Shipping doors 89 and 91 with gaps running the entirety of each side of the dock plates at least 2 inches in width.
  - o Receiving doors 121, 122, and 123 with damage in the bottom center of the doors, leaving gaps at least 6 inches in length and 2 inches in height.

- Multiple holes in rubber sealants and gaps surrounding pipes and wiring exiting the building on the south and east walls.

## OBSERVATION 3

You did not keep the grounds around your plant in a condition that would protect against the contamination of food.

| | EMPLOYEE(S) SIGNATURE | | DATE ISSUED |
|---|---|---|---|
| **SEE REVERSE OF THIS PAGE** | Lauren R Brady, Investigator<br>Michael L Jones, Investigator<br>Margaret M Annes, Investigator<br>Preston B Hoover, Investigator<br>Jocelyn C Turner, Investigator – Dedicated Device Cadre | Lauren R Brady<br>Investigator<br>Signed By: 3002886057<br>Date Signed: 02-11-2022<br>X 10:46:18 | 2/11/2022 |

| FORM FDA 483 (09/98) | PREVIOUS EDITION OBSOLETE | INSPECTIONAL OBSERVATIONS | PAGE 8 of 21 PAGES |
|---|---|---|---|

CONFIDENTIAL                                         FD_MDL_0000064

**DEPARTMENT OF HEALTH AND HUMAN SERVICES**
FOOD AND DRUG ADMINISTRATION

| DISTRICT ADDRESS AND PHONE NUMBER | | DATE(S) OF INSPECTION |
|---|---|---|
| 1201 Main Street, Suite 7200<br>Dallas, TX 75202<br>(214)253-5200 Fax:(214)253-5314 | | 1/11/2022-2/11/2022*<br><br>**FEI NUMBER**<br>3004286071 |

| NAME AND TITLE OF INDIVIDUAL TO WHOM REPORT ISSUED | |
|---|---|
| Christopher R. Murabito, General Manager | |
| **FIRM NAME** | **STREET ADDRESS** |
| Family Dollar Distribution Inc. | 1800 Family Dollar Pkwy |
| **CITY, STATE, ZIP CODE, COUNTRY** | **TYPE ESTABLISHMENT INSPECTED** |
| West Memphis, AR 72301-2974 | Distributor |

Specifically, during the inspection, we observed:

On 01/13/2022 and 01/14/2022:

- Debris, food trash, and wooden pallet pieces were observed in piles surrounding the compacter and below docks doors on both shipping and receiving area walls of the firm. Trash was piled up to 1.5 feet tall and extended up to 2 feet out from the facility's walls.

- Food trash and other dirt was observed piled below and surrounding the compacter on the west side of the shipping dock.

- Multiple pallets of food product intended for disposal were observed stored approximately 50 feet from the shipping dock and compacter area. Per firm management, pallets are to be placed into dumpsters immediately rather than sitting outside of dumpsters on the ground in the firm's truck-yard. The pallets of food product were noted at 5:00PM on 01/13/2022 and remained in the area until at least 12:00PM on 01/14/2022.

**The following observations pertain to animal food products stored and distributed from your facility.**

## OBSERVATION 4

You did not hold animal food for distribution under conditions that protect against contamination and minimize deterioration.

Specifically, during the inspection, we observed the following:

- On 01/11/2022, 01/13/2022, and 01/14/2022, we observed insanitary conditions in the area of your warehouse where bagged pet foods are stored. The bagged pet foods were held under storage

| | EMPLOYEE(S) SIGNATURE | | DATE ISSUED |
|---|---|---|---|
| **SEE REVERSE OF THIS PAGE** | Lauren R Brady, Investigator<br>Michael L Jones, Investigator<br>Margaret M Annes, Investigator<br>Preston B Hoover, Investigator<br>Jocelyn C Turner, Investigator - Dedicated Device Cadre | X  Lauren R Brady<br>Investigator<br>Signed By: 2002865057<br>Date Signed: 02-11-2022<br>10:46:15 | 2/11/2022 |

| FORM FDA 483 (09/08) | PREVIOUS EDITION OBSOLETE | INSPECTIONAL OBSERVATIONS | PAGE 9 of 21 PAGES |
|---|---|---|---|

**CONFIDENTIAL**                                                    **FD_MDL_0000065**

DEPARTMENT OF HEALTH AND HUMAN SERVICES
FOOD AND DRUG ADMINISTRATION

| DISTRICT ADDRESS AND PHONE NUMBER | DATE(S) OF INSPECTION |
|---|---|
| 1201 Main Street, Suite 7200<br>Dallas, TX 75202<br>(214)253-5200 Fax:(214)253-5314 | 1/11/2022-2/11/2022*<br><br>FEI NUMBER<br>3004286071 |

| NAME AND TITLE OF INDIVIDUAL TO WHOM REPORT ISSUED | |
|---|---|
| Christopher R. Murabito, General Manager | |
| FIRM NAME | STREET ADDRESS |
| Family Dollar Distribution Inc. | 1800 Family Dollar Pkwy |
| CITY, STATE, ZIP CODE, COUNTRY | TYPE ESTABLISHMENT INSPECTED |
| West Memphis, AR 72301-2974 | Distributor |

conditions with evidence of rodent activity, such as gnaw holes in packaging material, REPs, nesting materials, urine stains, live rodents, and rodent carcasses. These conditions were observed in the center of each of the two food areas of your warehouse, consisting of aisles 29-34 and 42-48. These conditions were also observed in all four corners and the center of the warehouse. Prior to fumigation, per the inventory list your firm provided, there were 490,352 individual containers of pet food held in the warehouse.

## OBSERVATION 5

You did not take effective measures to exclude pests from your plant and protect against contamination of animal food by pests.

Specifically, during the inspection, we observed:

On 01/11/2022, in the southwest corner of food area 1, we observed:

- Rodent gnawings on seven out of 33 bags of Pedigree High Protein Chicken & Turkey Flavored dog food, "BEST BY 11 29 22 14882KKMO8" stored on a pallet bags in rack location 29-81-OA-01 on the southwest corner of food area 1. This pallet also contained TNTC apparent REPs on and around the bags of dog food.

On 01/11/2022, in the small food storage area northeast of food area 1, we observed:

- Approximately 40 REPs on a pallet containing 50 bundles of four 3.15-pound bags of Friskies Tender & Crunchy Combo cat food, "LOT 13341083***BEST BEFORE END NOV 2022" stored in rack location 41-39-0A-01. One of the 3.15-pound bags also contained a circular gnaw-hole approximately 1.5 inches in diameter.

| | EMPLOYEE(S) SIGNATURE | | DATE ISSUED |
|---|---|---|---|
| **SEE REVERSE OF THIS PAGE** | Lauren R Brady, Investigator<br>Michael L Jones, Investigator<br>Margaret M Annes, Investigator<br>Preston B Hoover, Investigator<br>Jocelyn C Turner, Investigator - Dedicated Device Cadre | X Lauren R Brady<br>Investigator<br>Signed By: 2002660057<br>Date Signed 02-11-2022<br>10:46:18 | 2/11/2022 |

| FORM FDA 483 (09/08) | PREVIOUS EDITION OBSOLETE | INSPECTIONAL OBSERVATIONS | PAGE 10 of 21 PAGES |
|---|---|---|---|

CONFIDENTIAL

FD_MDL_0000066

**DEPARTMENT OF HEALTH AND HUMAN SERVICES**
FOOD AND DRUG ADMINISTRATION

| DISTRICT ADDRESS AND PHONE NUMBER | DATE(S) OF INSPECTION |
|---|---|
| 1201 Main Street, Suite 7200<br>Dallas, TX 75202<br>(214)253-5200 Fax:(214)253-5314 | 1/11/2022-2/11/2022*<br>FEI NUMBER<br>3004286071 |

| NAME AND TITLE OF INDIVIDUAL TO WHOM REPORT ISSUED |
|---|
| Christopher R. Murabito, General Manager |

| FIRM NAME | STREET ADDRESS |
|---|---|
| Family Dollar Distribution Inc. | 1800 Family Dollar Pkwy |
| CITY, STATE, ZIP CODE, COUNTRY | TYPE ESTABLISHMENT INSPECTED |
| West Memphis, AR 72301-2974 | Distributor |

On 01/11/2022, on the northwest side of food area 2, we observed:

- TNTC REPs on and around a pallet containing 46 16-pound bags of Family Pet Gravy Style Beef Flavored dog food held in rack location 42-07-0A-01 on the northwest corner of food area 2.

On 01/13/2022, in the northeast corner of food area 1, we observed:

- TNTC REPs on a pallet containing 63 twelve-pound bags of Purina Friskies Surfin' & Turfin' Favorites dry cat food, "1274108***L05," "BEST BY APR 2023" stored in rack location 33-18-0A-02 on the northeast corner of food area 1. Three bags on the lowest layer of the pallet also contained gnaw holes ranging from 2 inches to 4 inches in diameter.

On 02/01/2022, 02/07/2022, and 02/09/2022, on the west side of the small food storage area located northeast of food area 1, we observed:

- Apparent bird droppings covering an area of flooring 1.5 feet wide and 3 feet long off the northwest end of aisle 41. A dead apparent bird was seen caught in bird netting overtop of this area. We observed an employee mop the area on 02/01/2022 at the request of firm management. On 02/09/2022, we observed new bird droppings covering the same area as observed on 02/01/2022. Aisle 41 is primarily used for storage of pallets containing large bags of animal food.

During our review of the pest control records, we observed pest reports from your pest control company which document the capture of between 16 and 107 mice for all months of 2020 and from January through June of 2021. Starting in July of 2021 through December 2021, pest control reports for each month document the presence of between 1 and 31 roof rats inside multiple areas of the facility, including but not limited to aisles where animal food is normally stored. Your firm's maintenance team also monitored and tracked rodent

| SEE REVERSE<br>OF THIS PAGE | EMPLOYEE(S) SIGNATURE | | DATE ISSUED<br>2/11/2022 |
|---|---|---|---|
| | Lauren R Brady, Investigator<br>Michael L Jones, Investigator<br>Margaret M Annes, Investigator<br>Preston B Hoover, Investigator<br>Jocelyn C Turner, Investigator - Dedicated<br>Device Cadre | X Lauren R Brady<br>Investigator<br>Signed By: 2002886057<br>Date Signed: 02-11-2022<br>10:46:18 | |

| FORM FDA 483 (09/88) | PREVIOUS EDITION OBSOLETE | INSPECTIONAL OBSERVATIONS | PAGE 11 of 21 PAGES |
|---|---|---|---|

CONFIDENTIAL                                                    FD_MDL_0000067

**DEPARTMENT OF HEALTH AND HUMAN SERVICES**
FOOD AND DRUG ADMINISTRATION

| DISTRICT ADDRESS AND PHONE NUMBER | DATE(S) OF INSPECTION |
|---|---|
| 1201 Main Street, Suite 7200<br>Dallas, TX 75202<br>(214)253-5200 Fax:(214)253-5314 | 1/11/2022-2/11/2022*<br>FEI NUMBER<br>3004286071 |

| NAME AND TITLE OF INDIVIDUAL TO WHOM REPORT ISSUED | |
|---|---|
| Christopher R. Murabito, General Manager | |
| FIRM NAME | STREET ADDRESS |
| Family Dollar Distribution Inc. | 1800 Family Dollar Pkwy |
| CITY, STATE, ZIP CODE, COUNTRY | TYPE ESTABLISHMENT INSPECTED |
| West Memphis, AR 72301-2974 | Distributor |

captures made in large bait boxes and glue traps placed by your pest control company along the floor level of racks 28-48 from 03/29/2021 to 09/17/2021. During this time period, your firm documented over 2300 rodent captures. In January of 2022, your firm acquired a new pest control company and set up new traps from January 7th through January 12th, 2022. During this five-day span, 150 roof rats were captured from your facility. Following fumigation, between the dates of January 16th-January 20th, 2022, from numbers gathered by your firm employees and your pest control company, approximately 1097 rodent carcasses were removed from your facility.

The food products your firm receives, holds, and distributes are routinely distributed to customers in Arkansas, Tennessee, Louisiana, Mississippi, Alabama, and Missouri.

___

**The following observations pertain to drug products stored and distributed from your facility.**

___

## OBSERVATION 6

The responsibilities and procedures applicable to the quality control unit are not in writing and fully followed.

Specifically,

- Your firm failed to implement appropriate and timely corrective action to ensure that product that may be injurious to health due to potential contamination by rodent urine and excreta and/or had been chewed or gnawed by rodents, or may have been subjected to filth conditions such as dirt and debris, was not distributed to your stores.

| | EMPLOYEE(S) SIGNATURE | | DATE ISSUED |
|---|---|---|---|
| **SEE REVERSE OF THIS PAGE** | Lauren R Brady, Investigator<br>Michael L Jones, Investigator<br>Margaret M Annes, Investigator<br>Preston B Hoover, Investigator<br>Jocelyn C Turner, Investigator – Dedicated Device Cadre | X  Lauren R Brady<br>Investigator<br>Signed By: 2000869057<br>Date Signed: 02-11-2022<br>10:46:18 | 2/11/2022 |

| FORM FDA 483 (09/08) | PREVIOUS EDITION OBSOLETE | INSPECTIONAL OBSERVATIONS | PAGE 12 of 21 PAGES |
|---|---|---|---|

**CONFIDENTIAL**                                                                    FD_MDL_0000068

**DEPARTMENT OF HEALTH AND HUMAN SERVICES**
FOOD AND DRUG ADMINISTRATION

| | | |
|---|---|---|
| DISTRICT ADDRESS AND PHONE NUMBER | DATE(S) OF INSPECTION | |
| 1201 Main Street, Suite 7200 | 1/11/2022-2/11/2022* | |
| Dallas, TX 75202 | FEI NUMBER | |
| (214)253-5200 Fax:(214)253-5314 | 3004286071 | |

| | |
|---|---|
| NAME AND TITLE OF INDIVIDUAL TO WHOM REPORT ISSUED | |
| Christopher R. Murabito, General Manager | |
| FIRM NAME | STREET ADDRESS |
| Family Dollar Distribution Inc. | 1800 Family Dollar Pkwy |
| CITY, STATE, ZIP CODE, COUNTRY | TYPE ESTABLISHMENT INSPECTED |
| West Memphis, AR 72301-2974 | Distributor |

Your firm was aware of an increased presence of rodents in the Distribution Center (DC) since at least January 2020. Per your General Manager, on October 26, 2021, when a fire drill was conducted, dozens of rats could be seen running around the facility due to the loud and sustained sound of the fire alarm. At some time during October 2021, your firm stopped using the breakroom and Inventory Control Center (ICC) room located West of Dock Door 100 on the North side of the building due to the significant foul stench/odor of rodents in the facility.

Your firm lacks a system for receiving and tracking reports from your stores of potentially contaminated product received from the Distribution Center (DC). However, your firm was able to provide some emails dated January 8, 10, 12, and 13, 2022 containing reports from various stores serviced by your Distribution Center of product that was received with rodent excreta pellets and/or that was gnawed/chewed, a report of a "live large rat" found in a box received, and a report of a large rat jumping out of a pallet received from the Distribution Center.

Your firm continued to ship products, including drug products, to stores up until January 13, 2022, when fumigation of the facility occurred.

- Your firm did not remove drugs products from your facility prior to fumigation as outlined in the Applicator Manual for the ProFume® gas fumigant used.

Examples of drug products distributed by your facility include Over-the-Counter (OTC) products such as various Ibuprofen products, Infant and Children's Tylenol, Extra Strength Tylenol Rapid Release Gels, Omeprazole products, hand sanitizer, cough, cold and flu products and antihistamines.

| | | | |
|---|---|---|---|
| **SEE REVERSE OF THIS PAGE** | EMPLOYEE(S) SIGNATURE<br>Lauren R Brady, Investigator<br>Michael L Jones, Investigator<br>Margaret M Annes, Investigator<br>Preston B Hoover, Investigator<br>Jocelyn C Turner, Investigator - Dedicated Device Cadre | Lauren R Brady<br>Investigator<br>Signed by 2002000057<br>Date Signed: 02-11-2022<br>X 12:46:18 | DATE ISSUED<br>2/11/2022 |

| | | | |
|---|---|---|---|
| FORM FDA 483 (09/08) | PREVIOUS EDITION OBSOLETE | **INSPECTIONAL OBSERVATIONS** | PAGE 13 of 21 PAGES |

**CONFIDENTIAL**                                            **FD_MDL_0000069**

**DEPARTMENT OF HEALTH AND HUMAN SERVICES**
FOOD AND DRUG ADMINISTRATION

| DISTRICT ADDRESS AND PHONE NUMBER | DATE(S) OF INSPECTION |
|---|---|
| 1201 Main Street, Suite 7200<br>Dallas, TX 75202<br>(214)253-5200 Fax:(214)253-5314 | 1/11/2022-2/11/2022*<br>**FEI NUMBER**<br>3004286071 |

| NAME AND TITLE OF INDIVIDUAL TO WHOM REPORT ISSUED | |
|---|---|
| Christopher R. Murabito, General Manager | |

| FIRM NAME | STREET ADDRESS |
|---|---|
| Family Dollar Distribution Inc. | 1800 Family Dollar Pkwy |

| CITY, STATE, ZIP CODE, COUNTRY | TYPE ESTABLISHMENT INSPECTED |
|---|---|
| West Memphis, AR 72301-2974 | Distributor |

## OBSERVATION 7

Buildings used in the manufacture, processing, packing or holding of drug products are not maintained in a clean and sanitary condition and free of infestation by rodents, birds insects, and other vermin.

Specifically, your firm has documentation since at least January 2020 of rodents (mice and/or rats) within your facility. Your firm's maintenance team also monitored and tracked rodent captures made in large bait boxes and glue traps placed by your pest control company along the pick-slot level of aisles 28-48 from 03/29/2021 to 09/17/2021. During this time period, your firm documented over 2300 rodent captures. In January of 2022, your firm acquired a new pest control company and set up new traps from January 7th through January 12th, 2022. During this five-day span, 150 roof rats were captured from your facility. Your firm performed a fumigation on January 14-16, 2022, and over 1100 dead rats have so far been "harvested" post-fumigation. In addition, we saw several dead mice and rats inside and outside the warehouse as well as a foul odor/stench coming from several places within the facility that is indicative of a dead and decaying animal. We also saw evidence of rodent activity to include rodent excreta pellets and rodent hair. For example,

- Rodent activity could be seen (rodent excreta pellets) in various areas within the warehouse and in and on several pallets of products to include drugs. For example,

    - Rodent excreta pellets were observed on the case boxes and a pallet containing lot #Z21M044 of Vagisil Maximum Strength Anti-Itch Crème. There was a foul stench/odor indicative of a dead and decaying animal in the pallet of clothing/apparel in the slot directly below where this drug product was stored (Slot #28-56-0A-02).

    - Rodent excreta pellets were observed on the case boxes and pallet containing lot #1LE2264 of GoodSense brand Omeprazole Delayed Release Tablets 20mg (42 tablets/box) located in Slot #21-57-0B-01.

| | EMPLOYEE(S) SIGNATURE | | DATE ISSUED |
|---|---|---|---|
| **SEE REVERSE OF THIS PAGE** | Lauren R Brady, Investigator<br>Michael L Jones, Investigator<br>Margaret M Annes, Investigator<br>Preston B Hoover, Investigator<br>Jocelyn C Turner, Investigator - Dedicated Device Cadre | X  Lauren R Brady<br>Investigator<br>Signed By: 3002886057<br>Date Signed: 02-11-2022<br>10:46:18 | 2/11/2022 |

| FORM FDA 483 (09/08) | PREVIOUS EDITION OBSOLETE | INSPECTIONAL OBSERVATIONS | PAGE 14 of 21 PAGES |
|---|---|---|---|

**CONFIDENTIAL**                                                                                      **FD_MDL_0000070**

DEPARTMENT OF HEALTH AND HUMAN SERVICES
FOOD AND DRUG ADMINISTRATION

| DISTRICT ADDRESS AND PHONE NUMBER | DATE(S) OF INSPECTION |
|---|---|
| 1201 Main Street, Suite 7200 | 1/11/2022-2/11/2022* |
| Dallas, TX 75202 | FEI NUMBER |
| (214)253-5200 Fax:(214)253-5314 | 3004286071 |

NAME AND TITLE OF INDIVIDUAL TO WHOM REPORT ISSUED
Christopher R. Murabito, General Manager

| FIRM NAME | STREET ADDRESS |
|---|---|
| Family Dollar Distribution Inc. | 1800 Family Dollar Pkwy |
| CITY, STATE, ZIP CODE, COUNTRY | TYPE ESTABLISHMENT INSPECTED |
| West Memphis, AR 72301-2974 | Distributor |

- One (1) rodent excreta pellet was observed on a case of Lot #13461707C2 of Crest Outlast Mint Toothpaste (5.4oz tube) in Slot #17-50-0A-02.

- Rodent excreta pellets were observed on a pallet containing Batch #0545989 of Swan brand Medicated Chest Rub in Slot #21-87-0D-01.

- Rodent excreta pellets were observed on several cases of lot #3261LZ of Listerine Total Care Freshmint Anticavity Fluoride Mouthwash located in Slot #16-54-0A-01.

- We observed dead rodents (mice and rats) in various sections inside and outside the warehouse. Some had been there for some time (body desiccated) and/or were more recently deceased. These include:

  - On 02/01/2022 we observed one (1) large dead rat near Slot #38-37-0A-01 in the aerosol room where hand sanitizer was observed stored.

  - On 02/07/2022, we saw a dead rat between the two conveyor belts on a section of the old conveyor system that ran through Aisle 7 (Upper West Side Belt).

  - On 02/01/2022 we saw a dead mouse between Slot #s 28-52-0A-02 and 28-54-0A-01.

  - On 02/02/2022, we observed a dead rodent near Slot #31-89-0A-02.

  - On 02/07/2022, we observed two (2) dead rats along the North wall just to the West of Dock Door 100.

- On 02/1, 4 & 7/2022, we noted a foul stench/odor coming from a section of the machinery for the old conveyor system located across from Aisle 27 that was indicative of a dead and decaying animal.

- On 02/4 & 7/2022, we noted a foul stench/odor coming from Slot #s 22-23-0B-14 & 22-23-0B-15 in the Repack Area of Aisle 22 that was indicative of a dead and decaying animal. Rodent hair could be seen

| | EMPLOYEE(S) SIGNATURE | | DATE ISSUED |
|---|---|---|---|
| SEE REVERSE OF THIS PAGE | Lauren R Brady, Investigator<br>Michael L Jones, Investigator<br>Margaret M Annes, Investigator<br>Preston B Hoover, Investigator<br>Jocelyn C Turner, Investigator - Dedicated<br>Device Cadre | X  Lauren R Brady<br>Investigator<br>Signed By: 2000660057<br>Date Signed: 02-11-2022<br>10:46:18 | 2/11/2022 |

| FORM FDA 483 (09/08) | PREVIOUS EDITION OBSOLETE | INSPECTIONAL OBSERVATIONS | PAGE 15 of 21 PAGES |
|---|---|---|---|

CONFIDENTIAL                                                                    FD_MDL_0000071

DEPARTMENT OF HEALTH AND HUMAN SERVICES
FOOD AND DRUG ADMINISTRATION

| DISTRICT ADDRESS AND PHONE NUMBER | DATE(S) OF INSPECTION |
|---|---|
| 1201 Main Street, Suite 7200<br>Dallas, TX 75202<br>(214)253-5200 Fax:(214)253-5314 | 1/11/2022–2/11/2022*<br>**FEI NUMBER**<br>3004286071 |

| NAME AND TITLE OF INDIVIDUAL TO WHOM REPORT ISSUED | | |
|---|---|---|
| Christopher R. Murabito, General Manager | | |
| **FIRM NAME** | **STREET ADDRESS** | |
| Family Dollar Distribution Inc. | 1800 Family Dollar Pkwy | |
| **CITY, STATE, ZIP CODE, COUNTRY** | **TYPE ESTABLISHMENT INSPECTED** | |
| West Memphis, AR 72301-2974 | Distributor | |

fluorescing in the area directly under the cartons containing lot #1LE1990A of Good Sense Brand Ibuprofen (250 coated tablets) and lot #AJM011 of Children's Tylenol.

- On 02/07/2022, we observed evidence of rodent activity in and around a breakroom and old ICC (Inventory Control Center) room located on the North side of the building and just to the West of Dock Door 100. This included a strong foul odor/stench of dead and decaying rodents, rodent pellets, and evidence of rodents nesting. Your firm stopped using these rooms in October 2021 due to the strong odor/stench of rodents.

- On 02/07/2022, we observed two (2) dead birds inside the facility. One was on the East side of the mezzanine level under part of the old conveyor system, and one was in a net at the upper level of some racks in Aisle 41, just South of the shipping docks. We also observed bird droppings near Slot #41-35-0A-02, which is below area where dead bird was seen in the net.

Your firm has no written procedures for the cleaning of the Distribution Center, to include the racks where all products, including drug products, are stored prior to shipment to stores. Dirt and debris was observed built up in, on and under the rafters and shelves, including shelving in the Repack Area of Aisle 22 where many drug products are stored.

## OBSERVATION 8

Buildings used in the holding of a drug product are not maintained in a good state of repair.

Specifically, during our walk-through of the facility on 01/19-21/2022 and 02/01-02, 4, 7, 8 & 9/2022, we observed the following.

- Overhead doors located in various parts of the receiving and shipping areas had gaps where light could be seen coming from the bottom of the door. In addition, gaps and light could be seen in and around the dock plates/levelers located adjacent to the overhead doors. These gaps were big enough to allow rodents and other pests to enter the facility. These doors include but are not limited to Dock Doors 49,

| | EMPLOYEE(S) SIGNATURE | | DATE ISSUED |
|---|---|---|---|
| **SEE REVERSE OF THIS PAGE** | Lauren R Brady, Investigator<br>Michael L Jones, Investigator<br>Margaret M Annes, Investigator<br>Preston B Hoover, Investigator<br>Jocelyn C Turner, Investigator - Dedicated Device Cadre | X _Lauren R Brady Investigator Signed By: 2002895057 Date Signed: 02-11-2022 10:48:18_ | 2/11/2022 |

| FORM FDA 483 (09/08) | PREVIOUS EDITION OBSOLETE | INSPECTIONAL OBSERVATIONS | PAGE 16 of 21 PAGES |
|---|---|---|---|

**CONFIDENTIAL**                                                                 **FD_MDL_0000072**

**DEPARTMENT OF HEALTH AND HUMAN SERVICES**
FOOD AND DRUG ADMINISTRATION

| DISTRICT ADDRESS AND PHONE NUMBER | DATE(S) OF INSPECTION |
|---|---|
| 1201 Main Street, Suite 7200 | 1/11/2022-2/11/2022* |
| Dallas, TX 75202 | FEI NUMBER |
| (214)253-5200 Fax:(214)253-5314 | 3004286071 |

| NAME AND TITLE OF INDIVIDUAL TO WHOM REPORT ISSUED |
|---|
| Christopher R. Murabito, General Manager |

| FIRM NAME | STREET ADDRESS |
|---|---|
| Family Dollar Distribution Inc. | 1800 Family Dollar Pkwy |
| CITY, STATE, ZIP CODE, COUNTRY | TYPE ESTABLISHMENT INSPECTED |
| West Memphis, AR 72301-2974 | Distributor |

51, 57, 58, 80, 82, 86, 90, 91, 98, 99 and 122.

- Your firm has remnants of an old system that was used to pick products from the warehouse and convey them to the shipping area. This system was decommissioned sometime during the end of 2019 and/or beginning of 2020 however, it has not been completely dismantled and removed and has become a harborage area for rodents. The system is in disrepair and is rusting. In addition, there are cobwebs, dirt, dust and debris that has built up under and around the conveyor system in the mezzanine level of the warehouse.

- Shelving in the warehouse has dirt and debris built up in, on and under the rafters and shelves, including shelving in the Repack Area of Aisle 22 where many drug products are stored.

- The trash compactor near Door 47 is in disrepair with parts that have been rusted through creating openings where rodents and other pests can enter the facility. There was trash and debris in and around the trash compactor and a dead rodent was observed on 01/21/2022 just outside the compactor.

- The "ski lift" system that is used to carry re-usable plastic totes into the repack areas in Aisles 22 & 27 where drugs and other products are placed for shipment to stores had rusted platforms where the totes are carried up to the pick level as well as rust along the track used to move the platforms. Dirt and debris have built up under the conveyor that moves these totes from the pick lines to the lower level for palletizing and shipment to stores.

- On 01/21/2022 and 02/01/2022, we walked the perimeter of the warehouse and noted the following:

  - Trash and debris can be seen around receiving and shipping dock doors, including trash and debris under the dock leveler.

    Work Order DC202-1892008 dated 03/10/2021 for Door 104 noted "dock plate at door 104 would not go down all the way, the front flap was sticking and had too much trash in it". This is

| | EMPLOYEE(S) SIGNATURE | | DATE ISSUED |
|---|---|---|---|
| **SEE REVERSE OF THIS PAGE** | Lauren R Brady, Investigator<br>Michael L Jones, Investigator<br>Margaret M Annes, Investigator<br>Preston B Hoover, Investigator<br>Jocelyn C Turner, Investigator – Dedicated Device Cadre | Lauren R Brady<br>Investigator<br>Signed By: 2002889057<br>Date Signed: 02-11-2022<br>X 10.46.18 | 2/11/2022 |

| FORM FDA 483 (09/08) | PREVIOUS EDITION OBSOLETE | INSPECTIONAL OBSERVATIONS | PAGE 17 of 21 PAGES |

**CONFIDENTIAL**

**FD_MDL_0000073**

DEPARTMENT OF HEALTH AND HUMAN SERVICES
FOOD AND DRUG ADMINISTRATION

| DISTRICT ADDRESS AND PHONE NUMBER | DATE(S) OF INSPECTION |
|---|---|
| 1201 Main Street, Suite 7200<br>Dallas, TX 75202<br>(214)253-5200 Fax:(214)253-5314 | 1/11/2022-2/11/2022*<br>**FEI NUMBER**<br>3004286071 |

| NAME AND TITLE OF INDIVIDUAL TO WHOM REPORT ISSUED |
|---|
| Christopher R. Murabito, General Manager |

| FIRM NAME | STREET ADDRESS |
|---|---|
| Family Dollar Distribution Inc. | 1800 Family Dollar Pkwy |
| **CITY, STATE, ZIP CODE, COUNTRY** | **TYPE ESTABLISHMENT INSPECTED** |
| West Memphis, AR 72301-2974 | Distributor |

one of the doors where "dunnage", including empty totes, is returned from stores and offloaded into the warehouse.

- Active ant hills could be seen in various locations on the south and east side of the building.

- At various locations where there are open pipes that are part of the fire suppression system where water is released during testing of the system, we noted significant erosion to include erosion around cement slabs outside of exit doors and near the foundation of the building.

- Holes could be seen around electrical outlets and other places in the cement wall.

- There were numerous empty trailers that were rusted and/or had doors left open in the Truck Yard that could provide potential harborage for pests. A desiccated carcass of a dead rodent could be seen in one trailer (#M50055).

- Open trash bins with garbage, pallets and debris that could provide harborage for pests were in the Truck Yard. A recently deceased rat was observed outside the open trash receptacles on 02/01/2022. On 01/21/2022, we saw popcorn and other debris strewn outside the same trash receptacle.

## OBSERVATION 9

Equipment used in the manufacture, processing, packing or holding of drug products is not of appropriate design to facilitate operations for its cleaning and maintenance.

Specifically, racks in Repack Aisles 22 & 27, which are used to store cases of individual retail units to include drug products, are not of an appropriate design to facilitate cleaning underneath the racks. The racks are approximately 12 feet deep. We observed dirt and debris in the entire area under the racks, as well as

| | EMPLOYEE(S) SIGNATURE | | DATE ISSUED |
|---|---|---|---|
| **SEE REVERSE OF THIS PAGE** | Lauren R Brady, Investigator<br>Michael L Jones, Investigator<br>Margaret M Annes, Investigator<br>Preston B Hoover, Investigator<br>Jocelyn C Turner, Investigator - Dedicated Device Cadre | X  Lauren R Brady<br>Investigator<br>Signed By: 2002689057<br>Date Signed: 03-11-2023<br>10:45:18 | 2/11/2022 |

| FORM FDA 483 (09/08) | PREVIOUS EDITION OBSOLETE | INSPECTIONAL OBSERVATIONS | PAGE 18 of 21 PAGES |
|---|---|---|---|

**CONFIDENTIAL**                    FD_MDL_0000074

DEPARTMENT OF HEALTH AND HUMAN SERVICES
FOOD AND DRUG ADMINISTRATION

| DISTRICT ADDRESS AND PHONE NUMBER | DATE(S) OF INSPECTION |
|---|---|
| 1201 Main Street, Suite 7200<br>Dallas, TX 75202<br>(214)253-5200 Fax:(214)253-5314 | 1/11/2022-2/11/2022*<br>FEI NUMBER<br>3004286071 |

| NAME AND TITLE OF INDIVIDUAL TO WHOM REPORT ISSUED | |
|---|---|
| Christopher R. Murabito, General Manager | |

| FIRM NAME | STREET ADDRESS |
|---|---|
| Family Dollar Distribution Inc. | 1800 Family Dollar Pkwy |

| CITY, STATE, ZIP CODE, COUNTRY | TYPE ESTABLISHMENT INSPECTED |
|---|---|
| West Memphis, AR 72301-2974 | Distributor |

fluorescing rodent hair under Slot #s 22-23-0B-14 & 22-23-0B-15 where cartons containing lot #1LE1990A of Good Sense Brand Ibuprofen (250 coated tablets) and lot #AJM011 of Children's Tylenol are stored.

## OBSERVATION 10

Written procedures are not established for the cleaning and maintenance of equipment, including utensils, used in the manufacture, processing, packing or holding of a drug product.

Specifically, your firm has re-usable plastic totes that are used to ship individually picked retail units to your stores, including drug products. These totes can be stored at the retail stores outside near trash dumpsters for several weeks before being returned to the Distribution Center. Your firm has also received reports from stores of product being shipped  from your Distribution Center with rodent excreta pellets and/or that was gnawed/chewed. Photos from these reports show some of these products inside of the totes.

Your firm does not have any written procedures for handling the return of these totes to your facility to ensure rodents and other pests do not enter your facility via this route. Your firm does not have written procedures for the cleaning and sanitization of these totes. Your firm does not clean all totes or sanitize any tote before being re-used.

## OBSERVATION 11

Drug products are not stored under appropriate conditions of temperature and humidity so that their identity, strength, quality, and purity are not affected.

| | EMPLOYEE(S) SIGNATURE | | DATE ISSUED |
|---|---|---|---|
| **SEE REVERSE OF THIS PAGE** | Lauren R Brady, Investigator<br>Michael L Jones, Investigator<br>Margaret M Annes, Investigator<br>Preston B Hoover, Investigator<br>Jocelyn C Turner, Investigator - Dedicated Device Cadre | X  Lauren R Brady<br>Investigator<br>Signed By: 2002865057<br>Date Signed: 02-11-2022<br>10:46:18 | 2/11/2022 |

| FORM FDA 483 (09/08) | PREVIOUS EDITION OBSOLETE | INSPECTIONAL OBSERVATIONS | PAGE 19 of 21 PAGES |
|---|---|---|---|

CONFIDENTIAL                                    FD_MDL_0000075

## DEPARTMENT OF HEALTH AND HUMAN SERVICES
### FOOD AND DRUG ADMINISTRATION

| DISTRICT ADDRESS AND PHONE NUMBER | DATE(S) OF INSPECTION |
|---|---|
| 1201 Main Street, Suite 7200<br>Dallas, TX 75202<br>(214)253-5200 Fax:(214)253-5314 | 1/11/2022-2/11/2022*<br><br>FEI NUMBER<br>3004286071 |

| NAME AND TITLE OF INDIVIDUAL TO WHOM REPORT ISSUED | |
|---|---|
| Christopher R. Murabito, General Manager | |

| FIRM NAME | STREET ADDRESS |
|---|---|
| Family Dollar Distribution Inc. | 1800 Family Dollar Pkwy |

| CITY, STATE, ZIP CODE, COUNTRY | TYPE ESTABLISHMENT INSPECTED |
|---|---|
| West Memphis, AR 72301-2974 | Distributor |

Specifically, your firm does not monitor nor control temperature or humidity within your warehouse. Your firm stores drug products on various levels within the warehouse where temperatures can exceed 80°F at the floor level during the summer months and reach higher temperatures in the upper levels of the warehouse.

Your Facility Manager stated he has seen temperatures that can be as high as 105°F in the upper parts of the Distribution Center using a handheld thermal camera he points to the upper rafters of the Distribution Center. He stated he does not document when he checks temperatures, and your firm has no written procedure regarding this practice.

We observed several drug products that were labeled with storage temperatures of 20-25°C (68-77°F) with some stating to "protect from moisture", "avoid high humidity" and/or "avoid excessive heat". These products include Extra Strength Tylenol Rapid Release Gelcaps, Family Wellness brand Maximum Strength Cold & Flu softgels, and Good Sense brand Omeprazole Delayed Release Tablets 20mg.

## OBSERVATION 12
Distribution records do not contain the lot or control number of drug product.

Specifically, your firm does not document in your inventory control system the lot numbers of drug products received by your facility. In addition, your firm does not document the lot numbers of drug products that are shipped/distributed from your facility to your stores.

## *DATES OF INSPECTION
1/11/2022(Tue), 1/13/2022(Thu), 1/14/2022(Fri), 1/19/2022(Wed), 1/20/2022(Thu), 1/21/2022(Fri), 2/01/2022(Tue), 2/02/2022(Wed), 2/03/2022(Thu), 2/04/2022(Fri), 2/07/2022(Mon), 2/08/2022(Tue), 2/09/2022(Wed), 2/10/2022(Thu), 2/11/2022(Fri)

| | EMPLOYEE(S) SIGNATURE | | DATE ISSUED |
|---|---|---|---|
| **SEE REVERSE OF THIS PAGE** | Lauren R Brady, Investigator<br>Michael L Jones, Investigator<br>Margaret M Annes, Investigator<br>Preston B Hoover, Investigator<br>Jocelyn C Turner, Investigator - Dedicated<br>Device Cadre | X Lauren R Brady<br>Investigator<br>Signed By: 2002665067<br>Date Signed 02-11-2022<br>10:48:18 | 2/11/2022 |

| FORM FDA 483 (09/08) | PREVIOUS EDITION OBSOLETE | INSPECTIONAL OBSERVATIONS | PAGE 20 of 21 PAGES |
|---|---|---|---|

**CONFIDENTIAL**

**FD_MDL_0000076**

**DEPARTMENT OF HEALTH AND HUMAN SERVICES**
FOOD AND DRUG ADMINISTRATION

| DISTRICT ADDRESS AND PHONE NUMBER | DATE(S) OF INSPECTION |
|---|---|
| 1201 Main Street, Suite 7200 | 1/11/2022-2/11/2022* |
| Dallas, TX 75202 | **FEI NUMBER** |
| (214)253-5200 Fax:(214)253-5314 | 3004286071 |

NAME AND TITLE OF INDIVIDUAL TO WHOM REPORT ISSUED

Christopher R. Murabito, General Manager

| FIRM NAME | STREET ADDRESS |
|---|---|
| Family Dollar Distribution Inc. | 1800 Family Dollar Pkwy |
| **CITY, STATE, ZIP CODE, COUNTRY** | **TYPE ESTABLISHMENT INSPECTED** |
| West Memphis, AR 72301-2974 | Distributor |

Preston B Hoover
Investigator
X  Signed By: Preston B. Hoover -S
Date Signed: 02-11-2022 10:46:57

Margaret M Annes
Investigator
X  Signed By: Margaret M. Annes -S
Date Signed: 02-11-2022 10:46:25

| | EMPLOYEE(S) SIGNATURE | | DATE ISSUED |
|---|---|---|---|
| **SEE REVERSE OF THIS PAGE** | Lauren R Brady, Investigator<br>Michael L Jones, Investigator<br>Margaret M Annes, Investigator<br>Preston B Hoover, Investigator<br>Jocelyn C Turner, Investigator - Dedicated<br>Device Cadre | Lauren R Brady<br>Investigator<br>X  Signed By: 2003880057<br>Date Signed: 02-11-2022<br>10:46:18 | 2/11/2022 |

| FORM FDA 483 (09/08) | PREVIOUS EDITION OBSOLETE | INSPECTIONAL OBSERVATIONS | PAGE 21 of 21 PAGES |
|---|---|---|---|

**CONFIDENTIAL**                              FD_MDL_0000077

The observations of objectionable conditions and practices listed on the front of this form are reported:

1. Pursuant to Section 704(b) of the Federal Food, Drug and Cosmetic Act, or

2. To assist firms inspected in complying with the Acts and regulations enforced by the Food and Drug Administration.

Section 704(b) of the Federal Food, Drug, and Cosmetic Act (21 USC 374(b)) provides:

"Upon completion of any such inspection of a factory, warehouse, consulting laboratory, or other establishment, and prior to leaving the premises, the officer or employee making the inspection shall give to the owner, operator, or agent in charge a report in writing setting forth any conditions or practices observed by him which, in his judgment, indicate that any food, drug, device, or cosmetic in such establishment (1) consists in whole or in part of any filthy, putrid, or decomposed substance, or (2) has been prepared, packed, or held under insanitary conditions whereby it may have become contaminated with filth, or whereby it may have been rendered injurious to health. A copy of such report shall be sent promptly to the Secretary."