# Exhibit B



**Schedule 1**

| Alabama Stores | | | | |
|---|---|---|---|---|
| **Store Num.** | **Street Address** | **City** | **State** | **Zip** |
| 567 | 35 MEMORIAL PKY E | ALICEVILLE | AL | 35442-2155 |
| 12825 | 15704 AL HIGHWAY 216 | BROOKWOOD | AL | 35444 |
| 12505 | 206 GREENSBORO STREET | EUTAW | AL | 35462 |
| 868 | 303 S. MAIN ST. | LINDEN | AL | 36748-1725 |
| 9012 | 1307 NORTH WASHINGTON STREET | LIVINGSTON | AL | 35470 |
| 8919 | P O BOX 308 | MOUNDVILLE | AL | 35474 |
| 12506 | 5705 US HIGHWAY 278 | SULLIGENT | AL | 35586 |
| 639 | 524 14TH ST | TUSCALOOSA | AL | 35401-3434 |
| 3812 | 1507 CULVER RD | TUSCALOOSA | AL | 35401-2632 |
| 10460 | 2515 MARTIN LUTHER KING JR BLV | TUSCALOOSA | AL | 35401 |
| 11726 | 3851 GREENSBORO AVENUE | TUSCALOOSA | AL | 35405-2846 |
| 12679 | 1525 SKYLAND BLVD EAST | TUSCALOOSA | AL | 35405-4231 |
| 2714 | 9598 HIGHWAY 18 | VERNON | AL | 35592-1527 |
| 9013 | 700 4TH AVENUE | YORK | AL | 36925 |
| **Arkansas Stores** | | | | |
| **Store Num.** | **Street Address** | **City** | **State** | **Zip** |
| 11135 | 1550 PINE STREET | ARKADELPHIA | AR | 71923 |
| 8376 | 603 NORTH CHURCH ST. | ATKINS | AR | 72823 |
| 985 | 1275 E MAIN ST | BATESVILLE | AR | 72501-3018 |
| 4378 | 2001 W MAIN ST | BLYTHEVILLE | AR | 72315-3033 |
| 4239 | 1421 PINECREST STREET | BRINKLEY | AR | 72021-0000 |
| 11116 | 1302 S PINE STREET | CABOT | AR | 72023-3812 |
| 1197 | 216 CALIFORNIA AVENUE | CAMDEN | AR | 71701 |
| 4154 | 300 MADISON ST | CLARENDON | AR | 72029-2718 |
| 6613 | P.O. BOX 265 | CLARKSVILLE | AR | 72830 |
| 1068 | 254 OAK ST | CONWAY | AR | 72032 |
| 2899 | 308 C PINE STREET | CROSSETT | AR | 71635-2910 |
| 9296 | 301 E 8TH STREET | DANVILLE | AR | 72833 |
| 10410 | 205 E SPEEDWAY STREET | DERMOTT | AR | 71638 |
| 12661 | 1602 MAIN STREET | DES ARC | AR | 72040-3116 |
| 601 | 300 S. WHITEHEAD DRIVE | DEWITT | AR | 72042 |
| 11229 | 439 E CHOCTAW STREET | DUMAS | AR | 71639-2319 |
| 2994 | 17668 US HIGHWAY 64 | EARLE | AR | 72331 |
| 1467 | 424 N WEST AVE | EL DORADO | AR | 71730-5938 |
| 4396 | 1005 E FORDYCE ST | ENGLAND | AR | 72046-1417 |



500 Volvo Parkway, Chesapeake, VA 23320
Main (757) 321-5000 Fax (757) 321-5949



| | | | | |
|---|---|---|---|---|
| 3026 | 2963 S HWY 65 | EUDORA | AR | 71640 |
| 1048 | 1007 W 4TH ST | FORDYCE | AR | 71742-2217 |
| 4112 | 228 W BROADWAY ST | FORREST CITY | AR | 72335 |
| 3278 | 802 E MAIN ST STE 1 | GREEN FOREST | AR | 72638 |
| 10609 | 506 E. MAIN ST. | GURDON | AR | 71743-1244 |
| 13122 | 700 N MAIN STREET | HAMBURG | AR | 71646-2718 |
| 11148 | 214 S LEE STREET | HAMPTON | AR | 71744 |
| 4251 | 608 N ILLINOIS ST | HARRISBURG | AR | 72432-1248 |
| 1526 | 640 MALVERN AVE | HOT SPRINGS | AR | 71901-5432 |
| 3261 | 3339 CENTRAL AVE | HOT SPRINGS | AR | 71913-6279 |
| 6016 | 899 PARK AVE | HOT SPRINGS | AR | 71901-3004 |
| 8473 | 3242 ALBERT PIKE RD | HOT SPRINGS | AR | 71913 |
| 5598 | 1700 S HIGHWAY 161 | JACKSONVILLE | AR | 72076-5509 |
| 3527 | 106 S GEE ST | JONESBORO | AR | 72403-2519 |
| 12892 | 1218 N HIGHWAY65 | LAKE VILLAGE | AR | 71653-7563 |
| 12823 | 325 W BROAD STREET | LEPANTO | AR | 72354-2203 |
| 708 | 801 E. ROOSEVELT ROAD | LITTLE ROCK | AR | 72206-2410 |
| 1314 | 4514 W 12TH ST | LITTLE ROCK | AR | 72204-1924 |
| 1478 | 3500 BASELINE ROAD | LITTLE ROCK | AR | 72209 |
| 2769 | 8824 GEYER SPRINGS RD | LITTLE ROCK | AR | 72209-4701 |
| 3632 | 3901 S UNIVERSITY AVE | LITTLE ROCK | AR | 72204-7832 |
| 3762 | 20290 ARCH ST | LITTLE ROCK | AR | 72206-9217 |
| 4825 | 1711 MAIN ST | LITTLE ROCK | AR | 72206-1471 |
| 5771 | 8510 COLONEL GLENN RD | LITTLE ROCK | AR | 72204-8229 |
| 7191 | 5200 WEST 65TH ST | LITTLE ROCK | AR | 72209-3818 |
| 8936 | 10422 CHICOT ROAD | LITTLE ROCK | AR | 72209 |
| 11390 | 2408 DR MARTIN LUTHER KING JR | LITTLE ROCK | AR | 77206-2079 |
| 9371 | 404 E PAGE AVENUE | MALVERN | AR | 72104 |
| 1037 | 286 W CHESTNUT ST | MARIANNA | AR | 72360-2132 |
| 2295 | 138 BLOCK ST | MARION | AR | 72364-1956 |
| 10820 | P.O. BOX 65 | MARVELL | AR | 72366 |
| 12712 | 652 HIGHWAY 365 | MAYFLOWER | AR | 72106-9630 |
| 602 | 606 HOLLY STREET | MCGEHEE | AR | 71654 |
| 12754 | 609 E MAIN STREET | MELBOURNE | AR | 72556-8031 |
| 11091 | 620 W GAINES STREET | MONTICELLO | AR | 71655 |
| 12749 | 1313 E BROADWAY | MORRILTON | AR | 72110 |
| 741 | 2633 PIKE AVE | N LITTLE ROCK | AR | 72114-1926 |
| 1921 | 4149 E BROADWAY ST | N LITTLE ROCK | AR | 72117-4120 |



500 Volvo Parkway, Chesapeake, VA 23320
Main (757) 321-5000 Fax (757) 321-5949



| | | | | |
|---|---|---|---|---|
| 6314 | 4204 CAMP ROBINSON RD | N LITTLE ROCK | AR | 72118-4610 |
| 10170 | 2121 HIGHWAY 161 | N LITTLE ROCK | AR | 72117-3707 |
| 10531 | 715 E BROADWAY STREET | N LITTLE ROCK | AR | 72114-5764 |
| 5472 | 4143 JOHN F. KENNEDY BLVD | NORTH LITTLE ROCK | AR | 72116-8264 |
| 12112 | 5613 MACARTHUR DRIVE | NORTH LITTLE ROCK | AR | 72118 |
| 12842 | 1051 W KEISER | OSCEOLA | AR | 72370-2914 |
| 1109 | 300 W KINGS HIGHWAY | PARAGOULD | AR | 72450-4229 |
| 2436 | 416 S FOURCHE AVE | PERRYVILLE | AR | 72126-8005 |
| 1105 | 2801 S OLIVE ST | PINE BLUFF | AR | 71603-5439 |
| 3782 | 5316 DOLLARWAY RD | PINE BLUFF | AR | 71602-4013 |
| 4955 | 1113 S BLAKE ST | PINE BLUFF | AR | 71603-2315 |
| 5604 | 3100 W 28TH AVE | PINE BLUFF | AR | 71603-4805 |
| 8153 | 1607 E HARDING AVE. | PINE BLUFF | AR | 71601-6823 |
| 11882 | 1169 W 16TH AVE | PINE BLUFF | AR | 71603 |
| 4153 | 2104 HIGHWAY 62 W | POCAHONTAS | AR | 72455-3640 |
| 4009 | 1200 S KNOXVILLE AVE | RUSSELLVILLE | AR | 72802-6401 |
| 2686 | 2223 W BEEBE CAPPS EXPY | SEARCY | AR | 72143-5018 |
| 12562 | 601 S LINCOLN | STAR CITY | AR | 71667 |
| 8952 | 1823 S. MAIN STREET | STUTTGART | AR | 72160-6012 |
| 2096 | 443 HIGHWAY 463 S | TRUMANN | AR | 72472 |
| 12780 | 10 EAGLE STREET | VILONIA | AR | 72173 |
| 3956 | 500 SW FRONT ST | WALNUT RIDGE | AR | 72476-2637 |
| 1256 | 317 S MARTIN ST | WARREN | AR | 71671-2817 |
| 1294 | 233 N SEBASTIAN ST | WEST HELENA | AR | 72390-2447 |
| 785 | 2113 E BROADWAY ST | WEST MEMPHIS | AR | 72301-3454 |
| 3180 | 209 SHOPPINGWAY BLVD STE B | WEST MEMPHIS | AR | 72301-1733 |
| 11802 | 420 S AVALON STREET | WEST MEMPHIS | AR | 72301 |
| 798 | P O BOX 591 | WYNNE | AR | 72396-0591 |
| **Louisiana Stores** | | | | |
| **Store Num.** | **Street Address** | **City** | **State** | **Zip** |
| 906 | 232 BOLTON AVE | ALEXANDRIA | LA | 71301-7126 |
| 6568 | 2501 3RD ST | ALEXANDRIA | LA | 71302-6102 |
| 8397 | 1801 HAZEL ST | ARCADIA | LA | 71001-4131 |
| 10819 | 1022 COTEAU RODAIRE HIGHWAY | ARNAUDVILLE | LA | 70512 |
| 749 | 810 MAIN ST | BAKER | LA | 70714-3442 |
| 917 | 542 N WASHINGTON ST | BASTROP | LA | 71220-3040 |
| 6150 | 1714 E MADISON AVE | BASTROP | LA | 71220-4032 |
| 11090 | 8027 SCENIC HIGHWAY | BATON ROUGE | LA | 70807-4926 |



500 Volvo Parkway, Chesapeake, VA 23320
Main (757) 321-5000 Fax (757) 321-5949



| | | | | |
|---|---|---|---|---|
| 11753 | 6910 MICKENS ROAD | BATON ROUGE | LA | 70811-5937 |
| 10832 | 60 WEST 4TH STREET | BERNICE | LA | 71222 |
| 3542 | 904 REES ST STE B | BREAUX BRIDGE | LA | 70517-4514 |
| 4432 | P.O. BOX 308 | BREAUX BRIDGE | LA | 70517 |
| 11871 | 3047 GRAND POINT HIGHWAY | BREAUX BRIDGE | LA | 70517 |
| 12005 | 1802 ANSE BROUSSARD HWY | BREAUX BRIDGE | LA | 70517 |
| 707 | 816 NW MAIN ST | BUNKIE | LA | 71322-1644 |
| 7631 | 161 HIGHWAY 80 EAST | CALHOUN | LA | 71225-9147 |
| 877 | 631 VETERANS MEMORIAL DRIVE | CARENCRO | LA | 70520-3620 |
| 9337 | P.O. BOX 537 | CARENCRO | LA | 70520 |
| 11174 | 2405 HWY 93 | CARENCRO | LA | 70520 |
| 12829 | 1045 HIGHWAY 107 | CENTER POINT | LA | 71323 |
| 8256 | 1234 HWY 4 | CHATHAM | LA | 71226 |
| 2562 | 336 S. MAIN STREET | CHURCH POINT | LA | 70525 |
| 5417 | 9203 HWY 67 | CLINTON | LA | 70722 |
| 1852 | 7741 HWY 165 | COLUMBIA | LA | 71418-3323 |
| 5365 | 409 CHOUPIQUE LN | COTTONPORT | LA | 71327-3737 |
| 8495 | 807 BROADWAY DR. | DELHI | LA | 71232 |
| 12463 | 12905 LA 28 EAST | DEVILLE | LA | 71328 |
| 5281 | 505 S MAIN ST | FARMERVILLE | LA | 71241-3215 |
| 664 | 504 E WALLACE RD | FERRIDAY | LA | 71334-3223 |
| 8482 | 6194 HIGHWAY 10 | GREENSBURG | LA | 70441 |
| 12194 | 707 HWY 8 | HARRISONBURG | LA | 71340 |
| 2596 | 3000 HIGHWAY 10 | JACKSON | LA | 70748-1409 |
| 8568 | 448 OLD WINNFIELD RD | JONESBORO | LA | 71251-3855 |
| 650 | 1904 4TH STREET | JONESVILLE | LA | 71343 |
| 5732 | 512 AVENUE G | KENTWOOD | LA | 70444-2726 |
| 1126 | 2009 W UNIVERSITY AVE | LAFAYETTE | LA | 70506-2576 |
| 1714 | 107 CARMEL AVE | LAFAYETTE | LA | 70501-5001 |
| 2766 | 2228 AMBASSADOR CAFFERY PKY | LAFAYETTE | LA | 70506-3705 |
| 4746 | 1100 W WILLOW ST | LAFAYETTE | LA | 70501-1779 |
| 7526 | 3550 W PINHOOK RD | LAFAYETTE | LA | 70508-3607 |
| 10333 | 4301 MOSS ROAD | LAFAYETTE | LA | 70507 |
| 11563 | 501 E PINHOOK ROAD | LAFAYETTE | LA | 70501 |
| 11630 | 3841 W CONGRESS STREET | LAFAYETTE | LA | 70506 |
| 11808 | 1944 MOSS STREET | LAFAYETTE | LA | 70501-2118 |
| 649 | 300 SPARROW ST | LAKE PROVIDENCE | LA | 71254-3034 |
| 11404 | 10251 PREJEAN HIGHWAY | LAWTELL | LA | 70550 |



500 Volvo Parkway, Chesapeake, VA 23320
Main (757) 321-5000 Fax (757) 321-5949



| | | | | |
|---|---|---|---|---|
| 4096 | 8389 HWY 190 SE | LIVONIA | LA | 70755 |
| 5221 | P O BOX 6 | MANSURA | LA | 71350-0006 |
| 941 | 355 W TUNICA DR | MARKSVILLE | LA | 71351-2605 |
| 834 | 1421 WINNSBORO RD | MONROE | LA | 71202-4523 |
| 1262 | 3038 DESIARD ST | MONROE | LA | 71201-7210 |
| 3003 | 7916 DESIARD ST | MONROE | LA | 71203-4936 |
| 4788 | 3390 STERLINGTON RD | MONROE | LA | 71203-2522 |
| 7850 | 1420 HOSPITAL ROAD | NEW ROADS | LA | 70760 |
| 11251 | 401 ELM STREET | NEW ROADS | LA | 70760-3001 |
| 12784 | 1106 VERONA STREET | NEWELLTON | LA | 71357 |
| 8736 | 310 WEST MAIN STREET | OAK GROVE | LA | 71263 |
| 813 | 209 NATCHEZ BLVD | OPELOUSAS | LA | 70570-6524 |
| 3133 | 933 CRESSWELL LN | OPELOUSAS | LA | 70570-5819 |
| 5033 | 718 S UNION ST | OPELOUSAS | LA | 70570-6028 |
| 5892 | 1322 W LANDRY ST | OPELOUSAS | LA | 70570-3455 |
| 11788 | 8311 HIGHWAY 71 N | PINEVILLE | LA | 71360-2752 |
| 12405 | 8016 RIDGE STREET | POLLOCK | LA | 71467 |
| 11324 | 12902 HIGHWAY 190 W | PORT ALLEN | LA | 70767 |
| 4831 | 17491 HIGHWAY 190 | PORT BARRE | LA | 70577-5126 |
| 3936 | 1910 JULIA STREET | RAYVILLE | LA | 71269-5516 |
| 5006 | 3296 HWY 165 SOUTH | RICHWOOD | LA | 71202 |
| 11596 | 2610 RICHWOOD ROAD 2 | RICHWOOD | LA | 71202 |
| 8007 | 612 S MONROE ST | RUSTON | LA | 71270 |
| 11435 | 601 E GEORGIA AVENUE | RUSTON | LA | 71270-3930 |
| 5581 | 5620 CAMERON ST | SCOTT | LA | 70583-5200 |
| 11622 | 1061 RENAUD DRIVE | SCOTT | LA | 70583 |
| 12171 | 9447 HIGHWAY 80 | SIMSBORO | LA | 71275-3002 |
| 12863 | 1101 PLANK RD | ST. JOSEPH | LA | 71366 |
| 9032 | 10008 HIGHWAY 165 N | STERLINGTON | LA | 71280 |
| 5020 | 122 OAK TREE PARK DR | SUNSET | LA | 70584 |
| 717 | 300 N CHESTNUT ST | TALLULAH | LA | 71282-3712 |
| 670 | 1919 CARTER ST. | VIDALIA | LA | 71373 |
| 4433 | 710 W MAIN ST | VILLE PLATTE | LA | 70586-4326 |
| 5470 | 553 VETERANS BLVD | WASHINGTON | LA | 70589 |
| 835 | 117 SMITH ST | WEST MONROE | LA | 71292-6046 |
| 5335 | 1202 CYPRESS ST | WEST MONROE | LA | 71291-2840 |
| 8935 | 3002 CYPRESS STREET | WEST MONROE | LA | 71291 |
| 11335 | 5075 CYPRESS STREET | WEST MONROE | LA | 71291 |



500 Volvo Parkway, Chesapeake, VA 23320
Main (757) 321-5000 Fax (757) 321-5949



| | | | | |
|---|---|---|---|---|
| 11721 | 5872 JONESBORO ROAD | WEST MONROE | LA | 71292 |
| 1165 | 815 W COURT ST | WINNFIELD | LA | 71483-2637 |
| 9066 | 3636 FRONT STREET | WINNSBORO | LA | 71295-2224 |
| 9361 | 139 MAPLE STREET | WISNER | LA | 71378 |
| 8795 | P.O. BOX 1346 | YOUNGSVILLE | LA | 70592 |
| 7706 | 4950 HWY 19 | ZACHARY | LA | 70791 |
| **Missouri Stores** | | | | |
| **Store Num.** | **Street Address** | **City** | **State** | **Zip** |
| 9411 | 601 S MAIN STREET | CHARLESTON | MO | 63834 |
| 2388 | 312 W STODDARD ST | DEXTER | MO | 63841-1536 |
| 12555 | 125 PRAIRIE DRIVE | EAST PRAIRIE | MO | 63845 |
| 3524 | 401 FIRST ST | KENNETT | MO | 63857 |
| 2575 | 1031 E MALONE AVE | SIKESTON | MO | 63801 |
| 9188 | 209 W MALONE AVENUE | SIKESTON | MO | 63801 |
| 12816 | 1409 MAIN STREET | VAN BUREN | MO | 63965 |
| 1194 | 1308 PORTER WAGONER BLVD | WEST PLAINS | MO | 65775 |
| **Mississippi Stores** | | | | |
| **Store Num.** | **Street Address** | **City** | **State** | **Zip** |
| 4127 | 103 HIGHWAY 45 N | ABERDEEN | MS | 39730-2305 |
| 12611 | 222 MABUS STREET | ACKERMAN | MS | 39735 |
| 2324 | 209 N 2ND AVE | BALDWYN | MS | 38824-1810 |
| 10384 | 4168 HIGHWAY 42 | BASSFIELD | MS | 39421 |
| 3246 | 116 HIGHWAY 51 N | BATESVILLE | MS | 38606-2347 |
| 2985 | 2760D HIGHWAY 15 | BAY SPRINGS | MS | 39422 |
| 5124 | P.O. BOX 1143 | BELMONT | MS | 38827-1143 |
| 1104 | 620 E FIRST ST | BELZONI | MS | 39038-3406 |
| 2180 | 304 E GOVERNMENT ST | BRANDON | MS | 39042-3262 |
| 10767 | 600 E MONTICELLO ST. | BROOKHAVEN | MS | 39601 |
| 3506 | 1074 E PEACE ST | CANTON | MS | 39046-4026 |
| 10265 | 1131 W PEACE STREET | CANTON | MS | 39046 |
| 11902 | 3376 N. LIBERTY STREET | CANTON | MS | 39046-3717 |
| 642 | PO BOX 1029 | CENTREVILLE | MS | 39631-1029 |
| 3303 | 310 W MAIN ST | CHARLESTON | MS | 38921-2231 |
| 849 | 620 S STATE ST | CLARKSDALE | MS | 38614-6322 |
| 5493 | 1032 N STATE ST | CLARKSDALE | MS | 38614-6524 |
| 3508 | 406 S DAVIS AVENUE | CLEVELAND | MS | 38732-3412 |
| 3514 | 222 CLINTON BLVD | CLINTON | MS | 39056-5126 |
| 7819 | 816 MAIN STREET | COLLINS | MS | 39428 |



| | | | | |
|---|---|---|---|---|
| 674 | 1412 MAIN ST | COLUMBUS | MS | 39701-4970 |
| 7451 | 202 ALABAMA ST | COLUMBUS | MS | 39702 |
| 12672 | 60 MIKE PARRA RD | COLUMBUS | MS | 39705-1292 |
| 2941 | P. O. BOX 542 | CRYSTAL SPRINGS | MS | 39059-0267 |
| 12882 | 14916 HIGHWAY 16 W | DE KALB | MS | 39328 |
| 12695 | 15458 HIGHWAY 15 | DECATUR | MS | 39327 |
| 545 | 144 W PARK AVE | DREW | MS | 38737-0443 |
| 1152 | 369 E MADISON ST | DURANT | MS | 39063-3713 |
| 8842 | 1960 VETERAN'S MEMORIAL BLVD S | EUPORA | MS | 39744 |
| 12656 | 101 MANSKER DRIVE | FLORA | MS | 39071 |
| 12548 | 1409 S ADAMS STREET | FULTON | MS | 38843 |
| 8769 | 437 N CAPTAIN GLOSTER DR | GLOSTER | MS | 39638 |
| 12291 | 9563 MAIN ST. | GOODMAN | MS | 39079 |
| 547 | 110 N HARVEY ST | GREENVILLE | MS | 38701-3713 |
| 4820 | 2101 HIGHWAY 82 E | GREENVILLE | MS | 38703-6029 |
| 8658 | 1443 MLK BLVD S. | GREENVILLE | MS | 38703 |
| 12334 | 1325 HWY 82 W | GREENVILLE | MS | 38701 |
| 2783 | 700 HIGHWAY 7 N | GREENWOOD | MS | 38930 |
| 11610 | 320 HIGHWAY 82 W | GREENWOOD | MS | 38930 |
| 5068 | 1815 COMMERCE ST | GRENADA | MS | 38901-5106 |
| 10222 | 100 N DR. MLK JR. BLVD. | GRENADA | MS | 38901 |
| 8553 | 20014 HWY 53 | GULFPORT | MS | 39503 |
| 12872 | 40055 HAMILTON RD | HAMILTON | MS | 39746 |
| 1119 | 215 BROADWAY DR | HATTIESBURG | MS | 39401-5083 |
| 4302 | 130 TRADE CENTER LN | HAZELHURST | MS | 39083-2319 |
| 2801 | 1002 EAST AVE N | HOLLANDALE | MS | 38748-3222 |
| 632 | 183 N. MEMPHIS STREET | HOLLY SPRINGS | MS | 38635-2257 |
| 9228 | 3230 GOODMAN ROAD W | HORN LAKE | MS | 38637 |
| 3724 | 903C HWY 82 E | INDIANOLA | MS | 38751-2325 |
| 559 | 3204 MEDGAR EVERS BOULEVARD | JACKSON | MS | 39213-6842 |
| 1695 | 3140 W NORTHSIDE DRIVE | JACKSON | MS | 39213 |
| 3177 | 4445 N STATE ST | JACKSON | MS | 39206-5306 |
| 3921 | 2566 ROBINSON ST STE B | JACKSON | MS | 39209-7029 |
| 3993 | 516 NAKOMA DR | JACKSON | MS | 39206-3332 |
| 5171 | 3366 TERRY RD | JACKSON | MS | 39212-4953 |
| 5213 | 320 W WOODROW WILSON AVE | JACKSON | MS | 39213-7649 |
| 5535 | 2019A RAYMOND RD | JACKSON | MS | 39204-4131 |
| 5870 | 3111 W CAPITAL ST | JACKSON | MS | 39209-4204 |



500 Volvo Parkway, Chesapeake, VA 23320
Main (757) 321-5000 Fax (757) 321-5949



| | | | | |
|---|---|---|---|---|
| 6731 | 311 BRIARWOOD DR | JACKSON | MS | 39206-3002 |
| 6791 | 4747 CLINTON BLVD | JACKSON | MS | 39209-2405 |
| 6938 | 3707 S SIWELL RD | JACKSON | MS | 39212-4396 |
| 10443 | 2820 TERRY ROAD | JACKSON | MS | 39212 |
| 11570 | 1201 UNIVERSITY BOULEVARD | JACKSON | MS | 39204-3055 |
| 11840 | 4610 TERRY ROAD | JACKSON | MS | 39212 |
| 12294 | 5060 PARKWAY DRIVE | JACKSON | MS | 39211 |
| 2800 | 329 HIGHWAY 12 EAST | KOSCIUSKO | MS | 39090-3420 |
| 546 | 604 N BROAD ST | LELAND | MS | 38756-2622 |
| 658 | 327 DEPOT ST | LEXINGTON | MS | 39095-3606 |
| 8084 | 332 E MAIN ST | LIBERTY | MS | 39645 |
| 10530 | 401 SOUTH CHURCH AVENUE | LOUISVILLE | MS | 39339-2921 |
| 4103 | 601 S JEFFERSON ST | MACON | MS | 39341-3009 |
| 8040 | 115 N. CLARK AVE. | MAGNOLIA | MS | 39652-2821 |
| 12554 | 67 WATSON DRIVE | MANTACHIE | MS | 38855 |
| 10507 | 5321 DALE DRIVE | MARION | MS | 39342 |
| 4108 | 713 MARTIN LUTHER KING DR. | MARKS | MS | 38646 |
| 778 | 1209 DELAWARE AVE | MC COMB | MS | 39648-3763 |
| 5460 | 1200 LASALLE ST | MCCOMB | MS | 39648 |
| 8358 | P.O. BOX 709 | MEADVILLE | MS | 39653-0709 |
| 10905 | 1736 SIMPSON HIGHWAY 149 | MENDENHALL | MS | 39114-3423 |
| 2182 | 2815 8TH STREET | MERIDIAN | MS | 39301-4845 |
| 7601 | 713 E BROAD ST | MONTICELLO | MS | 39654-7707 |
| 6603 | 395 JOHN R JUNKIN DR | NATCHEZ | MS | 39120-3823 |
| 11577 | 1196 N MARTIN LUTHER KING JR S | NATCHEZ | MS | 39120-3162 |
| 12723 | 188 NORTHSIDE DRIVE | NEWTON | MS | 39345 |
| 12707 | 511 W MONROE AVENUE | OKOLONA | MS | 38860 |
| 2727 | 3123 HWY 80 E | PEARL | MS | 39208-3503 |
| 10158 | 621 SOUTH PEARSON ROAD | PEARL | MS | 39208 |
| 10844 | 800 E MAIN STREET | PHILADELPHIA | MS | 39350 |
| 2450 | P O BOX 41 | PORT GIBSON | MS | 39150-0041 |
| 3354 | PO BOX 1556 | PRENTISS | MS | 39474 |
| 566 | 548 S ARCHUSA AVE | QUITMAN | MS | 39355-2416 |
| 12170 | 202 WHITE OAK | RALEIGH | MS | 39153 |
| 12887 | 825 E MAIN STREET | RAYMOND | MS | 39154 |
| 10157 | 1606 E COUNTY LINE ROAD | RIDGELAND | MS | 39157-1906 |
| 12328 | 398 HWY 51 | RIDGELAND | MS | 39157 |
| 7922 | 1115 CASINO CENTER DR. | ROBINSONVILLE | MS | 38664 |



500 Volvo Parkway, Chesapeake, VA 23320
Main (757) 321-5000 Fax (757) 321-5949



| | | | | |
|---|---|---|---|---|
| 12474 | 20503 HIGHWAY 61 | ROLLING FORK | MS | 39159 |
| 4319 | P O BOX 218 | RULEVILLE | MS | 38771-0218 |
| 12579 | 23 HWY 590 W | SEMINARY | MS | 39479 |
| 12943 | 13824 US-98 | SMITHDALE | MS | 39664 |
| 3443 | 8650 HIGHWAY 51 N | SOUTHAVEN | MS | 38671-2924 |
| 10236 | 980 CHURCH RD. W. | SOUTHAVEN | MS | 38671-9611 |
| 565 | 213 N JACKSON STREET | STARKVILLE | MS | 39759-2501 |
| 10203 | 1440 US HWY. 61 N | TUNICA | MS | 38676 |
| 523 | 701 W MAIN ST | TUPELO | MS | 38804-3707 |
| 6109 | 900 BEULAH AVE | TYLERTOWN | MS | 39667-2174 |
| 10393 | 803 E JACKSON ROAD | UNION | MS | 39365 |
| 12766 | 34195 HIGHWAY 35 | VAIDEN | MS | 39176 |
| 2483 | 2080 S FRONTAGE ROAD | VICKSBURG | MS | 39180 |
| 6160 | 1305 MISSION 66 | VICKSBURG | MS | 39180-3365 |
| 11162 | 135 HIGHWAY 27 | VICKSBURG | MS | 39180 |
| 12444 | 1800 HIGHWAY 61, NORTH | VICKSBURG | MS | 39183 |
| 12445 | 5100 HWY 61 SOUTH | VICKSBURG | MS | 39180 |
| 12720 | 409 DUNCAN STREET | WATER VALLEY | MS | 38965 |
| 11941 | 2071 HIGHWAY 51 | WESSON | MS | 39191 |
| 12666 | 106 S APPLEGATE STREET | WINONA | MS | 38967 |
| 8499 | 184 MAIN ST. | WOODVILLE | MS | 39669 |
| 2799 | 301 BROADWAY STREET | YAZOO | MS | 39194 |
| 5957 | 760 E 15TH ST | YAZOO CITY | MS | 39194-2706 |
| **Tennessee Stores** | | | | |
| **Store Num.** | **Street Address** | **City** | **State** | **Zip** |
| 10798 | 306 E. MAIN STREET | ADAMSVILLE | TN | 38310-2318 |
| 4418 | 2686 KIRBY WHITTEN RD | BARTLETT | TN | 38133 |
| 8323 | 1745 SYCAMORE VIEW RD. | BARTLETT | TN | 38134-6517 |
| 2850 | 605 W MARKET STREET | BOLIVAR | TN | 38008-2240 |
| 10605 | 605 E MAIN STREET | BROWNSVILLE | TN | 38012-2627 |
| 10252 | 1683 APPLING RD. | CORDOVA | TN | 38016-4907 |
| 10467 | 9109 US 64 | CORDOVA | TN | 38016 |
| 2748 | 605 HWY 51 N | COVINGTON | TN | 38019 |
| 3283 | 1935 ST JOHN AVE #C | DYERSBURG | TN | 38024-2132 |
| 12020 | 228 HIGHWAY 57 W | GRAND JUNCTION | TN | 38039-4268 |
| 4235 | 121 WHITLEY AVE | HENDERSON | TN | 38340-2221 |
| 1113 | 903 HOLLYWOOD DR | JACKSON | TN | 38301-4764 |
| 3995 | 1011 OLD HICKORY BLVD | JACKSON | TN | 38305-2483 |



500 Volvo Parkway, Chesapeake, VA 23320
Main (757) 321-5000 Fax (757) 321-5949



| | | | | |
|---|---|---|---|---|
| 6127 | 224 N ROYAL ST | JACKSON | TN | 38301-6341 |
| 9380 | 1000 WHITEHALL STREET | JACKSON | TN | 38301 |
| 10627 | 1301 N HIGHLAND AVENUE | JACKSON | TN | 38301-4018 |
| 624 | 117 W. CHURCH STREET | LEXINGTON | TN | 38351 |
| 12886 | 211 THREE OAKS DRIVE | MEDINA | TN | 38355-1501 |
| 699 | 3223 WINCHESTER RD | MEMPHIS | TN | 38118-4827 |
| 723 | 2168 FRAYSER BLVD | MEMPHIS | TN | 38127-5755 |
| 724 | 3975 JACKSON AVE | MEMPHIS | TN | 38128-6670 |
| 751 | 3190 N THOMAS #3192 | MEMPHIS | TN | 38127-6001 |
| 759 | 4100 S PLAZA DR | MEMPHIS | TN | 38116-6335 |
| 820 | 142 N AVALON ST | MEMPHIS | TN | 38104-2408 |
| 876 | 2920 LAMAR AVE | MEMPHIS | TN | 38114 |
| 1170 | 4724 MILLBRANCH RD | MEMPHIS | TN | 38116-8031 |
| 1555 | 3400 SUMMER AVENUE | MEMPHIS | TN | 38122 |
| 1568 | 1107 S BELLEVUE BLVD | MEMPHIS | TN | 38106-2344 |
| 2723 | 2500 ELVIS PRESSLEY BLVD | MEMPHIS | TN | 38106-8333 |
| 3370 | 3682 NORTH WATKINS ST | MEMPHIS | TN | 38127-4361 |
| 3398 | 4689 KNIGHT ARNOLD RD | MEMPHIS | TN | 38118-3234 |
| 3412 | 3242 JACKSON AVE | MEMPHIS | TN | 38122-1009 |
| 3537 | 4216 SUMMER AVE | MEMPHIS | TN | 38122-4044 |
| 4181 | 2570 FRAYSER BLVD | MEMPHIS | TN | 38127-5829 |
| 5362 | 2912 COLEMAN RD | MEMPHIS | TN | 38128 |
| 5671 | 4330 WINCHESTER RD | MEMPHIS | TN | 38118 |
| 5803 | 3315 E SHELBY DR | MEMPHIS | TN | 38118-7256 |
| 5844 | 4727 NEELY RD | MEMPHIS | TN | 38109-8550 |
| 5898 | 3566 S MENDENHALL RD | MEMPHIS | TN | 38115-4512 |
| 5960 | 6636 E SHELBY DR | MEMPHIS | TN | 38141-8439 |
| 5984 | 5355 ELVIS PRESLEY BLVD | MEMPHIS | TN | 38116-8235 |
| 6010 | 3141 S MENDENHALL RD | MEMPHIS | TN | 38115-2827 |
| 6097 | 3255 HICKORY HILL RD | MEMPHIS | TN | 38115-3135 |
| 6105 | 3338 AUSTIN PEAY HWY | MEMPHIS | TN | 38128-3802 |
| 6439 | 2743 N WATKINS ST | MEMPHIS | TN | 38127-8564 |
| 6465 | 2981 PARK AVE | MEMPHIS | TN | 38114-2731 |
| 6487 | 3515 RIDGEMONT AVE | MEMPHIS | TN | 38128-1830 |
| 6708 | 3435 MILLBRANCH RD | MEMPHIS | TN | 38116-3625 |
| 6818 | 3500 RAMILL ROAD | MEMPHIS | TN | 38128 |
| 6892 | 6415 E RAINES RD | MEMPHIS | TN | 38115-6540 |
| 7230 | 2374 SUMMER AVE | MEMPHIS | TN | 38112-2518 |



500 Volvo Parkway, Chesapeake, VA 23320
Main (757) 321-5000 Fax (757) 321-5949



| | | | | |
|---|---|---|---|---|
| 8027 | 287 N. CLEVELAND ST. | MEMPHIS | TN | 38104-7145 |
| 8417 | 2715 S PERKINS ROAD | MEMPHIS | TN | 38118-2430 |
| 8516 | 1636 GETWELL RD | MEMPHIS | TN | 38111-7120 |
| 8558 | 180 EAST E H CRUMP BLVD | MEMPHIS | TN | 38106-1714 |
| 8579 | 831 THOMAS ST | MEMPHIS | TN | 38107-2543 |
| 8580 | 3390 S US HIGHWAY 61 | MEMPHIS | TN | 38109 |
| 8597 | 2760 LAMAR AVE. | MEMPHIS | TN | 38114-4316 |
| 8610 | 656 S HIGHLAND STREET | MEMPHIS | TN | 38111-4356 |
| 8681 | 1870 N GERMANTOWN PKWY. | MEMPHIS | TN | 38016-2815 |
| 8690 | 1427 N HOLLYWOOD ST. | MEMPHIS | TN | 38108-1533 |
| 8691 | 6550 MT. MORIAH RD | MEMPHIS | TN | 38115 |
| 8694 | 2644 JAMES RD | MEMPHIS | TN | 38127-8811 |
| 8735 | 4082 US HIGHWAY 61 SUITE 101 | MEMPHIS | TN | 38109 |
| 8814 | 4280 MACON RD | MEMPHIS | TN | 38122-4811 |
| 8865 | 3544 COVINGTON PIKE | MEMPHIS | TN | 38128-3926 |
| 8866 | 1539 WHITTEN ROAD | MEMPHIS | TN | 38134 |
| 8953 | 4202 HACKS CROSS RD | MEMPHIS | TN | 38125 |
| 8979 | 2711 GETWELL RD | MEMPHIS | TN | 38118 |
| 8980 | 2970 POPLAR AVENUE | MEMPHIS | TN | 38111 |
| 8992 | 4618 QUINCE RD | MEMPHIS | TN | 38117-6547 |
| 9011 | 2360 AIRWAYS BLVD. | MEMPHIS | TN | 38114-6009 |
| 9049 | 1688 JACKSON AVENUE | MEMPHIS | TN | 38107 |
| 9229 | 3403 ELVIS PRESLEY BLVD | MEMPHIS | TN | 38116-3259 |
| 9341 | 5245 RIVERDALE ROAD | MEMPHIS | TN | 38141-8551 |
| 11549 | 4194 HICKORY HILL ROAD | MEMPHIS | TN | 38141-6814 |
| 11664 | 910 JACKSON AVENUE | MEMPHIS | TN | 38107-4134 |
| 11811 | 6222 WINCHESTER ROAD | MEMPHIS | TN | 38115-4175 |
| 11953 | 1450 S TREZEVANT STREET | MEMPHIS | TN | 38114-6607 |
| 12821 | 716 S MAIN ST | MIDDLETON | TN | 38052 |
| 854 | 4839 NAVY RD | MILLINGTON | TN | 38053-2030 |
| 6044 | 1345 MUNFORD AVENUE | MUNFORD | TN | 38058-6749 |
| 12531 | 503 TENNESSEE AVENUE N | PARSONS | TN | 38363 |
| 4175 | 101 LAKE ST | RIDGELY | TN | 38080-1314 |
| 582 | 180 SOUTH WASHINGTON STREET | RIPLEY | TN | 38063-1514 |
| 779 | 2007 WAYNE RD | SAVANNAH | TN | 38372-2235 |
| 4539 | 17575 US HWY 64 | SOMERVILLE | TN | 38068 |
| 633 | 128 DAVY CROCKETT MALL | TRENTON | TN | 38382-2934 |



500 Volvo Parkway, Chesapeake, VA 23320
Main (757) 321-5000 Fax (757) 321-5949