# Exhibit B



# Proof of Service

092 MEMPHIS TN PEST,2175 Business Center Drive,Memphis,TN,38134-5628,901-797-8785,901-797-9522

| | | | |
|---|---|---|---|
| Servicing Branch | 4092 | Contract Number | REDACTED |
| Customer | FAMILY DOLLAR DISTRIBUTION DC202-WEST MEMPHIS 1800 FAMILY DOLLAR PKWY WEST MEMPHIS AR 72301-2974 | Premise Number | 2 |
| | | Visit Type | SERVICE MAINTENANCE |
| | | Visit Date | 11/07/2019 |

**Licenses Certifications**
2-LH396-8A

| Order Number | Status | Service Date | Report Description |
|---|---|---|---|
| 54573919000 | Completed | 11/07/2019 | COMMERCIAL PEST GENERAL MAINTENANCE SERVICE |

## Pest activity

| Building | Floor | Department | Location | Pest Type | Activity |
|---|---|---|---|---|---|
| Building | Main | Warehouse | MRT 003 | House mice | Actual Count (1) |
| Building | Main | Warehouse | MRT 005 | House mice | Actual Count (2) |
| Building | Main | Warehouse | MRT 006 | House mice | Actual Count (2) |
| Building | Main | Warehouse | MRT 016 | House mice | Actual Count (1) |
| Building | Main | Warehouse | MRT 018 | House mice | Actual Count (3) |
| Building | Main | Warehouse | MRT 020 | House mice | Actual Count (6) |
| Building | Main | Warehouse | MRT 022 | House mice | Actual Count (2) |
| Building | Main | Warehouse | MRT 024 | House mice | Actual Count (1) |
| Building | Main | Warehouse | MRT 025 | House mice | Actual Count (1) |
| Building | Main | Warehouse | MRT 028 | House mice | Actual Count (2) |
| Building | Main | Warehouse | MRT 029 | House mice | Actual Count (2) |
| Building | Main | Warehouse | MRT 031 | House mice | Actual Count (4) |
| Building | Main | Warehouse | MRT 032 | House mice | Actual Count (1) |
| Building | Main | Warehouse | MRT 033 | House mice | Actual Count (1) |
| Building | Main | Warehouse | MRT 038 | House mice | Actual Count (1) |
| Building | Main | Warehouse | MRT 043 | House mice | Actual Count (1) |
| Building | Main | Warehouse | MRT 044 | House mice | Actual Count (3) |
| Building | Main | Warehouse | MRT 047 | House mice | Actual Count (2) |
| Building | Main | Warehouse | MRT 048 | House mice | Actual Count (4) |
| Building | Main | Warehouse | MRT 049 | House mice | Actual Count (1) |
| Building | Main | Warehouse | MRT 050 | Deer mice | Actual Count (2) |
| Building | Main | Warehouse | MRT 051 | House mice | Actual Count (1) |
| Building | Main | Warehouse | MRT 052 | House mice | Actual Count (1) |
| Building | Main | Warehouse | MRT 053 | Deer mice | 4 (4) |
| Building | Main | Warehouse | MRT 054 | House mice | Actual Count (3) |
| Building | Main | Warehouse | MRT 057 | Deer mice | Actual Count (1) |
| Building | Main | Warehouse | MRT 081 | House mice | Actual Count (1) |
| Building | Main | Warehouse | MRT 088 | House mice | Actual Count (1) |
| Building | Main | Warehouse | MRT 089 | House mice | Actual Count (2) |
| Building | Main | Warehouse | MRT 090 | House mice | Actual Count (2) |
| Building | Main | Warehouse | MRT 098 | House mice | Actual Count (1) |
| Building | Main | Warehouse | MRT 099 | House mice | Actual Count (1) |
| Building | Aisle | Floor | MRT111 | Norway rats | Actual Count (2) |
| Building | Aisle | Floor | MRT118 | Norway rats | Actual Count (1) |

CONFIDENTIAL                                                                                     MDL.RNAINC00000194

# Rentokil

**Proof of Service**

| Building | Aisle | Floor | MRT125 | House mice | Actual Count (1) |
|---|---|---|---|---|---|
| Building | Aisle | Floor | MRT127 | House mice | Actual Count (1) |
| Building | Aisle | Floor | MRT129 | House mice | Actual Count (2) |
| Building | Aisle | Floor | MRT130 | House mice | Actual Count (2) |
| Building | Aisle | Floor | MRT131 | House mice | Actual Count (1) |
| Building | Aisle | Floor | MRT132 | House mice | Actual Count (1) |
| Building | Aisle | Floor | MRT133 | House mice | Actual Count (1) |
| Building | Aisle | Floor | MRT134 | House mice | Actual Count (1) |
| Building | Aisle | Floor | MRT144 | House mice | Actual Count (1) |
| Building | Aisle | Floor | MRT148 | House mice | Actual Count (1) |
| Building | Aisle | Floor | MRT172 | House mice | Actual Count (1) |
| Building | Aisle | Floor | MRT183 | House mice | Actual Count (1) |
| Building | Aisle | Floor | MRT200 | House mice | Actual Count (1) |
| Building | Aisle | Floor | MRT232 | House mice | Actual Count (1) |

## Device Summary

| Device type | With activity | Without activity | Unserviceable | Total inspected |
|---|---|---|---|---|
| Mechanical Rodent Trap | 48 | 177 | 19 | 225 |
| Rodent Bait Station | 0 | 2 | 2 | 2 |

## Materials Used

No preparations used during this service

## Recommendations

| Date | Location | Recommendation: Type/details | Recommendation Image |
|---|---|---|---|
| 11/07/2019<br>Reference: 67 | Building: Building<br>Floor: Main<br>Zone: Warehouse<br>Location Area: Internal<br>Location: MRT 007 | Status: COMPLETE<br>Type: Structural<br>Responsibility:<br>Door gap/damage noted that allows pest access. Please repair to prevent pest entry. | |
| 11/07/2019<br>Reference: 66 | Building: Building<br>Floor: Main<br>Zone: Warehouse<br>Location Area: Internal<br>Location: MRT 034 | Status: COMPLETE<br>Type: Structural<br>Responsibility:<br>Door gap/damage noted that allows pest access. Please repair to prevent pest entry. | |
| 11/07/2019<br>Reference: 65 | Building: Building<br>Floor: Main<br>Zone: Warehouse<br>Location Area: Internal<br>Location: MRT 035 | Status: COMPLETE<br>Type: Structural<br>Responsibility:<br>Door dockplate damaged and may allow pest access. Please repair to prevent pest entry. | |
| 11/07/2019<br>Reference: 64 | Building: Building<br>Floor: Main<br>Zone: Warehouse<br>Location Area: Internal<br>Location: MRT 044 | Status: COMPLETE<br>Type: Structural<br>Responsibility:<br>Door dockplate damaged and may allow pest access. Please repair to prevent pest entry. | |
| 11/07/2019<br>Reference: 63 | Building: Building<br>Floor: Main<br>Zone: Warehouse<br>Location Area: Internal<br>Location: MRT 077 | Status: PENDING<br>Type: Equipment<br>Responsibility:<br>Bait station is damaged or missing. We suggest purchase of bait station for replacement and effective coverage. | |
| 10/11/2019<br>Reference: 62 | Building: Building<br>Floor: Main<br>Zone: Warehouse<br>Location Area: Internal<br>Location: MRT 059 | Status: PENDING<br>Type: Structural<br>Responsibility:<br>Gap under garage door allowing pest access. Please repair to prevent pest entry. | |
| 10/10/2019<br>Reference: 61 | Building: Building<br>Floor: Aisle<br>Zone: Floor<br>Location Area: Internal<br>Location: MRT122 | Status: PENDING<br>Type: Equipment<br>Responsibility:<br>Mechanical rodent trap is damaged or missing. We suggest purchase of mechanical rodent trap for replacement and effective coverage. | |

CONFIDENTIAL                                                                                              MDL.RNAINC00000195

# Rentokil

**Proof of Service**

| Date | Reference | Location | Status / Type / Responsibility / Details |
|---|---|---|---|
| 10/10/2019 | Reference: 60 | Building: Building<br>Floor: Aisle<br>Zone: Floor<br>Location Area: Internal<br>Location: MRT124 | Status: PENDING<br>Type: Equipment<br>Responsibility:<br>Mechanical rodent trap is damaged or missing. We suggest purchase of mechanical rodent trap for replacement and effective coverage. |
| 10/09/2019 | Reference: 59 | Building: Building<br>Floor: Main<br>Zone: Warehouse<br>Location Area: Internal<br>Location: MRT 072 | Status: PENDING<br>Type: Structural<br>Responsibility:<br>Gap under garage door allowing pest access. Please repair to prevent pest entry. |
| 10/09/2019 | Reference: 58 | Building: Building<br>Floor: Main<br>Zone: Exterior<br>Location Area: External<br>Location: RBS 025 | Status: NEW<br>Type: Sanitation<br>Responsibility:<br>Debris collecting exterior. Please remove debris to prevent unsanitary conditions and attraction by pests. |
| 10/09/2019 | Reference: 57 | Building: Building<br>Floor: Main<br>Zone: Exterior<br>Location Area: External<br>Location: RBS 044 | Status: NEW<br>Type: Structural<br>Responsibility:<br>Water leak/standing water inside. Please remove water and repair leak to prevent unsanitary conditions and attraction by pests. |
| 10/09/2019 | Reference: 56 | Building: Building<br>Floor: Main<br>Zone: Exterior<br>Location Area: External<br>Location: RBS 060 | Status: NEW<br>Type: Structural<br>Responsibility:<br>Water leak/standing water inside. Please remove water and repair leak to prevent unsanitary conditions and attraction by pests. |
| 10/09/2019 | Reference: 55 | Building: Building<br>Floor: Main<br>Zone: Exterior<br>Location Area: External<br>Location: RBS 070 | Status: NEW<br>Type: Sanitation<br>Responsibility:<br>Weeds/grass in area need to be maintained at 6 inches or less. |
| 10/08/2019 | Reference: 54 | Building: Building<br>Floor: Main<br>Zone: Warehouse<br>Location Area: Internal<br>Location: MRT 007 | Status: PENDING<br>Type: Equipment<br>Responsibility:<br>Mechanical rodent trap is damaged or missing. We suggest purchase of mechanical rodent trap for replacement and effective coverage. |
| 10/08/2019 | Reference: 53 | Building: Building<br>Floor: Main<br>Zone: Warehouse<br>Location Area: Internal<br>Location: MRT 058 | Status: PENDING<br>Type: Equipment<br>Responsibility:<br>Mechanical rodent trap is damaged or missing. We suggest purchase of mechanical rodent trap for replacement and effective coverage. |
| 10/08/2019 | Reference: 52 | Building: Building<br>Floor: Main<br>Zone: Exterior<br>Location Area: External<br>Location: RBS 021 | Status: NEW<br>Type: Sanitation<br>Responsibility:<br>An accumulation of food product from damaged goods noted. Please remove food product to prevent attraction by pests. |
| 09/30/2019 | Reference: 51 | Building: Building<br>Floor: Main<br>Zone: Exterior<br>Location Area: External<br>Location: RBS 069 | Status: NEW<br>Type: Sanitation<br>Responsibility:<br>Weeds/grass in area need to be maintained at 6 inches or less. |
| 09/26/2019 | Reference: 50 | Building: Building<br>Floor: Main<br>Zone: Warehouse<br>Location Area: Internal<br>Location: MRT 010 | Status: PENDING<br>Type: Equipment<br>Responsibility:<br>Mechanical rodent trap is damaged or missing. We suggest purchase of mechanical rodent trap for replacement and effective coverage. |
| 09/26/2019 | Reference: 49 | Building: Building<br>Floor: Main<br>Zone: Warehouse<br>Location Area: Internal<br>Location: MRT 009 | Status: PENDING<br>Type: Structural<br>Responsibility:<br>Gap under garage door allowing pest access. Please repair to prevent pest entry. |
| 09/26/2019 | Reference: 48 | Building: Building<br>Floor: Main<br>Zone: Warehouse<br>Location Area: Internal<br>Location: MRT 002 | Status: PENDING<br>Type: Equipment<br>Responsibility:<br>Mechanical rodent trap is damaged or missing. We suggest purchase of mechanical rodent trap for replacement and effective coverage. |
| 09/13/2019 | Reference: 46 | Building: Building<br>Floor: Main<br>Zone: Warehouse<br>Location Area: Internal<br>Location: MRT 012 | Status: PENDING<br>Type: Equipment<br>Responsibility:<br>Mechanical rodent trap is damaged or missing. We suggest purchase of mechanical rodent trap for replacement and effective coverage. |

CONFIDENTIAL                                                                                                           MDL.RNAINC00000196

# Rentokil

Proof of Service

| Date | Location | Details |
|---|---|---|
| 09/13/2019<br>Reference: 45 | Building: Building<br>Floor: Main<br>Zone: Exterior<br>Location Area: External<br>Location: RBS 017 | Status: NEW<br>Type: Sanitation<br>Responsibility:<br>Debris collecting exterior. Please remove debris to prevent unsanitary conditions and attraction by pests. |
| 09/13/2019<br>Reference: 44 | Building: Building<br>Floor: Main<br>Zone: Exterior<br>Location Area: External<br>Location: RBS 018 | Status: NEW<br>Type: Sanitation<br>Responsibility:<br>Debris collecting exterior. Please remove debris to prevent unsanitary conditions and attraction by pests. |
| 09/13/2019<br>Reference: 43 | Building: Building<br>Floor: Main<br>Zone: Exterior<br>Location Area: External<br>Location: RBS 021 | Status: NEW<br>Type: Sanitation<br>Responsibility:<br>Debris collecting exterior. Please remove debris to prevent unsanitary conditions and attraction by pests. |
| 09/12/2019<br>Reference: 41 | Building: Building<br>Floor: Main<br>Zone: Exterior<br>Location Area: External<br>Location: RBS 011 | Status: NEW<br>Type: Sanitation<br>Responsibility:<br>An accumulation of food product from damaged goods noted. Please remove food product to prevent attraction by pests. Spilled dog food. |
| 09/12/2019<br>Reference: 40 | Building: Building<br>Floor: Main<br>Zone: Exterior<br>Location Area: External<br>Location: RBS 014 | Status: NEW<br>Type: Sanitation<br>Responsibility:<br>Debris collecting exterior. Please remove debris to prevent unsanitary conditions and attraction by pests. |
| 09/12/2019<br>Reference: 39 | Building: Building<br>Floor: Main<br>Zone: Exterior<br>Location Area: External<br>Location: RBS 019 | Status: NEW<br>Type: Sanitation<br>Responsibility:<br>Debris collecting exterior. Please remove debris to prevent unsanitary conditions and attraction by pests. |
| 09/12/2019<br>Reference: 38 | Building: Building<br>Floor: Main<br>Zone: Exterior<br>Location Area: External<br>Location: RBS 019 | Status: NEW<br>Type: Sanitation<br>Responsibility:<br>An accumulation of food product from damaged goods noted. Please remove food product to prevent attraction by pests. |
| 09/12/2019<br>Reference: 37 | Building: Building<br>Floor: Main<br>Zone: Warehouse<br>Location Area: Internal<br>Location: MRT 008 | Status: PENDING<br>Type: Equipment<br>Responsibility:<br>Mechanical rodent trap is damaged or missing. We suggest purchase of mechanical rodent trap for replacement and effective coverage. |
| 09/11/2019<br>Reference: 34 | Building: Building<br>Floor: Main<br>Zone: Exterior<br>Location Area: External<br>Location: RBS 022 | Status: NEW<br>Type: Sanitation<br>Responsibility:<br>An accumulation of food product from damaged goods noted. Please remove food product to prevent attraction by pests. |
| 09/11/2019<br>Reference: 33 | Building: Building<br>Floor: Main<br>Zone: Exterior<br>Location Area: External<br>Location: RBS 022 | Status: NEW<br>Type: Sanitation<br>Responsibility:<br>Debris collecting exterior. Please remove debris to prevent unsanitary conditions and attraction by pests. |
| 09/11/2019<br>Reference: 32 | Building: Building<br>Floor: Main<br>Zone: Exterior<br>Location Area: External<br>Location: RBS 024 | Status: NEW<br>Type: Sanitation<br>Responsibility:<br>Debris collecting exterior. Please remove debris to prevent unsanitary conditions and attraction by pests. |
| 09/06/2019<br>Reference: 25 | Building: Building<br>Floor: Main<br>Zone: Warehouse<br>Location Area: Internal<br>Location: MRT 053 | Status: PENDING<br>Type: Structural<br>Responsibility:<br>Door gap/damage noted that allows pest access. Please repair to prevent pest entry. |
| 09/06/2019<br>Reference: 24 | Building: Building<br>Floor: Main<br>Zone: Warehouse<br>Location Area: Internal<br>Location: MRT 059 | Status: PENDING<br>Type: Equipment<br>Responsibility:<br>Mechanical rodent trap is damaged or missing. We suggest purchase of mechanical rodent trap for replacement and effective coverage. |
| 09/06/2019<br>Reference: 23 | Building: Building<br>Floor: Main<br>Zone: Warehouse<br>Location Area: Internal<br>Location: MRT 060 | Status: PENDING<br>Type: Structural<br>Responsibility:<br>Door gap/damage noted that allows pest access. Please repair to prevent pest entry. |
| 09/06/2019<br>Reference: 22 | Building: Building<br>Floor: Main<br>Zone: Warehouse<br>Location Area: Internal<br>Location: MRT 061 | Status: NEW<br>Type: Equipment<br>Responsibility:<br>Mechanical rodent trap is damaged or missing. We suggest purchase of mechanical rodent trap for replacement and effective coverage. |

CONFIDENTIAL                                                                                                           MDL.RNAINC00000197

# Rentokil

**Proof of Service**

| Date | Location | Status / Type / Responsibility |
|---|---|---|
| 09/06/2019<br>Reference: 21 | Building: Building<br>Floor: Main<br>Zone: Warehouse<br>Location Area: Internal<br>Location: MRT 062 | Status: NEW<br>Type: Structural<br>Responsibility:<br>Gap under garage door allowing pest access. Please repair to prevent pest entry. |
| 09/06/2019<br>Reference: 20 | Building: Building<br>Floor: Main<br>Zone: Warehouse<br>Location Area: Internal<br>Location: MRT 094 | Status: NEW<br>Type: Equipment<br>Responsibility:<br>Mechanical rodent trap is damaged or missing. We suggest purchase of mechanical rodent trap for replacement and effective coverage. |
| 09/06/2019<br>Reference: 19 | Building: Building<br>Floor: Main<br>Zone: Warehouse<br>Location Area: Internal<br>Location: MRT 096 | Status: PENDING<br>Type: Structural<br>Responsibility:<br>Door gap/damage noted that allows pest access. Please repair to prevent pest entry. |
| 09/06/2019<br>Reference: 18 | Building: Building<br>Floor: Main<br>Zone: Warehouse<br>Location Area: Internal<br>Location: MRT 099 | Status: NEW<br>Type: Equipment<br>Responsibility:<br>Mechanical rodent trap is damaged or missing. We suggest purchase of mechanical rodent trap for replacement and effective coverage. |
| 08/16/2019<br>Reference: 16 | Building: Building<br>Floor: Main<br>Zone: Warehouse<br>Location Area: Internal<br>Location: Warehouse Insp | Status: NEW<br>Type: Exclusion<br>Responsibility:<br>I identified gaps under doors. This provides an entry point for rodents and other pests. I recommend the base of the door is sealed with a door sweep in order to deter pest entry. |
| 07/25/2019<br>Reference: 15 | Building: Building<br>Floor: Main<br>Zone: Warehouse<br>Location Area: Internal<br>Location: Warehouse Insp | Status: NEW<br>Type: Sanitation<br>Responsibility:<br>Debris collecting interior. Please remove debris to prevent unsanitary conditions and attraction by pests. |
| 06/21/2019<br>Reference: 11 | Building: Building<br>Floor: Main<br>Zone: Exterior<br>Location Area: External<br>Location: RBS 023 | Status: PENDING<br>Type: Sanitation<br>Responsibility:<br>Debris collecting exterior. Please remove debris to prevent unsanitary conditions and attraction by pests. |
| 04/16/2019<br>Reference: 10 | Building: Building<br>Floor: Main<br>Zone: Warehouse<br>Location Area: Internal<br>Location: MRT068 | Status: PENDING<br>Type: Equipment<br>Responsibility:<br>Mechanical rodent trap is damaged or missing. We suggest purchase of mechanical rodent trap for replacement and effective coverage. |

## Treatment Notes

Checked all the interior MRT's and found at least 100 mice. Thank you for your business.

| Time In | Time Out | Contact Signature | technician Signature |
|---|---|---|---|
| 11/07/2019 07:47 AM | 11/07/2019 03:41 PM | *Darrell Britt* | *Edgar Williams* |
| | | 11-07-2019 15:40:30 | 11-07-2019 15:41:10 |
| | | Darrell Britt | with thanks, EDGAR WILLIAMS |

CONFIDENTIAL                                                                                     MDL.RNAINC00000198



# Proof of Service

**Detailed Inspection Results**

**Site**
Building, Main, Warehouse

| Device | Time | Pest Type | Quantity | Infestation Level |
|---|---|---|---|---|
| MRT 001 | 10:46 AM | No Activity Found | | |
| MRT 002 | 10:46 AM | No Activity Found | | |
| MRT 003 | 10:43 AM | House mice | 1 | |
| MRT 004 | 10:42 AM | No Activity Found | | |
| MRT 005 | 10:40 AM | House mice | 2 | |
| MRT 006 | 10:39 AM | House mice | 2 | |
| MRT 007 | 10:37 AM | No Activity Found | | |
| MRT 008 | 10:36 AM | No Activity Found | | |
| MRT 009 | 10:36 AM | No Activity Found | | |
| MRT 010 | 10:35 AM | No Activity Found | | |
| MRT 011 | 10:34 AM | No Activity Found | | |
| MRT 012 | 10:33 AM | No Activity Found | | |
| MRT 013 | 10:31 AM | No Activity Found | | |
| MRT 014 | 10:30 AM | No Activity Found | | |
| MRT 015 | 10:29 AM | No Activity Found | | |
| MRT 016 | 10:27 AM | House mice | 1 | |
| MRT 017 | 10:27 AM | No Activity Found | | |
| MRT 018 | 10:25 AM | House mice | 3 | |
| MRT 019 | 10:24 AM | No Activity Found | | |
| MRT 020 | 10:22 AM | House mice | 6 | |
| MRT 021 | 10:18 AM | No Activity Found | | |
| MRT 022 | 10:15 AM | House mice | 2 | |
| MRT 023 | | Unserviceable (Missing next @ 11-07-2019 15:15:06) | | |
| MRT 024 | 10:13 AM | House mice | 1 | |
| MRT 025 | 10:10 AM | House mice | 1 | |
| MRT 026 | 10:09 AM | No Activity Found | | |
| MRT 027 | 10:08 AM | No Activity Found | | |
| MRT 028 | 10:05 AM | House mice | 2 | |
| MRT 029 | 10:03 AM | House mice | 2 | |
| MRT 030 | 10:00 AM | No Activity Found | | |
| MRT 031 | 09:57 AM | House mice | 4 | |
| MRT 032 | 09:54 AM | House mice | 1 | |
| MRT 033 | 09:52 AM | House mice | 1 | |
| MRT 034 | 09:49 AM | No Activity Found | | |
| MRT 035 | 09:48 AM | No Activity Found | | |
| MRT 036 | 09:47 AM | No Activity Found | | |
| MRT 037 | 09:46 AM | No Activity Found | | |
| MRT 038 | 09:44 AM | House mice | 1 | |
| MRT 039 | | Unserviceable (Inaccessible - blocked @ 11-07-2019 15:21:48) | | |
| MRT 040 | | Unserviceable (Inaccessible - blocked @ 11-07-2019 15:15:24) | | |
| MRT 041 | 09:42 AM | No Activity Found | | |
| MRT 042 | 09:41 AM | No Activity Found | | |
| MRT 043 | 09:38 AM | House mice | 1 | |
| MRT 044 | 09:31 AM | House mice | 3 | |
| MRT 045 | 09:35 AM | No Activity Found | | |
| MRT 046 | | Unserviceable (Missing next @ 11-07-2019 15:16:02) | | |
| MRT 047 | 09:26 AM | House mice | 2 | |
| MRT 048 | 09:24 AM | House mice | 4 | |
| MRT 049 | 09:22 AM | House mice | 1 | |
| MRT 050 | 09:20 AM | Deer mice | 2 | |
| MRT 051 | 09:17 AM | House mice | 1 | |
| MRT 052 | 09:15 AM | House mice | 1 | |
| MRT 053 | 09:12 AM | Deer mice | 4 | |
| MRT 054 | 09:09 AM | House mice | 3 | |

CONFIDENTIAL                                                                                                                           MDL.RNAINC00000199

# Rentokil

**Proof of Service**

| Trap | Time | Status | Count |
|---|---|---|---|
| MRT 055 | 09:08 AM | No Activity Found | |
| MRT 056 | 09:07 AM | No Activity Found | |
| MRT 057 | 09:05 AM | Deer mice | 1 |
| MRT 058 | 09:03 AM | No Activity Found | |
| MRT 059 | 09:03 AM | No Activity Found | |
| MRT 060 | 09:00 AM | No Activity Found | |
| MRT 061 | 08:59 AM | No Activity Found | |
| MRT 062 | 08:57 AM | No Activity Found | |
| MRT 063 | 08:47 AM | No Activity Found | |
| MRT 064 | 08:46 AM | No Activity Found | |
| MRT 065 | 08:46 AM | No Activity Found | |
| MRT 066 | 08:45 AM | No Activity Found | |
| MRT 067 | 08:45 AM | No Activity Found | |
| MRT 068 | 08:44 AM | No Activity Found | |
| MRT 069 | 08:44 AM | No Activity Found | |
| MRT 070 | 08:44 AM | No Activity Found | |
| MRT 071 | 08:43 AM | No Activity Found | |
| MRT 072 | 08:42 AM | No Activity Found | |
| MRT 073 | 08:41 AM | No Activity Found | |
| MRT 074 | 08:40 AM | No Activity Found | |
| MRT 075 | | Unserviceable (Scanner/barcode inoperable @ 11-07-2019 15:22:16) | |
| MRT 076 | 08:39 AM | No Activity Found | |
| MRT 077 | 08:37 AM | No Activity Found | |
| MRT 078 | 08:37 AM | No Activity Found | |
| MRT 079 | 08:35 AM | No Activity Found | |
| MRT 080 | 08:35 AM | No Activity Found | |
| MRT 081 | 08:33 AM | House mice | 1 |
| MRT 082 | 08:33 AM | No Activity Found | |
| MRT 083 | 08:33 AM | No Activity Found | |
| MRT 084 | 08:32 AM | No Activity Found | |
| MRT 085 | 08:32 AM | No Activity Found | |
| MRT 086 | 08:31 AM | No Activity Found | |
| MRT 087 | 08:30 AM | No Activity Found | |
| MRT 088 | 08:29 AM | House mice | 1 |
| MRT 089 | 08:28 AM | House mice | 2 |
| MRT 090 | 08:26 AM | House mice | 2 |
| MRT 091 | 08:25 AM | No Activity Found | |
| MRT 092 | 08:24 AM | No Activity Found | |
| MRT 093 | 08:23 AM | No Activity Found | |
| MRT 094 | 08:21 AM | No Activity Found | |
| MRT 095 | 08:20 AM | No Activity Found | |
| MRT 096 | 08:19 AM | No Activity Found | |
| MRT 097 | 08:18 AM | No Activity Found | |
| MRT 098 | 08:16 AM | House mice | 1 |
| MRT 099 | 08:14 AM | House mice | 1 |
| MRT 100 | 08:12 AM | No Activity Found | |
| MRT 101 | 08:12 AM | No Activity Found | |
| MRT 102 | 08:10 AM | No Activity Found | |
| MRT 103 | 08:10 AM | No Activity Found | |
| MRT 104 | | Unserviceable (Damaged next @ 11-07-2019 15:23:34) | |
| MRT 105 | 08:09 AM | No Activity Found | |
| MRT 106 | 08:08 AM | No Activity Found | |
| MRT 107 | 08:07 AM | No Activity Found | |
| MRT 108 | 08:07 AM | No Activity Found | |
| MRT 109 | 08:05 AM | No Activity Found | |
| MRT068 | | Unserviceable (Damaged next @ 11-07-2019 15:23:18) | |

**Site**

Building, Main, Exterior

CONFIDENTIAL                                                                                                   MDL.RNAINC00000200

# Rentokil

**Proof of Service**

| Device | Time | Pest Type | Quantity | Infestation Level |
|---|---|---|---|---|
| RBS 071 | | Unserviceable (Scanner/barcode inoperable @ 11-07-2019 15:22:27) | | |
| RBS 072 | | Unserviceable (Inaccessible - blocked @ 11-07-2019 15:22:46) | | |

**Site**
Building, Aisle, Floor

| Device | Time | Pest Type | Quantity | Infestation Level |
|---|---|---|---|---|
| MRT110 | 11:11 AM | No Activity Found | | |
| MRT111 | 10:51 AM | Norway rats | 2 | |
| MRT117 | 11:02 AM | No Activity Found | | |
| MRT118 | 11:07 AM | Norway rats | 1 | |
| MRT121 | 11:13 AM | No Activity Found | | |
| MRT122 | 11:13 AM | No Activity Found | | |
| MRT123 | 11:16 AM | No Activity Found | | |
| MRT124 | 11:17 AM | No Activity Found | | |
| MRT125 | 11:19 AM | House mice | 1 | |
| MRT126 | 11:21 AM | No Activity Found | | |
| MRT127 | 12:21 PM | House mice | 1 | |
| MRT129 | 12:46 PM | House mice | 2 | |
| MRT130 | 12:42 PM | House mice | 2 | |
| MRT131 | 12:36 PM | House mice | 1 | |
| MRT132 | 12:40 PM | House mice | 1 | |
| MRT133 | 12:34 PM | House mice | 1 | |
| MRT134 | 12:31 PM | House mice | 1 | |
| MRT135 | 12:29 PM | No Activity Found | | |
| MRT144 | 12:51 PM | House mice | 1 | |
| MRT145 | 12:53 PM | No Activity Found | | |
| MRT146 | 12:54 PM | No Activity Found | | |
| MRT147 | | Unserviceable (Inaccessible - blocked @ 11-07-2019 15:16:27) | | |
| MRT148 | 12:56 PM | House mice | 1 | |
| MRT149 | 12:57 PM | No Activity Found | | |
| MRT150 | 12:58 PM | No Activity Found | | |
| MRT151 | 01:00 PM | No Activity Found | | |
| MRT152 | | Unserviceable (Inaccessible - blocked @ 11-07-2019 15:16:51) | | |
| MRT153 | 01:16 PM | No Activity Found | | |
| MRT154 | | Unserviceable (Inaccessible - blocked @ 11-07-2019 15:17:10) | | |
| MRT155 | 01:13 PM | No Activity Found | | |
| MRT156 | 01:11 PM | No Activity Found | | |
| MRT157 | 01:09 PM | No Activity Found | | |
| MRT158 | 01:07 PM | No Activity Found | | |
| MRT159 | 01:05 PM | No Activity Found | | |
| MRT160 | 01:04 PM | No Activity Found | | |
| MRT161 | 01:03 PM | No Activity Found | | |
| MRT162 | 01:18 PM | No Activity Found | | |
| MRT163 | | Unserviceable (Missing - will replace next visit @ 11-07-2019 15:17:32) | | |
| MRT164 | 01:20 PM | No Activity Found | | |
| MRT165 | 01:22 PM | No Activity Found | | |
| MRT166 | 01:24 PM | No Activity Found | | |
| MRT167 | 01:25 PM | No Activity Found | | |
| MRT168 | 01:26 PM | No Activity Found | | |
| MRT169 | 01:27 PM | No Activity Found | | |
| MRT170 | 01:29 PM | No Activity Found | | |
| MRT171 | 01:43 PM | No Activity Found | | |
| MRT172 | 01:41 PM | House mice | 1 | |
| MRT173 | 01:39 PM | No Activity Found | | |
| MRT174 | 01:36 PM | No Activity Found | | |

CONFIDENTIAL                                                                                                MDL.RNAINC00000201

# Rentokil

**Proof of Service**

| | | | |
|---|---|---|---|
| MRT175 | 01:35 PM | No Activity Found | |
| MRT176 | 01:34 PM | No Activity Found | |
| MRT177 | 01:32 PM | No Activity Found | |
| MRT178 | 01:31 PM | No Activity Found | |
| MRT179 | 01:45 PM | No Activity Found | |
| MRT180 | 01:48 PM | No Activity Found | |
| MRT181 | | Unserviceable (Missing - will replace next visit @ 11-07-2019 15:17:42) | |
| MRT182 | 01:50 PM | No Activity Found | |
| MRT183 | 01:58 PM | House mice | 1 |
| MRT184 | 01:53 PM | No Activity Found | |
| MRT185 | 01:55 PM | No Activity Found | |
| MRT186 | | Unserviceable (Inaccessible - blocked @ 11-07-2019 15:20:04) | |
| MRT187 | | Unserviceable (Inaccessible - blocked @ 11-07-2019 15:20:13) | |
| MRT188 | | Unserviceable (Missing next @ 11-07-2019 15:20:26) | |
| MRT189 | 02:08 PM | No Activity Found | |
| MRT190 | | Unserviceable (Damaged next @ 11-07-2019 15:18:41) | |
| MRT191 | 02:06 PM | No Activity Found | |
| MRT192 | 02:05 PM | No Activity Found | |
| MRT193 | 02:03 PM | No Activity Found | |
| MRT194 | 02:02 PM | No Activity Found | |
| MRT195 | 02:13 PM | No Activity Found | |
| MRT196 | 02:14 PM | No Activity Found | |
| MRT197 | 02:17 PM | No Activity Found | |
| MRT198 | 02:18 PM | No Activity Found | |
| MRT199 | 02:20 PM | No Activity Found | |
| MRT200 | 02:22 PM | House mice | 1 |
| MRT201 | 02:25 PM | No Activity Found | |
| MRT202 | 02:26 PM | No Activity Found | |
| MRT203 | 02:39 PM | No Activity Found | |
| MRT204 | 02:37 PM | No Activity Found | |
| MRT205 | | Unserviceable (Missing next @ 11-07-2019 15:20:35) | |
| MRT206 | 02:35 PM | No Activity Found | |
| MRT207 | 02:33 PM | No Activity Found | |
| MRT208 | 02:31 PM | No Activity Found | |
| MRT209 | 02:29 PM | No Activity Found | |
| MRT210 | 02:28 PM | No Activity Found | |
| MRT211 | 02:41 PM | No Activity Found | |
| MRT212 | 02:43 PM | No Activity Found | |
| MRT213 | | Unserviceable (Damaged next @ 11-07-2019 15:21:10) | |
| MRT214 | 02:44 PM | No Activity Found | |
| MRT215 | 02:45 PM | No Activity Found | |
| MRT216 | 02:47 PM | No Activity Found | |
| MRT217 | 02:48 PM | No Activity Found | |
| MRT218 | 02:50 PM | No Activity Found | |
| MRT219 | 03:11 PM | No Activity Found | |
| MRT220 | 03:09 PM | No Activity Found | |
| MRT221 | 03:08 PM | No Activity Found | |
| MRT222 | 03:04 PM | No Activity Found | |
| MRT223 | 03:02 PM | No Activity Found | |
| MRT224 | 02:58 PM | No Activity Found | |
| MRT225 | 02:55 PM | No Activity Found | |
| MRT226 | 02:53 PM | No Activity Found | |
| MRT227 | 03:13 PM | No Activity Found | |
| MRT228 | 03:10 PM | No Activity Found | |
| MRT229 | 03:07 PM | No Activity Found | |
| MRT230 | 03:05 PM | No Activity Found | |
| MRT231 | 03:03 PM | No Activity Found | |
| MRT232 | 03:00 PM | House mice | 1 |

CONFIDENTIAL                                                                                              MDL.RNAINC00000202

# Rentokil

**Proof of Service**

| | | |
|---|---|---|
| MRT233 | 02:56 PM | No Activity Found |
| MRT234 | 02:52 PM | No Activity Found |
| Mrt112 | 10:57 AM | No Activity Found |
| Mrt113 | 10:56 AM | No Activity Found |
| Mrt114 | 10:59 AM | No Activity Found |
| Mrt115 | | Unserviceable (Damaged next @ 11-07-2019 15:19:06) |
| Mrt116 | 11:00 AM | No Activity Found |
| Mrt119 | 11:06 AM | No Activity Found |

CONFIDENTIAL                                                                                           MDL.RNAINC00000203