# Exhibit C



# Proof of Service

092 MEMPHIS TN PEST,2175 Business Center Drive,Memphis,TN,38134-5628,901-797-8785,901-797-9522

| | | | |
|---|---|---|---|
| Servicing Branch | 4092 | Contract Number | REDACTED |
| Customer | FAMILY DOLLAR DISTRIBUTION DC202-WEST MEMPHIS 1800 FAMILY DOLLAR PKWY WEST MEMPHIS AR 72301-2974 | Premise Number | 2 |
| | | Visit Type | SERVICE EXTRA MAINTENANCE |
| | | Visit Date | 11/21/2019 |

| Order Number | Status | Service Date | Report Description |
|---|---|---|---|
| 55863120000 | Completed | 11/21/2019 | COMMERCIAL PEST GENERAL MAINTENANCE SERVICE |

## Pest activity

| Building | Floor | Department | Location | Pest Type | Activity |
|---|---|---|---|---|---|
| Building | Aisle | Floor | MRT134 | Droppings | Presence (1) (1) |
| Building | Aisle | Floor | MRT174 | House mice | 1 (1) |
| Building | Aisle | Floor | MRT204 | House mice | 1 (1) |

## Device Summary

| Device type | With activity | Without activity | Unserviceable | Total inspected |
|---|---|---|---|---|
| Mechanical Rodent Trap | 3 | 103 | 11 | 106 |
| Rodent Bait Station | 0 | 2 | 0 | 2 |

## Materials Used

No preparations used during this service

## Recommendations

| Date | Location | Recommendation: Type/details | Recommendation Image |
|---|---|---|---|
| 11/21/2019 Reference: 73 | Building: Building Floor: Aisle Zone: Floor Location Area: Internal Location: MRT169 | Status:PENDING Type: Equipment Responsibility: Bait station is damaged or missing. We suggest purchase of bait station for replacement and effective coverage. | |
| 11/19/2019 Reference: 72 | Building: Building Floor: Aisle Zone: Floor Location Area: Internal Location: MRT126 | Status:NEW Type: Equipment Responsibility: Bait station is damaged or missing. We suggest purchase of bait station for replacement and effective coverage. | |
| 11/19/2019 Reference: 71 | Building: Building Floor: Main Zone: Warehouse Location Area: Internal Location: MRT 004 | Status:NEW Type: Equipment Responsibility: Mechanical rodent trap is damaged or missing. We suggest purchase of mechanical rodent trap for replacement and effective coverage. | |
| 11/19/2019 Reference: 70 | Building: Building Floor: Main Zone: Warehouse Location Area: Internal Location: MRT 057 | Status:NEW Type: Equipment Responsibility: Mechanical rodent trap is damaged or missing. We suggest purchase of mechanical rodent trap for replacement and effective coverage. | |

CONFIDENTIAL                                                                                           MDL.RNAINC00000165

# Rentokil

**Proof of Service**

| Date | Location | Status / Type / Details |
|---|---|---|
| 11/25/2019 Reference: 69 | Building: Building<br>Floor: Aisle<br>Zone: Floor<br>Location Area: Internal<br>Location: MRT190 | Status: NEW<br>Type: Equipment<br>Responsibility:<br>Bait station is damaged or missing. We suggest purchase of bait station for replacement and effective coverage. |
| 11/11/2019 Reference: 68 | Building: Building<br>Floor: Main<br>Zone: Warehouse<br>Location Area: Internal<br>Location: MRT 011 | Status: PENDING<br>Type: Equipment<br>Responsibility:<br>Mechanical rodent trap is damaged or missing. We suggest purchase of mechanical rodent trap for replacement and effective coverage. |
| 11/07/2019 Reference: 67 | Building: Building<br>Floor: Main<br>Zone: Warehouse<br>Location Area: Internal<br>Location: MRT 007 | Status: PENDING<br>Type: Structural<br>Responsibility:<br>Door gap/damage noted that allows pest access. Please repair to prevent pest entry. |
| 11/07/2019 Reference: 66 | Building: Building<br>Floor: Main<br>Zone: Warehouse<br>Location Area: Internal<br>Location: MRT 034 | Status: PENDING<br>Type: Structural<br>Responsibility:<br>Door gap/damage noted that allows pest access. Please repair to prevent pest entry. |
| 11/07/2019 Reference: 65 | Building: Building<br>Floor: Main<br>Zone: Warehouse<br>Location Area: Internal<br>Location: MRT 035 | Status: NEW<br>Type: Structural<br>Responsibility:<br>Door dockplate damaged and may allow pest access. Please repair to prevent pest entry. |
| 11/07/2019 Reference: 64 | Building: Building<br>Floor: Main<br>Zone: Warehouse<br>Location Area: Internal<br>Location: MRT 044 | Status: PENDING<br>Type: Structural<br>Responsibility:<br>Door dockplate damaged and may allow pest access. Please repair to prevent pest entry. |
| 11/07/2019 Reference: 63 | Building: Building<br>Floor: Main<br>Zone: Warehouse<br>Location Area: Internal<br>Location: MRT 077 | Status: PENDING<br>Type: Equipment<br>Responsibility:<br>Bait station is damaged or missing. We suggest purchase of bait station for replacement and effective coverage. |
| 10/11/2019 Reference: 62 | Building: Building<br>Floor: Main<br>Zone: Warehouse<br>Location Area: Internal<br>Location: MRT 059 | Status: PENDING<br>Type: Structural<br>Responsibility:<br>Gap under garage door allowing pest access. Please repair to prevent pest entry. |
| 10/10/2019 Reference: 61 | Building: Building<br>Floor: Aisle<br>Zone: Floor<br>Location Area: Internal<br>Location: MRT122 | Status: PENDING<br>Type: Equipment<br>Responsibility:<br>Mechanical rodent trap is damaged or missing. We suggest purchase of mechanical rodent trap for replacement and effective coverage. |
| 10/10/2019 Reference: 60 | Building: Building<br>Floor: Aisle<br>Zone: Floor<br>Location Area: Internal<br>Location: MRT124 | Status: PENDING<br>Type: Equipment<br>Responsibility:<br>Mechanical rodent trap is damaged or missing. We suggest purchase of mechanical rodent trap for replacement and effective coverage. |
| 10/09/2019 Reference: 59 | Building: Building<br>Floor: Main<br>Zone: Warehouse<br>Location Area: Internal<br>Location: MRT 072 | Status: PENDING<br>Type: Structural<br>Responsibility:<br>Gap under garage door allowing pest access. Please repair to prevent pest entry. |
| 10/09/2019 Reference: 58 | Building: Building<br>Floor: Main<br>Zone: Exterior<br>Location Area: External<br>Location: RBS 025 | Status: PENDING<br>Type: Sanitation<br>Responsibility:<br>Debris collecting exterior. Please remove debris to prevent unsanitary conditions and attraction by pests. |
| 10/09/2019 Reference: 57 | Building: Building<br>Floor: Main<br>Zone: Exterior<br>Location Area: External<br>Location: RBS 044 | Status: PENDING<br>Type: Structural<br>Responsibility:<br>Water leak/standing water inside. Please remove water and repair leak to prevent unsanitary conditions and attraction by pests. |
| 10/09/2019 Reference: 56 | Building: Building<br>Floor: Main<br>Zone: Exterior<br>Location Area: External<br>Location: RBS 060 | Status: PENDING<br>Type: Structural<br>Responsibility:<br>Water leak/standing water inside. Please remove water and repair leak to prevent unsanitary conditions and attraction by pests. |
| 10/09/2019 Reference: 55 | Building: Building<br>Floor: Main<br>Zone: Exterior<br>Location Area: External<br>Location: RBS 070 | Status: PENDING<br>Type: Sanitation<br>Responsibility:<br>Weeds/grass in area need to be maintained at 6 inches or less. |

CONFIDENTIAL

MDL.RNAINC00000166

# Rentokil

**Proof of Service**

| Date | Location | Details |
|---|---|---|
| 10/08/2019 Reference: 54 | Building: Building<br>Floor: Main<br>Zone: Warehouse<br>Location Area: Internal<br>Location: MRT 007 | Status: PENDING<br>Type: Equipment<br>Responsibility:<br>Mechanical rodent trap is damaged or missing. We suggest purchase of mechanical rodent trap for replacement and effective coverage. |
| 10/08/2019 Reference: 53 | Building: Building<br>Floor: Main<br>Zone: Warehouse<br>Location Area: Internal<br>Location: MRT 058 | Status: PENDING<br>Type: Equipment<br>Responsibility:<br>Mechanical rodent trap is damaged or missing. We suggest purchase of mechanical rodent trap for replacement and effective coverage. |
| 10/08/2019 Reference: 52 | Building: Building<br>Floor: Main<br>Zone: Exterior<br>Location Area: External<br>Location: RBS 021 | Status: PENDING<br>Type: Sanitation<br>Responsibility:<br>An accumulation of food product from damaged goods noted. Please remove food product to prevent attraction by pests. |
| 09/30/2019 Reference: 51 | Building: Building<br>Floor: Main<br>Zone: Exterior<br>Location Area: External<br>Location: RBS 069 | Status: PENDING<br>Type: Sanitation<br>Responsibility:<br>Weeds/grass in area need to be maintained at 6 inches or less. |
| 09/26/2019 Reference: 50 | Building: Building<br>Floor: Main<br>Zone: Warehouse<br>Location Area: Internal<br>Location: MRT 010 | Status: PENDING<br>Type: Equipment<br>Responsibility:<br>Mechanical rodent trap is damaged or missing. We suggest purchase of mechanical rodent trap for replacement and effective coverage. |
| 09/26/2019 Reference: 49 | Building: Building<br>Floor: Main<br>Zone: Warehouse<br>Location Area: Internal<br>Location: MRT 009 | Status: PENDING<br>Type: Structural<br>Responsibility:<br>Gap under garage door allowing pest access. Please repair to prevent pest entry. |
| 09/26/2019 Reference: 48 | Building: Building<br>Floor: Main<br>Zone: Warehouse<br>Location Area: Internal<br>Location: MRT 002 | Status: PENDING<br>Type: Equipment<br>Responsibility:<br>Mechanical rodent trap is damaged or missing. We suggest purchase of mechanical rodent trap for replacement and effective coverage. |
| 09/13/2019 Reference: 46 | Building: Building<br>Floor: Main<br>Zone: Warehouse<br>Location Area: Internal<br>Location: MRT 012 | Status: PENDING<br>Type: Equipment<br>Responsibility:<br>Mechanical rodent trap is damaged or missing. We suggest purchase of mechanical rodent trap for replacement and effective coverage. |
| 09/13/2019 Reference: 45 | Building: Building<br>Floor: Main<br>Zone: Exterior<br>Location Area: External<br>Location: RBS 017 | Status: PENDING<br>Type: Sanitation<br>Responsibility:<br>Debris collecting exterior. Please remove debris to prevent unsanitary conditions and attraction by pests. |
| 09/13/2019 Reference: 44 | Building: Building<br>Floor: Main<br>Zone: Exterior<br>Location Area: External<br>Location: RBS 018 | Status: NEW<br>Type: Sanitation<br>Responsibility:<br>Debris collecting exterior. Please remove debris to prevent unsanitary conditions and attraction by pests. |
| 09/13/2019 Reference: 43 | Building: Building<br>Floor: Main<br>Zone: Exterior<br>Location Area: External<br>Location: RBS 021 | Status: PENDING<br>Type: Sanitation<br>Responsibility:<br>Debris collecting exterior. Please remove debris to prevent unsanitary conditions and attraction by pests. |
| 09/12/2019 Reference: 41 | Building: Building<br>Floor: Main<br>Zone: Exterior<br>Location Area: External<br>Location: RBS 011 | Status: PENDING<br>Type: Sanitation<br>Responsibility:<br>An accumulation of food product from damaged goods noted. Please remove food product to prevent attraction by pests. Spilled dog food. |
| 09/12/2019 Reference: 39 | Building: Building<br>Floor: Main<br>Zone: Exterior<br>Location Area: External<br>Location: RBS 019 | Status: PENDING<br>Type: Sanitation<br>Responsibility:<br>Debris collecting exterior. Please remove debris to prevent unsanitary conditions and attraction by pests. |
| 09/12/2019 Reference: 38 | Building: Building<br>Floor: Main<br>Zone: Exterior<br>Location Area: External<br>Location: RBS 019 | Status: PENDING<br>Type: Sanitation<br>Responsibility:<br>An accumulation of food product from damaged goods noted. Please remove food product to prevent attraction by pests. |

CONFIDENTIAL                                                                                                     MDL.RNAINC00000167

# Rentokil

**Proof of Service**

| Date | Reference | Location | Status / Details |
|---|---|---|---|
| 09/12/2019 | Reference: 37 | Building: Building<br>Floor: Main<br>Zone: Warehouse<br>Location Area: Internal<br>Location: MRT 008 | Status: PENDING<br>Type: Equipment<br>Responsibility:<br>Mechanical rodent trap is damaged or missing. We suggest purchase of mechanical rodent trap for replacement and effective coverage. |
| 09/11/2019 | Reference: 34 | Building: Building<br>Floor: Main<br>Zone: Exterior<br>Location Area: External<br>Location: RBS 022 | Status: PENDING<br>Type: Sanitation<br>Responsibility:<br>An accumulation of food product from damaged goods noted. Please remove food product to prevent attraction by pests. |
| 09/11/2019 | Reference: 33 | Building: Building<br>Floor: Main<br>Zone: Exterior<br>Location Area: External<br>Location: RBS 022 | Status: PENDING<br>Type: Sanitation<br>Responsibility:<br>Debris collecting exterior. Please remove debris to prevent unsanitary conditions and attraction by pests. |
| 09/11/2019 | Reference: 32 | Building: Building<br>Floor: Main<br>Zone: Exterior<br>Location Area: External<br>Location: RBS 024 | Status: PENDING<br>Type: Sanitation<br>Responsibility:<br>Debris collecting exterior. Please remove debris to prevent unsanitary conditions and attraction by pests. |
| 09/06/2019 | Reference: 25 | Building: Building<br>Floor: Main<br>Zone: Warehouse<br>Location Area: Internal<br>Location: MRT 053 | Status: PENDING<br>Type: Structural<br>Responsibility:<br>Door gap/damage noted that allows pest access. Please repair to prevent pest entry. |
| 09/06/2019 | Reference: 24 | Building: Building<br>Floor: Main<br>Zone: Warehouse<br>Location Area: Internal<br>Location: MRT 059 | Status: PENDING<br>Type: Equipment<br>Responsibility:<br>Mechanical rodent trap is damaged or missing. We suggest purchase of mechanical rodent trap for replacement and effective coverage. |
| 09/06/2019 | Reference: 23 | Building: Building<br>Floor: Main<br>Zone: Warehouse<br>Location Area: Internal<br>Location: MRT 060 | Status: PENDING<br>Type: Structural<br>Responsibility:<br>Door gap/damage noted that allows pest access. Please repair to prevent pest entry. |
| 09/06/2019 | Reference: 22 | Building: Building<br>Floor: Main<br>Zone: Warehouse<br>Location Area: Internal<br>Location: MRT 061 | Status: PENDING<br>Type: Equipment<br>Responsibility:<br>Mechanical rodent trap is damaged or missing. We suggest purchase of mechanical rodent trap for replacement and effective coverage. |
| 09/06/2019 | Reference: 21 | Building: Building<br>Floor: Main<br>Zone: Warehouse<br>Location Area: Internal<br>Location: MRT 062 | Status: PENDING<br>Type: Structural<br>Responsibility:<br>Gap under garage door allowing pest access. Please repair to prevent pest entry. |
| 09/06/2019 | Reference: 20 | Building: Building<br>Floor: Main<br>Zone: Warehouse<br>Location Area: Internal<br>Location: MRT 094 | Status: PENDING<br>Type: Equipment<br>Responsibility:<br>Mechanical rodent trap is damaged or missing. We suggest purchase of mechanical rodent trap for replacement and effective coverage. |
| 09/06/2019 | Reference: 19 | Building: Building<br>Floor: Main<br>Zone: Warehouse<br>Location Area: Internal<br>Location: MRT 096 | Status: PENDING<br>Type: Structural<br>Responsibility:<br>Door gap/damage noted that allows pest access. Please repair to prevent pest entry. |
| 09/06/2019 | Reference: 18 | Building: Building<br>Floor: Main<br>Zone: Warehouse<br>Location Area: Internal<br>Location: MRT 099 | Status: PENDING<br>Type: Equipment<br>Responsibility:<br>Mechanical rodent trap is damaged or missing. We suggest purchase of mechanical rodent trap for replacement and effective coverage. |
| 08/16/2019 | Reference: 16 | Building: Building<br>Floor: Main<br>Zone: Warehouse<br>Location Area: Internal<br>Location: Warehouse Insp | Status: NEW<br>Type: Exclusion<br>Responsibility:<br>I identified gaps under doors. This provides an entry point for rodents and other pests. I recommend the base of the door is sealed with a door sweep in order to deter pest entry. |
| 07/25/2019 | Reference: 15 | Building: Building<br>Floor: Main<br>Zone: Warehouse<br>Location Area: Internal<br>Location: Warehouse Insp | Status: NEW<br>Type: Sanitation<br>Responsibility:<br>Debris collecting interior. Please remove debris to prevent unsanitary conditions and attraction by pests. |

CONFIDENTIAL                                                                                                                                        MDL.RNAINC00000168

# Rentokil

**Proof of Service**

| Date | Location | Status |
|---|---|---|
| 06/21/2019<br>Reference: 11 | Building: Building<br>Floor: Main<br>Zone: Exterior<br>Location Area: External<br>Location: RBS 023 | Status: PENDING<br>Type: Sanitation<br>Responsibility:<br>Debris collecting exterior. Please remove debris to prevent unsanitary conditions and attraction by pests. |
| 04/16/2019<br>Reference: 10 | Building: Building<br>Floor: Main<br>Zone: Warehouse<br>Location Area: Internal<br>Location: MRT068 | Status: PENDING<br>Type: Equipment<br>Responsibility:<br>Mechanical rodent trap is damaged or missing. We suggest purchase of mechanical rodent trap for replacement and effective coverage. |

## Treatment Notes

Customer asked for a list of all our catchings at the end of each week. List should include only what was caught each day, with purpose of customers being able to forward list to their managers. Please call with any concerns between now and your next visit. Thank you for your business.

| Time In | Time Out | Contact Signature | technician Signature |
|---|---|---|---|
| 11/21/2019 08:31 AM | 11/21/2019 11:06 AM | *[signature]*<br>11-21-2019 11:06:06<br>Bruce Learned | *[signature]*<br>11-21-2019 11:05:26<br>with thanks, JASON WARD |

5/7



# Proof of Service
## Detailed Inspection Results

**Site**
Building, Main, Warehouse

| Device | Time | Pest Type | Quantity | Infestation Level |
|---|---|---|---|---|
| MRT 205 | 10:16 AM | No Activity Found | | |

**Site**
Building, Aisle, Floor

| Device | Time | Pest Type | Quantity | Infestation Level |
|---|---|---|---|---|
| MRT110 | 08:59 AM | No Activity Found | | |
| MRT111 | 09:00 AM | No Activity Found | | |
| MRT117 | 09:08 AM | No Activity Found | | |
| MRT118 | 09:09 AM | No Activity Found | | |
| MRT121 | 09:15 AM | No Activity Found | | |
| MRT122 | 09:15 AM | No Activity Found | | |
| MRT123 | 09:14 AM | No Activity Found | | |
| MRT124 | 09:13 AM | No Activity Found | | |
| MRT125 | 09:12 AM | No Activity Found | | |
| MRT126 | 09:12 AM | No Activity Found | | |
| MRT127 | 09:11 AM | No Activity Found | | |
| MRT129 | 09:17 AM | No Activity Found | | |
| MRT130 | | Unserviceable (Blocked @ 11-21-2019 09:18:50) | | |
| MRT131 | 09:21 AM | No Activity Found | | |
| MRT132 | 09:19 AM | No Activity Found | | |
| MRT133 | 09:22 AM | No Activity Found | | |
| MRT135 | 09:24 AM | No Activity Found | | |
| MRT144 | 09:33 AM | No Activity Found | | |
| MRT145 | 09:33 AM | No Activity Found | | |
| MRT146 | | Unserviceable (Blocked @ 11-21-2019 09:32:30) | | |
| MRT147 | | Unserviceable (Blocked @ 11-21-2019 09:32:43) | | |
| MRT148 | 09:30 AM | No Activity Found | | |
| MRT149 | 09:29 AM | No Activity Found | | |
| MRT150 | 09:29 AM | No Activity Found | | |
| MRT151 | 09:28 AM | No Activity Found | | |
| MRT152 | | Unserviceable (Missing next @ 11-21-2019 09:47:40) | | |
| MRT153 | 09:35 AM | No Activity Found | | |
| MRT154 | | Unserviceable (Missing next @ 11-21-2019 09:47:50) | | |
| MRT155 | 09:35 AM | No Activity Found | | |
| MRT156 | 09:36 AM | No Activity Found | | |
| MRT157 | 09:36 AM | No Activity Found | | |
| MRT158 | 09:37 AM | No Activity Found | | |
| MRT159 | 09:38 AM | No Activity Found | | |
| MRT160 | 09:39 AM | No Activity Found | | |
| MRT161 | 09:39 AM | No Activity Found | | |
| MRT162 | 09:48 AM | No Activity Found | | |
| MRT163 | | Unserviceable (Missing next @ 11-21-2019 09:47:16) | | |
| MRT164 | 09:46 AM | No Activity Found | | |
| MRT165 | 09:45 AM | No Activity Found | | |
| MRT166 | 09:45 AM | No Activity Found | | |
| MRT167 | 09:44 AM | No Activity Found | | |
| MRT168 | 09:43 AM | No Activity Found | | |
| MRT169 | | Unserviceable (Blocked @ 11-21-2019 09:41:44) | | |
| MRT170 | 09:40 AM | No Activity Found | | |
| MRT171 | 09:49 AM | No Activity Found | | |
| MRT172 | 09:49 AM | No Activity Found | | |
| MRT173 | 09:50 AM | No Activity Found | | |
| MRT175 | 09:52 AM | No Activity Found | | |
| MRT176 | 09:53 AM | No Activity Found | | |
| MRT177 | 09:53 AM | No Activity Found | | |
| MRT178 | 09:54 AM | No Activity Found | | |

CONFIDENTIAL                                                                                              MDL.RNAINC00000170

# Rentokil

**Proof of Service**

| | | | |
|---|---|---|---|
| MRT179 | 10:04 AM | No Activity Found | |
| MRT180 | 10:02 AM | No Activity Found | |
| MRT181 | | Unserviceable (Blocked @ 11-21-2019 10:01:19) | |
| MRT182 | | Unserviceable (Blocked @ 11-21-2019 09:59:44) | |
| MRT183 | 09:56 AM | No Activity Found | |
| MRT184 | 09:58 AM | No Activity Found | |
| MRT185 | 09:57 AM | No Activity Found | |
| MRT195 | 10:04 AM | No Activity Found | |
| MRT196 | 10:05 AM | No Activity Found | |
| MRT197 | 10:06 AM | No Activity Found | |
| MRT198 | 10:07 AM | No Activity Found | |
| MRT199 | 10:08 AM | No Activity Found | |
| MRT200 | 10:09 AM | No Activity Found | |
| MRT201 | 10:09 AM | No Activity Found | |
| MRT202 | 10:10 AM | No Activity Found | |
| MRT203 | 10:19 AM | No Activity Found | |
| MRT206 | 10:15 AM | No Activity Found | |
| MRT207 | 10:14 AM | No Activity Found | |
| MRT208 | 10:13 AM | No Activity Found | |
| MRT209 | 10:13 AM | No Activity Found | |
| MRT210 | 10:12 AM | No Activity Found | |
| MRT211 | 10:19 AM | No Activity Found | |
| MRT212 | 10:20 AM | No Activity Found | |
| MRT213 | | Unserviceable (Damaged next @ 11-21-2019 10:21:33) | |
| MRT214 | 10:21 AM | No Activity Found | |
| MRT215 | 10:22 AM | No Activity Found | |
| MRT216 | 10:23 AM | No Activity Found | |
| MRT217 | 10:24 AM | No Activity Found | |
| MRT218 | 10:25 AM | No Activity Found | |
| MRT219 | 10:34 AM | No Activity Found | |
| MRT220 | 10:33 AM | No Activity Found | |
| MRT221 | 10:32 AM | No Activity Found | |
| MRT222 | 10:31 AM | No Activity Found | |
| MRT223 | 10:29 AM | No Activity Found | |
| MRT224 | 10:29 AM | No Activity Found | |
| MRT225 | 10:27 AM | No Activity Found | |
| MRT226 | 10:26 AM | No Activity Found | |
| MRT227 | 10:34 AM | No Activity Found | |
| MRT228 | 10:33 AM | No Activity Found | |
| MRT229 | 10:32 AM | No Activity Found | |
| MRT230 | 10:31 AM | No Activity Found | |
| MRT231 | 10:30 AM | No Activity Found | |
| MRT232 | 10:28 AM | No Activity Found | |
| MRT233 | 10:28 AM | No Activity Found | |
| MRT234 | 10:26 AM | No Activity Found | |
| Mrt112 | 09:01 AM | No Activity Found | |
| Mrt113 | 09:02 AM | No Activity Found | |
| Mrt114 | 09:03 AM | No Activity Found | |
| Mrt115 | | Unserviceable (Blocked @ 11-21-2019 09:05:31) | |
| Mrt116 | 09:07 AM | No Activity Found | |
| Mrt119 | 09:10 AM | No Activity Found | |
| RBS157 | 09:37 AM | No Activity Found | |
| RBS186 | 09:55 AM | No Activity Found | |
| MRT134 | 09:22 AM | Droppings | Presence (1) |
| MRT174 | 09:50 AM | House mice | 1 |
| MRT204 | 10:17 AM | House mice | 1 |

CONFIDENTIAL                                                                 MDL.RNAINC00000171