# Exhibit D



# Proof of Service

092 MEMPHIS TN PEST,2175 Business Center Drive,Memphis,TN,38134-5628,901-797-8785,901-797-9522

| | | | |
|---|---|---|---|
| Servicing Branch | 4092 | Contract Number | REDACTED |
| Customer | FAMILY DOLLAR DISTRIBUTION DC202-WEST MEMPHIS 1800 FAMILY DOLLAR PKWY WEST MEMPHIS AR 72301-2974 | Premise Number | 2 |
| | | Visit Type | SERVICE MAINTENANCE |
| | | Visit Date | 03/17/2021 |

| Order Number | Status | Service Date | Report Description |
|---|---|---|---|
| 57900525000 | Completed | 03/17/2021 | COMMERCIAL PEST GENERAL MAINTENANCE SERVICE |

## Pest activity

| Building | Floor | Department | Location | Pest Type | Activity |
|---|---|---|---|---|---|
| Building | Main | Warehouse | Aisle 31 Snaptraps | House mice | 4 (4) |
| Building | Main | Warehouse | Aisle 32 Snaptraps | House mice | 2 (2) |
| Building | Main | Warehouse | Aisle 33 Snaptraps | House mice | 2 (2) |
| Building | Main | Warehouse | Aisle 34 Snaptraps | House mice | 3 (3) |
| Building | Main | Warehouse | Aisle 35 Snaptraps | House mice | 5 (5) |
| Building | Main | Warehouse | Aisle 37 Snaptraps | House mice | 2 (2) |
| Building | Main | Warehouse | Aisle 38 Snaptraps | House mice | 2 (2) |

## Device Summary

| Device type | With activity | Without activity | Unserviceable | Total inspected |
|---|---|---|---|---|
| Mechanical Rodent Trap | 0 | 6 | 0 | 6 |
| Inspection Point | 7 | 3 | 0 | 10 |

## Materials Used

No preparations used during this service

## Recommendations

| Date | Location | Recommendation: Type/details | Recommendation Image |
|---|---|---|---|

1 / 5

# Rentokil

**Proof of Service**

| 03/09/2021 | Building: Building | Status: NEW |
|---|---|---|
| Reference: 253 | Floor: Main<br>Zone: Warehouse<br>Location Area: Internal<br>Location: Aisle 32 Snaptraps | Type: Sanitation<br>Responsibility:<br>An accumulation of food product from damaged goods noted. Please remove food product to prevent attraction by pests. |



| 03/04/2021 | Building: Building | Status: NEW |
|---|---|---|
| Reference: 251 | Floor: Main<br>Zone: Exterior<br>Location Area: External<br>Location: RBS 025 | Type: Sanitation<br>Responsibility:<br>Debris collecting in and around dumpster/compactor. Please remove debris to prevent unsanitary conditions and attraction by pests. |





2 / 5

# Rentokil

**Proof of Service**

| Date | Location | Details | |
|---|---|---|---|
| 03/04/2021<br>Reference: 250 | Building: Building<br>Floor: Main<br>Zone: Exterior<br>Location Area: External<br>Location: RBS 060 | Status: NEW<br>Type: Structural<br>Responsibility:<br>Cracks or damage to wall allowing pest access. Please repair to prevent pest entry. |  |
| 03/04/2021<br>Reference: 249 | Building: Building<br>Floor: Main<br>Zone: Exterior<br>Location Area: External<br>Location: RBS 060 | Status: NEW<br>Type: Structural<br>Responsibility:<br>Water leak/standing water outside. Please remove water and repair leak to prevent unsanitary conditions and attraction by pests. By the red fire alarm on the west side of the building. |  |
| 02/10/2021<br>Reference: 247 | Building: Building<br>Floor: Main<br>Zone: Warehouse<br>Location Area: Internal<br>Location: Aisle 28 Snaptraps | Status: NEW<br>Type: Sanitation<br>Responsibility:<br>An accumulation of food product from damaged goods noted. Please remove food product to prevent attraction by pests. |  |
| 02/03/2021<br>Reference: 246 | Building: Building<br>Floor: Main<br>Zone: Exterior<br>Location Area: External<br>Location: RBS 017 | Status: NEW<br>Type: Sanitation<br>Responsibility:<br>An accumulation of non-food product from damaged goods noted. Please remove product to prevent attraction by pests. |  |

3 / 5

# Rentokil

**Proof of Service**

| Date | Location | Status / Details |
|---|---|---|
| 01/27/2021 Reference: 245 | Building: Building<br>Floor: Main<br>Zone: Warehouse<br>Location Area: Internal<br>Location: MRT 061 | Status: NEW<br>Type: Sanitation<br>Responsibility:<br>Dog food pulled up under partly open dock bay door. please remove. |
| 01/27/2021 Reference: 244 | Building: Building<br>Floor: Main<br>Zone: Warehouse<br>Location Area: Internal<br>Location: Warehouse Insp | Status: NEW<br>Type: Sanitation<br>Responsibility:<br>An accumulation of food product from damaged goods noted. Please remove food product to prevent attraction by pests. Unknown liquid spill located in front of 34-01-00 |
| 01/15/2021 Reference: 243 | Building: Building<br>Floor: Main<br>Zone: Warehouse<br>Location Area: Internal<br>Location: MRT 095 | Status: NEW<br>Type: Structural<br>Responsibility:<br>Door gap/damage noted that allows pest access. Please repair to prevent pest entry. |
| 01/06/2021 Reference: 240 | Building: Building<br>Floor: Main<br>Zone: Warehouse<br>Location Area: Internal<br>Location: MRT 032 | Status: PENDING<br>Type: Structural<br>Responsibility:<br>Door gap noted that allows pest access. Please repair to prevent pest entry. Docking bay door 64. |
| 01/06/2021 Reference: 239 | Building: Building<br>Floor: Main<br>Zone: Warehouse<br>Location Area: Internal<br>Location: MRT 027 | Status: PENDING<br>Type: Structural<br>Responsibility:<br>Door gap noted that allows pest access. Please repair to prevent pest entry. Docking bay door 56. |



## Treatment Notes

Checked all aisle snap traps. Found many dead mice today. Checked upstairs breakroom for roof rats. Found some droppings but no rat. Setup some glueboards in the ceiling. Thank you for your business.

| Time In | Time Out | Customer Signature Unavailable | technician Signature |
|---|---|---|---|
| 03/17/2021 02:48 PM | 03/17/2021 04:29 PM | Key Account | *(signature)*<br>03-17-2021 16:29:20<br>with thanks, JASON WARD |

CONFIDENTIAL    MDL.RNAINC00001501



**Proof of Service**

Detailed Inspection Results

**Site**
Building, Main, Warehouse

| Device | Time | Pest Type | Quantity | Infestation Level |
|---|---|---|---|---|
| Aisle 28 Snaptraps | 03:23 PM | No Activity Found | | |
| Aisle 30 Snaptraps | 03:28 PM | No Activity Found | | |
| Aisle 31 Snaptraps | 03:43 PM | House mice | 4 | |
| Aisle 32 Snaptraps | 04:07 PM | House mice | 2 | |
| Aisle 33 Snaptraps | 03:38 PM | House mice | 2 | |
| Aisle 34 Snaptraps | 04:07 PM | House mice | 3 | |
| Aisle 35 Snaptraps | 04:08 PM | House mice | 5 | |
| Aisle 36 Snaptraps | 04:09 PM | No Activity Found | | |
| Aisle 37 Snaptraps | 04:09 PM | House mice | 2 | |
| Aisle 38 Snaptraps | 04:10 PM | House mice | 2 | |
| MRT 001 | 04:20 PM | No Activity Found | | |
| MRT 102 | 04:17 PM | No Activity Found | | |
| MRT 103 | 04:17 PM | No Activity Found | | |
| MRT 104 | 04:18 PM | No Activity Found | | |
| MRT 105 | 04:18 PM | No Activity Found | | |
| MRT 109 | 04:20 PM | No Activity Found | | |

CONFIDENTIAL                                                                                                      MDL.RNAINC00001502