# Exhibit E



# Proof of Service

092 MEMPHIS TN PEST,2175 Business Center Drive,Memphis,TN,38134-5628,901-797-8785,901-797-9522

| | | | |
|---|---|---|---|
| Servicing Branch | 4092 | Contract Number | REDACTED |
| Customer | FAMILY DOLLAR DISTRIBUTION DC202-WEST MEMPHIS 1800 FAMILY DOLLAR PKWY WEST MEMPHIS AR 72301-2974 | Premise Number | 2 |
| | | Visit Type | SERVICE EXTRA MAINTENANCE |
| | | Visit Date | 07/02/2021 |

## Licenses Certifications
1-LH396-0006A,2-LH396-0006A,3-LH396-0006A,4-LH396-0006A

| Order Number | Status | Service Date | Report Description |
|---|---|---|---|
| 65404921000 | Completed | 07/02/2021 | COMMERCIAL PEST GENERAL MAINTENANCE SERVICE |

## Device Summary

| Device type | With activity | Without activity | Unserviceable | Total inspected |
|---|---|---|---|---|
| Inspection Point | 0 | 1 | 0 | 1 |

## Materials Used

| Materials Used | epa | Lot # | Dilution % | Concentrate | Quantity | Unit | Method | Target |
|---|---|---|---|---|---|---|---|---|
| Pro-Pest Professional Lure | NA | | 0.000000 | 0.000000 | 48.0 | grm | | House mice, Roof rats |

Device: Aisle 1

Hardware: Bait Applicator

Active Ingredient: Rodent Trap Lure

| Materials Used | epa | Lot # | Dilution % | Concentrate | Quantity | Unit | Method | Target |
|---|---|---|---|---|---|---|---|---|
| Rodent/Insect Glueboard | na | | 0.000000 | 0.000000 | 102.0 | each | | House mice, Roof rats |

Device: Aisle 1

Hardware: Hand

| Materials Used | epa | Lot # | Dilution % | Concentrate | Quantity | Unit | Method | Target |
|---|---|---|---|---|---|---|---|---|
| Snaptrap | na | | 0.000000 | 0.000000 | 64.0 | each | | House mice, Roof rats |

Device: Aisle 1

Hardware: Hand

## Recommendations

| Date | Location | Recommendation: Type/details | Recommendation Image |
|---|---|---|---|
| | | | |

CONFIDENTIAL   MDL.RNAINC00001957

# Rentokil

Proof of Service

| | | |
|---|---|---|
| 06/25/2021<br>Reference:<br>286 | Building: Building<br>Floor: Main<br>Zone: Exterior<br>Location Area: External<br>Location: RBS 024 | Status: NEW<br>Type: Structural<br>Responsibility:<br>Door gap/damage noted that allows pest access. Please repair to prevent pest entry. |




CONFIDENTIAL                                         MDL.RNAINC00001958

# Rentokil

Proof of Service

| | | | |
|---|---|---|---|
| 06/25/2021<br>Reference:<br>285 | Building: Building<br>Floor: Main<br>Zone: Exterior<br>Location Area: External<br>Location: RBS 025 | Status: NEW<br>Type: Structural<br>Responsibility:<br>Door gap/damage noted that allows pest access. Please repair to prevent pest entry. |  |
| 06/25/2021<br>Reference:<br>284 | Building: Building<br>Floor: Main<br>Zone: Exterior<br>Location Area: External<br>Location: RBS 025 | Status: NEW<br>Type: Sanitation<br>Responsibility:<br>An accumulation of non-food product from damaged goods noted. Please remove product to prevent attraction by pests. |  |

CONFIDENTIAL                                                                                     MDL.RNAINC00001959

# rentokil

**Proof of Service**

| | |
|---|---|
| 06/18/2021 | Building: Building |
| | Floor: Main |
| Reference: | Zone: Warehouse |
| 283 | Location Area: Internal |
| | Location: Aisle 28 |

Status: NEW
Type: Sanitation
Responsibility:
An accumulation of food product from damaged goods noted. Please remove food product to prevent attraction by pests.





4 / 12

CONFIDENTIAL                                                                       MDL.RNAINC00001960

# Rentokil

Proof of Service

| | | |
|---|---|---|
| 06/11/2021<br>Reference: 282 | Building: Building<br>Floor: Main<br>Zone: Warehouse<br>Location Area: Internal<br>Location: Aisle 48 | Status: PENDING<br>Type: Sanitation<br>Responsibility:<br>An accumulation of food product from damaged goods noted. Please remove food product to prevent attraction by pests. |





5 / 12

# Rentokil

**Proof of Service**

| 06/02/2021 | Building: Building<br>Floor: Main | Status: PENDING<br>Type: Equipment |
| Reference:<br>281 | Zone: Warehouse<br>Location Area: Internal<br>Location: MRT 094 | Responsibility:<br>Bait station is damaged or missing. We suggest purchase of bait station for replacement and effective coverage. |

| 05/26/2021 | Building: Building<br>Floor: Main | Status: PENDING<br>Type: Structural |
| Reference:<br>280 | Zone: Warehouse<br>Location Area: Internal<br>Location: MRT 028 | Responsibility:<br>Door gap/damage noted that allows pest access. Please repair to prevent pest entry. |



| 05/26/2021 | Building: Building<br>Floor: Main | Status: PENDING<br>Type: Equipment |
| Reference:<br>279 | Zone: Warehouse<br>Location Area: Internal<br>Location: MRT 030 | Responsibility:<br>Bait station is damaged or missing. We suggest purchase of bait station for replacement and effective coverage. |

| 05/26/2021 | Building: Building<br>Floor: Main | Status: PENDING<br>Type: Structural |
| Reference:<br>278 | Zone: Warehouse<br>Location Area: Internal<br>Location: MRT 053 | Responsibility:<br>Door gap/damage noted that allows pest access. Please repair to prevent pest entry. |



CONFIDENTIAL                                                                                           MDL.RNAINC00001962

# Rentokil

*Proof of Service*

| | | | |
|---|---|---|---|
| 05/26/2021<br>Reference: 277 | Building: Building<br>Floor: Main<br>Zone: Warehouse<br>Location Area: Internal<br>Location: MRT 062 | Status: NEW<br>Type: Structural<br>Responsibility:<br>Door dockplate damaged and may allow pest access. Please repair to prevent pest entry. |  |
| 05/26/2021<br>Reference: 276 | Building: Building<br>Floor: Main<br>Zone: Warehouse<br>Location Area: Internal<br>Location: MRT 096 | Status: PENDING<br>Type: Structural<br>Responsibility:<br>Door gap/damage noted that allows pest access. Please repair to prevent pest entry. |  |

CONFIDENTIAL                                                                                              MDL.RNAINC00001963

# Rentokil

**Proof of Service**

| | | | |
|---|---|---|---|
| 05/19/2021 | Building: Building<br>Floor: Main | Status: PENDING<br>Type: Structural | |
| Reference:<br>275 | Zone: Retail<br>Location Area: Internal<br>Location: Back Exterior<br>Breakroom | Responsibility:<br>Cracks or damage to wall allowing pest access. Please repair to prevent pest entry. | |





CONFIDENTIAL                                                                                                  MDL.RNAINC00001964

# Rentokil

**Proof of Service**

| | | | |
|---|---|---|---|
| 05/17/2021<br>Reference:<br>273 | Building: Building<br>Floor: Main<br>Zone: Warehouse<br>Location Area: Internal<br>Location: Aisle 17 | Status: PENDING<br>Type: Sanitation<br>Responsibility:<br>An accumulation of non-food product from damaged goods noted. Please remove product to prevent attraction by pests.<br><br>17-37-0A-01 |  |
| 05/12/2021<br>Reference:<br>271 | Building: Building<br>Floor: Main<br>Zone: Warehouse<br>Location Area: Internal<br>Location: MRT 061 | Status: PENDING<br>Type: Equipment<br>Responsibility:<br>Bait station is damaged or missing. We suggest purchase of bait station for replacement and effective coverage. | |
| 05/12/2021<br>Reference:<br>270 | Building: Building<br>Floor: Main<br>Zone: Warehouse<br>Location Area: Internal<br>Location: MRT 077 | Status: PENDING<br>Type: Equipment<br>Responsibility:<br>Bait station is damaged or missing. We suggest purchase of bait station for replacement and effective coverage. | |

CONFIDENTIAL                                                                                                                                    MDL.RNAINC00001965

# Rentokil

**Proof of Service**

| | | |
|---|---|---|
| 05/05/2021<br>Reference:<br>269 | Building: Building<br>Floor: Main<br>Zone: Warehouse<br>Location Area: Internal<br>Location: MRT 096 | Status: PENDING<br>Type: Sanitation<br>Responsibility:<br>Stacked product in area preventing adequate inspection. Please provide 12-18 inches of space between pallets and from product to wall to allow for inspection. |





## Treatment Notes

Made contact with Bruce. Bruce and multiple other customers requested I take care of rident problem on aisle 1. I spent my entire time here today on this aisle. Inspected possible harbouring, feeding, and access areas for rodents. Placed snaptraps and glueboards on both sides of aisle 1. Used rodent lure and other types of bait I found around the worksite (cookie crumbs/dog food/cheetos/etc). Will be back Monday to check glueboards and snaptraps. No new recomendations at this time. Thank you for your business!

10/ 12

# Rentokil

**Proof of Service**

| Time In | Time Out | Contact Signature | technician Signature |
|---|---|---|---|
| 07/02/2021 12:04 PM | 07/02/2021 01:45 PM | *[signature]* 07-02-2021 13:45:12 Bruce Learned | *[signature]* 07-02-2021 13:45:19 with thanks, GEORGE LAMANNA |

11/ 12

CONFIDENTIAL

MDL.RNAINC00001967



# Proof of Service

**Detailed Inspection Results**

**Site**
Building, Main, Warehouse

| Device | Time | Pest Type | Quantity | Infestation Level |
|---|---|---|---|---|
| Aisle 1 | 12:32 PM | No Activity Found | | |

CONFIDENTIAL                                                                                                              MDL.RNAINC00001968