# Exhibit F

CONFIDENTIAL

Danny Lynch
Ecolab Pest Elimination

# FAMILY DOLLAR DISTRIBUTION CENTER

West Memphis, AR

Monday, November 29, 2021

Prepared For Bruce Leanoard

28 Issues Identified

ECOLAB_000129



**ISSUE 1**

Assigned To Warehouse

Droppings and wall void.



**ISSUE 2**

Assigned To Warehouse

Rodent droppings, debris from upper part of wall due to roof rat activity.



**ISSUE 3**

Assigned To Warehouse

Roof rats running storage rack Beems.



**ISSUE 4**

Assigned To Warehouse

Debris and droppings behind racks.



**ISSUE 5**

Assigned To Warehouse

Roof rat activity running storage racks.



**ISSUE 6**

Assigned To Warehouse

Upper beam with roof rat activity causing insulation debris on floor area.



**ISSUE 7**

Assigned To Warehouse Exterior Door

Door needs a bottom seal.



**ISSUE 8**

Assigned To Dock Area

Dock plates, some need side seals to prevent entry points.



**ISSUE 9**

Assigned To Warehouse

Storage of bailed plastic against wall line, this provides a perfect harborage area for rodents.



**ISSUE 10**

Assigned To Warehouse

Wall void with rodent droppings in area.



**ISSUE 11**

Assigned To Warehouse

Void area between wall line, provides rodent harborage area.



**ISSUE 12**

Assigned To Warehouse

Build up of debris and rodent droppings.



**ISSUE 13**

Assigned To Office / Restrooms & Break room

Rodent activity in duct work and ceiling areas.



**ISSUE 14**

Assigned To Back Office's

Debris and droppings from ceiling area.



**ISSUE 15**

Assigned To Back Office Area

Hole in wall with rodent run noted coming from wall running beam.



**ISSUE 16**

Assigned To Warehouse

Additional rodent droppings



**ISSUE 17**

Assigned To Storage Racks

Rodent runs markings on racks.



**ISSUE 18**

Assigned To Storage Racks

Rodent droppings under racks.



**ISSUE 19**

Assigned To Racks

Rodent runs on racks.



**ISSUE 20**

Assigned To Storage Racks

Dead juvenile roof rat under racks with droppings in same area.



**ISSUE 21**

Assigned To Behind Storage Racks

Debris and droppings behind racks.



**ISSUE 22**

Assigned To Storage Racks

Rodent runs with oil marks.



**ISSUE 23**

Assigned To Merchandise

Rodent droppings on product.



**ISSUE 24**

Assigned To Merchandise

Rodent nesting on product in racks.



**ISSUE 25**

Assigned To Merchandise

Rodent droppings on product in storage racks.



**ISSUE 26**

Assigned To Merchandise

Tracks and droppings on product.



**ISSUE 27**

Assigned To Exterior

Pond located next to facility with grown up area. This is not Family Dollar property.

## ISSUE 28

Assigned To Complete Facility

Facility is infested with resident roof rats, they have full run of the facility thru beams and unused conveyor system.

To eliminate the issues we have two options:

1. Complete fumigation of facility - cost ▮▮▮▮▮▮▮ if additional gas is needed the cost would be ▮▮▮▮ per lb. Downtime to seal, fumigate and aerate facility would be 48 hours from start to finish. Guaranteed elimination of current population.

Monthly maintenance fee after would be ▮▮▮▮▮▮▮ per month.

2. Clean out with traditional methods of trapping, baiting liquid and solid bait use.

Initial service to cover first 60 days of service twice per week service. ▮▮▮▮▮▮▮.

Monthly service fee after would be ▮▮▮▮▮▮▮ per month, weekly interior and once per month exterior service.

We guarantee a significant reduction in roof rat activity with this option, when dealing with roof rats thru out a facility this size minimum time frame 60 days.