Exhibit G

**CONFIDENTIAL**



INVOICE
CUSTOMER SERVICE
REPORT

**INVOICE
NUMBER** 6528802



PAGE   1

**1-800-325-1671**

PLEASE REMIT PAYMENT TO:
26252 NETWORK PLACE
CHICAGO, IL 60673-1262

BILLING ADDRESS
FDDO % FAMILY DOLLAR
2941 MOUNTAIN VIEW RD
GAINESVILLE  GA 30504-5740 US

ACCOUNT INFORMATION:
ACCOUNT NO.   REDACTED
SVSP #
SERVICE SPECLST STEELE, ANTONIA
LICENSE NUMBER  LH 167 14A
CORP REF #
PURCHASE ORDER

SERVICE ADDRESS
FAMILY DOLLAR DC #202
1800 FAMILY DOLLAR PKWY
WEST MEMPHIS  AR 72301-2974 US
UNIT #:     202

SERVICE                 QTY INVOICE AMT
Food Protect Pest Elimination

SERVICE PERIOD: MONTHLY
SERVICE DATE:    3/03/2022          (C)

SPECIAL INSTRUCTIONS:

TERMS:NET 30 DAYS
STATE TAX:  6.500
CITY TAX:  1.500
CNTY TAX:  2.750

SUB TOTAL:

**TOTAL:**

**AMOUNT DUE:**

ADDITIONAL COMMENTS

CUSTOMER'S SIGNATURE

TARGET PEST    PRODUCT USED

PRODUCT LOT NUMBER
CODE  ADD'L INFO       QUANTITY    METHOD      SITES

PRODUCT
 CODE   PRODUCT USED DESCRIPTION/EPA NUMBER

METHODS                       SITES

This confidential report is provided to identify sanitation deficiencies, structural
defects and improper storage practices contributing to pest infestations.
Work Order Number                             00000
Closeout Number                               000000

CONDITIONS FOUND/ACTIONS TAKEN
Service related comments:
Inspected and treated selected areas.
Performed interior rodent service, checked and reset all traps.

Pest activity found during service:                (NO)

Structural concerns that could cause pest problems:       (YES)
Fire Door-Introduction Point--exit door doesn't close/seal properly-1/4 inch gap or greater exists.
Between doors 105,106.
Exclusion measures here will reduce the number of pests entering the area.

Sanitation issues that could cause pest problems:        (YES)
Office Area-Interior-Rodent droppings need to be removed from Office and bathroom areas receiving and fork lift office.
Please clean.
Rodent droppings need to be removed from Ceiling tiles in second floor transportation office and
first floor where snack machine is located.
Please clean.
Warehouse-Interior-Rodent droppings need to be removed from Old droppings 43-13-0A-02 ,
43-15-0A-01. On floor and in rails. Also old pet food.  Suggest that all of sidle 43 be vacuumed

**CONFIDENTIAL**





INVOICE
CUSTOMER SERVICE
REPORT

**INVOICE NUMBER 6528802**

PAGE    2

**1-800-325-1671**

PLEASE REMIT PAYMENT TO:
26252 NETWORK PLACE
CHICAGO, IL 60673-1262

BILLING ADDRESS
FDDO % FAMILY DOLLAR
2941 MOUNTAIN VIEW RD
GAINESVILLE  GA 30504-5740 US

SERVICE ADDRESS
FAMILY DOLLAR DC #202
1800 FAMILY DOLLAR PKWY
WEST MEMPHIS  AR 72301-2974 US
UNIT #:     202

SERVICE PERIOD: MONTHLY            (C)
SERVICE DATE:     3/03/2022

ACCOUNT INFORMATION:
ACCOUNT NO.      REDACTED
SVSP #
SERVICE SPECLST STEELE, ANTONIA
LICENSE NUMBER  LH 167 14A
CORP REF #
PURCHASE ORDER

SERVICE
Food Protect Pest Elimination

CONDITIONS FOUND/ACTIONS TAKEN
floor and inside yellow channel on the floor.
Please clean.
Rodent droppings need to be removed from Behind aisle 1
Please clean.
Break Room-Interior-Rodent droppings need to be removed from Old rodent droppings need to be
removed from abandoned break room, on top of vending machines, cabinets and storage shelves etc.
Please clean.
Rodent droppings need to be removed from Above shipping office and break room.
Please clean.

Facility preparation issues:                       (NO)

SVSP SIGNATURE
END DATE/TIME:     3/03/2022  2:45 PM

ECOLAB_000050



CUSTOMER SERVICE
REPORT

**INVOICE
NUMBER**



PAGE    3

PLEASE REMIT PAYMENT TO:
26252 NETWORK PLACE
CHICAGO, IL 60673-1262

**1-800-325-1671**

BILLING ADDRESS
FDDO % FAMILY DOLLAR
2941 MOUNTAIN VIEW RD
GAINESVILLE  GA 30504-5740 US

ACCOUNT INFORMATION:
ACCOUNT NO.    REDACTED
SVSP #
SERVICE SPECLST WHEELER, RONNIE D
LICENSE NUMBER  LH167-3152
CORP REF #

SERVICE ADDRESS
FAMILY DOLLAR DC #202
1800 FAMILY DOLLAR PKWY
WEST MEMPHIS  AR 72301-2974 US
UNIT #:      202

SERVICE
Rodent Program

SERVICE PERIOD:
SERVICE DATE:     3/08/2022

SPECIAL INSTRUCTIONS:

ADDITIONAL COMMENTS

CUSTOMER'S SIGNATURE

Randy

TARGET PEST     PRODUCT USED

PRODUCT LOT NUMBER
CODE  ADD'L INFO

QUANTITY     METHOD        SITES

PRODUCT
  CODE   PRODUCT USED DESCRIPTION/EPA NUMBER

METHODS                          SITES

This confidential report is provided to identify sanitation deficiencies, structural
defects and improper storage practices contributing to pest infestations.
Work Order Number                              X
Closeout Number                                X

CONDITIONS FOUND/ACTIONS TAKEN
Service related comments:
Walked with Danny Lynch, Anson Jason Snead, Randy Crawford, Gene and a night supervisor.
Inspected selected areas.

Pest activity found during service:                    (NO)

Structural concerns that could cause pest problems:        (YES)
Shipping-Introduction Point--exit door doesn't close/seal properly-1/4 inch gap or greater exists.
Door 93 brushes on bottom already bent, door not sealed.
Exclusion measures here will reduce the number of pests entering the area.
-exit door doesn't close/seal properly-1/4 inch gap or greater exists. Overhead door 49,55 not sealed at bottom.
Exclusion measures here will reduce the number of pests entering the area.
-exit door doesn't close/seal properly-1/4 inch gap or greater exists. Door 98 brushes don t go all
The way across the bottom. Door not sealed.
Exclusion measures here will reduce the number of pests entering the area.

Sanitation issues that could cause pest problems:         (YES)
Office Area-Interior-Rodent droppings need to be removed from Office and bathroom areas receiving and fork lift office.
Please clean.

ECOLAB_000051

**CONFIDENTIAL**



CUSTOMER SERVICE
REPORT

**INVOICE
NUMBER**

PAGE    4

PLEASE REMIT PAYMENT TO:
26252 NETWORK PLACE
CHICAGO, IL 60673-1262

**1-800-325-1671**

BILLING ADDRESS
FDDO % FAMILY DOLLAR
2941 MOUNTAIN VIEW RD
GAINESVILLE  GA 30504-5740 US

ACCOUNT INFORMATION:
ACCOUNT NO.    REDACTED
SVSP #
SERVICE SPECLST WHEELER, RONNIE D
LICENSE NUMBER  LH167-3152
CORP REF #

SERVICE ADDRESS
FAMILY DOLLAR DC #202
1800 FAMILY DOLLAR PKWY
WEST MEMPHIS  AR 72301-2974 US
UNIT #:     202

SERVICE
Rodent Program

SERVICE PERIOD:
SERVICE DATE:    3/08/2022

CONDITIONS FOUND/ACTIONS TAKEN
Rodent droppings need to be removed from Ceiling tiles in second floor transportation office and
first floor where snack machine is located.
Please clean.
Maintenance Area-Interior-Remove old vendors bait stations from pump room by the transportation offices
Please address sanitation issue.
Warehouse-Interior-Rodent droppings need to be removed from Aisle 42 behind main support beams along wall.
Please clean.
Rodent droppings need to be removed from Remove rodent droppings from top of pallet frosted s mores
pop tarts location for 5 5 0 0 8 01
Please clean.
Trash and insulation behind electrical panel CP   17 at the end of our 58.
Please address sanitation issue.
Rodent droppings need to be removed from Old droppings 43-13-0A-02 , 43-15-0A-01. On floor and in
rails. Also old pet food.  Suggest that all of sidle 43 be vacuumed floor and inside yellow channel on the floor.
Please clean.
Rodent droppings need to be removed from Module 15 all three levels!
Please clean.
Break Room-Interior-Rodent droppings need to be removed from Above shipping office and break room.
Please clean.
Rodent droppings need to be removed from Old rodent droppings need to be removed from abandoned
break room, on top of vending machines, cabinets and storage shelves etc.
Please clean.

Facility preparation issues:                           (NO)

SVSP SIGNATURE
END DATE/TIME:    3/08/2022  1:29 PM

**CONFIDENTIAL**



CUSTOMER SERVICE
REPORT

**INVOICE
NUMBER  6528802**

PAGE    5

**1-800-325-1671**

PLEASE REMIT PAYMENT TO:
26252 NETWORK PLACE
CHICAGO, IL 60673-1262

BILLING ADDRESS
FDDO % FAMILY DOLLAR
2941 MOUNTAIN VIEW RD
GAINESVILLE  GA 30504-5740 US

SERVICE ADDRESS
FAMILY DOLLAR DC #202
1800 FAMILY DOLLAR PKWY
WEST MEMPHIS  AR 72301-2974 US
UNIT #:      202

ACCOUNT INFORMATION:
ACCOUNT NO.      REDACTED
SVSP #
SERVICE SPECLST STEELE, ANTONIA
LICENSE NUMBER  LH 167 14A
CORP REF #
PURCHASE ORDER

SERVICE
Rodent Program

SERVICE PERIOD: MONTHLY                    (C)
SERVICE DATE:      3/09/2022

SPECIAL INSTRUCTIONS:
ADDITIONAL SERVICE REPORT

ADDITIONAL COMMENTS                 CUSTOMER'S SIGNATURE

| TARGET PEST | PRODUCT USED | PRODUCT LOT NUMBER CODE ADD'L INFO | QUANTITY | METHOD | SITES |
|---|---|---|---|---|---|

PRODUCT
  CODE   PRODUCT USED DESCRIPTION/EPA NUMBER

METHODS                              SITES

This confidential report is provided to identify sanitation deficiencies, structural
defects and improper storage practices contributing to pest infestations.
Work Order Number                                  00000
Closeout Number                                    0000

CONDITIONS FOUND/ACTIONS TAKEN
Service related comments:
Inspected and treated selected areas.
Performed interior rodent service, checked and reset all traps.

Pest activity found during service:                (NO)

Structural concerns that could cause pest problems: (NO)

Sanitation issues that could cause pest problems:  (NO)

Facility preparation issues:                       (NO)

SVSP SIGNATURE
END DATE/TIME:      3/09/2022  2:13 PM

ECOLAB_000053

**CONFIDENTIAL**



CUSTOMER SERVICE
REPORT

**INVOICE
NUMBER 6528802**



PAGE    6

**1-800-325-1671**

PLEASE REMIT PAYMENT TO:
26252 NETWORK PLACE
CHICAGO, IL 60673-1262

<u>BILLING ADDRESS</u>
FDDO % FAMILY DOLLAR
2941 MOUNTAIN VIEW RD
GAINESVILLE  GA 30504-5740 US

<u>SERVICE ADDRESS</u>
FAMILY DOLLAR DC #202
1800 FAMILY DOLLAR PKWY
WEST MEMPHIS  AR 72301-2974 US
UNIT #:      202

SERVICE PERIOD: MONTHLY              (C)
SERVICE DATE:    3/11/2022

<u>SPECIAL INSTRUCTIONS:</u>
ADDITIONAL SERVICE REPORT

<u>ACCOUNT INFORMATION:</u>
ACCOUNT NO.      REDACTED
SVSP #
SERVICE SPECLST STEELE, ANTONIA
LICENSE NUMBER  LH 167 14A
CORP REF #
PURCHASE ORDER

<u>SERVICE</u>
Cockroach/Rodent Program

<u>ADDITIONAL COMMENTS</u>

CUSTOMER'S SIGNATURE

| TARGET PEST | PRODUCT USED | PRODUCT LOT NUMBER CODE ADD'L INFO | QUANTITY | METHOD | SITES |
|---|---|---|---|---|---|

<u>PRODUCT</u>
 CODE  PRODUCT USED DESCRIPTION/EPA NUMBER

<u>METHODS</u>                        <u>SITES</u>

This confidential report is provided to identify sanitation deficiencies, structural
defects and improper storage practices contributing to pest infestations.
Work Order Number                              0000
Closeout Number                                0000

<u>CONDITIONS FOUND/ACTIONS TAKEN</u>
Service related comments:
Inspected and treated selected areas.
Performed interior rodent service, checked and reset all traps.

Pest activity found during service:                (NO)

Structural concerns that could cause pest problems:    (NO)

Sanitation issues that could cause pest problems:      (NO)

Facility preparation issues:                        (NO)

SVSP SIGNATURE
END DATE/TIME:    3/11/2022  1:34 PM

ECOLAB_000054





CUSTOMER SERVICE
REPORT

**INVOICE**
**NUMBER 6528802**

PAGE    7

**1-800-325-1671**

PLEASE REMIT PAYMENT TO:
26252 NETWORK PLACE
CHICAGO, IL 60673-1262

ACCOUNT INFORMATION:
ACCOUNT NO.      REDACTED
SVSP #
SERVICE SPECLST STEELE, ANTONIA
LICENSE NUMBER  LH 167 14A
CORP REF #
PURCHASE ORDER #

BILLING ADDRESS
FDDO % FAMILY DOLLAR
2941 MOUNTAIN VIEW RD
GAINESVILLE  GA 30504-5740 US

SERVICE ADDRESS
FAMILY DOLLAR DC #202
1800 FAMILY DOLLAR PKWY
WEST MEMPHIS  AR 72301-2974 US
UNIT #:      202

SERVICE
Rodent Program

SERVICE PERIOD: MONTHLY          (C)
SERVICE DATE:    3/16/2022

SPECIAL INSTRUCTIONS:
ADDITIONAL SERVICE REPORT

ADDITIONAL COMMENTS               CUSTOMER'S SIGNATURE

TARGET PEST    PRODUCT USED         PRODUCT LOT NUMBER
                                    CODE  ADD'L INFO     QUANTITY    METHOD    SITES

PRODUCT
  CODE  PRODUCT USED DESCRIPTION/EPA NUMBER

METHODS                          SITES

This confidential report is provided to identify sanitation deficiencies, structural
defects and improper storage practices contributing to pest infestations.
Work Order Number                           0000
Closeout Number                             0000

CONDITIONS FOUND/ACTIONS TAKEN
Service related comments:
Inspected and treated selected areas.

Pest activity found during service:              (NO)

Structural concerns that could cause pest problems:    (NO)

Sanitation issues that could cause pest problems:     (NO)

Facility preparation issues:                     (NO)

SVSP SIGNATURE
END DATE/TIME:    3/16/2022  3:59 PM

ECOLAB_000055



CUSTOMER SERVICE
REPORT

**INVOICE NUMBER**

PAGE    8

**1-800-325-1671**



PLEASE REMIT PAYMENT TO:
26252 NETWORK PLACE
CHICAGO, IL 60673-1262

<u>BILLING ADDRESS</u>
FDDO % FAMILY DOLLAR
2941 MOUNTAIN VIEW RD
GAINESVILLE  GA 30504-5740 US

<u>ACCOUNT INFORMATION:</u>
ACCOUNT NO.      REDACTED
SVSP #
SERVICE SPECLST WHEELER, RONNIE D
LICENSE NUMBER  LH167-3152
CORP REF #

<u>SERVICE ADDRESS</u>
FAMILY DOLLAR DC #202
1800 FAMILY DOLLAR PKWY
WEST MEMPHIS  AR 72301-2974 US
UNIT #:     202

<u>SERVICE</u>
Rodent Program

SERVICE PERIOD:
SERVICE DATE:   3/17/2022

<u>SPECIAL INSTRUCTIONS:</u>

<u>ADDITIONAL COMMENTS</u>

CUSTOMER'S SIGNATURE

Badge

| TARGET PEST | PRODUCT USED | PRODUCT CODE | LOT NUMBER ADD'L INFO | QUANTITY | METHOD | SITES |
|---|---|---|---|---|---|---|

<u>PRODUCT CODE</u>   PRODUCT USED DESCRIPTION/EPA NUMBER

<u>METHODS</u>                          <u>SITES</u>

This confidential report is provided to identify sanitation deficiencies, structural
defects and improper storage practices contributing to pest infestations.
Work Order Number                                     Z
Closeout Number                                       Z

<u>CONDITIONS FOUND/ACTIONS TAKEN</u>
Service related comments:
Inspected selected areas.
Due to technical difficulties, unable to create,report while on site. Spoke with Randy and Gene.
Unable to obtain a signature.

Pest activity found during service:                   (NO)

Structural concerns that could cause pest problems:   (YES)
Warehouse-Interior--exit door doesn't close/seal properly-1/4 inch gap or greater exists. Door 52,
dock plate not raised properly allowing gap at the bottom.
Exclusion measures here will reduce the number of pests entering the area.
Garbage Area-Interior--exit door found open. Door 45 and door 47 open, contractors working on the compactor.
Remind employees to keep door closed.  Install screen door, auto door closer.
Shipping-Introduction Point--exit door doesn't close/seal properly-1/4 inch gap or greater exists.
Door 93 brushes on bottom already bent, door not sealed.
Exclusion measures here will reduce the number of pests entering the area.

Sanitation issues that could cause pest problems:     (YES)
Office Area-Interior-Rodent droppings need to be removed from Office and bathroom areas receiving and fork lift office.

ECOLAB_000056



CUSTOMER SERVICE
REPORT

**INVOICE NUMBER**

PAGE    9

**1-800-325-1671**

PLEASE REMIT PAYMENT TO:
26252 NETWORK PLACE
CHICAGO, IL 60673-1262

BILLING ADDRESS
FDDO % FAMILY DOLLAR
2941 MOUNTAIN VIEW RD
GAINESVILLE  GA 30504-5740 US

ACCOUNT INFORMATION:
ACCOUNT NO.       REDACTED
SVSP #
SERVICE SPECLST  WHEELER, RONNIE D
LICENSE NUMBER   LH167-3152
CORP REF #

SERVICE ADDRESS
FAMILY DOLLAR DC #202
1800 FAMILY DOLLAR PKWY
WEST MEMPHIS  AR 72301-2974 US
UNIT #:    202

SERVICE
Rodent Program

SERVICE PERIOD:
SERVICE DATE:    3/17/2022

CONDITIONS FOUND/ACTIONS TAKEN
Please clean.
Rodent droppings need to be removed from Ceiling tiles in second floor transportation office and
first floor where snack machine is located.
Please clean.
Maintenance Area-Interior-Remove old vendors bait stations from pump room by the transportation offices
Please address sanitation issue.
Warehouse-Interior-Rodent droppings need to be removed from Aisle 42 behind main support beams along wall.
Please clean.
Rodent droppings need to be removed from Module 15 all three levels!
Please clean.
Rodent droppings need to be removed from Location 45-50A1. Rodent droppings on food product. Was on
another corrective action but had the location incorrect. S mores pop tarts.
Please clean.
Old bird droppings on aisle 41, 41-29-a1 through 41-53-a1.
Please address sanitation issue.
Rodent droppings need to be removed from Module 22 (possibly 32) all levels, clean from top down.
Please clean.
Rodent droppings need to be removed from Module 11, all levels from top down.
Please clean.
Rodent droppings need to be removed from Module 7 all levels. Clean from top down.
Please clean.
Rodent droppings need to be removed from Module 3, all levels.
Please clean.
Trash and insulation behind electrical panel CP   17 at the end of our 58.
Please address sanitation issue.
Rodent droppings need to be removed from Old droppings 43-13-0A-02 , 43-15-0A-01. On floor and in
rails. Also old pet food.  Suggest that all of sidle 43 be vacuumed floor and inside yellow channel on the floor.
Please clean.
Break Room-Interior-Rodent droppings need to be removed from Above shipping office and break room.
Please clean.
Rodent droppings need to be removed from Old rodent droppings need to be removed from abandoned
break room, on top of vending machines, cabinets and storage shelves etc.
Please clean.

Facility preparation issues:                          (NO)

SVSP SIGNATURE
END DATE/TIME:    3/17/2022  4:58 PM

ECOLAB_000057

**CONFIDENTIAL**



CUSTOMER SERVICE
REPORT

**INVOICE
NUMBER 6528802**



PAGE 10

**1-800-325-1671**

PLEASE REMIT PAYMENT TO:
26252 NETWORK PLACE
CHICAGO, IL 60673-1262

BILLING ADDRESS
FDDO % FAMILY DOLLAR
2941 MOUNTAIN VIEW RD
GAINESVILLE  GA 30504-5740 US

SERVICE ADDRESS
FAMILY DOLLAR DC #202
1800 FAMILY DOLLAR PKWY
WEST MEMPHIS  AR 72301-2974 US
UNIT #:     202

ACCOUNT INFORMATION:
ACCOUNT NO.      REDACTED
SVSP #
SERVICE SPECLST STEELE, ANTONIA
LICENSE NUMBER  LH 167 14A
CORP REF #
PURCHASE ORDER

SERVICE
Rodent Program

SERVICE PERIOD: MONTHLY          (C)
SERVICE DATE:    3/18/2022

SPECIAL INSTRUCTIONS:
ADDITIONAL SERVICE REPORT

ADDITIONAL COMMENTS                 CUSTOMER'S SIGNATURE

| TARGET PEST | PRODUCT USED | PRODUCT CODE | LOT NUMBER ADD'L INFO | QUANTITY | METHOD | SITES |
|---|---|---|---|---|---|---|

PRODUCT
 CODE   PRODUCT USED DESCRIPTION/EPA NUMBER

METHODS                          SITES

This confidential report is provided to identify sanitation deficiencies, structural
defects and improper storage practices contributing to pest infestations.
Work Order Number                                0000
Closeout Number                                  00000

CONDITIONS FOUND/ACTIONS TAKEN
Service related comments:
Inspected and treated selected areas.
Performed interior rodent service, checked and reset all traps.
Could not get to some devices due to locked doors

Pest activity found during service:              (NO)

Structural concerns that could cause pest problems:   (NO)

Sanitation issues that could cause pest problems:     (NO)

Facility preparation issues:                     (NO)

SVSP SIGNATURE
END DATE/TIME:    3/18/2022  1:43 PM

ECOLAB_000058





CUSTOMER SERVICE
REPORT

**INVOICE**
**NUMBER  6528802**

PAGE  11

**1-800-325-1671**

PLEASE REMIT PAYMENT TO:
26252 NETWORK PLACE
CHICAGO, IL 60673-1262

BILLING ADDRESS
FDDO % FAMILY DOLLAR
2941 MOUNTAIN VIEW RD
GAINESVILLE  GA 30504-5740 US

ACCOUNT INFORMATION:
ACCOUNT NO.      REDACTED
SVSP #
SERVICE SPECLST STEELE, ANTONIA
LICENSE NUMBER  LH 167 14A
CORP REF #
PURCHASE ORDER

SERVICE ADDRESS
FAMILY DOLLAR DC #202
1800 FAMILY DOLLAR PKWY
WEST MEMPHIS  AR 72301-2974 US
UNIT #:      202

SERVICE
Rodent Program

SERVICE PERIOD: MONTHLY              (C)
SERVICE DATE:      3/25/2022

SPECIAL INSTRUCTIONS:
ADDITIONAL SERVICE REPORT

ADDITIONAL COMMENTS              CUSTOMER'S SIGNATURE

TARGET PEST    PRODUCT USED

PRODUCT LOT NUMBER
CODE  ADD'L INFO      QUANTITY      METHOD      SITES

PRODUCT
  CODE    PRODUCT USED DESCRIPTION/EPA NUMBER

METHODS                        SITES

This confidential report is provided to identify sanitation deficiencies, structural
defects and improper storage practices contributing to pest infestations.
Work Order Number                        0000
Closeout Number                          0000

CONDITIONS FOUND/ACTIONS TAKEN
Service related comments:
Inspected and treated selected areas.
Performed interior rodent service, checked and reset all traps.

Pest activity found during service:                  (NO)

Structural concerns that could cause pest problems:  (NO)

Sanitation issues that could cause pest problems:    (NO)

Facility preparation issues:                         (NO)

SVSP SIGNATURE
END DATE/TIME:      3/25/2022  4:02 PM

ECOLAB_000059



CUSTOMER SERVICE
REPORT

**INVOICE
NUMBER**

PAGE  12



**1-800-325-1671**

PLEASE REMIT PAYMENT TO:
26252 NETWORK PLACE
CHICAGO, IL 60673-1262

BILLING ADDRESS
FDDO % FAMILY DOLLAR
2941 MOUNTAIN VIEW RD
GAINESVILLE  GA 30504-5740 US

ACCOUNT INFORMATION:
ACCOUNT NO.
SVSP #
SERVICE SPECLST WHEELER, RONNIE D
LICENSE NUMBER  LH167-3152
CORP REF #

SERVICE ADDRESS
FAMILY DOLLAR DC #202
1800 FAMILY DOLLAR PKWY
WEST MEMPHIS  AR 72301-2974 US
UNIT #:       202

SERVICE
Rodent Program

SERVICE PERIOD:
SERVICE DATE:     3/22/2022

SPECIAL INSTRUCTIONS:

ADDITIONAL COMMENTS

CUSTOMER'S SIGNATURE

Gene Byrd

TARGET PEST     PRODUCT USED

PRODUCT LOT NUMBER
CODE   ADD'L INFO

QUANTITY     METHOD          SITES

PRODUCT
 CODE   PRODUCT USED DESCRIPTION/EPA NUMBER

METHODS                         SITES

This confidential report is provided to identify sanitation deficiencies, structural
defects and improper storage practices contributing to pest infestations.
Work Order Number                               X
Closeout Number                                 X

CONDITIONS FOUND/ACTIONS TAKEN
Service related comments:
Inspected selected areas.
No rodent activity was noted during the inspection and/or service.

Pest activity found during service:                (NO)

Structural concerns that could cause pest problems:       (YES)
Garbage Area-Exterior-Not sealed where dumpster meets compactor.
Please address structural concern.
Receiving-Introduction Point--exit door found open. Door 8 open about 2 inches.
Remind employees to keep door closed.  Install screen door, auto door closer.
Shipping-Introduction Point--exit door found open. Door 94 open at bottom
Remind employees to keep door closed.  Install screen door, auto door closer.
-exit door doesn't close/seal properly-1/4 inch gap or greater exists. Door 56 dock leveler low
leaving gap all the way across the bottom.
Exclusion measures here will reduce the number of pests entering the area.
-hole/gap noted Dock leveler low, leaving gap all across the bottom
Seal to prevent pest entry or harborage.
Exclusion measures here will reduce the number of pests entering the area.

ECOLAB_000060



CUSTOMER SERVICE
REPORT

**INVOICE
NUMBER**

PAGE  13



PLEASE REMIT PAYMENT TO:
26252 NETWORK PLACE
CHICAGO, IL 60673-1262

**1-800-325-1671**

BILLING ADDRESS
FDDO % FAMILY DOLLAR
2941 MOUNTAIN VIEW RD
GAINESVILLE  GA 30504-5740 US

ACCOUNT INFORMATION:
ACCOUNT NO.
SVSP #
SERVICE SPECLST WHEELER, RONNIE D
LICENSE NUMBER  LH167-3152
CORP REF #

SERVICE ADDRESS
FAMILY DOLLAR DC #202
1800 FAMILY DOLLAR PKWY
WEST MEMPHIS  AR 72301-2974 US
UNIT #:      202

SERVICE
Rodent Program

SERVICE PERIOD:
SERVICE DATE:    3/22/2022


CONDITIONS FOUND/ACTIONS TAKEN
-exit door found open. Door 83 open 3
Remind employees to keep door closed.  Install screen door, auto door closer.
-exit door found open. Door 85 open at bottom
Remind employees to keep door closed.  Install screen door, auto door closer.
-exit door doesn't close/seal properly-1/4 inch gap or greater exists. Door 93 brushes on bottom
already bent, door not sealed.
Exclusion measures here will reduce the number of pests entering the area.

Sanitation issues that could cause pest problems:                (YES)
Office Area-Interior-Rodent droppings need to be removed from Abandoned office first floor.
Please clean.
Rodent droppings need to be removed from Office and bathroom areas receiving and fork lift office.
Please clean.
Rodent droppings need to be removed from Ceiling tiles in second floor transportation office and
first floor where snack machine is located.
Please clean.
Maintenance Area-Interior-Remove old vendors bait stations from pump room by the transportation offices
Please address sanitation issue.
Bathroom/Locker Room-Interior-Rodent droppings need to be removed from Abandoned bathrooms.
Please clean.
Warehouse-Interior-Rodent droppings need to be removed from Aisle 42 behind main support beams along wall.
Please clean.
Trash and insulation behind electrical panel CP   17 at the end of our 58.
Please address sanitation issue.
Rodent droppings need to be removed from Old droppings 43-13-0A-02 , 43-15-0A-01. On floor and in
rails. Also old pet food.  Suggest that all of sidle 43 be vacuumed floor and inside yellow channel on the floor.
Please clean.
Rodent droppings need to be removed from Location 45-50A1. Rodent droppings on food product. Was on
another corrective action but had the location incorrect. S mores pop tarts.
Please clean.
Rodent droppings need to be removed from Module 22 (possibly 32) all levels, clean from top down.
Please clean.
Rodent droppings need to be removed from Module 11, all levels from top down.
Please clean.
Rodent droppings need to be removed from Module 7 all levels. Clean from top down.
Please clean.
Rodent droppings need to be removed from Module 3, all levels.
Please clean.
Rodent droppings need to be removed from Module 15 all three levels!
Please clean.
Old bird droppings on aisle 41, 41-29-a1 through 41-53-a1.
Please address sanitation issue.
Recommend starting at aisle 1 and work thru all aisles, pull all pallets from top row and work your
way down row by row to remove ALL old rodent droppings.
Please address sanitation issue.
Break Room-Interior-Rodent droppings need to be removed from Above shipping office and break room.
Please clean.

**ECOLAB_000061**



CUSTOMER SERVICE
REPORT

**INVOICE
NUMBER**

PAGE  14

**1-800-325-1671**

PLEASE REMIT PAYMENT TO:
26252 NETWORK PLACE
CHICAGO, IL 60673-1262

BILLING ADDRESS
FDDO % FAMILY DOLLAR
2941 MOUNTAIN VIEW RD
GAINESVILLE  GA 30504-5740 US

ACCOUNT INFORMATION:
ACCOUNT NO.
SVSP #
SERVICE SPECLST  WHEELER, RONNIE D
LICENSE NUMBER  LH167-3152
CORP REF #

SERVICE ADDRESS
FAMILY DOLLAR DC #202
1800 FAMILY DOLLAR PKWY
WEST MEMPHIS  AR 72301-2974 US
UNIT #:       202

SERVICE
Rodent Program

SERVICE PERIOD:
SERVICE DATE:    3/22/2022

CONDITIONS FOUND/ACTIONS TAKEN
Rodent droppings need to be removed from Old droppings in abandoned second floor break room.
Please clean.

Facility preparation issues:                        (NO)

SVSP SIGNATURE
END DATE/TIME:    3/22/2022 12:29 PM

**ECOLAB_000062**



CUSTOMER SERVICE
REPORT

**INVOICE NUMBER**

PAGE  15



PLEASE REMIT PAYMENT TO:
26252 NETWORK PLACE
CHICAGO, IL 60673-1262

**1-800-325-1671**

BILLING ADDRESS
FDDO % FAMILY DOLLAR
2941 MOUNTAIN VIEW RD
GAINESVILLE  GA 30504-5740 US

ACCOUNT INFORMATION:
ACCOUNT NO.          ▮▮▮▮▮▮
SVSP #
SERVICE SPECLST WHEELER, RONNIE D
LICENSE NUMBER  LH167-3152
CORP REF #          ▮▮▮▮▮▮

SERVICE ADDRESS
FAMILY DOLLAR DC #202
1800 FAMILY DOLLAR PKWY
WEST MEMPHIS  AR 72301-2974 US
UNIT #:      202

SERVICE
Rodent Program

SERVICE PERIOD:
SERVICE DATE:     3/29/2022

SPECIAL INSTRUCTIONS:

ADDITIONAL COMMENTS

CUSTOMER'S SIGNATURE

Randy

| TARGET PEST | PRODUCT USED | PRODUCT CODE | LOT NUMBER ADD'L INFO | QUANTITY | METHOD | SITES |
|---|---|---|---|---|---|---|
| Rats | SNAP-TRAP RAT M326 | I | | 6.00 EA | 000013 | C22 |

PRODUCT
  CODE   PRODUCT USED DESCRIPTION/EPA NUMBER

METHODS                          SITES
000013 Placement                 C22 Warehouse-Interior

This confidential report is provided to identify sanitation deficiencies, structural
defects and improper storage practices contributing to pest infestations.
Work Order Number                         X
Closeout Number                           X

CONDITIONS FOUND/ACTIONS TAKEN
Service related comments:
Inspected selected areas.
Placed additional rat snap traps on module 52 and in aerosol room.
Performed interior rodent service, checked and reset all traps.

Pest activity found during service:                 (NO)

Structural concerns that could cause pest problems:       (YES)
Maintenance Area-Interior-Open conduits up from floor need to be sealed in electrical/pump room
Please address structural concern.
Warehouse-Interior--exit door found open. Man door next to dock door 22 left open with tape to prevent closing
Remind employees to keep door closed.  Install screen door, auto door closer.
Garbage Area-Interior--hole/gap noted Where dumpsters butts up to compactor, not sealed.
Seal to prevent pest entry or harborage.
Exclusion measures here will reduce the number of pests entering the area.
Shipping-Introduction Point--exit door doesn't close/seal properly-1/4 inch gap or greater exists.
Door 93 brushes on bottom already bent, door not sealed.

ECOLAB_000063



CUSTOMER SERVICE
REPORT

**INVOICE NUMBER**



PAGE  16

**1-800-325-1671**

PLEASE REMIT PAYMENT TO:
26252 NETWORK PLACE
CHICAGO, IL 60673-1262

BILLING ADDRESS
FDDO % FAMILY DOLLAR
2941 MOUNTAIN VIEW RD
GAINESVILLE  GA 30504-5740 US

ACCOUNT INFORMATION:
ACCOUNT NO.
SVSP #
SERVICE SPECLST WHEELER, RONNIE D
LICENSE NUMBER  LH167-3152
CORP REF #

SERVICE ADDRESS
FAMILY DOLLAR DC #202
1800 FAMILY DOLLAR PKWY
WEST MEMPHIS  AR 72301-2974 US
UNIT #:      202

SERVICE
Rodent Program

SERVICE PERIOD:
SERVICE DATE:     3/29/2022


CONDITIONS FOUND/ACTIONS TAKEN
Exclusion measures here will reduce the number of pests entering the area.
Near Entry-Introduction Point--exit door doesn't close/seal properly. Main employee entrance door does not close.
Exclusion measures here will reduce the number of pests entering the area.

Sanitation issues that could cause pest problems:                    (YES)
Office Area-Interior-Rodent droppings need to be removed from Ceiling tiles in second floor
transportation office and first floor where snack machine is located.
Please clean.
Rodent droppings need to be removed from Office and bathroom areas receiving and fork lift office.
Please clean.
Maintenance Area-Interior-Remove old vendors bait stations from pump room by the transportation offices
Please address sanitation issue.
Warehouse-Interior-Trash and insulation behind electrical panel CP  17 at the end of our 58.
Please address sanitation issue.
Rodent droppings need to be removed from Old droppings 43-13-0A-02 , 43-15-0A-01. On floor and in
rails. Also old pet food.  Suggest that all of sidle 43 be vacuumed floor and inside yellow channel on the floor.
Please clean.
Rodent droppings need to be removed from Module 22 (possibly 32) all levels, clean from top down.
Please clean.
Rodent droppings need to be removed from Location 45-50A1. Rodent droppings on food product. Was on
another corrective action but had the location incorrect. S mores pop tarts.
Please clean.
Old bird droppings on aisle 41, 41-29-a1 through 41-53-a1.
Please address sanitation issue.
Rodent droppings need to be removed from Module 11, all levels from top down.
Please clean.
Rodent droppings need to be removed from Module 7 all levels. Clean from top down.
Please clean.
Rodent droppings need to be removed from Module 3, all levels.
Please clean.
Rodent droppings need to be removed from Module 15 all three levels!
Please clean.
Break Room-Interior-Rodent droppings need to be removed from Above shipping office and break room.
Please clean.
Rodent droppings need to be removed from Old rodent droppings need to be removed from abandoned
break room, on top of vending machines, cabinets and storage shelves etc.
Please clean.

Facility preparation issues:                              (NO)




SVSP SIGNATURE
END DATE/TIME:     3/29/2022 12:35 PM

ECOLAB_000064



CUSTOMER SERVICE
REPORT

**INVOICE**
**NUMBER 6528802**



PAGE 17

PLEASE REMIT PAYMENT TO:
26252 NETWORK PLACE
CHICAGO, IL 60673-1262

**1-800-325-1671**

BILLING ADDRESS
FDDO % FAMILY DOLLAR
2941 MOUNTAIN VIEW RD
GAINESVILLE GA 30504-5740 US

ACCOUNT INFORMATION:
ACCOUNT NO.
SVSP #
SERVICE SPECLST STEELE, ANTONIA
LICENSE NUMBER LH 167 14A
CORP REF #
PURCHASE ORDER

SERVICE ADDRESS
FAMILY DOLLAR DC #202
1800 FAMILY DOLLAR PKWY
WEST MEMPHIS AR 72301-2974 US
UNIT #: 202

SERVICE
Rodent Program

SERVICE PERIOD: MONTHLY
SERVICE DATE:    3/31/2022

(C)

SPECIAL INSTRUCTIONS:
ADDITIONAL SERVICE REPORT

ADDITIONAL COMMENTS

CUSTOMER'S SIGNATURE

TARGET PEST    PRODUCT USED

PRODUCT LOT NUMBER
CODE  ADD'L INFO      QUANTITY    METHOD      SITES

PRODUCT
  CODE   PRODUCT USED DESCRIPTION/EPA NUMBER

METHODS                          SITES

This confidential report is provided to identify sanitation deficiencies, structural
defects and improper storage practices contributing to pest infestations.
Work Order Number                          0000
Closeout Number                            0000

CONDITIONS FOUND/ACTIONS TAKEN
Service related comments:
Inspected and treated selected areas.
Performed interior rodent service, checked and reset all traps.

Pest activity found during service:                    (NO)

Structural concerns that could cause pest problems:     (NO)

Sanitation issues that could cause pest problems:       (NO)

Facility preparation issues:                           (NO)

SVSP SIGNATURE
END DATE/TIME:    3/31/2022 12:02 PM

ECOLAB_000065



CUSTOMER SERVICE
REPORT



**INVOICE
NUMBER  6528802**

PAGE  18

**1-800-325-1671**

PLEASE REMIT PAYMENT TO:
26252 NETWORK PLACE
CHICAGO, IL 60673-1262

BILLING ADDRESS
FDDO % FAMILY DOLLAR
2941 MOUNTAIN VIEW RD
GAINESVILLE  GA 30504-5740 US

ACCOUNT INFORMATION:
ACCOUNT NO.
SVSP #
SERVICE SPECLST STEELE, ANTONIA
LICENSE NUMBER  LH 167 14A
CORP REF #
PURCHASE ORDER

SERVICE ADDRESS
FAMILY DOLLAR DC #202
1800 FAMILY DOLLAR PKWY
WEST MEMPHIS  AR 72301-2974 US
UNIT #:      202

SERVICE
Rodent Program

SERVICE PERIOD: MONTHLY          (C)
SERVICE DATE:    3/31/2022

SPECIAL INSTRUCTIONS:
ADDITIONAL SERVICE REPORT

ADDITIONAL COMMENTS          CUSTOMER'S SIGNATURE

| TARGET PEST | PRODUCT USED | PRODUCT CODE | LOT NUMBER ADD'L INFO | QUANTITY | METHOD | SITES |
|---|---|---|---|---|---|---|
| Rats | FIRSTSTRIKE SOFT BAIT 10 GM | 502 | 171706 | 2.00 EA | 000013 | C14 |
| Rats | FIRSTSTRIKE SOFT BAIT 10 GM | 502 | 171706 | 2.00 EA | 000013 | C14 |
| Rats | FIRSTSTRIKE SOFT BAIT 10 GM | 502 | 171706 | 2.00 EA | 000013 | C14 |
| Rats | FIRSTSTRIKE SOFT BAIT 10 GM | 502 | 171706 | 2.00 EA | 000013 | C14 |
| Rats | FIRSTSTRIKE SOFT BAIT 10 GM | 502 | 171706 | 2.00 EA | 000013 | C14 |
| Rats | FIRSTSTRIKE SOFT BAIT 10 GM | 502 | 171706 | 2.00 EA | 000013 | C14 |
| Rats | FIRSTSTRIKE SOFT BAIT 10 GM | 502 | 171706 | 2.00 EA | 000013 | C14 |
| Rats | FIRSTSTRIKE SOFT BAIT 10 GM | 502 | 171706 | 2.00 EA | 000013 | C14 |
| Rats | FIRSTSTRIKE SOFT BAIT 10 GM | 502 | 171706 | 2.00 EA | 000013 | C14 |
| Rats | FIRSTSTRIKE SOFT BAIT 10 GM | 502 | 171706 | 2.00 EA | 000013 | C14 |
| Rats | FIRSTSTRIKE SOFT BAIT 10 GM | 502 | 171706 | 2.00 EA | 000013 | C14 |
| Rats | FIRSTSTRIKE SOFT BAIT 10 GM | 502 | 171706 | 2.00 EA | 000013 | C14 |
| Rats | FIRSTSTRIKE SOFT BAIT 10 GM | 502 | 171706 | 2.00 EA | 000013 | C14 |
| Rats | FIRSTSTRIKE SOFT BAIT 10 GM | 502 | 171706 | 2.00 EA | 000013 | C14 |
| Rats | FIRSTSTRIKE SOFT BAIT 10 GM | 502 | 171706 | 2.00 EA | 000013 | C14 |
| Rats | FIRSTSTRIKE SOFT BAIT 10 GM | 502 | 171706 | 2.00 EA | 000013 | C14 |
| Rats | FIRSTSTRIKE SOFT BAIT 10 GM | 502 | 171706 | 2.00 EA | 000013 | C14 |
| Rats | FIRSTSTRIKE SOFT BAIT 10 GM | 502 | 171706 | 2.00 EA | 000013 | C14 |
| Rats | FIRSTSTRIKE SOFT BAIT 10 GM | 502 | 171706 | 2.00 EA | 000013 | C14 |
| Rats | FIRSTSTRIKE SOFT BAIT 10 GM | 502 | 171706 | 2.00 EA | 000013 | C14 |
| Rats | FIRSTSTRIKE SOFT BAIT 10 GM | 502 | 171706 | 2.00 EA | 000013 | C14 |
| Rats | FIRSTSTRIKE SOFT BAIT 10 GM | 502 | 171706 | 2.00 EA | 000013 | C14 |
| Rats | FIRSTSTRIKE SOFT BAIT 10 GM | 502 | 171706 | 2.00 EA | 000013 | C14 |
| Rats | FIRSTSTRIKE SOFT BAIT 10 GM | 502 | 171706 | 2.00 EA | 000013 | C14 |
| Rats | FIRSTSTRIKE SOFT BAIT 10 GM | 502 | 171706 | 2.00 EA | 000013 | C14 |
| Rats | FIRSTSTRIKE SOFT BAIT 10 GM | 502 | 171706 | 1.00 EA | 000013 | C14 |
| Rats | FIRSTSTRIKE SOFT BAIT 10 GM | 502 | 171706 | 4.00 EA | 000013 | C14 |
| Rats | FIRSTSTRIKE SOFT BAIT 10 GM | 502 | 171706 | 2.00 EA | 000013 | C14 |
| Rats | FIRSTSTRIKE SOFT BAIT 10 GM | 502 | 171706 | 2.00 EA | 000013 | C14 |
| Rats | FIRSTSTRIKE SOFT BAIT 10 GM | 502 | 171706 | 2.00 EA | 000013 | C14 |
| Rats | FIRSTSTRIKE SOFT BAIT 10 GM | 502 | 171706 | 2.00 EA | 000013 | C14 |
| Rats | FIRSTSTRIKE SOFT BAIT 10 GM | 502 | 171706 | 2.00 EA | 000013 | C14 |
| Rats | FIRSTSTRIKE SOFT BAIT 10 GM | 502 | 171706 | 4.00 EA | 000013 | C14 |
| Rats | FIRSTSTRIKE SOFT BAIT 10 GM | 502 | 171706 | 2.00 EA | 000013 | C14 |
| Rats | FIRSTSTRIKE SOFT BAIT 10 GM | 502 | 171706 | 2.00 EA | 000013 | C14 |
| Rats | FIRSTSTRIKE SOFT BAIT 10 GM | 502 | 171706 | 2.00 EA | 000013 | C14 |
| Rats | FIRSTSTRIKE SOFT BAIT 10 GM | 502 | 171706 | 2.00 EA | 000013 | C14 |

ECOLAB_000066

**CONFIDENTIAL**

```
Rats          FIRSTSTRIKE SOFT BAIT 10 GM      502 171706      2.00  EA 000013      C14
              FIRSTSTRIKE SOFT BAIT 10 GM      502 171706      4.00  EA 000013      C14
              FIRSTSTRIKE SOFT BAIT 10 GM      502 171706      2.00  EA 000013      C14
              FIRSTSTRIKE SOFT BAIT 10 GM      502 171706      2.00  EA 000013      C14
Rats          FIRSTSTRIKE SOFT BAIT 10 GM      502 171706      2.00  EA 000013      C14
Rats          FIRSTSTRIKE SOFT BAIT 10 GM      502 171706      2.00  EA 000013      C14
Rats          FIRSTSTRIKE SOFT BAIT 10 GM      502 171706      2.00  EA 000013      C14
Rats          FIRSTSTRIKE SOFT BAIT 10 GM      502 171706      2.00  EA 000013      C14
Rats          FIRSTSTRIKE SOFT BAIT 10 GM      502 171706      4.00  EA 000013      C14
Rats          FIRSTSTRIKE SOFT BAIT 10 GM      502 171706      2.00  EA 000013      C14
Rats          FIRSTSTRIKE SOFT BAIT 10 GM      502 171706      2.00  EA 000013      C14
Rats          FIRSTSTRIKE SOFT BAIT 10 GM      502 171706      2.00  EA 000013      C14
Rats          FIRSTSTRIKE SOFT BAIT 10 GM      502 171706      2.00  EA 000013      C14
Rats          FIRSTSTRIKE SOFT BAIT 10 GM      502 171706      4.00  EA 000013      C14
Rats          FIRSTSTRIKE SOFT BAIT 10 GM      502 171706      2.00  EA 000013      C14
Rats          FIRSTSTRIKE SOFT BAIT 10 GM      502 171706      2.00  EA 000013      C14
Rats          FIRSTSTRIKE SOFT BAIT 10 GM      502 171706      2.00  EA 000013      C14
Rats          FIRSTSTRIKE SOFT BAIT 10 GM      502 171706      2.00  EA 000013      C14
Rats          FIRSTSTRIKE SOFT BAIT 10 GM      502 171706      2.00  EA 000013      C14
Rats          FIRSTSTRIKE SOFT BAIT 10 GM      502 171706      1.00  EA 000013      C14
Rats          FIRSTSTRIKE SOFT BAIT 10 GM      502 171706      2.00  EA 000013      C14
Rats          FIRSTSTRIKE SOFT BAIT 10 GM      502 171706      2.00  EA 000013      C14
Rats          FIRSTSTRIKE SOFT BAIT 10 GM      502 171706      2.00  EA 000013      C14
Rats          FIRSTSTRIKE SOFT BAIT 10 GM      502 171706      2.00  EA 000013      C14
Rats          FIRSTSTRIKE SOFT BAIT 10 GM      502 171706      2.00  EA 000013      C14
Rats          FIRSTSTRIKE SOFT BAIT 10 GM      502 171706      2.00  EA 000013      C14
```

ECOLAB_000067



CUSTOMER SERVICE
REPORT

**INVOICE**
**NUMBER  6528802**



PAGE  20

PLEASE REMIT PAYMENT TO:
26252 NETWORK PLACE
CHICAGO, IL 60673-1262

**1-800-325-1671**

BILLING ADDRESS
FDDO % FAMILY DOLLAR
2941 MOUNTAIN VIEW RD
GAINESVILLE  GA 30504-5740 US

ACCOUNT INFORMATION:
ACCOUNT NO.
SVSP #
SERVICE SPECLST STEELE, ANTONIA
LICENSE NUMBER  LH 167 14A
CORP REF #
PURCHASE ORDER

SERVICE ADDRESS
FAMILY DOLLAR DC #202
1800 FAMILY DOLLAR PKWY
WEST MEMPHIS  AR 72301-2974 US
UNIT #:      202

SERVICE
Rodent Program

SERVICE PERIOD: MONTHLY                    (C)
SERVICE DATE:    3/31/2022


PRODUCT
CODE  PRODUCT USED DESCRIPTION/EPA NUMBER
502 FirstStrike Soft Bait (0.0025%) 7173-258
502 FirstStrike Soft Bait (0.0025%) 7173-258
502 FirstStrike Soft Bait (0.0025%) 7173-258
502 FirstStrike Soft Bait (0.0025%) 7173-258
502 FirstStrike Soft Bait (0.0025%) 7173-258
502 FirstStrike Soft Bait (0.0025%) 7173-258
502 FirstStrike Soft Bait (0.0025%) 7173-258
502 FirstStrike Soft Bait (0.0025%) 7173-258
502 FirstStrike Soft Bait (0.0025%) 7173-258
502 FirstStrike Soft Bait (0.0025%) 7173-258
502 FirstStrike Soft Bait (0.0025%) 7173-258
502 FirstStrike Soft Bait (0.0025%) 7173-258
502 FirstStrike Soft Bait (0.0025%) 7173-258
502 FirstStrike Soft Bait (0.0025%) 7173-258
502 FirstStrike Soft Bait (0.0025%) 7173-258
502 FirstStrike Soft Bait (0.0025%) 7173-258
502 FirstStrike Soft Bait (0.0025%) 7173-258
502 FirstStrike Soft Bait (0.0025%) 7173-258
502 FirstStrike Soft Bait (0.0025%) 7173-258
502 FirstStrike Soft Bait (0.0025%) 7173-258
502 FirstStrike Soft Bait (0.0025%) 7173-258
502 FirstStrike Soft Bait (0.0025%) 7173-258
502 FirstStrike Soft Bait (0.0025%) 7173-258
502 FirstStrike Soft Bait (0.0025%) 7173-258
502 FirstStrike Soft Bait (0.0025%) 7173-258
502 FirstStrike Soft Bait (0.0025%) 7173-258
502 FirstStrike Soft Bait (0.0025%) 7173-258
502 FirstStrike Soft Bait (0.0025%) 7173-258
502 FirstStrike Soft Bait (0.0025%) 7173-258
502 FirstStrike Soft Bait (0.0025%) 7173-258
502 FirstStrike Soft Bait (0.0025%) 7173-258
502 FirstStrike Soft Bait (0.0025%) 7173-258
502 FirstStrike Soft Bait (0.0025%) 7173-258
502 FirstStrike Soft Bait (0.0025%) 7173-258
502 FirstStrike Soft Bait (0.0025%) 7173-258
502 FirstStrike Soft Bait (0.0025%) 7173-258
502 FirstStrike Soft Bait (0.0025%) 7173-258
502 FirstStrike Soft Bait (0.0025%) 7173-258
502 FirstStrike Soft Bait (0.0025%) 7173-258
502 FirstStrike Soft Bait (0.0025%) 7173-258
502 FirstStrike Soft Bait (0.0025%) 7173-258
502 FirstStrike Soft Bait (0.0025%) 7173-258

ECOLAB_000068



CUSTOMER SERVICE
REPORT

**INVOICE**
**NUMBER  6528802**



PAGE   21

**1-800-325-1671**

PLEASE REMIT PAYMENT TO:
26252 NETWORK PLACE
CHICAGO, IL 60673-1262

BILLING ADDRESS
FDDO % FAMILY DOLLAR
2941 MOUNTAIN VIEW RD
GAINESVILLE   GA 30504-5740 US


SERVICE ADDRESS
FAMILY DOLLAR DC #202
1800 FAMILY DOLLAR PKWY
WEST MEMPHIS   AR 72301-2974 US
UNIT #:       202


SERVICE PERIOD: MONTHLY            (C)
SERVICE DATE:      3/31/2022

ACCOUNT INFORMATION:
ACCOUNT NO.
SVSP #
SERVICE SPECLST STEELE, ANTONIA
LICENSE NUMBER  LH 167 14A
CORP REF #
PURCHASE ORDER

SERVICE
Rodent Program


PRODUCT
 CODE  PRODUCT USED DESCRIPTION/EPA NUMBER
   502 FirstStrike Soft Bait (0.0025%) 7173-258
   502 FirstStrike Soft Bait (0.0025%) 7173-258
   502 FirstStrike Soft Bait (0.0025%) 7173-258
   502 FirstStrike Soft Bait (0.0025%) 7173-258
   502 FirstStrike Soft Bait (0.0025%) 7173-258
   502 FirstStrike Soft Bait (0.0025%) 7173-258
   502 FirstStrike Soft Bait (0.0025%) 7173-258
   502 FirstStrike Soft Bait (0.0025%) 7173-258
   502 FirstStrike Soft Bait (0.0025%) 7173-258
   502 FirstStrike Soft Bait (0.0025%) 7173-258
   502 FirstStrike Soft Bait (0.0025%) 7173-258
   502 FirstStrike Soft Bait (0.0025%) 7173-258
   502 FirstStrike Soft Bait (0.0025%) 7173-258
   502 FirstStrike Soft Bait (0.0025%) 7173-258
   502 FirstStrike Soft Bait (0.0025%) 7173-258
   502 FirstStrike Soft Bait (0.0025%) 7173-258
   502 FirstStrike Soft Bait (0.0025%) 7173-258
   502 FirstStrike Soft Bait (0.0025%) 7173-258
   502 FirstStrike Soft Bait (0.0025%) 7173-258
   502 FirstStrike Soft Bait (0.0025%) 7173-258
   502 FirstStrike Soft Bait (0.0025%) 7173-258
   502 FirstStrike Soft Bait (0.0025%) 7173-258
   502 FirstStrike Soft Bait (0.0025%) 7173-258
   502 FirstStrike Soft Bait (0.0025%) 7173-258
   502 FirstStrike Soft Bait (0.0025%) 7173-258


METHODS                         SITES
000013 Placement                C14 Exterior Area

This confidential report is provided to identify sanitation deficiencies, structural
defects and improper storage practices contributing to pest infestations.
Work Order Number                                    0000
Closeout Number                                      0000

CONDITIONS FOUND/ACTIONS TAKEN
Service related comments:
Inspected and treated selected areas.
Performed exterior rodent service.
Checked accessible bait stations and replaced bait as needed.
Checked accessible rodent stations and cleaned/reset traps as needed.

Pest activity found during service:                  (NO)

Structural concerns that could cause pest problems:  (NO)

ECOLAB_000069



CUSTOMER SERVICE
REPORT

**INVOICE
NUMBER 6528802**



PAGE  22

**1-800-325-1671**

PLEASE REMIT PAYMENT TO:
26252 NETWORK PLACE
CHICAGO, IL 60673-1262

BILLING ADDRESS
FDDO % FAMILY DOLLAR
2941 MOUNTAIN VIEW RD
GAINESVILLE  GA 30504-5740 US

ACCOUNT INFORMATION:
ACCOUNT NO.
SVSP #
SERVICE SPECLST STEELE, ANTONIA
LICENSE NUMBER  LH 167 14A
CORP REF #
PURCHASE ORDER

SERVICE ADDRESS
FAMILY DOLLAR DC #202
1800 FAMILY DOLLAR PKWY
WEST MEMPHIS   AR 72301-2974 US
UNIT #:      202

SERVICE
Rodent Program

SERVICE PERIOD: MONTHLY          (C)
SERVICE DATE:    3/31/2022

CONDITIONS FOUND/ACTIONS TAKEN
Sanitation issues that could cause pest problems:          (NO)

Facility preparation issues:                               (NO)

SVSP SIGNATURE
END DATE/TIME:    3/31/2022  2:43 PM

**ECOLAB_000070**

**CONFIDENTIAL**



CUSTOMER SERVICE
REPORT

**INVOICE NUMBER**

PAGE   23

**1-800-325-1671**



PLEASE REMIT PAYMENT TO:
26252 NETWORK PLACE
CHICAGO, IL 60673-1262

<u>BILLING ADDRESS</u>
FDDO % FAMILY DOLLAR
2941 MOUNTAIN VIEW RD
GAINESVILLE  GA 30504-5740 US

<u>SERVICE ADDRESS</u>
FAMILY DOLLAR DC #202
1800 FAMILY DOLLAR PKWY
WEST MEMPHIS  AR 72301-2974 US
UNIT #:      202

SERVICE PERIOD:
SERVICE DATE:    4/05/2022

SPECIAL INSTRUCTIONS:

<u>ACCOUNT INFORMATION:</u>
ACCOUNT NO.
SVSP #
SERVICE SPECLST NICHOLS, JAMES M
LICENSE NUMBER
CORP REF #

<u>SERVICE</u>
Rodent Program

<u>ADDITIONAL COMMENTS</u>

CUSTOMER'S SIGNATURE

John

| <u>TARGET PEST</u> | <u>PRODUCT USED</u> | <u>PRODUCT LOT NUMBER</u> <u>CODE ADD'L INFO</u> | <u>QUANTITY</u> | <u>METHOD</u> | <u>SITES</u> |
|---|---|---|---|---|---|

<u>PRODUCT</u>
 <u>CODE</u>  <u>PRODUCT USED DESCRIPTION/EPA NUMBER</u>

<u>METHODS</u>                          <u>SITES</u>

This confidential report is provided to identify sanitation deficiencies, structural
defects and improper storage practices contributing to pest infestations.
Work Order Number                                X
Closeout Number                                  X

<u>CONDITIONS FOUND/ACTIONS TAKEN</u>
Service related comments:
No rodent activity was noted during the inspection and/or service.
Performed interior rodent service, checked and reset all traps.
Inspected selected areas.

Pest activity found during service:                (NO)

Structural concerns that could cause pest problems:        (YES)
Warehouse-Interior--exit door doesn't close/seal properly-1/4 inch gap or greater exists. Multiple
dock doors on all docks not sealed properly. Some due to structural issues, most due to employees
not properly closing the doors.  John took notes on doors with structural issues.
Exclusion measures here will reduce the number of pests entering the area.

Sanitation issues that could cause pest problems:          (YES)
Office Area-Interior-Rodent droppings need to be removed from Abandoned office first floor.
Please clean.
Rodent droppings need to be removed from Office and bathroom areas receiving and fork lift office.
Please clean.
Rodent droppings need to be removed from Ceiling tiles in second floor transportation office and

ECOLAB_000071



CUSTOMER SERVICE
REPORT

**INVOICE
NUMBER**

PAGE   24



PLEASE REMIT PAYMENT TO:
26252 NETWORK PLACE
CHICAGO, IL 60673-1262

**1-800-325-1671**

BILLING ADDRESS
FDDO % FAMILY DOLLAR
2941 MOUNTAIN VIEW RD
GAINESVILLE  GA 30504-5740 US

ACCOUNT INFORMATION:
ACCOUNT NO.
SVSP #
SERVICE SPECLST NICHOLS, JAMES M
LICENSE NUMBER
CORP REF #

SERVICE ADDRESS
FAMILY DOLLAR DC #202
1800 FAMILY DOLLAR PKWY
WEST MEMPHIS  AR 72301-2974 US
UNIT #:      202

SERVICE
Rodent Program

SERVICE PERIOD:
SERVICE DATE:    4/05/2022

CONDITIONS FOUND/ACTIONS TAKEN
first floor where snack machine is located.
Please clean.
Bathroom/Locker Room-Interior-Rodent droppings need to be removed from Abandoned bathrooms.
Please clean.
Warehouse-Interior-Rodent droppings need to be removed from Module 15 all three levels!
Please clean.
Trash and insulation behind electrical panel CP   17 at the end of our 58.
Please address sanitation issue.
Rodent droppings need to be removed from Old droppings 43-13-0A-02 , 43-15-0A-01. On floor and in
rails. Also old pet food.  Suggest that all of sidle 43 be vacuumed floor and inside yellow channel on the floor.
Please clean.
Rodent droppings need to be removed from Module 3, all levels.
Please clean.
Recommend starting at aisle 1 and work thru all aisles, pull all pallets from top row and work your
way down row by row to remove ALL old rodent droppings.
Please address sanitation issue.
Rodent droppings need to be removed from Location 45-50A1. Rodent droppings on food product. Was on
another corrective action but had the location incorrect. S mores pop tarts.
Please clean.
Old bird droppings on aisle 41, 41-29-a1 through 41-53-a1.
Please address sanitation issue.
Rodent droppings need to be removed from Module 22 (possibly 32) all levels, clean from top down.
Please clean.
Rodent droppings need to be removed from Module 11, all levels from top down.
Please clean.
Rodent droppings need to be removed from Module 7 all levels. Clean from top down.
Please clean.
Break Room-Interior-Rodent droppings need to be removed from Old droppings in abandoned second floor break room.
Please clean.

Facility preparation issues:                              (NO)

SVSP SIGNATURE
END DATE/TIME:    4/05/2022  3:04 PM

**ECOLAB_000072**