# Exhibit H

**CONFIDENTIAL**




```
                          INVOICE                    INVOICE
                     CUSTOMER SERVICE             NUMBER  6141959
                          REPORT
                                                  PAGE    1
PLEASE REMIT PAYMENT TO:
26252 NETWORK PLACE                               1-800-325-1671
CHICAGO, IL 60673-1262

BILLING ADDRESS                          ACCOUNT INFORMATION:
FDDO % FAMILY DOLLAR                     ACCOUNT NO.      REDACTED
2941 MOUNTAIN VIEW RD                    SVSP #
GAINESVILLE   GA 30504-5740 US           SERVICE SPECLST STEELE, ANTONIA
                                         LICENSE NUMBER
                                         CORP REF #

SERVICE ADDRESS
FAMILY DOLLAR DC #202                    SERVICE                QTY INVOICE AMT
1800 FAMILY DOLLAR PKWY                  Food Protect Pest Elimination
WEST MEMPHIS   AR 72301-2974 US
UNIT #:       202

SERVICE PERIOD:                (A)
SERVICE DATE:   1/05/2022

SPECIAL INSTRUCTIONS:         TERMS:NET 30 DAYS      SUB TOTAL:
                                  STATE TAX:  6.500
                                   CITY TAX:  1.500
                                   CNTY TAX:  2.750
                                                      TOTAL:

                                                  AMOUNT DUE:

ADDITIONAL COMMENTS                      CUSTOMER'S SIGNATURE
```

|                  |                           | PRODUCT | LOT NUMBER |          |            |       |
|------------------|---------------------------|---------|------------|----------|------------|-------|
| TARGET PEST      | PRODUCT USED              | CODE    | ADD'L INFO | QUANTITY | METHOD     | SITES |
| Rats             | CHECKPOINT SUPPRESSOR     |         | 0000       | 18.00 EA | 000013     | C22   |
| Mice             | FIRSTSTRIKE SOFT BAIT 10 GM | 502   | 171706     | 216.00 EA| 000013     | C14   |
| Mice             | LITTLE PETE WHITE         |         | 0000       | 115.00 EA| 000009     | C22   |
| Mice             | SNAP-TRAP MICE M325       |         | 0000       | 120.00 EA| 000013     | C22   |
| Mice             | CHECKPOINT GRAY           |         | 171706     | 72.00 EA | 000013     | C14   |
| Mice             | LIQUA-TOX II 1.7 OZ       | 17      | 0000       | 4.00 QT  | 000006     | C22   |
| Mice             | GLUEBOARD RAT TRAY        |         | 0000       | 60.00 EA | 000013     | C22   |

```
PRODUCT
  CODE   PRODUCT USED DESCRIPTION/EPA NUMBER
   502   FirstStrike Soft Bait (0.0025%) 7173-258
    17   Liqua Tox II (0.106%) 12455-61

METHODS                         SITES
000006 Bait Station             C14 Exterior Area
000009 Checking Traps           C22 Warehouse-Interior
000013 Placement

This confidential report is provided to identify sanitation deficiencies, structural
defects and improper storage practices contributing to pest infestations.

CONDITIONS FOUND/ACTIONS TAKEN
Service related comments:
Inspected and treated selected areas.
Performed exterior rodent service.
Checked accessible bait stations and replaced bait as needed.
Checked accessible rodent stations and cleaned/reset traps as needed.
Performed interior rodent service, checked and reset all traps.

Pest activity found during service:                            (NO)
```

**CONFIDENTIAL**

 

```
                        INVOICE              INVOICE
                        CUSTOMER SERVICE     NUMBER  6141959
                        REPORT
                                             PAGE    2

PLEASE REMIT PAYMENT TO:                     1-800-325-1671
26252 NETWORK PLACE
CHICAGO, IL 60673-1262
```

**BILLING ADDRESS**
FDDO % FAMILY DOLLAR
2941 MOUNTAIN VIEW RD
GAINESVILLE   GA 30504-5740 US

ACCOUNT INFORMATION:
ACCOUNT NO.       REDACTED
SVSP #
SERVICE SPECLST   STEELE, ANTONIA
LICENSE NUMBER    LH 167 14A
CORP REF #

**SERVICE ADDRESS**
FAMILY DOLLAR DC #202
1800 FAMILY DOLLAR PKWY
WEST MEMPHIS   AR 72301-2974 US
UNIT #:        202

**SERVICE**
Food Protect Pest Elimination

SERVICE PERIOD:                              (A)
SERVICE DATE:    1/05/2022

**CONDITIONS FOUND/ACTIONS TAKEN**
Structural concerns that could cause pest problems:        (NO)

Sanitation issues that could cause pest problems:          (NO)

Facility preparation issues:                               (NO)


*[signature]*
SVSP SIGNATURE
END DATE/TIME:   1/05/2022   5:44 PM

**CONFIDENTIAL**




CUSTOMER SERVICE REPORT

**INVOICE NUMBER**

PAGE    3

1-800-325-1671

PLEASE REMIT PAYMENT TO:
26252 NETWORK PLACE
CHICAGO, IL 60673-1262

BILLING ADDRESS
FDDO % FAMILY DOLLAR
2941 MOUNTAIN VIEW RD
GAINESVILLE  GA 30504-5740 US

ACCOUNT INFORMATION:
ACCOUNT NO.         REDACTED
SVSP #
SERVICE SPECLST  WHEELER, RONNIE D
LICENSE NUMBER  LH167-3152
CORP REF #

SERVICE ADDRESS
FAMILY DOLLAR DC #202
1800 FAMILY DOLLAR PKWY
WEST MEMPHIS  AR 72301-2974 US
UNIT #:      202

SERVICE
Rodent Program

SERVICE PERIOD:
SERVICE DATE:    1/07/2022

SPECIAL INSTRUCTIONS:

ADDITIONAL COMMENTS

CUSTOMER'S SIGNATURE

ChrisMurabito

| TARGET PEST | PRODUCT USED | PRODUCT CODE | LOT NUMBER ADD'L INFO | QUANTITY | METHOD | SITES |
|---|---|---|---|---|---|---|

PRODUCT
  CODE   PRODUCT USED DESCRIPTION/EPA NUMBER

METHODS                           SITES

This confidential report is provided to identify sanitation deficiencies, structural defects and improper storage practices contributing to pest infestations.
Work Order Number                                              X
Closeout Number                                                X

CONDITIONS FOUND/ACTIONS TAKEN
Service related comments:
Inspected selected areas.
Serviced with DL.
Inspected and treated selected areas.
Performed interior rodent service, checked and reset all traps.

Pest activity found during service:                             (YES)
Warehouse-Interior-Birds noted during service Birds noted on aisle 43 eating spilled pet food.
Inspection of area. Suggest hanging a bird net in this area.
Rats noted during service Facility is infested with roof rats.
Rodent Stations inspected and serviced. Caught 35 rats on glue boards and snap traps.

Structural concerns that could cause pest problems:             (YES)
Garbage Area-Interior-Dumpster rusted out, not sealed.
Please address structural concern.

Sanitation issues that could cause pest problems:               (YES)
Exterior Area--food debris found. Spilled foodstuffs setting on ramp by door 45.
Please clean regularly.

**CONFIDENTIAL**



CUSTOMER SERVICE REPORT

**INVOICE NUMBER**

PAGE   4

1-800-325-1671

PLEASE REMIT PAYMENT TO:
26252 NETWORK PLACE
CHICAGO, IL 60673-1262

**BILLING ADDRESS**
FDDO % FAMILY DOLLAR
2941 MOUNTAIN VIEW RD
GAINESVILLE   GA 30504-5740 US

ACCOUNT INFORMATION:
ACCOUNT NO.        REDACTED
SVSP #
SERVICE SPECLST  WHEELER, RONNIE D
LICENSE NUMBER   LH167-3152
CORP REF #

**SERVICE ADDRESS**
FAMILY DOLLAR DC #202
1800 FAMILY DOLLAR PKWY
WEST MEMPHIS   AR 72301-2974 US
UNIT #:         202

SERVICE
Rodent Program

SERVICE PERIOD:
SERVICE DATE:    1/07/2022

**CONDITIONS FOUND/ACTIONS TAKEN**
Warehouse-Interior--spilled food material found on the floor. Aisle 43, 33-80-0A-01 42 Spilled foodstuffs rodent damaged products.
Please clean to reduce pest attraction and source for breeding.
-spilled food material found on the floor. Aisle 43, on floor and in rack channels, spilled per food.
Please clean to reduce pest attraction and source for breeding.

Facility preparation issues:                                                    (NO)


SVSP SIGNATURE
END DATE/TIME:    1/07/2022 12:52 PM

CONFIDENTIAL




CUSTOMER SERVICE REPORT

INVOICE NUMBER

PAGE   5

1-800-325-1671

PLEASE REMIT PAYMENT TO:
26252 NETWORK PLACE
CHICAGO, IL 60673-1262

BILLING ADDRESS
FDDO % FAMILY DOLLAR
2941 MOUNTAIN VIEW RD
GAINESVILLE   GA 30504-5740 US

ACCOUNT INFORMATION:
ACCOUNT NO.        REDACTED
SVSP #
SERVICE SPECLST  WHEELER, RONNIE D
LICENSE NUMBER   LH167-3152
CORP REF #

SERVICE ADDRESS
FAMILY DOLLAR DC #202
1800 FAMILY DOLLAR PKWY
WEST MEMPHIS   AR 72301-2974 US
UNIT #:        202

SERVICE
Rodent Program

SERVICE PERIOD:
SERVICE DATE:   1/10/2022

SPECIAL INSTRUCTIONS:

ADDITIONAL COMMENTS            CUSTOMER'S SIGNATURE   [signature]
                                                      Bruce

| TARGET PEST | PRODUCT USED | PRODUCT CODE | LOT NUMBER ADD'L INFO | QUANTITY | METHOD | SITES |

PRODUCT
  CODE   PRODUCT USED DESCRIPTION/EPA NUMBER

METHODS                           SITES

This confidential report is provided to identify sanitation deficiencies, structural defects and improper storage practices contributing to pest infestations.
Work Order Number                                          X
Closeout Number                                            X

CONDITIONS FOUND/ACTIONS TAKEN
Service related comments:
Serviced with Danny Lynch.   Walk through with Perry Nettles and Mike Spangler from SPS.
Inspected selected areas.
Performed interior rodent service, checked and reset all traps.

Pest activity found during service:                         (YES)
Warehouse-Interior-Rats noted during service 54 rats trapped since last Friday 1-7-22.
Rodent Stations inspected and serviced.

Structural concerns that could cause pest problems:         (YES)
Garbage Area-Interior-Dumpster rusted out, not sealed.
Please address structural concern.

Sanitation issues that could cause pest problems:           (YES)
Exterior Area--food debris found. Spilled foodstuffs setting on ramp by door 45.
Please clean regularly.
Warehouse-Interior--spilled food material found on the floor. Aisle 43, on floor and in rack channels, spilled per food.
Please clean to reduce pest attraction and source for breeding.

ECOLAB_000007

**CONFIDENTIAL**



CUSTOMER SERVICE REPORT

**INVOICE NUMBER**

PAGE   6

1-800-325-1671

PLEASE REMIT PAYMENT TO:
26252 NETWORK PLACE
CHICAGO, IL 60673-1262

**BILLING ADDRESS**
FDDO % FAMILY DOLLAR
2941 MOUNTAIN VIEW RD
GAINESVILLE   GA 30504-5740 US

ACCOUNT INFORMATION:
ACCOUNT NO.         REDACTED
SVSP #
SERVICE SPECLST   WHEELER, RONNIE D
LICENSE NUMBER    LH167-3152
CORP REF #

**SERVICE ADDRESS**
FAMILY DOLLAR DC #202
1800 FAMILY DOLLAR PKWY
WEST MEMPHIS   AR 72301-2974 US
UNIT #:        202

**SERVICE**
Rodent Program

SERVICE PERIOD:
SERVICE DATE:    1/10/2022

**CONDITIONS FOUND/ACTIONS TAKEN**
-spilled food material found on the floor. Aisle 43, 33-80-0A-01 42 Spilled foodstuffs rodent damaged products. Please clean to reduce pest attraction and source for breeding.

Facility preparation issues:                                         (NO)

SVSP SIGNATURE
END DATE/TIME:    1/10/2022 12:10 PM

ECOLAB_000008

**CONFIDENTIAL**




CUSTOMER SERVICE REPORT

**INVOICE NUMBER**

PAGE   7

1-800-325-1671

PLEASE REMIT PAYMENT TO:
26252 NETWORK PLACE
CHICAGO, IL 60673-1262

**BILLING ADDRESS**
FDDO % FAMILY DOLLAR
2941 MOUNTAIN VIEW RD
GAINESVILLE   GA  30504-5740 US

ACCOUNT INFORMATION:
ACCOUNT NO.       REDACTED
SVSP #
SERVICE SPECLST  STEELE, ANTONIA
LICENSE NUMBER   LH 167 14A
CORP REF #

**SERVICE ADDRESS**
FAMILY DOLLAR DC #202
1800 FAMILY DOLLAR PKWY
WEST MEMPHIS   AR  72301-2974 US
UNIT #:       202

SERVICE
Rodent Program

SERVICE PERIOD:
SERVICE DATE:    1/12/2022

SPECIAL INSTRUCTIONS:

**ADDITIONAL COMMENTS**           CUSTOMER'S SIGNATURE

| TARGET PEST | PRODUCT USED | PRODUCT CODE | LOT NUMBER ADD'L INFO | QUANTITY | METHOD | SITES |
|---|---|---|---|---|---|---|

**PRODUCT**
 CODE   PRODUCT USED DESCRIPTION/EPA NUMBER

METHODS                                SITES

This confidential report is provided to identify sanitation deficiencies, structural defects and improper storage practices contributing to pest infestations.
Work Order Number                                                    X
Closeout Number                                                      X

CONDITIONS FOUND/ACTIONS TAKEN
Service related comments:
Serviced with Ron Wheeler.
Inspected and treated selected areas.
Vegetation of exterior grounds needs addressed

Pest activity found during service:                           (YES)
Warehouse-Interior-Rats noted during service 61 catches since last service
I will return for a follow-up service on 1/14

Structural concerns that could cause pest problems:           (YES)
Garbage Area-Interior-Dumpster rusted out, not sealed.
Please address structural concern.

Sanitation issues that could cause pest problems:             (YES)
Exterior Area--food debris found. Spilled foodstuffs setting on ramp by door 45.
Please clean regularly.
Warehouse-Interior--spilled food material found on the floor. Aisle 43, on floor and in rack channels, spilled per food.
Please clean to reduce pest attraction and source for breeding.

**CONFIDENTIAL**



CUSTOMER SERVICE REPORT

**INVOICE NUMBER**

PAGE    8

1-800-325-1671

PLEASE REMIT PAYMENT TO:
26252 NETWORK PLACE
CHICAGO, IL 60673-1262

BILLING ADDRESS
FDDO % FAMILY DOLLAR
2941 MOUNTAIN VIEW RD
GAINESVILLE   GA 30504-5740 US

ACCOUNT INFORMATION:
ACCOUNT NO.        REDACTED
SVSP #
SERVICE SPECLST  STEELE, ANTONIA
LICENSE NUMBER   LH 167 14A
CORP REF #

SERVICE ADDRESS
FAMILY DOLLAR DC #202
1800 FAMILY DOLLAR PKWY
WEST MEMPHIS   AR 72301-2974 US
UNIT #:       202

SERVICE
Rodent Program

SERVICE PERIOD:
SERVICE DATE:    1/12/2022

CONDITIONS FOUND/ACTIONS TAKEN
-spilled food material found on the floor. Aisle 43, 33-80-0A-01 42 Spilled foodstuffs rodent damaged products.
Please clean to reduce pest attraction and source for breeding.
Roll Door-Introduction Point-Trash and debris needs removed
Please address sanitation issue.

Facility preparation issues:                                                    (NO)

SVSP SIGNATURE
END DATE/TIME:     1/12/2022   2:08 PM

 

CUSTOMER SERVICE REPORT

INVOICE NUMBER

PAGE 9

1-800-325-1671

PLEASE REMIT PAYMENT TO:
26252 NETWORK PLACE
CHICAGO, IL 60673-1262

BILLING ADDRESS
FDDO % FAMILY DOLLAR
2941 MOUNTAIN VIEW RD
GAINESVILLE   GA 30504-5740 US

ACCOUNT INFORMATION:
ACCOUNT NO.          REDACTED
SVSP #
SERVICE SPECLST  WHEELER, RONNIE D
LICENSE NUMBER   LH167-3152
CORP REF #

SERVICE ADDRESS
FAMILY DOLLAR DC #202
1800 FAMILY DOLLAR PKWY
WEST MEMPHIS   AR 72301-2974 US
UNIT #:        202

SERVICE
Rodent Program

SERVICE PERIOD:
SERVICE DATE:    1/20/2022

SPECIAL INSTRUCTIONS:

ADDITIONAL COMMENTS

CUSTOMER'S SIGNATURE

Chris Murabito

| TARGET PEST | PRODUCT USED | PRODUCT CODE | LOT NUMBER ADD'L INFO | QUANTITY | METHOD | SITES |
|---|---|---|---|---|---|---|

PRODUCT
  CODE   PRODUCT USED DESCRIPTION/EPA NUMBER

METHODS                              SITES

This confidential report is provided to identify sanitation deficiencies, structural
defects and improper storage practices contributing to pest infestations.
Work Order Number                                             X
Closeout Number                                               X

CONDITIONS FOUND/ACTIONS TAKEN
Service related comments:
Performed interior rodent service, checked and reset all traps. Replaced multiple missing traps.
Inspected selected areas.
Serviced with Danny Lynch and Antonio Steele.

Pest activity found during service:                          (NO)

Structural concerns that could cause pest problems:          (YES)
Receiving-Introduction Point--the following dock plates need new side seals: Multiple docks need new brushes.
Replace side seals. Bristle brush type seals work best in cold weather conditions.
-the following overhead door(s) do not seal properly to keep pests out. 95%of overhead doors do not
seal, seals recently installed do not seal properly.
Adjust or repair to obtain proper seal, less than 1/4 in. gaps.
Shipping-Introduction Point--exit door doesn't close/seal properly-1/4 inch gap or greater exists.
95% of overhead doors do not seal properly.
Exclusion measures here will reduce the number of pests entering the area.
Fire Door-Introduction Point--exit door doesn't close/seal properly-1/4 inch gap or greater exists.
Majority of fire doors are not sealed. Have small gaps large enough for pest entry.
Exclusion measures here will reduce the number of pests entering the area.

**CONFIDENTIAL**



CUSTOMER SERVICE REPORT

**INVOICE NUMBER**

PAGE 10

1-800-325-1671

PLEASE REMIT PAYMENT TO:
26252 NETWORK PLACE
CHICAGO, IL 60673-1262

**BILLING ADDRESS**
FDDO % FAMILY DOLLAR
2941 MOUNTAIN VIEW RD
GAINESVILLE   GA 30504-5740 US

ACCOUNT INFORMATION:
ACCOUNT NO.         REDACTED
SVSP #
SERVICE SPECLST  WHEELER, RONNIE D
LICENSE NUMBER  LH167-3152
CORP REF #

**SERVICE ADDRESS**
FAMILY DOLLAR DC #202
1800 FAMILY DOLLAR PKWY
WEST MEMPHIS   AR 72301-2974 US
UNIT #:       202

**SERVICE**
Rodent Program

SERVICE PERIOD:
SERVICE DATE:   1/20/2022

CONDITIONS FOUND/ACTIONS TAKEN
Sanitation issues that could cause pest problems:            (YES)
Garbage Area-Exterior--compactor/dumpster found open providing easy access for flies & other pests like birds.
Keep door/cover closed to exclude pests.
Exterior Area--food debris found. Spilled foodstuffs in parking lot by open. dumpsters
Please clean regularly.
Warehouse-Interior-Rodent droppings need to be removed from Major clean up in progress, throughout facility, great improvement being made.
Please clean.

Facility preparation issues:                                 (NO)

SVSP SIGNATURE
END DATE/TIME:    1/20/2022  1:52 PM

ECOLAB_000012

CONFIDENTIAL



CUSTOMER SERVICE REPORT

INVOICE NUMBER

PAGE 11

1-800-325-1671



PLEASE REMIT PAYMENT TO:
26252 NETWORK PLACE
CHICAGO, IL 60673-1262

**BILLING ADDRESS**
FDDO % FAMILY DOLLAR
2941 MOUNTAIN VIEW RD
GAINESVILLE  GA 30504-5740 US

ACCOUNT INFORMATION:
ACCOUNT NO.          REDACTED
SVSP #
SERVICE SPECLST  STEELE, ANTONIA
LICENSE NUMBER   LH 167 14A
CORP REF #

**SERVICE ADDRESS**
FAMILY DOLLAR DC #202
1800 FAMILY DOLLAR PKWY
WEST MEMPHIS   AR 72301-2974 US
UNIT #:       202

SERVICE
Rodent Program

SERVICE PERIOD:
SERVICE DATE:    1/20/2022

SPECIAL INSTRUCTIONS:

**ADDITIONAL COMMENTS**                      CUSTOMER'S SIGNATURE

| TARGET PEST | PRODUCT USED | PRODUCT CODE | LOT NUMBER ADD'L INFO | QUANTITY | METHOD | SITES |
|---|---|---|---|---|---|---|

**PRODUCT**
  CODE   PRODUCT USED DESCRIPTION/EPA NUMBER

METHODS                                SITES

This confidential report is provided to identify sanitation deficiencies, structural
defects and improper storage practices contributing to pest infestations.
Work Order Number                                         0000
Closeout Number                                           0000

**CONDITIONS FOUND/ACTIONS TAKEN**
Pest activity found during service:                       (NO)

Structural concerns that could cause pest problems:       (YES)
Garbage Area-Interior-Dumpster rusted out, not sealed.
Please address structural concern.

Sanitation issues that could cause pest problems:         (YES)
Exterior Area--food debris found. Spilled foodstuffs setting on ramp by door 45.
Please clean regularly.
Warehouse-Interior--spilled food material found on the floor. Aisle 43, on floor and in rack
channels, spilled per food.
Please clean to reduce pest attraction and source for breeding.
-spilled food material found on the floor. Aisle 43, 33-80-0A-01 42 Spilled foodstuffs rodent damaged products.
Please clean to reduce pest attraction and source for breeding.
Roll Door-Introduction Point-Trash and debris needs removed
Please address sanitation issue.

Facility preparation issues:                              (NO)

SVSP SIGNATURE
   END DATE/TIME:    1/20/2022   2:45 PM

ECOLAB_000013

 

CUSTOMER SERVICE REPORT

INVOICE NUMBER

PAGE 12

1-800-325-1671

PLEASE REMIT PAYMENT TO:
26252 NETWORK PLACE
CHICAGO, IL 60673-1262

BILLING ADDRESS
FDDO % FAMILY DOLLAR
2941 MOUNTAIN VIEW RD
GAINESVILLE   GA 30504-5740 US

ACCOUNT INFORMATION:
ACCOUNT NO.        REDACTED
SVSP #
SERVICE SPECLST WHEELER, RONNIE D
LICENSE NUMBER  LH167-3152
CORP REF #

SERVICE ADDRESS
FAMILY DOLLAR DC #202
1800 FAMILY DOLLAR PKWY
WEST MEMPHIS   AR 72301-2974 US
UNIT #:        202

SERVICE
Rodent Program

SERVICE PERIOD:
SERVICE DATE:    1/21/2022

SPECIAL INSTRUCTIONS:

ADDITIONAL COMMENTS

CUSTOMER'S SIGNATURE   B-CW
Bruce Learned

| TARGET PEST | PRODUCT USED | PRODUCT CODE | LOT NUMBER ADD'L INFO | QUANTITY | METHOD | SITES |
|---|---|---|---|---|---|---|

PRODUCT
  CODE   PRODUCT USED DESCRIPTION/EPA NUMBER

METHODS                          SITES

This confidential report is provided to identify sanitation deficiencies, structural defects and improper storage practices contributing to pest infestations.
Work Order Number                                          X
Closeout Number                                            X

CONDITIONS FOUND/ACTIONS TAKEN
Service related comments:
Inspected selected areas.
No rodent activity was noted during the inspection and/or service.
Rodent equipment was missing or damaged. Replaced missing rat glue boards and placeded additional ones.  Replaced missing rat snap traps and added additional ones.
Equipment replaced.
This is a reoccurring issue and charges may apply.

Pest activity found during service:                        (NO)

Structural concerns that could cause pest problems:        (YES)
Receiving-Introduction Point--the following overhead door(s) do not seal properly to keep pests out. 95%of overhead doors do not seal, seals recently installed do not seal properly.
Adjust or repair to obtain proper seal, less than 1/4 in. gaps.
-the following dock plates need new side seals: Multiple docks need new brushes.
Replace side seals. Bristle brush type seals work best in cold weather conditions.
Shipping-Introduction Point--exit door doesn't close/seal properly-1/4 inch gap or greater exists. 95% of overhead doors do not seal properly.
Exclusion measures here will reduce the number of pests entering the area.

ECOLAB_000014



```
                          CUSTOMER SERVICE        INVOICE
                               REPORT             NUMBER

                                                  PAGE  13

PLEASE REMIT PAYMENT TO:
26252 NETWORK PLACE                               1-800-325-1671
CHICAGO, IL 60673-1262
```

**BILLING ADDRESS**
FDDO % FAMILY DOLLAR
2941 MOUNTAIN VIEW RD
GAINESVILLE   GA 30504-5740 US

**ACCOUNT INFORMATION:**
ACCOUNT NO.        REDACTED
SVSP #
SERVICE SPECLST WHEELER, RONNIE D
LICENSE NUMBER  LH167-3152
CORP REF #

**SERVICE ADDRESS**
FAMILY DOLLAR DC #202
1800 FAMILY DOLLAR PKWY
WEST MEMPHIS   AR 72301-2974 US
UNIT #:       202

**SERVICE**
Rodent Program

SERVICE PERIOD:
SERVICE DATE:    1/21/2022

**CONDITIONS FOUND/ACTIONS TAKEN**
Fire Door-Introduction Point--exit door doesn't close/seal properly-1/4 inch gap or greater exists.
Majority of fire doors are not sealed. Have small gaps large enough for pest entry.
Exclusion measures here will reduce the number of pests entering the area.

Sanitation issues that could cause pest problems:                    (YES)
Garbage Area-Exterior--compactor/dumpster found open providing easy access for flies & other pests like birds.
Keep door/cover closed to exclude pests.
Exterior Area--food debris found. Spilled foodstuffs in parking lot by open.  dumpsters
Please clean regularly.
Warehouse-Interior-Rodent droppings need to be removed from Major clean up in progress, throughout
facility, great improvement being made.
Please clean.

Facility preparation issues:                                         (YES)
Break Room-Interior-No access to abandoned break room and office area. Doors screwed shut.
Please address prep issue.

SVSP SIGNATURE
END DATE/TIME:    1/21/2022  4:01 PM

ECOLAB_000015

CONFIDENTIAL




CUSTOMER SERVICE REPORT

INVOICE NUMBER

PAGE 14

1-800-325-1671

PLEASE REMIT PAYMENT TO:
26252 NETWORK PLACE
CHICAGO, IL 60673-1262

BILLING ADDRESS
FDDO % FAMILY DOLLAR
2941 MOUNTAIN VIEW RD
GAINESVILLE   GA 30504-5740 US

ACCOUNT INFORMATION:
ACCOUNT NO.        REDACTED
SVSP #
SERVICE SPECLST WHEELER, RONNIE D
LICENSE NUMBER  LH167-3152
CORP REF #

SERVICE ADDRESS
FAMILY DOLLAR DC #202
1800 FAMILY DOLLAR PKWY
WEST MEMPHIS   AR 72301-2974 US
UNIT #:       202

SERVICE
Rodent Program

SERVICE PERIOD:
SERVICE DATE:   1/24/2022

SPECIAL INSTRUCTIONS:

ADDITIONAL COMMENTS

CUSTOMER'S SIGNATURE    [signature]

Randy Crawford

| TARGET PEST | PRODUCT USED | PRODUCT CODE | LOT NUMBER ADD'L INFO | QUANTITY | METHOD | SITES |
|---|---|---|---|---|---|---|

PRODUCT
  CODE   PRODUCT USED DESCRIPTION/EPA NUMBER

METHODS                          SITES

This confidential report is provided to identify sanitation deficiencies, structural defects and improper storage practices contributing to pest infestations.
Work Order Number                                         X
Closeout Number                                           C

CONDITIONS FOUND/ACTIONS TAKEN
Service related comments:
Serviced with Danny Lynch
Performed interior rodent service, checked and reset all traps. Replaced missing equipment, placed additional equipment.
Performed interior rodent service, checked and reset all traps.
Inspected selected areas.
No rodent activity was noted during the inspection and/or service. Dennis reported one catch on aisle 44.

Pest activity found during service:                                 (NO)

Structural concerns that could cause pest problems:                 (YES)
Warehouse-Interior--exit door found open. Door to smoking area open
Remind employees to keep door closed.  Install screen door, auto door closer.
Receiving-Introduction Point--the following dock plates need new side seals: Multiple docks need new brushes.
Replace side seals. Bristle brush type seals work best in cold weather conditions.
-the following overhead door(s) do not seal properly to keep pests out. 95%of overhead doors do not seal, seals recently installed do not seal properly.
Adjust or repair to obtain proper seal, less than 1/4 in. gaps.
Shipping-Introduction Point--exit door doesn't close/seal properly-1/4 inch gap or greater exists.
95% of overhead doors do not seal properly.

CONFIDENTIAL



```
                          CUSTOMER SERVICE              INVOICE
                              REPORT                    NUMBER

                                                        PAGE   15

PLEASE REMIT PAYMENT TO:                                1-800-325-1671
26252 NETWORK PLACE
CHICAGO, IL 60673-1262

BILLING ADDRESS                         ACCOUNT INFORMATION:
FDDO % FAMILY DOLLAR                    ACCOUNT NO.       REDACTED
2941 MOUNTAIN VIEW RD                   SVSP #
GAINESVILLE   GA 30504-5740 US          SERVICE SPECLST  WHEELER, RONNIE D
                                        LICENSE NUMBER   LH167-3152
                                        CORP REF #

SERVICE ADDRESS
FAMILY DOLLAR DC #202                   SERVICE
1800 FAMILY DOLLAR PKWY                 Rodent Program
WEST MEMPHIS   AR 72301-2974 US
UNIT #:        202


SERVICE PERIOD:
SERVICE DATE:   1/24/2022


CONDITIONS FOUND/ACTIONS TAKEN
Exclusion measures here will reduce the number of pests entering the area.
Fire Door-Introduction Point--exit door doesn't close/seal properly-1/4 inch gap or greater exists.
Majority of fire doors are not sealed. Have small gaps large enough for pest entry.
Exclusion measures here will reduce the number of pests entering the area.

Sanitation issues that could cause pest problems:                  (YES)
Garbage Area-Exterior--compactor/dumpster found open providing easy access for flies & other pests like birds.
Keep door/cover closed to exclude pests.
Exterior Area-Clutter and trash around dock doors
Please address sanitation issue.
-tall grass/vegetation was noted in the following areas: Need 18  vegetation free zone around exterior.
Trim or cut back the vegetation to reduce rodent harborage. Suggest pea sized gravel to prevent pest harborage.
-food debris found. Spilled foodstuffs in parking lot by open.  dumpsters
Please clean regularly.
Warehouse-Interior-Rodent droppings need to be removed from Major clean up in progress, throughout
facility, great improvement being made.
Please clean.

Facility preparation issues:                                       (YES)
Maintenance Area-Interior-Need master key to access Maint areas
Please address prep issue.
Warehouse-Interior-Need badge to access warehouse areas.
Please address prep issue.
Break Room-Interior-No access to abandoned break room and office area. Doors screwed shut.
Please address prep issue.
```

SVSP SIGNATURE
END DATE/TIME:   1/24/2022   4:34 PM




CUSTOMER SERVICE REPORT

INVOICE NUMBER

PAGE 16

1-800-325-1671

PLEASE REMIT PAYMENT TO:
26252 NETWORK PLACE
CHICAGO, IL 60673-1262

**BILLING ADDRESS**
FDDO % FAMILY DOLLAR
2941 MOUNTAIN VIEW RD
GAINESVILLE   GA 30504-5740 US

**ACCOUNT INFORMATION:**
ACCOUNT NO.         REDACTED
SVSP #
SERVICE SPECLST  WHEELER, RONNIE D
LICENSE NUMBER   LH167-3152
CORP REF #

**SERVICE ADDRESS**
FAMILY DOLLAR DC #202
1800 FAMILY DOLLAR PKWY
WEST MEMPHIS   AR 72301-2974 US
UNIT #:        202

**SERVICE**
Rodent Program

SERVICE PERIOD:
SERVICE DATE:    1/27/2022

SPECIAL INSTRUCTIONS:

**ADDITIONAL COMMENTS**

**CUSTOMER'S SIGNATURE**   Off Site
                                X

| TARGET PEST | PRODUCT USED | PRODUCT CODE | LOT NUMBER ADD'L INFO | QUANTITY | METHOD | SITES |
|---|---|---|---|---|---|---|

**PRODUCT**
  CODE   PRODUCT USED DESCRIPTION/EPA NUMBER

**METHODS**                                **SITES**

This confidential report is provided to identify sanitation deficiencies, structural
defects and improper storage practices contributing to pest infestations.
Work Order Number                                                    X
Closeout Number                                                      X

**CONDITIONS FOUND/ACTIONS TAKEN**
Service related comments:
Serviced with Danny Lynch on  1-26-22c couldn t create a service report due to technical
difficulties with Ecolab pest service app.
No rodent activity was noted during the inspection and/or service.
Performed interior rodent service, checked and reset all traps.
Inspected selected areas.

Pest activity found during service:                                 (NO)

Structural concerns that could cause pest problems:                 (YES)
Receiving-Introduction Point--the following overhead door(s) do not seal properly to keep pests
out. 95%of overhead doors do not seal, seals recently installed do not seal properly.
Adjust or repair to obtain proper seal, less than 1/4 in. gaps.
-the following dock plates need new side seals: Multiple docks need new brushes.
Replace side seals. Bristle brush type seals work best in cold weather conditions.
Shipping-Introduction Point--exit door doesn't close/seal properly-1/4 inch gap or greater exists.
95% of overhead doors do not seal properly.
Exclusion measures here will reduce the number of pests entering the area.
Fire Door-Introduction Point--exit door doesn't close/seal properly-1/4 inch gap or greater exists.



CUSTOMER SERVICE REPORT

**INVOICE NUMBER**

PAGE   17

1-800-325-1671

PLEASE REMIT PAYMENT TO:
26252 NETWORK PLACE
CHICAGO, IL 60673-1262

BILLING ADDRESS
FDDO % FAMILY DOLLAR
2941 MOUNTAIN VIEW RD
GAINESVILLE   GA 30504-5740 US

ACCOUNT INFORMATION:
ACCOUNT NO.        REDACTED
SVSP #
SERVICE SPECLST  WHEELER, RONNIE D
LICENSE NUMBER   LH167-3152
CORP REF #

SERVICE ADDRESS
FAMILY DOLLAR DC #202
1800 FAMILY DOLLAR PKWY
WEST MEMPHIS   AR 72301-2974 US
UNIT #:        202

SERVICE
Rodent Program

SERVICE PERIOD:
SERVICE DATE:    1/27/2022

CONDITIONS FOUND/ACTIONS TAKEN
Majority of fire doors are not sealed. Have small gaps large enough for pest entry.
Exclusion measures here will reduce the number of pests entering the area.

Sanitation issues that could cause pest problems:                              (YES)
Garbage Area-Exterior--compactor/dumpster found open providing easy access for flies & other pests like birds.
Keep door/cover closed to exclude pests.
Exterior Area--food debris found. Spilled foodstuffs in parking lot by open.  dumpsters
Please clean regularly.
Clutter and trash around dock doors
Please address sanitation issue.
-tall grass/vegetation was noted in the following areas: Need 18  vegetation free zone around exterior.
Trim or cut back the vegetation to reduce rodent harborage. Suggest pea sized gravel to prevent pest harborage.
Warehouse-Interior-Rodent droppings need to be removed from Major clean up in progress, throughout
facility, great improvement being made.
Please clean.

Facility preparation issues:                                                  (YES)
Maintenance Area-Interior-Need master key to access Maint areas
Please address prep issue.
Warehouse-Interior-Need badge to access warehouse areas.
Please address prep issue.
Break Room-Interior-No access to abandoned break room and office area. Doors screwed shut.
Please address prep issue.

SVSP SIGNATURE
END DATE/TIME:    1/27/2022   3:32 PM

**CONFIDENTIAL**



```
                          INVOICE              INVOICE
                     CUSTOMER SERVICE          NUMBER  2767839
                          REPORT
                                               PAGE    1
PLEASE REMIT PAYMENT TO:
26252 NETWORK PLACE                            1-800-325-1671
CHICAGO, IL 60673-1262
```


```
BILLING ADDRESS                ACCOUNT INFORMATION:
FDDO % FAMILY DOLLAR           ACCOUNT NO.       REDACTED
2941 MOUNTAIN VIEW RD          SVSP #
GAINESVILLE   GA 30504-5740 US SERVICE SPECLST HENICK, NICHOLAS B
                               LICENSE NUMBER
                               CORP REF #

SERVICE ADDRESS
FAMILY DOLLAR DC #202          SERVICE               QTY INVOICE AMT
1800 FAMILY DOLLAR PKWY        Fumig-Structural        1
WEST MEMPHIS   AR 72301-2974 US
UNIT #:      202

SERVICE PERIOD:
SERVICE DATE:    1/14/2022- 1/16/2022

SPECIAL INSTRUCTIONS:          TERMS:NET 30 DAYS      SUB TOTAL:
                                    STATE TAX: 6.500
                                     CITY TAX: 1.500
                                     CNTY TAX: 2.750
                                                      TOTAL:
                                                      AMOUNT DUE:

ADDITIONAL COMMENTS            CUSTOMER'S SIGNATURE

                               PRODUCT  LOT NUMBER
TARGET PEST   PRODUCT USED      CODE    ADD'L INFO   QUANTITY   METHOD    SITES
Rats                             456                  6000.00   000005    C70

PRODUCT
   CODE    PRODUCT USED DESCRIPTION/EPA NUMBER

METHODS                        SITES
000005 Fumigation              C70 Structure-Interior

This confidential report is provided to identify sanitation deficiencies, structural
defects and improper storage practices contributing to pest infestations.

CONDITIONS FOUND/ACTIONS TAKEN
```

                     SVSP SIGNATURE
               TIME SERVICED:  5:00 PM