# Exhibit H













































