# Exhibit M

Hurry for Spooky Savings! Get same-day delivery on Halloween items with Instacart. Shop with Instacart

All Departments | Home, Office & Cleaning | Snacks & Beverages | Bath, Body & Beauty | Seasonal & Party | Pet Supplies | Ads & Books | Get It Today

# Family Dollar Return Policy

## Customer Satisfaction Agreement

At Family Dollar, we want you to be thrilled with each and every item you purchase. If you are not completely satisfied with any merchandise purchased at a Family Dollar Store or online from FamilyDollar.com, please review the following information.

Merchandise purchased in stores or online can be returned to any Family Dollar Store within 30 days of purchase.

- Online purchases from FamilyDollar.com may also be returned by contacting online Customer Order Support at 833-232-0002.
- With original receipt, items will be exchanged for other merchandise item(s) or a refund will be issued in the original form of payment.
- Without original receipt, customers may return up to three items within a 30-day period. Items will be exchanged or refunded at the lowest advertised price. Refunds will be issued as a Family Dollar merchandise return card.
- All Pokémon card sales through FamilyDollar.com are FINAL. No returns, refunds, or exchanges are permitted.
- Any food items purchased and returned without a receipt can only be exchanged for other food items. A return card will not be issued.
- Any medical items purchased with a Medicare or Medicaid OTC benefits card and returned without a receipt can only be exchanged for other medical items.
- Refunds or exchanges will not be provided on Gift Cards, Prepaid Financial Cards, Alcohol, or Tobacco products. We do provide refunds on Prepaid Wireless Cards.
- Air Mattresses/Airbeds Return Policy:
  - Air Mattresses cannot be returned to Family Dollar.
  - Airbeds must be returned to Kentex Corporation at: 888-220-2207 or customerservice@kentexcorp.net.
  - Merchandise must have original box and original receipt dated within 15 days of purchase.
- Electronics, Heaters, and Fans Return Policy:
  - Unopened merchandise with original receipt may be exchanged or returned.
  - Opened merchandise with original receipt may only be exchanged for the same item.
  - Merchandise (unopened or opened) without original receipt may not be returned or exchanged.

**Family Dollar Brands Guarantee:** If you are not 100% satisfied with any Family Dollar brand product, simply return it within 30 days to any of our stores with a receipt for an exchange or full refund.



FOLLOW US

   

FIND A STORE

Enter your location to find a store near you.

Enter ZIP, City, or State    SEARCH



BOUT FAMILY DOLLAR

USTOMER SERVICE

2022 FAMILY DOLLAR STORES®, Inc.   |   Privacy   |   Legal Policies   |   Accessibility Statement   |   Terms & Conditions   |   Site Map   |   CA Cleaning Products Right to Know Act   |   CALIFORNIA TRANSPARENCY ACT

ome restrictions may apply; not available for all store locations or for all products.

oduct availability, pricing, and promotions may vary between store locations and online at FamilyDollar.com. Some items may not be available at all store locations or online. Smart Coupons are not accepted online at this time. For products with Smart upons, see the relevant coupon for details and exclusions.