# Exhibit O

| Manufactured/Wholesale Food Inspection Report |||||
|---|---|---|---|---|
| Arkansas Department of Health  Environmental Health Protection Services<br> 501-661-2171<br>**4815 W Markham ST**<br>**Little Rock, AR 72205** | No. Of Violations | 1 | Start Date: 3/3/2021<br>End Date: 3/3/2021<br>Inspection ID : 203583 ||
| ^ | No. Of Repeat Violations | 1 | ^ ||
| Establishment: FAMILY DOLLAR DISTRIBUTION | Address: 1800 FAMILY DOLLAR N PARKWAY   PKWY | City/State: WEST MEMPHIS, AR | Zip: 72301 | County: Crittenden |
| License/Permit#: | License Holder: FAMILY DOLLAR INC | Inspection Reason: Complaint | Risk Category: Low Priority | Telephone: 8707025879 |

| | | |
|---|---|---|
| **GENERAL PROVISIONS** | | |
| | GENERAL PROVISIONS | |
| **110.1** | PERSONNEL | In |
| **BUILDINGS AND FACILITIES** | | |
| | BUILDINGS AND FACILITIES | |
| **110.2** | PLANTS AND GROUNDS | In |
| **110.35** | SANITARY OPERATIONS | Out |
| **110.37** | SANITARY FACILITIES AND CONTROLS | In |
| **EQUIPMENT** | | |
| | EQUIPMENT | |
| **110.4** | EQUIPMENT AND UTENSILS | In |
| **PRODUCTION AND PROCESS CONTROLS** | | |
| | PRODUCTION AND PROCESS CONTROLS | |
| **110.8** | PROCESSES AND CONTROLS | In |
| **110.93** | WAREHOUSING AND DISTRIBUTION | In |
| **DEFECTIVE ACTION LEVELS** | | |
| | DEFECTIVE ACTION LEVELS | |
| **110.11** | NATURAL OR UNAVOIDABLE DEFECTS | In |
| **PERMITS, INSPECTIONS AND PLAN REVIEW** | | |
| | PERMITS, INSPECTIONS AND PLAN REVIEW | |
| **111.1** | PERMITS INSPECTIONS AND PLAN REVIEW | In |

P - Priority        PF- Priority Foundation        C - Core

| Item Number | Violation of Code | Priority Level | Comment | Correct By Date |
|---|---|---|---|---|
| 110.35 | 110.35(c) | C | Effective measures are not being taken to exclude vermin or pests from the warehouse areas and protect against the contamination of food on the premises by vermin or pests. Specifically, I observed significant rodent activity on aisles 28-34 where human and pet food is stored. I observed live and dead rodents in this area. I observed products that had been contaminated by rodents. This product was disposed on site. | 3/19/2021 |

| Additional Notes |
|---|
| Management stated that the firm is aware of the current rodent issues at the facility. Mr. Learned stated that the issue has been ongoing for approximately 60 days. The firm currently has a 3rd party pest company, Presto X, servicing the facility 3 times weekly to control the issue in this area. Mr. Learned stated that the firm has a policy in which states if product has any evidence of pest activity, gnawing, droppings, etc., the entire pallet is disposed in the onsite compacter.<br><br>I discussed with management the need to enhance sanitation in the affected areas. Mr. Learned stated that the area had been cleaned within the past month, but I observed excess spillage and nesting materials underneath pallets in aisles 28-34. Mr. Learned stated that all of the pallets will be removed and the area underneath will be cleaned. |

| FOOD DISPOSALS |||||
|---|---|---|---|---|
| Item | Disposal Type | Disposition Type | Pounds | Description |

| Other | On Site Compaction / Denature |  | 80.00 | Golden Valley Ranch |
|---|---|---|---|---|
| Other | On Site Compaction / Denature |  | 150.00 | V8 Juice |
| Other | On Site Compaction / Denature |  | 60.00 | Motts Apple Sauce |
| Other | On Site Compaction / Denature |  | 300.00 | Blueberry muffin mix |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  | **Total Pounds: #Error** |

| Visit Date | Person in Charge | Person In Charge Sig. | Sig Date | Inspector | Inspector Signature | Sig Date | Time In | Time Out |
|---|---|---|---|---|---|---|---|---|
| 3/3/2021 | Bruce Learned | *[signature]* | 3/3/2021 | Louis Nevala | *[signature]* #933 | 3/3/2021 | 9:40 AM | 12:15 PM |

Visit healthy.arkansas.gov