# Exhibit P

|  | Manufactured/Wholesale Food Inspection Report |  |  |
|---|---|---|---|
| Arkansas Department of Health  Environmental Health Protection Services  501-661-2171  **4815 W Markham ST**  **Little Rock, AR 72205** | No. Of Violations | 1 | Start Date: 4/2/2021  End Date: 4/2/2021  Inspection ID : 206971 |
|  | No. Of Repeat Violations | 1 |  |

| Establishment: FAMILY DOLLAR DISTRIBUTION | Address: 1800 FAMILY DOLLAR N PARKWAY | City/State: WEST MEMPHIS, AR | Zip: 72301 | County: Crittenden |
| License/Permit#: | License Holder: FAMILY DOLLAR INC | Inspection Reason: Complaint | Risk Category: Low Priority | Telephone: 8707025879 |

| | | |
|---|---|---|
| ***GENERAL PROVISIONS*** | | |
| | GENERAL PROVISIONS | |
| **110.1** | PERSONNEL | In |
| ***BUILDINGS AND FACILITIES*** | | |
| | BUILDINGS AND FACILITIES | |
| **110.2** | PLANTS AND GROUNDS | In |
| **110.35** | SANITARY OPERATIONS | Out, R |
| **110.37** | SANITARY FACILITIES AND CONTROLS | In |
| ***EQUIPMENT*** | | |
| | EQUIPMENT | |
| **110.4** | EQUIPMENT AND UTENSILS | In |
| ***PRODUCTION AND PROCESS CONTROLS*** | | |
| | PRODUCTION AND PROCESS CONTROLS | |
| **110.8** | PROCESSES AND CONTROLS | In |
| **110.93** | WAREHOUSING AND DISTRIBUTION | In |
| ***DEFECTIVE ACTION LEVELS*** | | |
| | DEFECTIVE ACTION LEVELS | |
| **110.11** | NATURAL OR UNAVOIDABLE DEFECTS | In |
| ***PERMITS, INSPECTIONS AND PLAN REVIEW*** | | |
| | PERMITS, INSPECTIONS AND PLAN REVIEW | |
| **111.1** | PERMITS INSPECTIONS AND PLAN REVIEW | In |

P - Priority       PF- Priority Foundation       C - Core

| Item Number | Violation of Code | Priority Level | Comment | Correct By Date |
|---|---|---|---|---|
| 110.35 | 110.35(c) | C | Effective measures are not being taken to exclude vermin or pests from the warehouse areas and protect against the contamination of food on the premises by vermin or pests. Specifically, I observed rodent activity on aisles 28-34 where human and pet food is stored. I observed live rodents in this area. I observed products that had been contaminated by rodents. This product was disposed on site. | 8/19/2021 |

| Additional Notes |
|---|
| I discussed the complaint and pictures with management. They stated that the firm has implemented product inspection before being picked and placed on a pallet. The firm continues to complete continuous sanitation in these aisles. The firm also continues to receive service form a contract pest control company. |

| FOOD DISPOSALS | | | | |
|---|---|---|---|---|
| Item | Disposal Type | Disposition Type | Pounds | Description |
| Other | On Site Compaction / Denature | | 200.00 | Welches Squeezable |
| Other | On Site Compaction / Denature | | 150.00 | Shredded Wheat |
| Other | On Site Compaction / Denature | | 400.00 | Sunny Delight |

| | Total Pounds: #Error |
|---|---|
| | |

| Visit Date | Person in Charge | Person In Charge Sig. | Sig Date | Inspector | Inspector Signature | Sig Date | Time In | Time Out |
|---|---|---|---|---|---|---|---|---|
| 4/2/2021 | Bruce Learned | B- [signature] | 4/2/2021 | Louis Nevala | [signature] #933 | 4/2/2021 | 9:55 AM | 11:15 AM |

Visit healthy.arkansas.gov