# Exhibit Q

| | |
|---|---|
| **From:** | Tamara Almand |
| **To:** | Jeff Jackson (ADH) |
| **Cc:** | David Cornell; Chris McDaniel; Sherri Woodus; Terry Paul; Phillip Fruechting; Louis Nevala |
| **Subject:** | RE: Family Dollar |
| **Date:** | Thursday, April 8, 2021 1:48:12 PM |
| **Attachments:** | image001.png<br>image002.jpg |

Thank you for making the call.
Tammy

**From:** Jeff Jackson (ADH) <Jeff.Jackson@arkansas.gov>
**Sent:** Thursday, April 8, 2021 1:28 PM
**To:** Tamara Almand <Tamara.Almand@arkansas.gov>
**Cc:** David Cornell <David.Cornell@arkansas.gov>; Chris McDaniel <Chris.McDaniel@arkansas.gov>; Sherri Woodus <Sherri.Woodus@arkansas.gov>; Terry Paul <Terry.Paul@arkansas.gov>; Phillip Fruechting <Phillip.Fruechting@arkansas.gov>; Louis Nevala <Louis.Nevala@arkansas.gov>
**Subject:** RE: Family Dollar

I spoke with Almira Lane just now. She advised that while they did have an expected completion date of Friday, that she was aware that there were still issues that needed to be resolved and the facility would remain closed until they have completely resolved the issue. I also discussed that I was aware of a rodent issue at the distribution center in Forrest City, she confirmed and advised they are working on that issue as well and that distribution to the Cabot store has been suspended to ensure new rodents are not being brought into the facility from the DC.

Thanks,

*Jeff Jackson, R.S.*

**"Human health is first linked to environmental conditions"**
**~Florence Nightingale~**

[phab] [small log]

**From:** Tamara Almand <Tamara.Almand@arkansas.gov>
**Sent:** Wednesday, April 7, 2021 9:00 AM
**To:** Jeff Jackson (ADH) <Jeff.Jackson@arkansas.gov>
**Cc:** David Cornell <David.Cornell@arkansas.gov>; Chris McDaniel <Chris.McDaniel@arkansas.gov>
**Subject:** FW: Family Dollar

Jeff:

Good Morning.  There is an ongoing situation at a Family Dollar in Cabot that Chris McDaniel has been dealing with.  You will see from the emails below it seems as if the local store management is willing to remain closed until the situation has been resolved, however they are receiving pressure from their corporate office. I have also attached a letter sent last week.

Is a call to corporate something that we should do from our level or should the call come from you or Sherri?

Tammy

**From:** Chris McDaniel <Chris.McDaniel@arkansas.gov>
**Sent:** Wednesday, April 7, 2021 8:36 AM
**To:** Tamara Almand <Tamara.Almand@arkansas.gov>
**Subject:** RE: Family Dollar

The person I have been in contact with is Almira Lane. Her number is 757-698-7281.

I have since found out that Ecolab says they cannot treat the air duct issue. They are also having issues with management being sent in to clean the store, because it interferes with their treatment process. The bottom line is corporate's rush to get the store open is not allowing Ecolab to do the job.

**Chris McDaniel**
Environmental Health Specialist 919
Registered Sanitarian 545
Cabot Health Unit
(501)843-7561
Sent from Mail for Windows 10

**From:** Tamara Almand
**Sent:** Wednesday, April 7, 2021 8:31 AM
**To:** Chris McDaniel
**Subject:** RE: Family Dollar

Get the number for the corporate office and the person we need to talk to.  I will see about making a call to the contact person.

**From:** Chris McDaniel <Chris.McDaniel@arkansas.gov>
**Sent:** Wednesday, April 7, 2021 8:24 AM
**To:** Tamara Almand <Tamara.Almand@arkansas.gov>
**Subject:** RE: Family Dollar

The management isn't the issue. Neither the store manager or the general manager want to reopen early. They are under pressure from the corporate office.

**Chris McDaniel**
Environmental Health Specialist 919
Registered Sanitarian 545
Cabot Health Unit
(501)843-7561
Sent from Mail for Windows 10

---

**From:** Tamara Almand
**Sent:** Wednesday, April 7, 2021 8:22 AM
**To:** Chris McDaniel
**Subject:** RE: Family Dollar

Have you tried talking with the manager and seeing if you can "persuade" him to voluntarily remain closed?

---

**From:** Chris McDaniel <Chris.McDaniel@arkansas.gov>
**Sent:** Wednesday, April 7, 2021 8:22 AM
**To:** Tamara Almand <Tamara.Almand@arkansas.gov>
**Subject:** RE: Family Dollar

Yes a letter was sent. I worded it to the effect that they should close for pest control to adequately address the issue.

**Chris McDaniel**
Environmental Health Specialist 919
Registered Sanitarian 545
Cabot Health Unit
(501)843-7561
Sent from Mail for Windows 10

---

**From:** Tamara Almand
**Sent:** Wednesday, April 7, 2021 8:20 AM
**To:** Chris McDaniel; David Cornell; Ryan Christensen
**Subject:** RE: Family Dollar

Remind me, did you write them a letter?  If not it might be time to do stating the recommendations of Ecolab and advise they remain closed?
Anyone else have thoughts?

---

**From:** Chris McDaniel <Chris.McDaniel@arkansas.gov>
**Sent:** Wednesday, April 7, 2021 8:17 AM

**To:** David Cornell <David.Cornell@arkansas.gov>; Tamara Almand <Tamara.Almand@arkansas.gov>; Ryan Christensen <Ryan.Christensen@arkansas.gov>
**Subject:** Family Dollar

Since we last spoke Family Dollar has fired Teminix and Hired Ecolab to treat the rodent infestation in the Cabot store. Ron Wheeler is in charge of the treatment. He has expressed concern because he needs 7-10 days to adequately treat and remove the rats. Family Dollar Corp wants the store reopened on Friday.

In the course of treatment he has also found that the rats have gotten into the air ducts. I am not sure if that is a problem Ecolab will handle, or if it needs to be done by another company. My concern is the possibility of an imminent health hazard to the public due to Junta virus. I know from my college days that it is aerosolized and is transmitted by rodents.

In any case, I believe that Ecolab should be given adequate time to eradicate the issue, not just treat it. I appreciate any input/support you could provide.

**Chris McDaniel**
Environmental Health Specialist 919
Registered Sanitarian 545
Cabot Health Unit
(501)843-7561
Sent from Mail for Windows 10