# Exhibit R



# Rentokil
## The Experts in Pest Control

MEMPHIS PEST, 2175 BUSINESS CENTER DR STE 3,
MEMPHIS, TN, 38134562803
(901) 797-87850000
9017979522

**Summary of Service**

Client: **REDACTED**
FAMILY DOLLAR DISTRIBUTION
500 VOLVO PKWY
CHESAPEAKE VA 23320-1604

Location: **REDACTED**
FAMILY DOLLAR DISTRIBUTION
1800 FAMILY DOLLAR PKWY
WEST MEMPHIS AR, WO 058595083 schdDate
2021132 72301-2974
(870) 702-58783046

Time In:  05-19-2021 08:40:53
Time Out: 05-19-2021 11:48:01
Time In:  05-19-2021 11:48:49
Time Out: 05-19-2021 11:56:21
Time In:  05-19-2021 12:04:28
Time Out: 05-19-2021 13:02:07

05-19-2021 12:46:16
Bruce Learned

05-19-2021 12:46:52
With thanks, GEORGE LAMANNA

License/Certifications:

| Order # / Invoice | Status | Service Date | Service Description | Visit Type |
|---|---|---|---|---|
| 058636757 / 000 | Completed | 05-19-2021 | COMMERCIAL PEST GENERAL MAINTENANCE SERVICE | SERVICE MAINTENANCE |

## Recommendations

| Area/Device | Recommendation | Severity | Status | Date |
|---|---|---|---|---|
| Back Exterior Breakroom | Cracks or damage to wall allowing pest access. Please repair to prevent pest entry. | High | New | 05-19-2021 |
| Aisle 46 | Air curtain inoperative. Please repair air curtain to prevent pest entry. | High | New | 05-19-2021 |
| MRT 040 | Door gap/damage noted that allows pest access. Please repair to prevent pest entry. | High | COMPLETE | 04-28-2021 |
| MRT 046 | Door gap/damage noted that allows pest access. Please repair to prevent pest entry. | High | COMPLETE | 04-28-2021 |
| MRT 059 | Door gap/damage noted that allows pest access. Please repair to prevent pest entry | High | COMPLETE | 04-28-2021 |
| MRT 062 | Door gap/damage noted that allows pest access. Please repair to prevent pest entry. | High | COMPLETE | 04-28-2021 |
| MRT 067 | Door gap/damage noted that allows pest access. Please repair to prevent pest entry. | High | COMPLETE | 04-28-2021 |
| MRT 069 | Door gap/damage noted that allows pest access. Please repair to prevent pest | High | COMPLETE | 04-28-2021 |

| | | | | | |
|---|---|---|---|---|---|
| | | entry. | | | |
| MRT 074 | Door gap/damage noted that allows pest access. Please repair to prevent pest entry. | | High | COMPLETE | 04-28-2021 |
| MRT 028 | Door gap/damage noted that allows pest access. Please repair to prevent pest entry. | | High | COMPLETE | 04-21-2021 |
| MRT 032 | Door gap noted that allows pest access. Please repair to prevent pest entry. Docking bay door 64. | | High | COMPLETE | 01-06-2021 |
| MRT 027 | Door gap noted that allows pest access. Please repair to prevent pest entry. Docking bay door 56. | | High | COMPLETE | 01-06-2021 |

## Pest Summary

| Location | Activity | Quantity | Comments |
|---|---|---|---|
| Aisle 45 | House mice | 2 | |
| Aisle 31 | House mice | 4 | |
| Aisle 43 | House mice | 3 | |
| Aisle 30 | House mice | 3 | |
| Aisle 34 | House mice | 1 | |

## Device Summary

| Type | With Activity | Without Activity | Unserviceable | Total Inspected |
|---|---|---|---|---|
| Inspection Point | 5 | 24 | 0 | 29 |

## Material Application Summary

| Material Applied | EPA# | Dilution (%) | Concentrate Applied | Quantity | UOM | Application Method |
|---|---|---|---|---|---|---|
| Rodent/Insect Glueboard | na | 0 | 0 | 192 | each | Spot |

Targeted Pests: Rodents, House mice
Area/Device of Application: Aisle 47
Equipment Used: Hand

| Rodent/Insect Glueboard | na | 0 | 0 | 192 | each | Spot |

Targeted Pests: Rodents, House mice
Area/Device of Application: Aisle 48
Equipment Used: Hand

| Rodent/Insect Glueboard | na | 0 | 0 | 192 | each | Spot |

Targeted Pests: Rodents, House mice
Area/Device of Application: Aisle 46
Equipment Used: Hand

## Totals

| Material Applied | EPA# | Quantity | UOM |
|---|---|---|---|
| Rodent/Insect Glueboard | na | 576 | each |

General Comments:
Started glueboard placement. Around 600 glueboards set between aisles 36 through 41. Continued walkthrough with Louis, Gary, and Scott. We are gritting ngf a game plan together to get the results we are looking for. New recommendations were added to this service. Spoke with Bruce about these recommendations. Thank you for your business!

CONFIDENTIAL