Exhibit S



# Rentokil
## The Experts in Pest Control

MEMPHIS PEST, 2175 BUSINESS CENTER DR STE 3,
MEMPHIS, TN, 38134562803
(901) 797-87850000
9017979522

**Summary of Service**

Client:  REDACTED
FAMILY DOLLAR DISTRIBUTION
500 VOLVO PKWY
CHESAPEAKE VA 23320-1604

Location:  REDACTED
FAMILY DOLLAR DISTRIBUTION
1800 FAMILY DOLLAR PKWY
WEST MEMPHIS AR, WO 0625582 7 B schdDate
2022005 /2301-2974
(870) 702-58783046

| | |
|---|---|
| **Time In:** | 12-23-2021 12:35:16 |
| **Time Out:** | 12-23-2021 14:32:02 |

12-23-2021 14:19:58
Bruce Learned

12-23-2021 14:20:03
With thanks, GEORGE LAMANNA

**License/Certifications:**
1-LH396-0006A, 2-LH396-0006A, 3-LH396-0006A, 4-LH396-0006A

| Order # / Invoice | Status | Service Date | Service Description | Visit Type |
|---|---|---|---|---|
| 068024609 / 000 | Completed | 12-23-2021 | COMMERCIAL PEST GENERAL MAINTENANCE SERVICE | SERVICE EXTRA MAINTENANCE |

## Recommendations

| Area/Device | Recommendation | Severity | Status | Date |
|---|---|---|---|---|
| Warehouse insp | Stacked product in area preventing adequate inspection. Please provide 12-18 inches of space between pallets and from product to wall to allow for inspection. | High | PENDING | 12-03-2021 |
| Interior | Stacked product in area preventing adequate inspection. Please provide 12-18 inches of space between pallets and from product to wall to allow for inspection. | High | NEW | 12-03-2021 |
| Aisle 24 | Stacked product in area preventing adequate inspection. Please provide 12-18 inches of space between pallets and from product to wall to allow for inspection. | Low | PENDING | 11-29-2021 |
| Aisle 52 | An accumulation of food product from damaged goods noted. Please remove food product to prevent attraction by pests. | High | NEW | 11-26-2021 |
| Exterior insp | Water leak/standing water inside. Please remove water and repair leak to prevent unsanitary conditions and attraction by pests. | Medium | NEW | 11-22-2021 |
| Aisle 35 | Stacked product in area preventing adequate inspection. Please provide 12-18 inches of space between pallets and from product to wall to allow for inspection. | Low | NEW | 10-01-2021 |

## Pest Summary

| Location | Activity | Quantity | Comments |
|---|---|---|---|

FD_MDL_00001080

Aisle 43          Roof rats          Actual Count - 7

### Device Summary

| Type | With Activity | Without Activity | Unserviceable | Total Inspected |
|---|---|---|---|---|
| Inspection Point | 1 | 3 | 0 | 4 |

### Material Application Summary

| Material Applied | EPA# | Dilution (%) | Concentrate Applied | Quantity | UOM | Application Method |
|---|---|---|---|---|---|---|
| De-Mize Rodenticide Soft Bait | 93062-2-295150 | 0.005 | 150 | 150 | grm | Containerized Station |

| | |
|---|---|
| Targeted Pests: | Rodents, Roof rats |
| Area/Device of Application: | Aisle 43 |
| Equipment Used: | Hand |
| Active Ingredient(s): | Brodifacoum |

### Totals

| Material Applied | EPA# | Quantity | UOM |
|---|---|---|---|
| De-Mize Rodenticide Soft Bait | 93062-2-295150 | 150 | grm |

**General Comments:**
Made contact with Bruce. Bruce reported high activity or roof rats on aisle 43. Around 20 roof rats were seen running the racks and pallets. De-mize was placed on all 4 levels of racks including the pallets. Will be back Tuesday to perform weekly service. Thank you for your business.

CONFIDENTIAL