# Exhibit T



# Rodent Infestation Cleaning Procedure

| Policy Owner: | Operations Services | Updated On: | 5.2.2017 |
|---|---|---|---|
| Contact: | Operations Services | Effective Date: | 5.2.2017 |

## Purpose
All stores in which rodent activity or a full infestation have been identified must follow the following procedures to disinfect and maintain a clean and safe store environment for the public and our Associates. It is the Store Manager's responsibility to plan, delegate and follow up on all activities within the store. If the Store Manager is not on duty, he/she may delegate appropriate tasks to a fully trained Assistant Store Manager. If additional resources are required, contact your DM for assistance.

## Special Requirements
*Eye Wash Bottle Required*
- Because bleach will be used in the disinfecting cleaner, a bottle of commercial eye wash solution must be kept in the store in the event the bleach/water cleaner accidentally comes in contact with someone's eyes.
- The District Manager is responsible for purchasing and maintaining on hand at least 2 bottles of Eye Wash Solution for each store that has been identified as having a rodent infestation.
    - Eye wash solution should be purchased from large office supply stores such as Staples and Office Max/Office Depot.
    - Purchase the individual eye wash solution 16 oz. or 32 oz. refill bottles.
    - Store the bottles near the break area in a visible location so that all Associates are aware of this safety item.
    - They must be accessible to everyone at all times. They cannot be locked in the office.

## Cleaning Process
- While cleaning, ALWAYS wear rubber, nitrile gloves, eye protection and a dust mask. Pull the necessary cleanup materials (rubber nitrile gloves, eye protection, dust masks, etc.,) from the shelves and charge accordingly.
- DO NOT stir up dust by sweeping up droppings, urine or nesting materials.
- Prepare a **disinfectant solution of 1 part bleach to 10 parts water**.
- Place the disinfectant solution into spray bottles to use during the disinfecting and cleaning process throughout the store. Label the bottle with contents.



### Cleaning Up Urine and Droppings
- Spray all areas that show signs of urine or droppings with the bleach/water disinfectant and let soak for 5 minutes.
- Carefully use paper towels to clean up the urine and droppings and then throw the materials into a trash can.
- Once the area has been cleaned up, thoroughly spray and clean the surrounding fixtures and surfaces that may have come into contact with the urine or droppings.

### Cleaning Up Dead Rodents or Nests
- When a dead rodent or nest is found, disinfect it by thoroughly spraying with the bleach/water disinfectant solution and let soak for 5 minutes.
- Wearing gloves, place the dead rodent or nesting materials in a zip-lock plastic bag and seal tightly.
- Place that bag into a second zip-lock bag and dispose of in a covered trash can that is emptied daily.

### Process Once Cleaning is Completed
- Disposable materials (disposable gloves, dust mask, used paper towels, etc.) must be discarded in the trash once cleaning has been completed.
- Thoroughly wash hands (and any exposed areas of the arms that may have come in contact with material while cleaning) with soap and water or use an alcohol based liquid hand lotion/disinfecting agent if water and soap are not available.

## Cleaning Program – Section Worksheet and Schedule
Stores that are experiencing a rodent issue or infestation are required to implement a detailed store-wide cleaning program that will use the **Rodent Cleanup Schedule Worksheet** to track each activity in every area of the store and verify compliance.

### Click to PRINT > Rodent Cleanup Worksheet
- Every individual task must be completed each day of the week.
- The Manager on Duty will assign associates to be responsible for each of the listed areas of the store each day.
- Associates are required to complete the listed tasks for their assigned area and then initial the worksheet when those tasks are completed each day.
- At the end of the week, the Manager on Duty will initial the completed week's activities.
- Associates must follow all of the safety processes defined in this document and take all necessary precautions with regards to using protective gloves, dust masks, eye protection and proper disposal of materials.



- Defined areas include:
  - Store Front
  - Sales Floor Perimeter
  - Sales Floor
  - Backroom
  - Break Room / Area
- These daily cleaning procedures will continue until the District Manager or Store Operations directs the store to end the program.

**Food Management**

Access to food sources is a primary driver of rodent infestation. Special attention must be placed on awareness of food availability, access and disposal with regards to personal items used by associates on break or lunch.

- Absolutely no food is allowed in the office or front register area of the store.
- In the break area and backroom, every Associate must maintain a clean area at all times.
  - Microwave must be wiped down inside and outside every day.
  - No food can be left in the refrigerator overnight – all food MUST be disposed of every night.
  - The table must be wiped down after every use.
  - The entire break area and under the table must be swept every day.
  - The trash can in the break area must have a cover and the trash bags must be sealed/tied shut when disposed of every night.
  - No food or beverages should be left out in the backroom.

Food products sold in the store need to be frequently inspected for any signs of rodent activity.

- Check for any holes or chewed areas on the packaging.
- Any damaged food items must be marked down (D 100) and disposed of every night.
- Check for urine or droppings around any food product. If found, thoroughly clean and disinfect the shelving and surrounding area.
- Must maintain an **18 inch open buffer area** off all walls in the backroom to allow for inspection of walls for points of entry and to minimize any possible nesting areas.
- All products must be six (6) inches off of the floors, maintained on pallets or u-boats.
- If any possible points of entry (holes in the walls, gaps around doors, etc. as small as a dime) are discovered, immediately enter a request in the store's portal to repair.

Property of Dollar Tree Stores, Inc. & Family Dollar Stores, Inc.                                   Revised: 5/2/17

3



**Exterior Facility Management**

It is extremely important to properly maintain the exterior areas around the store to eliminate possible nesting or entry points for rodents.

- Managers should walk the exterior of the building at least once a week to make sure there is no trash, boxes, pallets or other materials piled or positioned near or against the building.
- Dispose of all trash properly.
- The Store Manager should enter a request in the store's portal if additional services are needed to maintain the exterior of the building.

CONFIDENTIAL                                                                                        FD_MDL_00001752