# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TENNESSEE
# WESTERN DIVISION

| | |
|---|---|
| IN RE: Family Dollar Stores, Inc., Pest Infestation Litigation ) ) ) ) This Document Relates To: ) ) ALL CASES ) ) | 2:22-md-03032-SHL-tmp (MDL Docket No. 3032) |

## ORDER GRANTING PLAINTIFFS' UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE MOTION FOR ATTORNEY FEES

Before the Court is Plaintiffs' Unopposed Motion for Extension of Time to File Motion for Attorney Fees, filed December 22, 2023. (ECF No. 192.) Plaintiffs request a two-day extension of the January 2, 2024 deadline to file their motion for attorney fees, resulting in a new deadline of January 4. (Id.) Plaintiffs assert that the brief extension will allow counsel to spend time with their families over the holidays. (Id.) Defendants do not oppose the motion. (Id.)

For good cause shown, the motion is **GRANTED**. Plaintiffs' deadline to file their motion for attorney fees is now **January 4, 2024.**

**IT IS SO ORDERED,** this 27th day of December, 2023.

s/ Sheryl H. Lipman
SHERYL H. LIPMAN
CHIEF UNITED STATES DISTRICT JUDGE