IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

| | |
|---|---|
| *In re Family Dollar Stores, Inc., Pest Infestation Litigation* | MDL No. 3032 |
| **This Document Relates To:** ALL CASES | Case No. 2:22-md-03032-SHL-TMP |

**PLAINTIFFS' UNOPPOSED MOTION FOR ATTORNEY FEES, EXPENSES, AND SERVICE AWARDS**

Pursuant to the Settlement Agreement in this action and Federal Rule of Civil Procedure 54, Class Counsel respectfully moves the court for an order approving payment of (1) $10,000,000 in attorney fees; (2) $247,087.77 in out-of-pocket expenses: (3) $5,000 in Service Awards for Plaintiffs Sheena Bibbs, Tina Bishop, Julian Graves, Martha Lacy, Taylor Lorimer, Sonya Mull, Vinnie Smith, and Jerome Whitley; and (4) $2,000 in Service Awards for Plaintiffs Beverly Gordon and Sandra Walker. The legal and factual basis supporting this Motion are fully set forth in the attached Memorandum and Declaration of Class Counsel J. Gerard Stranch, IV, along with the exhibits accompanying the declaration, filed in support of this motion.

WHEREFORE, Plaintiffs respectfully request that the Court grant this motion. Defendants do not oppose this motion.

Dated: January 4, 2024                    Respectfully submitted,

                                          *s/ J. Gerard Stranch IV*

                                          J. Gerard Stranch, IV
                                          STRANCH, JENNINGS & GARVEY, PLLC
                                          The Freedom Center
                                          223 Rosa L. Parks Ave., Suite 200
                                          Nashville, TB 27203
                                          Tel: (615) 254-8801
                                          Email: gstranch@stranchlaw.com

1

4869-3797-3658, v. 1

Sarah Sterling Aldridge  
BARRETT LAW GROUP, P.A.  
404 Court Square North  
Lexington, MS 39095  
Tel: (662) 834-2488  
Email: saldridge@barrettlawgroup.com  

*Interim Co-Lead Counsel*

## CERTIFICATE OF SERVICE

I hereby certify that on January 4, 2024, I electronically filed the above with the Clerk of this Court by using the CM/ECF system, which will accomplish service through the Notice of Electronic Filing for parties and attorneys who are Filing Users.

*/s/ J Gerard Stranch IV*  
J. Gerard Stranch, IV

4869-3797-3658, v. 1