IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

|  |  |
|---|---|
| *In re Family Dollar Stores, Inc., Pest Infestation Litigation*<br><br>This Document Relates To:<br><br>ALL CASES | MDL No. 3032<br>Case No. 2:22-md-03032-SHL-TMP |

## DECLARATION OF STEVEN WEISBROT, ESQ. OF ANGEION GROUP, LLC
## <u>RE: SETTLEMENT ADMINISTRATION</u>

I, Steven Weisbrot, hereby declare under penalty of perjury pursuant to 28 U.S.C. § 1746 that the following is true and correct:

1.      I am the President and Chief Executive Officer at the class action notice and claims administration firm Angeion Group, LLC ("Angeion"). I have personal knowledge of the matters stated herein.

2.      My credentials were previously reported to this Court in my prior declaration (the "Notice Plan Declaration") (ECF No. 181-1).

3.      The purpose of this declaration is to provide the Court and the Parties with a summary of the work performed to effectuate the Notice Plan approved by this Court.

4.      Angeion was retained by the Parties and appointed by this Court pursuant to this Court's Order Granting Plaintiffs' Unopposed Motion for Preliminary Approval of Consolidated Class Action Settlement and Unopposed Motion to Substitute and Dismiss Certain Class Representatives, Provisional Certification of Proposed Settlement Classes, Approval of Notice Plan, and Approval of the Proposed Schedule for Completing the Settlement Process and Scheduling a Final Approval Hearing (the "Preliminary Approval Order"), dated October 27, 2023, to serve as the Settlement Administrator in the above captioned litigation. In that role, among other tasks, Angeion is responsible for (1) the implementation and effectuation of the Notice Plan; (2) processing Claim Forms; (3) receiving and maintaining any requests for exclusion from the

Settlement; (4) issuing settlement benefits to Settlement Class Members who submit Approved Claims; and (5) performing other duties pursuant to the Preliminary Approval Order and the Amended Class Action Settlement Agreement and Release.

## NOTICE PURSUANT TO THE CLASS ACTION FAIRNESS ACT 28 U.S.C. § 1715

5.      On June 29, 2023, pursuant to 28 U.S.C. § 1715, Angeion, on behalf of Defendant, caused notice regarding the settlement to be sent to the Attorneys General of Arkansas, Alabama, Louisiana, Mississippi, Missouri, and Tennessee, as well as the U.S. Attorney General ("CAFA Notice"). The CAFA Notice was in the same form as **Exhibit A** attached hereto.

6.      On August 25, 2023, Angeion caused a supplemental notice to be sent to the Attorneys General of Arkansas, Alabama, Louisiana, Mississippi, Missouri, and Tennessee, as well as the U.S. Attorney General advising them of modifications made to the settlement and corresponding exhibits ("Supplemental CAFA Notice"). The Supplemental CAFA Notice was in the same form as **Exhibit B** attached hereto.

## DIRECT NOTICE

7.      On July 19, 2023, Defendant's Counsel provided Angeion with a spreadsheet containing the names and email addresses for 479,755 potential Class Members. Phone Numbers were provided for 445,412 records and partial mailing address information was provided for 22,831 records.

8.      Prior to sending Email Notice, Angeion subjected the email addresses to a cleansing and verification process, which identified that 457,185 email addresses were valid and 22,570 were invalid.

9.      On November 10, 2023, Angeion caused the Email Notice to be sent to the 457,185 valid email addresses, of which, 444,382 emails were delivered and 12,803 were not delivered due to a hard bounce. A true and accurate copy of the Email Notice is attached hereto as **Exhibit C**.

10.     On January 5, 2024, Angeion caused the Reminder Email Notice to be sent to the 440,889 potential Class Member records whose initial Email Notice was deliverable and had not already

submitted a Claim Form. In total, 440,611 emails were delivered and 3,771 were not delivered due to a hard bounce. A true and accurate copy of the Reminder Email Notice is attached hereto as **Exhibit D**.

<u>**MEDIA NOTICE**</u>

11.     On November 10, 2023, Angeion commenced the media notice portion of the Notice Plan comprised of programmatic display advertising and a paid search campaign. The media notice was designed to deliver an approximate 80.17% reach with an average frequency of 3.36 times - *i.e.*, 80.17% of Target Audience would see an advertisement concerning the Settlement an average of 3.36 times each. *See* Notice Plan Declaration (ECF No. 181-1), ¶ 13.

12.     The media notice ultimately exceeded expectations by delivering an approximate 80.62% reach with an average frequency of 5.91 times, by serving a total of 25,060,982 impressions. The 80.62% reach achieved via programmatic display advertising and the paid search campaign is separate and apart from the direct notice, settlement website, toll-free hotline, and publication notice efforts.

13.     True and accurate copies of the programmatic banner ads are attached hereto as **Exhibit E**.  An example of the paid search posting is attached hereto as **Exhibit F**.

<u>**Publication Notice**</u>

14.     Angeion caused notice of the Settlement to be published in the December 4, 2023 six-state edition of People Magazine[1] (on sale November 24, 2023). A copy of the tear sheet is attached as **Exhibit G**.

<u>**CASE SPECIFIC SETTLEMENT WEBSITE**</u>

15.     On November 10, 2023, Angeion activated the case-specific website dedicated to this Settlement:  www.FDwarehousesettlement.com (the "Settlement Website").  The Settlement Website was designed to be user-friendly and easy for Settlement Class Members to view general information about this class action Settlement, review relevant Court documents, including the

---

[1] The states include: Mississippi, Arkansas, Louisiana, Alabama, Tennessee, and Missouri.

Long Form Notice and Claim Form, and view important dates and deadlines pertinent to the Settlement. The Settlement Website also has a "Contact Us" page whereby Settlement Class Members can send an email with any additional questions to a dedicated email address, info@FDwarehousesettlement.com. Settlement Class Members were also able to submit a Claim Form or opt-out online via the Settlement Website. True and accurate copies of the Long Form Notice and Claim Form are attached hereto as **Exhibits H** and **I**, respectively.

16.    As of February 8, 2024, the Settlement Website has received 1,263,103 website visits by 1,190,744 unique users, totaling 1,449,857 pageviews.

## TOLL-FREE HOTLINE

17.    On November 10, 2023, Angeion activated the following toll-free number dedicated to this Settlement: 1-866-774-4449. The toll-free hotline utilizes an interactive voice response ("IVR") system to provide Settlement Class Members with responses to frequently asked questions and provide essential information regarding the Settlement. This hotline is accessible 24 hours a day, 7 days a week.

18.    As of February 8, 2024, the toll-free hotline has received 1,123 calls totaling 4,830 minutes.

## CLAIM SUBMISSIONS

19.    The deadline for Settlement Class Members to submit a Claim Form was January 9, 2024. As of February 8, 2024, Angeion has received a total of 945,764 Claim Form submissions (945,467 online submissions and 297 submissions by mail). While all Claim Form submissions are subject to final audits and review, Angeion's real-time fraud detection system, AngeionAffirm[2], has identified approximately 752,643 Claim Form submissions as potentially

---

[2] On October 3, 2023, Angeion announced the launch of its real-time fraud detection system, AngeionAffirm, which is the first and only comprehensive solution to identify fraud in real time based on both state-of-the-art technology and analysis of over a decade of historical claims data.  AngeionAffirm was developed to combat the rising tide of fraudulent claims in class action settlements and the increasingly sophisticated technologies and techniques used by fraudulent actors in their attempt to perpetuate fraud. *See* https://www.prnewswire.com/news-releases/angeion-group-introduces-first-of-its-kind-real-time-fraud-detection-system-301946263.html?tc=eml_cleartime.

fraudulent.

20. ████████████████████████████████████████████████████████████

████████████████████████████████████████████████████████████

████████████████████████████████████████████████████████████

██████████████

21.    We have instructed Class Counsel to redact the information in the prior paragraph, as it discusses our anti-fraud efforts and, if disclosed, may undermine our ability to combat fraudulent claims. Fraud detection is especially important as fraudulent claim submissions in certain types of class action settlements are becoming increasingly prevalent[3]. Angeion's thorough and comprehensive review in identifying over 752,643 potentially fraudulent claim submissions will help maintain the integrity of the Settlement Fund by ensuring only eligible Settlement Class Members are identified to receive payments and is consistent with best practices and industry standards.

## REQUESTS FOR EXCLUSION AND OBJECTIONS

22.    The deadline for Settlement Class Members to exclude themselves from the Settlement was January 9, 2024. As of the date of this declaration, Angeion has received 66 requests for exclusion. A list of the exclusions received is attached hereto as **Exhibit J**.

23.    Of the 66 requests for exclusion, 41 requests fail to qualify under the Settlement because they either 1) do not indicate any purchase at an Affected Family Dollar store; or 2) do not establish residency in Alabama, Arkansas, Louisiana, Mississippi, Missouri or Tennessee. Additionally, six duplicate opt-out requests were received.

24.    The deadline for Class Members to object to the Settlement was January 9, 2024. As of the date of this declaration, Angeion has not received any objections to the Settlement.

## CONCLUSION

---

[3]    *See*    https://www.law.com/newyorklawjournal/2023/07/26/the-increasing-danger-of-fraudulent-claims-in-class-action-settlements/.

25.    In my professional opinion, the Notice Program described herein met the requirements of due process, Fed. R. Civ. P. 23, and provided the best notice that was practicable under the circumstances and incorporated contemporary media and best practices to alert and engage the participation of Class Members in the proposed Settlement.

I hereby declare under penalty of perjury that the foregoing is true and correct.

Dated:  February 8, 2024

_____
STEVEN WEISBROT

**CERTIFICATE OF SERVICE**

I, J. Gerard Stranch, IV, hereby certify that the foregoing Declaration of Steven Weisbrot, Esq. of Angeion Group, LLC Re: Settlement Administration was served on February 8, 2024, the Court's ECF system to the following:

Christopher Chorba
GIBSON, DUNN & CRUTCHER LLP
333 South Grand Avenue
Los Angeles, CA 90071
Telephone: 213-229-7000
Facsimile: 213-229-7520
cchorba@gibsondunn.com

Jason R. Meltzer
Jesenka Mrdjenovic
GIBSON, DUNN & CRUTCHER LLP
1050 Connecticut Avenue, N.W.
Washington, D.C. 20036
Telephone: 202-955-8500
Facsimile: 202-467-0539
jmeltzer@gibsondunn.com
jmrdjenovic@gibsondunn.com

*Attorneys for Defendants*

Kate Donoven Ark. Bar No. 98189
Senior Assistant Attorney General
Office of the Arkansas Attorney General
323 Center Street, Suite 200
Little Rock, AR 72201
Phone: (501) 682-3647
Fax: (501) 682-8118
Kate.Donoven@arkansasag.gov

*Counsel for Intervenor*

*/s/ J. Gerard Stranch, IV*
J. Gerard Stranch, IV

# Exhibit A

# GIBSON DUNN

Gibson, Dunn & Crutcher LLP

333 South Grand Avenue
Los Angeles, CA 90071-3197
Tel 213.229.7000
www.gibsondunn.com

Christopher Chorba
Direct: +1 213.229.7396
Fax: +1 213.229.6396
CChorba@gibsondunn.com

June 29, 2023

<u>VIA USPS PRIORITY MAIL EXPRESS</u>

[RecipientName]
[RecipientAddress]

Re:  <u>Notice of Class Action Settlement Under 28 U.S.C. § 1715:</u>
<u>*In re Family Dollar Stores, Inc., Pest Infestation Litigation*, Case No. 2:22-md-03032-SHL-TMP (W.D. Tenn.)</u>

Dear [RecipientName]:

I write on behalf of Family Dollar Stores of Tennessee, LLC; Family Dollar Stores of Arkansas, LLC; Family Dollar Stores of Alabama, LLC; Family Dollar Stores of Louisiana, LLC; Family Dollar Stores of Mississippi, LLC; Family Dollar Stores of Missouri, LLC; Family Dollar Services, LLC; Family Dollar, LLC (formerly Family Dollar, Inc.); Family Dollar Stores, LLC (formerly Family Dollar Stores, Inc.); Dollar Tree, Inc.; and Dollar Tree Stores, Inc. (collectively, "Defendants"), who are defending the above-referenced matter pending in the United States District Court for the Western District of Tennessee before the Honorable Sheryl H. Lipman.  In compliance with the Class Action Fairness Act of 2005 ("CAFA"), 28 U.S.C. § 1715, Defendants hereby serve you with notice that a proposed settlement of this action has been filed with the Court.

This lawsuit alleges the presence of rodents at times from January 1, 2020 through February 18, 2022, inclusive (the "Class Period") in Family Dollar's distribution center in West Memphis, Arkansas.  The lawsuit further alleges that, as a result, Defendants sold potentially contaminated goods in certain Family Dollar stores located in Arkansas, Alabama, Louisiana, Mississippi, Missouri, and Tennessee that were serviced by the West Memphis Distribution Center.  The proposed settlement class includes anyone who purchased any product during the Class Period from a Family Dollar store that was located in one of these states and serviced by the West Memphis Distribution Center.  Defendants expressly deny any liability or wrongdoing, but they have agreed to settle this lawsuit to avoid the expenses, uncertainties, distractions, and other risks inherent in further litigation.

**Notice and Enclosed Copies of Settlement Materials**

As required by 28 U.S.C. § 1715(b), we have enclosed a CD containing the following materials relating to the proposed settlement:

1. A copy of all complaints, including amended complaints, and the materials filed with these complaints, along with Defendants' motions to dismiss those complaints;

2. The Settlement Agreement (including Exhibits), filed on June 19, 2023;

3. The proposed long-form and summary notices to settlement class members advising them of their right to request exclusion from the settlement and the details of the proposed settlement of the class action, filed on June 19, 2023 (Exhibits C and D to the Settlement Agreement);

4. The proposed preliminary approval order, filed on June 19, 2023 (Exhibit A to the Settlement Agreement);

5. The proposed claim form, filed on June 19, 2023 (Exhibit E to the Settlement Agreement; and

6. The proposed final order and final judgment, filed on June 19, 2023 (Exhibits G and H to the Settlement Agreement);

7. Because it is not feasible to identify putative class members by name, Defendants' reasonable estimate of the number of settlement class members residing in each State and the estimated proportionate share of such members by State, pursuant to 28 U.S.C. § 1715(b)(7).

Any materials relating to the proposed settlement filed after service of this Notice can be found by visiting the "CM/ECF" online docket for the above-captioned case at https://ecf.cand.uscourts.gov/cgi-bin/login.pl. These materials will also be available on the Settlement Website that will be established for this matter, following Preliminary Approval to which class members will be directed to obtain updated information regarding the settlement.

**Other Agreements**

Pursuant to 28 U.S.C. § 1715(b)(5), there is no "settlement or other agreement contemporaneously made between class counsel and counsel for" Defendants, other than the Settlement Agreement and all attachments.

**Hearing Dates**

Plaintiffs filed their Motion for Preliminary Approval of Class Action Settlement on June 19, 2023, and requested that Motion be heard on July 21, 2023, at 1:30 p.m. Central in the United States District Court for the Western District of Tennessee. The Court tentatively set the

preliminary approval hearing for July 21, 2023, and will decide closer to that date if the hearing is necessary.  The final approval hearing has been scheduled for December 15, 2023, at 10:00 a.m. Central in the United States District Court for the Western District of Tennessee.  The most up-to-date information for both hearings may be found by visiting the "CM/ECF" online docket for the above captioned case at https://ecf.cand.uscourts.gov/cgi-bin/login.pl or the Settlement Website which will be established for this matter following Preliminary Approval and will be provided to class members through noticing efforts.

**Written Judicial Opinions**

Pursuant to 28 U.S.C. § 1715(b)(8), there are no written judicial opinions relating to the proposed notice to the class, the preliminary or final approval of the settlement, or the other matters discussed in 28 U.S.C. § 1715(b)(3)–(6).   The court also has not issued a final judgment or notice of dismissal at this time. The enclosed CD contains copies of the proposed final order and final judgment and the proposed preliminary approval order.

Please do not hesitate to contact me with any questions you may have regarding these materials.

Sincerely,


Christopher Chorba
Counsel for Defendants


Enclosures

cc:  Attached Service List

**Service List**
*In re Family Dollar Stores, Inc., Pest Infestation Litigation*
Case No. 2:22-md-03032-SHL-TMP (W.D. Tenn.)

| **The Court** |
| :---: |
| The Hon. Sheryl H. Lipman |
| U.S. District Court for the Western District of Tennessee |
| Odell Horton Federal Building |
| 167 North Main Street |
| Memphis, TN 38103 |

**Plaintiffs' Co-Lead Counsel**

| | |
| :---: | :---: |
| J. Gerard Stranch, IV | Sarah Sterling Aldridge |
| Stranch, Jennings & Garvey, PLLC | Barrett Law Group, P.A. |
| The Freedom Center | 404 Court Square N |
| 223 Rosa L. Parks Ave., Suite 200 | P.O. Box 927 |
| Nashville, TN 27203 | Lexington, MS 39035 |

**Member of Plaintiffs' Steering Committee**

Charles J. LaDuca
Cuneo Gilbert & LaDuca, LLP
4725 Wisconsin Ave., NW, Ste. 200
Washington, DC 20016

**United States Attorney General**

Office of the Attorney General of the United States
U.S. Department of Justice
950 Pennsylvania Ave, NW
Washington, DC 20530

**GIBSON DUNN**

---

### State Attorneys General

| | | |
|---|---|---|
| Tim Griffin | Jeffrey Landry | Andrew Bailey |
| Attorney General of Arkansas | Attorney General of Louisiana | Attorney General of Missouri |
| 323 Center St., Suite 200 | P.O. Box 94005 | 207 W. High St. |
| Little Rock, AR 72201 | Baton Rouge, LA 70802 | P.O. Box 899 |
| | | Jefferson City, MO 65102 |
| Steve Marshall | Lynn Fitch | |
| Attorney General of Alabama | Attorney General of Mississippi | Jonathan Skrmetti |
| 501 Washington Ave. | P.O. Box 220 | Attorney General of Tennessee |
| PO Box 300152 | Jackson, MS 39201 | P.O. Box 20207 |
| Montgomery, AL 36104 | | Nashville, TN 37202 |

---

June 29, 2023
Page 6

**Estimated Number of Settlement Class Members By State**
*In re Family Dollar Stores, Inc., Pest Infestation Litigation*
Case No. 2:22-md-03032-SHL-TMP (W.D. Tenn.)

Pursuant to 28 U.S.C. § 1715(b)(7)(A)–(B), it is not feasible for Defendants to provide the names of the settlement class members residing in each state, because Defendants do not maintain records that would allow them to identify all persons who purchased a product during the Class Period from a Family Dollar store located in Tennessee, Arkansas, Alabama, Louisiana, Mississippi, or Missouri and serviced by the West Memphis Distribution Center. Nevertheless, in an effort to provide a reasonable, good-faith approximation of the number of potential settlement class members, Defendants have estimated the number of households who may have shopped at Family Dollar stores in Tennessee, Arkansas, Alabama, Louisiana, Mississippi, or Missouri serviced by the West Memphis Distribution Center during the relevant time period.

Defendants make this reasonable estimate of the number of households containing class members to the best of Defendants' current knowledge, information, and belief, but the numbers below are not the precise number of putative class members in each state as this number is not subject to precise calculation.

**Estimated Number of Settlement Class Members By State**

| State or Territory | Estimated Number of Households Containing Potential Class Members | Estimated Proportionate Share of the Number of Households Containing Potential Class Members |
|---|---|---|
| Alabama | 41,872 | 4.0% |
| Arkansas | 255,347 | 24.3% |
| Louisiana | 214,728 | 20.4% |
| Mississippi | 266,705 | 25.3% |
| Missouri | 17,039 | 1.6% |
| Tennessee | 256,413 | 24.4% |

Defendants have no way of identifying settlement class members who reside in other states.

# Exhibit B

# GIBSON DUNN

Gibson, Dunn & Crutcher LLP

333 South Grand Avenue
Los Angeles, CA 90071-3197
Tel 213.229.7000
www.gibsondunn.com

Christopher Chorba
Direct: +1 213.229.7396
Fax: +1 213.229.6396
CChorba@gibsondunn.com

August 28, 2023
VIA USPS PRIORITY MAIL EXPRESS

[RecipientName]
[RecipientAddress]

United States Attorney General
And Relevant State Officials in Alabama, Arkansas, Louisiana,
Mississippi, Missouri, and Tennessee

Re:   Notice of Amended Class Action Settlement Under 28 U.S.C. § 1715:
      *In re Family Dollar Stores, Inc., Pest Infestation Litigation*, Case No. 2:22-md-
      03032-SHL-TMP (W.D. Tenn.) / Supplement to CAFA Notice Dated June 28, 2023

Dear [RecipientName]:

As a follow-up to our CAFA notice dated June 28, 2023, Defendants write to provide an
update on the above-referenced matter pending in the United States District Court for the
Western District of Tennessee before the Honorable Sheryl H. Lipman.[1]

Following discussions with representatives from Tennessee, Mississippi, and several other
states, as well as the Court's comments at the preliminary approval hearing on July 21, 2023,
the parties have made certain modifications to the settlement and corresponding exhibits.  In
particular, the parties increased the claims period from 30 to 60 days (Settlement Agreement,
¶ 1.7), and limited the class definition to "residents" of Alabama, Arkansas, Louisiana,
Mississippi, Missouri, and Tennessee (*id*. ¶ 1.33).   These changes are reflected in the
attachment filed with the District Court on August 18, 2023 (Dkt. 181).  This filing contains
both clean and redlined copies of the Settlement Agreement and all attachments.  All other
materials relating to the litigation and the proposed settlement may be found by visiting the
"CM/ECF" online docket for the above-captioned case at https://ecf.cand.uscourts.gov/cgi-
bin/login.pl.

Please refer to Defendants' original CAFA notice dated June 28, 2023, for all other information
required by 28 U.S.C. § 1715.  The enclosed materials are the only changes to that previous
notice.

---

[1]   "Defendants" are Family Dollar Stores of Tennessee, LLC; Family Dollar Stores of Arkansas, LLC;
Family Dollar Stores of Alabama, LLC; Family Dollar Stores of Louisiana, LLC; Family Dollar Stores of
Mississippi, LLC; Family Dollar Stores of Missouri, LLC; Family Dollar Services, LLC; Family Dollar,
LLC (formerly Family Dollar, Inc.); Family Dollar Stores, LLC (formerly Family Dollar Stores, Inc.);
Dollar Tree, Inc.; and Dollar Tree Stores, Inc.

The District Court held a hearing on the Motion for Preliminary Approval on July 21, 2023, and a further hearing on the Arkansas Attorney General's Motion to Intervene (*see* Dkt. Nos. 167, 172, 173, 178) on August 10, 2023.  As of the date of this letter, the court has not yet ruled on the Motion.

Please do not hesitate to contact me with any questions you may have regarding this matter.

Sincerely,



Christopher Chorba
Counsel for Defendants


Enclosures

cc:  Attached Service List

**GIBSON DUNN**

**Service List**
*In re Family Dollar Stores, Inc., Pest Infestation Litigation*
Case No. 2:22-md-03032-SHL-TMP (W.D. Tenn.)

**The Court**
The Hon. Sheryl H. Lipman
U.S. District Court for the Western District of Tennessee
Odell Horton Federal Building
167 North Main Street
Memphis, TN 38103

**Plaintiffs' Co-Lead Counsel**

| | |
|---|---|
| J. Gerard Stranch, IV | Sarah Sterling Aldridge |
| Stranch, Jennings & Garvey, PLLC | Barrett Law Group, P.A. |
| The Freedom Center | 404 Court Square N |
| 223 Rosa L. Parks Ave., Suite 200 | P.O. Box 927 |
| Nashville, TN 27203 | Lexington, MS 39035 |

**Member of Plaintiffs' Steering Committee**

Charles J. LaDuca
Cuneo Gilbert & LaDuca, LLP
4725 Wisconsin Ave., NW, Ste. 200
Washington, DC 20016

**United States Attorney General**

Office of the Attorney General of the United States
U.S. Department of Justice
950 Pennsylvania Ave, NW
Washington, DC 20530

**State Attorneys General**

| Tim Griffin | Jeffrey Landry | Andrew Bailey |
|---|---|---|
| Attorney General of Arkansas | Attorney General of Louisiana | Attorney General of Missouri |
| 323 Center St., Suite 200 | P.O. Box 94005 | 207 W. High St. |
| Little Rock, AR 72201 | Baton Rouge, LA 70802 | P.O. Box 899 |
| | | Jefferson City, MO 65102 |
| Steve Marshall | Lynn Fitch | |
| Attorney General of Alabama | Attorney General of Mississippi | Jonathan Skrmetti |
| 501 Washington Ave. | P.O. Box 220 | Attorney General of Tennessee |
| PO Box 300152 | Jackson, MS 39201 | P.O. Box 20207 |
| Montgomery, AL 36104 | | Nashville, TN 37202 |

# Exhibit C

United States District Court for the Western District of Tennessee

*In re Family Dollar Stores, Inc., Pest Infestation Litigation*, Case No. 2:22-md-03032-SHL-TMP

**NOTICE OF PROPOSED SETTLEMENT OF CLASS ACTION**

**Notice ID:** ███████████

**Confirmation Code:** ███████

If you are a Person[1] who resides within Arkansas, Alabama, Louisiana, Mississippi, Missouri, or Tennessee, and from January 1, 2020, through February 18, 2022, inclusive (the "Class Period"), purchased any product from an Affected Family Dollar Store, you may be eligible for a $25 Family Dollar Gift Card from a Class Action Settlement

*A federal court authorized this Notice. It is not a solicitation from a lawyer.*

A Settlement has been reached with Defendants Family Dollar Stores of Tennessee, LLC; Family Dollar Stores of Arkansas, LLC; Family Dollar Stores of Alabama, LLC; Family Dollar Stores of Louisiana, LLC; Family Dollar Stores of Missouri, LLC; Family Dollar Stores of Mississippi, LLC; Family Dollar Services, LLC; Family Dollar Stores, LLC (formerly Family Dollar Stores, Inc.); Family Dollar, LLC (formerly Family Dollar, Inc.); Dollar Tree, Inc.; and Dollar Tree Stores, Inc. ("Defendants") and Plaintiffs in a class action lawsuit.

**What Is the Case About?**

This lawsuit alleges that rodents were present at times during the Class Period in Family Dollar's West Memphis Distribution Center located in West Memphis, Arkansas. The lawsuit further alleges that, as a result, Family Dollar sold potentially contaminated products in certain Family Dollar stores located in the states of Arkansas, Alabama, Louisiana, Mississippi, Missouri, and Tennessee that were serviced by the West Memphis Distribution Center during the Class Period. Settlement Class Members include any Person who resides within Arkansas, Alabama, Louisiana, Mississippi, Missouri, or Tennessee, and purchased any product from an Affected Family Dollar Store during the Class Period. Family Dollar expressly denies any liability or wrongdoing.

**Who Is Part of the Settlement Class?**

The Settlement Class includes all Persons who reside within Arkansas, Alabama, Louisiana, Mississippi, Missouri, or Tennessee, and purchased any product from an Affected Family Dollar Store during the Class Period.

**What Does the Settlement Provide?**

If the Settlement is approved by the Court, Family Dollar will provide one Family Dollar Gift Card per Household, with a value of $25, to Settlement Class Members who submit a Claim Form that has been approved by the Court's authorized Settlement Administrator. A Family Dollar Gift Card can be used to buy all products/goods (other than alcohol, tobacco, and anything else prohibited by applicable law) at any Family Dollar store located in any state. The Family Dollar Gift Cards will be fully transferrable, will not expire, and may be used in conjunction with other promotions or discounts. There is no requirement to make

any separate purchase, or to spend any of your own money to redeem the Family Dollar Gift Card.

**How Do I Submit a Claim and Receive a Family Dollar Gift Card?**

To qualify for a Family Dollar Gift Card, you must complete a Claim Form. Claim Forms may be submitted online at [www.FDWarehouseSettlement.com](www.FDWarehouseSettlement.com) printed from the website and mailed to the Settlement Administrator at *Family Dollar MDL Settlement*, c/o Settlement Administrator, 1650 Arch Street, Suite 2210, Philadelphia, PA 19103. The deadline to submit a Claim Form is **January 9, 2024**.

You may also contact the Settlement Administrator by telephone 1-866-774-4449, by email [info@FDWarehouseSettlement.com](info@FDWarehouseSettlement.com), or by U.S. mail at *Family Dollar MDL Settlement*, c/o Settlement Administrator, 1650 Arch Street, Suite 2210, Philadelphia, PA 19103 to request a Claim Form.

**Your Other Options**

If you are a Settlement Class Member and you do nothing, your rights will be bound by the Settlement. If you do not want to be legally bound by the Settlement, you must exclude yourself from it by opting out. The deadline to exclude yourself is **January 9, 2024**. Unless you exclude yourself, you will give up any right to sue Family Dollar based on the legal and factual issues that this Settlement resolves. If you exclude yourself, you cannot receive a Family Dollar Gift Card. If you do not exclude yourself from the Settlement, you may object to the Settlement or Class Counsel's fees. The date to object is **January 9, 2024**. More information about these options can be found in the Frequently Asked Questions document and Class Action Settlement Agreement and

Release, which are available at [www.FDWarehouseSettlement.com](http://www.FDWarehouseSettlement.com).

**The Court's Final Approval Hearing**

The Court will hold a Final Approval Hearing at 10:00 a.m. on April 5, 2024. The hearing will be held at the Odell Horton Federal Building, Courtroom 1—11th Floor, 167 North Main Street, Memphis, Tennessee 38103.

At the Final Approval Hearing, the Court will consider whether the Settlement is fair, reasonable, and adequate. The Court will also consider whether to approve Class Counsel's request for an award of attorneys' fees and expenses, as well as certain Settlement Class Representatives' Service Awards. If there are objections, the Court will consider them. The Court will listen to people who have asked to speak at the hearing. After the hearing, the Court will decide whether to approve the Settlement.

**For more information: Please call 1-866-774-4449 or visit**
[www.FDWarehouseSettlement.com](http://www.FDWarehouseSettlement.com)

[1] All capitalized terms in this Notice are Defined In the Settlement Agreement

# Exhibit D

United States District Court for the Western District of Tennessee

*In re Family Dollar Stores, Inc., Pest Infestation Litigation*, Case No. 2:22-md-03032-SHL-TMP

**REMINDER NOTICE OF PROPOSED SETTLEMENT OF CLASS ACTION**

**Notice ID:** ▮▮▮▮▮▮▮▮▮

**Confirmation Code:** ▮▮▮▮▮▮▮

If you are a Person who resides within Arkansas, Alabama, Louisiana, Mississippi, Missouri, or Tennessee, and from January 1, 2020, through February 18, 2022, inclusive (the "Class Period"), purchased any product from an Affected Family Dollar Store, you may be eligible for a $25 Family Dollar Gift Card from a Class Action Settlement

*A federal court authorized this Notice. It is not a solicitation from a lawyer.*

A Settlement has been reached with Defendants Family Dollar Stores of Tennessee, LLC; Family Dollar Stores of Arkansas, LLC; Family Dollar Stores of Alabama, LLC; Family Dollar Stores of Louisiana, LLC; Family Dollar Stores of Missouri, LLC; Family Dollar Stores of Mississippi, LLC; Family Dollar Services, LLC; Family Dollar Stores, LLC (formerly Family Dollar Stores, Inc.); Family Dollar, LLC (formerly Family Dollar, Inc.); Dollar Tree, Inc.; and Dollar Tree Stores, Inc. ("Defendants") and Plaintiffs in a class action lawsuit.

**What Is the Case About?**

This lawsuit alleges that rodents were present at times during the Class Period in Family Dollar's West Memphis Distribution Center located in West Memphis, Arkansas. The lawsuit further alleges that, as a result, Family Dollar sold potentially contaminated products in certain Family Dollar stores located in the states of Arkansas, Alabama, Louisiana, Mississippi, Missouri, and Tennessee that were serviced by the West Memphis Distribution Center during the Class Period. Settlement Class Members include any Person who resides within Arkansas, Alabama, Louisiana, Mississippi, Missouri, or Tennessee, and purchased any product from an

Affected Family Dollar Store during the Class Period.  Family Dollar expressly denies any liability or wrongdoing.

**Who Is Part of the Settlement Class?**

The Settlement Class includes all Persons who reside within Arkansas, Alabama, Louisiana, Mississippi, Missouri, or Tennessee, and purchased any product from an Affected Family Dollar Store during the Class Period.

**What Does the Settlement Provide?**

If the Settlement is approved by the Court, Family Dollar will provide one Family Dollar Gift Card per Household, with a value of $25, to Settlement Class Members who submit a Claim Form that has been approved by the Court's authorized Settlement Administrator.  A Family Dollar Gift Card can be used to buy all products/goods (other than alcohol, tobacco, and anything else prohibited by applicable law) at any Family Dollar store located in any state.  The Family Dollar Gift Cards will be fully transferrable, will not expire, and may be used in conjunction with other promotions or discounts.  There is no requirement to make any separate purchase, or to spend any of your own money to redeem the Family Dollar Gift Card.

**How Do I Submit a Claim and Receive a Family Dollar Gift Card?**

To qualify for a Family Dollar Gift Card, you must complete a Claim Form. Claim Forms may be submitted online at www.FDWarehouseSettlement.com printed from the website and mailed to the Settlement Administrator at *Family Dollar MDL Settlement*, c/o Settlement Administrator, 1650 Arch Street, Suite 2210, Philadelphia, PA 19103. The deadline to submit a Claim Form is **January 9, 2024**.

You may also contact the Settlement Administrator by telephone 1-866-774-4449, by email info@FDWarehouseSettlement.com, or by U.S. mail at *Family Dollar MDL Settlement*, c/o Settlement Administrator, 1650 Arch Street, Suite 2210, Philadelphia, PA 19103 to request a Claim Form.

**Your Other Options**

If you are a Settlement Class Member and you do nothing, your rights will be bound by the Settlement. If you do not want to be legally bound by the Settlement, you must exclude yourself from it by opting out.  The deadline to exclude yourself is **January 9, 2024**.  Unless you exclude yourself, you will give up any right to sue Family Dollar based on the legal and factual issues that this Settlement resolves.  If you exclude yourself, you cannot receive a Family Dollar Gift Card.  If you do not exclude yourself from the Settlement, you may object to the Settlement or

Class Counsel's fees. The date to object is **January 9, 2024**.  More information about these options can be found in the Frequently Asked Questions document and Class Action Settlement Agreement and Release, which are available at [www.FDWarehouseSettlement.com](www.FDWarehouseSettlement.com).

**The Court's Final Approval Hearing**

The Court will hold a Final Approval Hearing at 10:00 a.m. on April 5, 2024.  The hearing will be held at the Odell Horton Federal Building, Courtroom 1—11th Floor, 167 North Main Street, Memphis, Tennessee 38103.

At the Final Approval Hearing, the Court will consider whether the Settlement is fair, reasonable, and adequate.  The Court will also consider whether to approve Class Counsel's request for an award of attorneys' fees and expenses, as well as certain Settlement Class Representatives' Service Awards.  If there are objections, the Court will consider them.  The Court will listen to people who have asked to speak at the hearing.  After the hearing, the Court will decide whether to approve the Settlement.

**For more information: Please call 1-866-774-4449 or visit**
[www.FDWarehouseSettlement.com](www.FDWarehouseSettlement.com)

All capitalized terms in this Notice are defined in the Settlement Agreement, a copy of which is available at [www.FDWarehouseSettlement.com](www.FDWarehouseSettlement.com).



**Exhibit E**



If you reside within Arkansas, Alabama, Louisiana, Mississippi, Missouri, or Tennessee, and from January 1, 2020, through February 18, 2022, purchased any product from certain Family Dollar stores, you may be eligible for a $25 Family Dollar Gift Card from a Class Action Settlement.

Click here for more information 



If you reside within Arkansas, Alabama, Louisiana, Mississippi, Missouri, or Tennessee, and from January 1 2020, through February 18, 2022, purchased any product from certain Family Dollar stores, you may be eligible for a $25 Family Dollar Gift Card from a Class Action Settlement.



Click here for more information

If you reside within Arkansas, Alabama, Louisiana, Mississippi, Missouri, or Tennessee, and from January 1, 2020, through February 18, 2022, purchased any product from certain Family Dollar stores, you may be eligible for a $25 Family Dollar Gift Card from a Class Action Settlement.

**Click here for more information** 



If you reside within Arkansas, Alabama, Louisiana, Mississippi, Missouri, or Tennessee, and from January 1, 2020, through February 18, 2022, purchased any product from certain Family Dollar stores, you may be eligible for a $25 Family Dollar Gift Card from a Class Action Settlement.

Click here for more information

If you reside within Arkansas, Alabama, Louisiana, Mississippi, Missouri, or Tennessee, and from January 1, 2020, through February 18, 2022, purchased any product from certain Family Dollar stores, you may be eligible for a $25 Family Dollar Gift Card from a Class Action Settlement.

**Click here for more information** ❯



If you reside within Arkansas, Alabama, Louisiana, Mississippi, Missouri, or Tennessee, and from January 1, 2020, through February 18, 2022, purchased any product from certain Family Dollar stores, you may be eligible for a $25 Family Dollar Gift Card from a Class Action Settlement.

Click here for more information 



If you reside within Arkansas, Alabama, Louisiana, Mississippi, Missouri, or Tennessee, and from January 1, 2020, through February 18, 2022, purchased any product from certain Family Dollar stores, you may be eligible for a $25 Family Dollar Gift Card from a Class Action Settlement.

**Click here for more information** 

If you reside within Arkansas, Alabama, Louisiana, Mississippi, Missouri, or Tennessee, and from January 1, 2020, through February 18, 2022, purchased any product from certain Family Dollar stores, you may be eligible for a $25 Family Dollar Gift Card from a Class Action Settlement.

**Click here for more information** ➲

If you reside within Arkansas, Alabama, Louisiana, Mississippi, Missouri, or Tennessee, and from January 1, 2020, through February 18, 2022, purchased any product from certain Family Dollar stores, you may be eligible for a $25 Family Dollar Gift Card from a Class Action Settlement.

**Click here for more information** ❯

# Exhibit F

Sponsored

🌐 www.fdwarehousesettlement.com/

Family Dollar Class Action - Rewards for Affected Shoppers - Claim Your $25 Gift Card Now

Join the class action against Family Dollar and get a $25 Gift card redeemable nationwide. If you shopped Jan 2020 - Feb 2022 at Affected Family Dollar, claim your $25 Gift Card now.



**Exhibit G**



**SWITCHED AT BIRTH**
ONE WOMAN'S LIFELONG
SEARCH FOR THE TRUTH

The *Friends* Remember
**Matthew Perry**
'We loved him deeply'

**Brad Pitt in Love!**
*Getting Serious With Ines de Ramon*

# People

December 4, 2023

EXCLUSIVE **People** EXCLUSIVE

*Joanna & Chip Gaines*

MARRIED 20 YEARS!

'Change Is Hard but Beautiful'

With the oldest of their five kids now in college, the *Fixer Upper* stars open up about their whirlwind journey and one of their biggest projects ever: 'We look at life differently now'

*In re Family Dollar Stores, Inc., Pest Infestation Litigation, Case No. 2:22-md-03032-SHL-TMP*

## NOTICE OF PROPOSED SETTLEMENT OF CLASS ACTION

If you are a Person[1] who resides within Arkansas, Alabama, Louisiana, Mississippi, Missouri, or Tennessee, and from January 1, 2020, through February 18, 2022, inclusive (the "Class Period"), purchased any product from an Affected Family Dollar Store, you may be eligible for a $25 Family Dollar Gift Card from a Class Action Settlement

*A federal court authorized this Notice. It is not a solicitation from a lawyer.*

A Settlement has been reached with Defendants Family Dollar Stores of Tennessee, LLC; Family Dollar Stores of Arkansas, LLC; Family Dollar Stores of Alabama, LLC; Family Dollar Stores of Louisiana, LLC; Family Dollar Stores of Missouri, LLC; Family Dollar Stores of Mississippi, LLC; Family Dollar Services, LLC; Family Dollar Stores, LLC (formerly Family Dollar Stores, Inc.); Family Dollar, LLC (formerly Family Dollar, Inc.); Dollar Tree, Inc.; and Dollar Tree Stores, Inc. ("Defendants") and Plaintiffs in a class action lawsuit.

**What Is the Case About?**
This lawsuit alleges that rodents were present at times during the Class Period in Family Dollar's West Memphis Distribution Center located in West Memphis, Arkansas. The lawsuit further alleges that, as a result, Family Dollar sold potentially contaminated products in certain Family Dollar stores located in the states of Arkansas, Alabama, Louisiana, Mississippi, Missouri, and Tennessee that were serviced by the West Memphis Distribution Center during the Class Period. Settlement Class Members include any Person who resides within Arkansas, Alabama, Louisiana, Mississippi, Missouri, or Tennessee, and purchased any product from an Affected Family Dollar Store during the Class Period. Family Dollar expressly denies any liability or wrongdoing.

**Who Is Part of the Settlement Class?**
The Settlement Class includes all Persons who reside within Arkansas, Alabama, Louisiana, Mississippi, Missouri, or Tennessee, and purchased any product from an Affected Family Dollar Store during the Class Period.

**What Does the Settlement Provide?**
If the Settlement is approved by the Court, Family Dollar will provide one Family Dollar Gift Card per Household, with a value of $25, to Settlement Class Members who submit a Claim Form that has been approved by the Court's authorized Settlement Administrator. A Family Dollar Gift Card can be used to buy all products/goods (other than alcohol, tobacco, and anything else prohibited by applicable law) at any Family Dollar store located in any state. The Family Dollar Gift Cards will be fully transferrable, will not expire, and may be used in conjunction with other promotions or discounts. There is no requirement to make any separate purchase, or to spend any of your own money to redeem the Family Dollar Gift Card.

**How Do I Submit a Claim and Receive a Family Dollar Gift Card?**
To qualify for a Family Dollar Gift Card, you must complete a Claim Form. Claim Forms may be submitted online at www.FDWarehouseSettlement.com printed from the website and mailed to the Settlement Administrator at *Family Dollar MDL Settlement,* c/o Settlement Administrator, 1650 Arch Street, Suite 2210, Philadelphia, PA 19103. The deadline to submit a Claim Form is **January 9, 2024.**

You may also contact the Settlement Administrator by telephone 1-866-774-4449, by email info@FDWarehouseSettlement.com, or by U.S. mail at *Family Dollar MDL Settlement*, c/o Settlement Administrator, 1650 Arch Street, Suite 2210, Philadelphia, PA 19103 to request a Claim Form.

**Your Other Options**
If you are a Settlement Class Member and you do nothing, your rights will be bound by the Settlement. If you do not want to be legally bound by the Settlement, you must exclude yourself from it by opting out. The deadline to exclude yourself is **January 9, 2024.** Unless you exclude yourself, you will give up any right to sue Family Dollar based on the legal and factual issues that this Settlement resolves. If you exclude yourself, you cannot receive a Family Dollar Gift Card. If you do not exclude yourself from the Settlement, you may object to the Settlement or Class Counsel's fees. The date to object is **January 9, 2024**. More information about these options can be found in the Frequently Asked Questions document and Class Action Settlement Agreement and Release, which are available at www.FDWarehouseSettlement.com.

**The Court's Final Approval Hearing**
The Court will hold a Final Approval Hearing at 10:00 a.m. on April 5, 2024. The hearing will be held at the Odell Horton Federal Building, Courtroom 1—11th Floor, 167 North Main Street, Memphis, Tennessee 38103.

At the Final Approval Hearing, the Court will consider whether the Settlement is fair, reasonable, and adequate.The Court will also consider whether to approve Class Counsel's request for an award of attorneys' fees and expenses, as well as certain Settlement Class Representatives' Service Awards. If there are objections, the Court will consider them. The Court will listen to people who have asked to speak at the hearing. After the hearing, the Court will decide whether to approve the Settlement.

**For more information: Please call 1-866-774-4449 or visit www.FDWarehouseSettlement.com**

[1] All capitalized terms in this Notice are defined in the Settlement Agreement, a copy of which is available at www.FDWarehouseSettlement.com.



**Exhibit H**

**United States District Court for the Western District of Tennessee**

*In re Family Dollar Stores, Inc., Pest Infestation Litigation*, Case No. 2:22-md-03032-SHL-TMP

## <u>NOTICE OF PROPOSED SETTLEMENT OF CLASS ACTION</u>

If you are a Person[1] who resides within Arkansas, Alabama, Louisiana, Mississippi, Missouri, or Tennessee, and from January 1, 2020, through February 18, 2022, inclusive, purchased any product from an Affected Family Dollar Store, you may be eligible for a $25 Family Dollar Gift Card from a Class Action Settlement

*A federal court authorized this Notice. You are not being sued. This is not a solicitation from a lawyer.*

- A Settlement has been reached between Defendants Family Dollar Stores of Tennessee, LLC; Family Dollar Stores of Arkansas, LLC; Family Dollar Stores of Alabama, LLC; Family Dollar Stores of Louisiana, LLC; Family Dollar Stores of Missouri, LLC; Family Dollar Stores of Mississippi, LLC; Family Dollar Services, LLC; Family Dollar Stores, LLC (formerly Family Dollar Stores, Inc.); Family Dollar, LLC (formerly Family Dollar, Inc.); Dollar Tree, Inc.; and Dollar Tree Stores, Inc. ("Defendants") and Plaintiffs in a class action lawsuit pending in the United States District Court for the Western District of Tennessee.

- You are included in this Settlement as a Settlement Class Member if you reside within Arkansas, Alabama, Louisiana, Mississippi, Missouri, or Tennessee and from January 1, 2020, through February 18, 2022, inclusive (the "Class Period"), purchased any product from an Affected Family Dollar Store.

- The lawsuit is known as *In re Family Dollar Stores, Inc. Pest Infestation Litigation*, Case No. 2:22-md-03032-SHL-TMP (W.D. Tennessee). Defendants deny that they violated any law, and the Court has not ruled in favor of any party. But the parties have agreed to the Settlement to avoid the costs and risks associated with continuing this case, and to allow the Settlement Class Members to receive Family Dollar Gift Cards from the Settlement.

- Your rights are affected whether you act or don't act. Please read this Notice carefully.

| Summary of Your Legal Rights and Options in This Settlement | | Deadline |
|---|---|---|
| **Submit a Claim** | The only way to receive a Family Dollar Gift Card from this Settlement is by submitting a timely and properly completed Claim Form that obtains approval from the Settlement Administrator. | January 9, 2024 |

---

[1] All capitalized terms in this Notice are defined in the Settlement Agreement, a copy of which is available at www.FDWarehouseSettlement.com.

| | | |
|---|---|---|
| | Claim Forms may be submitted online at www.FDWarehouseSettlement.com or printed from the website and mailed to the Settlement Administrator at *Family Dollar MDL Settlement*, c/o Settlement Administrator, 1650 Arch Street, Suite 2210, Philadelphia, PA 19103.<br><br>You may also contact the Settlement Administrator by telephone 1-866-774-4449, by email info@FDWarehouseSettlement.com, or by U.S. mail at *Family Dollar MDL Settlement*, c/o Settlement Administrator, 1650 Arch Street, Suite 2210, Philadelphia, PA 19103 to request a Claim Form.<br><br>For more information see **Question 10**. | |
| **Opt Out of the Settlement** | You can choose to opt out of the Settlement and not receive a Family Dollar Gift Card. This option allows you to sue, continue to sue, or be part of another lawsuit against the Defendants related to the legal claims resolved by this Settlement. Counsel for the class will not represent you. You can elect your own legal counsel at your own expense.<br><br>For more information see **Question 17**. | January 9, 2024 |
| **Object to the Settlement and/or Attend a Hearing** | If you do not opt out of the Settlement, you may object to it by writing to the Court about why you do not approve of the Settlement. You may also ask the Court for permission to speak about your objection at the Final Approval Hearing. If you object, you may also file a Claim Form for a Family Dollar Gift Card.<br><br>For more information see **Question 18**. | January 9, 2024 |
| **Do Nothing** | Unless you opt out of this Settlement, you are automatically part of the Settlement. If you do nothing, you will not get a Family Dollar Gift Card as a result of the Settlement and you will give up the right to sue, continue to sue, or be part of another lawsuit against the Defendants related to the legal claims resolved by this Settlement. | No Deadline |

- These rights and options—**and the deadlines to exercise them**—are explained in this Notice.

- The Court in charge of this case still has to decide whether to approve the Settlement.

| **What This Notice Contains** |
| --- |

Page

1. Why was this Notice issued? ........................................................................4
2. What is this lawsuit about? ........................................................................4
3. What is a class action lawsuit?...................................................................4
4. Why is there a Settlement? ........................................................................5
5. Who is in the Settlement? ..........................................................................5
6. What are the Affected Family Dollar Stores?............................................5
7. Are there exceptions to being included in the Settlement?.........................5
8. What does the Settlement provide?.............................................................6
9. What claims am I releasing if I stay in the Settlement Class? ...................6
10. How do I submit a claim and get a gift card? ............................................6
11. What is the deadline for submitting a claim?.............................................7
12. Someone with whom I live and I both want to submit a claim. Will we both receive Family Dollar Gift Cards?....................................................................................7
13. When will I receive my Family Dollar Gift Card? .....................................7
14. Do I have a lawyer in the case? .................................................................7
15. Should I get my own lawyer? .....................................................................8
16. How will the lawyers be paid?....................................................................8
17. How do I opt out of the Settlement? ..........................................................8
18. How do I object to the Settlement?.............................................................9
19. What is the difference between objecting and excluding?.........................10
20. When is the Court's Final Approval Hearing? ..........................................10
21. Do I have to come to the Final Approval Hearing?...................................11
22. What happens if I do nothing at all? .........................................................11
23. How can I learn more about this lawsuit?..................................................11

# BASIC INFORMATION

## 1.    Why was this Notice issued?

A federal court authorized this Notice because you have a right to know about the proposed Settlement of this class action lawsuit and about all of your options before the Court decides whether to grant final approval of the Settlement.  This Notice explains the lawsuit, your legal rights, what benefits are available, and who can receive them.

The Honorable Sheryl H. Lipman of the United States District Court for the Western District of Tennessee is overseeing this class action.  The case is titled *In re Family Dollar Stores, Inc. Pest Infestation Litigation*, Case No. 2:22-md-03032-SHL-TMP (W.D. Tenn.).  The people that filed this lawsuit are called the "Plaintiffs" and the companies they sued, Family Dollar Stores of Tennessee, LLC; Family Dollar Stores of Arkansas, LLC; Family Dollar Stores of Alabama, LLC; Family Dollar Stores of Louisiana, LLC; Family Dollar Stores of Missouri, LLC; Family Dollar Stores of Mississippi, LLC; Family Dollar Services, LLC; Family Dollar Stores, LLC; Family Dollar, LLC; Dollar Tree, Inc.; and Dollar Tree Stores, Inc., are called the "Defendants."

## 2.    What is this lawsuit about?

This lawsuit alleges that rodents were present at times during the Class Period in Family Dollar's West Memphis Distribution Center ("West Memphis Distribution Center") located in West Memphis, Arkansas.  The lawsuit further alleges that, as a result, Family Dollar sold potentially contaminated products in certain Family Dollar stores located in the states of Arkansas, Alabama, Louisiana, Mississippi, Missouri, and Tennessee that were serviced by the West Memphis Distribution Center during the Class Period.  Settlement Class Members include any Person who resides within Arkansas, Alabama, Louisiana, Mississippi, Missouri, or Tennessee, and purchased any product from an Affected Family Dollar Store during the Class Period.  Family Dollar expressly denies any liability or wrongdoing.

## 3.    What is a class action lawsuit?

In a class action, one or more individuals sue on behalf of other people with similar claims.  These individuals are known as "class representatives."  Together, the people included in the class action are called a "class" or "class members."  One court resolves the lawsuit for all class members, except for those who opt out from the settlement.  In this Settlement, the Settlement Class Representatives are Plaintiffs Sheena Bibbs, Tina Bishop, Beverly Gordon, Julian Graves, Martha Lacy, Taylor Lorimer, Sonya Mull, Vinnie Smith, Sandra Walker, and Jerome Whitney.

| 4. | Why is there a Settlement? |
|---|---|

The Court did not decide in favor of the Settlement Class Representatives or Defendants. Defendants deny all claims and that they violated any law. The Settlement Class Representatives and Defendants agreed to a Settlement to avoid the costs and risks of a trial, and to allow the Settlement Class Members to receive Family Dollar Gift Cards from the Settlement. The Settlement Class Representatives and their attorneys think the Settlement is best for all Settlement Class Members.

## WHO IS IN THE SETTLEMENT?

| 5. | Who is in the Settlement? |
|---|---|

The Settlement Class includes all Persons who reside within Arkansas, Alabama, Louisiana, Mississippi, Missouri, or Tennessee, and purchased any product from an Affected Family Dollar store during the Class Period.

| 6. | What are the Affected Family Dollar Stores? |
|---|---|

The "Affected Family Dollar Stores" are Family Dollar stores located in the states of Arkansas, Alabama, Louisiana, Mississippi, Missouri, and Tennessee that were serviced by the West Memphis Distribution Center during the Class Period.

| 7. | Are there exceptions to being included in the Settlement? |
|---|---|

Yes. The Settlement Class does not include: (i) Defendants; (ii) Defendants' agents, parents, officers, predecessors, directors, legal representatives, heirs, successors or wholly or partly owned subsidiaries or affiliates of Defendants; (iii) Class Counsel and any other attorneys who represent Settlement Class Representatives or the Settlement Class in this Action, as well as their agents and employees; (iv) the judicial officers and court staff assigned to this case, as well as their immediate family members; and (v) Persons who timely request to be excluded from this Settlement as provided below in **Question 17**.

You may submit a Claim Form if you purchased any product from an Affected Family Dollar Store during the Class Period.

If you are not sure whether you are included in the Settlement Class, you can ask for free help by emailing the Settlement Administrator at info@FDWarehouseSettlement.com or calling the Settlement Administrator at 1-866-744-4449. You may also view the Settlement Agreement at www.FDWarehouseSettlement.com.

## THE SETTLEMENT BENEFITS

| 8. | What does the Settlement provide? |
|---|---|

If the Settlement is approved by the Court, Family Dollar will provide one Family Dollar Gift Card per Household, each with a value of $25, to Settlement Class Members who submit a Claim Form that is approved by the Settlement Administrator (an "Approved Claim"). A Family Dollar Gift Card can be used to buy all products/goods at any Family Dollar store in any state (other than alcohol, tobacco, and anything else prohibited by applicable law). The Family Dollar Gift Cards will be fully transferrable, will not expire, and may be used in conjunction with other promotions or discounts. There is no requirement to make any separate purchase, or to spend any of your own money to redeem the Family Dollar Gift Card.

All Settlement Class Members who have not opted out of the Settlement and who have submitted Approved Claims will receive gift cards of equal amounts. No Settlement Class Member will receive a greater, or lesser, gift card value than any other Settlement Class Member.

| 9. | What claims am I releasing if I stay in the Settlement Class? |
|---|---|

Unless you opt out of the Settlement, you cannot sue, continue to sue, or be part of any other lawsuit against the Defendants concerning any of the legal claims this Settlement resolves. The "Released Claims" section in the Settlement Agreement describes the legal claims that you give up ("release") if you remain in the Settlement Class. The Settlement Agreement can be found at www.FDWarehouseSettlement.com.

## HOW DO I MAKE A CLAIM AND RECEIVE A FAMILY DOLLAR GIFT CARD

| 10. | How do I submit a claim and get a gift card? |
|---|---|

You may submit a Claim Form if you reside within Arkansas, Alabama, Louisiana, Mississippi, Missouri, or Tennessee, and purchased any product from an Affected Family Dollar Store during the Class Period.

Claim Forms may be submitted online at www.FDWarehouseSettlement.com or printed from the website and mailed to the Settlement Administrator at: *Family Dollar MDL Settlement*, c/o Settlement Administrator, 1650 Arch Street, Suite 2210, Philadelphia, PA 19103.

You may also contact the Settlement Administrator to request a Claim Form by telephone 1-866-774-4449, by email info@FDWarehouseSettlement.com, or by U.S. mail at *Family Dollar MDL Settlement*, c/o Settlement Administrator, 1650 Arch Street, Suite 2210, Philadelphia, PA 19103.

| **11.** | **What is the deadline for submitting a claim?** |
|---|---|

If you submit a Claim Form by U.S. mail, the completed and signed Claim Form must be postmarked by **January 9, 2024**.  If submitting a Claim Form online, you must do so by 11:59 PM, CT on **January 9, 2024**.

| **12.** | **Someone with whom I live and I both want to submit a claim.  Will we both receive Family Dollar Gift Cards?** |
|---|---|

Only one Person per Household may receive a Family Dollar Gift Card.  If more than one Person residing in the same Household submits a Claim Form, only the first Claim Form that meets all of the requirements of the Settlement Agreement will be deemed an Approved Claim, and only the Person who submitted that Claim Form will receive a Family Dollar Gift Card.

| **13.** | **When will I receive my Family Dollar Gift Card?** |
|---|---|

Family Dollar Gift Cards from the Settlement will be distributed if the Court grants Final Approval of the Settlement and after any possible appeals are resolved.

The Court has scheduled a Final Approval Hearing for the Settlement of this case on **April 5, 2024 at 10:00 a.m**. and during the hearing will consider:  (1) whether to approve the Settlement; (2) any objections; (3) the requests for awards to certain of the Settlement Class Representatives; and (4) the request for an award of attorneys' fees and costs to Class Counsel for their work in this litigation.  If the Court approves the Settlement, there may be appeals.  It is always uncertain whether appeals will be filed and, if so, how long it will take to resolve them.

The briefs and declarations in support of the Final Approval of the Settlement and the requests described above will be included on the Settlement Website, www.FDWarehouseSettlement.com , after they are submitted to the Court.  You may ask to appear at the hearing but you do not have to appear.  The date and time of the Final Approval Hearing is also subject to modification by the Court.  Please review the Settlement Website for any updated information regarding the final hearing.

## THE LAWYERS REPRESENTING YOU

| **14.** | **Do I have a lawyer in the case?** |
|---|---|

Yes.  The Court has appointed J. Gerard Stranch, IV, Sarah Sterling Aldridge, and Charles J. LaDuca to represent the Settlement Class as Class Counsel.  You will not be charged for their services.

| **15.** | **Should I get my own lawyer?** |
|---|---|

You do not need to hire your own lawyer because Class Counsel works for you. If you want to be represented by your own lawyer, you may hire one at your own expense.

| **16.** | **How will the lawyers be paid?** |
|---|---|

Class Counsel will ask the Court for an award of attorneys' fees not to exceed $10,000,000, as well as reasonable expenses incurred in the litigation not to exceed $500,000. They will also ask the Court to approve a Service Award for certain of the Settlement Class Representatives not to exceed $5,000 each, and a Service Award for other Settlement Class Representatives not to exceed $2,000. The Court may award less than these amounts. The attorneys' fees and costs and Service Awards will not decrease the value of the Family Dollar Gift Cards provided to Settlement Class Members who submit Approved Claims.

## EXCLUDING YOURSELF FROM THE SETTLEMENT

| **17.** | **How do I opt out of the Settlement?** |
|---|---|

If you do not want to receive any benefits from the Settlement, and you want to keep your right, if any, to separately sue the Defendants about the legal issues in this case, you must take steps to exclude yourself from the Settlement Class. This is called "opting out" of the Settlement Class. The deadline for requesting exclusion from the Settlement is **January 9, 2024**.

To exclude yourself from the Settlement, you must submit a completed and signed opt-out form online at www.FDWarehouseSettlement.com or by U.S. mail at the below address. Alternatively, you can submit a written request for exclusion that includes the following information: (i) the case name of the Action, *In re Family Dollar Stores, Inc. Pest Infestation Litigation*, Case No. 2:22-md-03032-SHL-TMP (W.D. Tenn.); (ii) your name, current address, email address, and phone number; (iii) your personal signature; (iv) a statement clearly indicating your intent to be excluded from the Settlement (the request can only be made for you, not on another Person's behalf); (v) a statement that you personally purchased a product from an Affected Family Dollar Store during the Class Period; and (vi) a list of the Affected Family Dollar Store(s) from which you purchased a product during the Class Period.

Your request for exclusion must be submitted online at www.FDWarehouseSettlement.com after which you must verify the opt-out at the email address you provide, or via U.S. mail at the address below:

*Family Dollar MDL Settlement*, c/o Settlement Administrator, Attn: Exclusion Request, P.O. Box 58220, Philadelphia, PA 19102

If you exclude yourself, you are stating to the Court that you do not want to be part of the Settlement. You will not be eligible to receive a Family Dollar Gift Card if you exclude yourself.

You may only exclude yourself—not any other Person. Opt-out requests seeking exclusion on behalf of more than one individual will be found invalid by the Settlement Administrator.

If you submit electronically, the Opt-Out Form must be submitted and verified no later than 11:59 p.m. CT on or before January 9, 2024.

If submitted by U.S. mail, the Opt-Out Form or any written request to opt-out must be postmarked no later than January 9, 2024.

Please see Paragraph 9 of the Settlement Agreement for more details.

<strong>OBJECTING TO THE SETTLEMENT</strong>

| 18. | How do I object to the Settlement? |
|-----|-----------------------------------|

If you are a Settlement Class Member, you can choose (but are not required) to object to the Settlement if you do not like it or a portion of it. You can give reasons why you think the Court should not approve it. The Court will consider your views. Your objection must include: (i) the case name and number: *In re Family Dollar Stores, Inc. Pest Infestation Litigation*, Case No. 2:22-md-03032-SHL-TMP (W.D. Tenn.); (ii) your full name, address, telephone number, and email address, and, if you are represented by counsel, the full name, address, telephone number, and email address of your counsel; (iii) a statement that you purchased a product from an Affected Family Dollar Store during the Class Period; (iv) a list of the Affected Family Dollar Store(s) from which you purchased a product during the Class Period; (v) any supporting papers, materials, or briefs you wish the Court to consider when reviewing your objection; (vi) a statement of whether your objection applies only to you, to a specific subset of the class, or to the entire class; (vii) a statement of the number of times in which you (and, where applicable, your counsel) have objected to a class action settlement within the five years preceding the date that you file the objection, along with the caption of each case in which you made such objection; (viii) a statement of the specific grounds for the objection, including any legal and factual support and any evidence in support of the objection; (ix) a statement of whether you intend to appear at the Final Approval Hearing, and if so, whether personally or through counsel; and (x) your signature.

Lawyers asserting objections on behalf of Settlement Class Members must: (1) file a notice of appearance with the Court by the deadline set by the Court in the Preliminary Approval Order, or as the Court otherwise may direct; (2) file a sworn declaration attesting to his or her representation of each Settlement Class Member on whose behalf the objection is being filed or file (*in camera*) a copy of the contract between that lawyer and each such Settlement Class Member; and (3) comply with all of the requirements and procedures described in the Settlement Agreement. Lawyers asserting objections on behalf of Settlement Class Members also must file a sworn declaration that specifies the number of times during the prior five-year period they have objected to a class action settlement on their own behalf or on behalf of a member of a class.

You or your attorney may speak at the Final Approval Hearing about your objection. To do so, you must include a statement in your objection indicating that you or your attorney intend to appear at the Final Approval Hearing, as well as a description of any evidence the objecting Settlement Class Member may offer at the Final Approval Hearing and copies of any exhibits the objecting

Settlement Class Member may introduce at the Final Approval Hearing. Please see Paragraph 10 of the Settlement Agreement for more details.

Any comments or objections must be submitted to the Court either by mailing them to the Clerk of Court Offices, United States District Court for the Western District of Tennessee; or by filing them in person at any location of the United States District Court for the Western District of Tennessee, and they must be filed or postmarked on or before January 9, 2024.

**Clerk of Court**
**United States District Court for the Western District of Tennessee**
**Odell Horton Federal Building**
**167 North Main Street, Suite 1072**
**Memphis, TN 38103-1837**

Any Settlement Class Member who fails to object to the Settlement in the manner described in the Settlement Agreement and the Preliminary Approval Order shall be deemed to have waived any such objection, shall not be permitted to object to any terms of or approval of the Settlement at the Final Approval Hearing, and shall be precluded from seeking any review of the Settlement or the terms of this Settlement Agreement by appeal or any other means.

| 19. | What is the difference between objecting and excluding? |
|-----|--------------------------------------------------------|

Objecting is telling the Court that you do not like something about the Settlement. You can object to the Settlement only if you do not exclude yourself from the Settlement. Excluding yourself from the Settlement is opting out and stating to the Court that you do not want to be part of the Settlement. If you opt out of the Settlement, you cannot object to it because the Settlement no longer affects you.

**THE COURT'S FINAL APPROVAL HEARING**

| 20. | When is the Court's Final Approval Hearing? |
|-----|---------------------------------------------|

The Court has scheduled a Final Approval Hearing at 10:00 a.m. on April 5, 2024. The hearing will be held at the Odell Horton Federal Building, Courtroom 1—11th Floor, 167 North Main Street, Memphis, TN 38103.

At the Final Approval Hearing, the Court will consider whether the Settlement is fair, reasonable, and adequate. The Court will also consider whether to approve Class Counsel's request for an award of attorneys' fees and expenses, as well as certain Settlement Class Representatives' Service Awards. If there are objections, the Court will consider them. Chief Judge Lipman will listen to people who have asked to speak at the hearing (see **Question 18** above). After the hearing, the Court will decide whether to approve the Settlement.

The date or time of the Final Approval Hearing may change. Please check the Settlement Website, www.FDWarehouseSettlement.com, for any updates.

**21.     Do I have to come to the Final Approval Hearing?**

No.  Class Counsel will answer any questions the Court may have.  You may attend at your own expense if you wish.  If you file an objection, you do not have to come to the Final Approval Hearing to talk about it.  If you file your written objection on time, the Court will consider it.  You may also pay your own lawyer to attend, but such attendance is not necessary for the Court to consider an objection that was filed on time.

## IF I DO NOTHING

**22.     What happens if I do nothing at all?**

If you are a Settlement Class Member and you do nothing, you will give up the rights explained above, including your right to start a lawsuit, continue a lawsuit, or be part of any other lawsuit against the Defendants and the Released Parties about the legal issues resolved by this Settlement.  In addition, you will not receive a Family Dollar Gift Card from this Settlement.

## GETTING MORE INFORMATION

**23.     How can I learn more about this lawsuit?**

This Notice summarizes the proposed Settlement.  Complete details are provided in the Settlement Agreement.  The Settlement Agreement and other related documents are available at the Settlement Website, www.FDWarehouseSettlement.com.

If you have additional questions, you may contact the Settlement Administrator by email, phone, or mail:

Email:  info@FDWarehouseSettlement.com

Toll-Free:  1-866-774-4449

Mail:  *Family Dollar MDL Settlement*, c/o Settlement Administrator, 1650 Arch Street, Suite 2210, Philadelphia, PA 19103

Publicly filed documents can also be obtained by visiting the office of the Clerk of the United States District Court for the Western District of Tennessee or reviewing the Court's online docket.

***Please do not contact the Court, its Clerks, or Defendants.***

# Exhibit I

# CLAIM FORM

## CLAIM FORM INSTRUCTIONS

1. You may submit your Claim Form online at www.FDWarehouseSettlement.com or by U.S. Mail to the following address: *Family Dollar MDL Settlement*, c/o Settlement Administrator, 1650 Arch Street, Suite 2210, Philadelphia, PA 19103.

2. You must complete the entire Claim Form. Please type or write your responses legibly.

3. Please keep a copy of your Claim Form for your records.

4. If your Claim Form is incomplete or missing information, the Settlement Administrator may contact you for additional information. If you do not respond, the Settlement Administrator will be unable to process your claim, and you will waive your right to receive a Family Dollar Gift Card under the Settlement.

5. If you have any questions, please contact the Settlement Administrator by email at info@FDWarehouseSettlement.com or by mail at the address listed above.

6. **You must notify the Settlement Administrator if your address changes. If you do not, you may not receive your Family Dollar Gift Card.**

7. **DEADLINE -- Your claim must be submitted online by January 9, 2024. Claim Forms submitted by mail must be mailed to the Settlement Administrator postmarked no later than January 9, 2024.**

Claim Forms must be
submitted online or
postmarked by:

**January 9, 2024**

**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE**

**IN RE: FAMILY DOLLAR STORES, INC., PEST
INFESTATION LITIGATION**

**CASE NO. 2:22-MD-03032-SHL-TMP**

**CLAIM FORM**

**FMD**

## I. YOUR CONTACT INFORMATION AND MAILING ADDRESS

Provide your name and contact information below. You must notify the Settlement Administrator if your contact information changes after you submit this form.

| | |
|---|---|
| **First Name** | **Last Name** |

**Street Address**

| | | |
|---|---|---|
| **City** | **State** | **Zip Code** |

**Email Address**

**Notice ID** (*Enter the Notice ID # if you received notice of this settlement via email*)

## II. FAMILY DOLLAR STORE INFORMATION

Provide as much information as you are able about the address or store number of the Family Dollar Store(s) you shopped at between January 1, 2020, and February 18, 2022, inclusive:

| # | Store Number | Street Address | City | State | Zip |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |

2

<table>
<tr>
<td>

**Claim Forms must be submitted online or postmarked by:**

**January 9, 2024**

</td>
<td>

**IN THE UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF TENNESSEE**

---

**IN RE: FAMILY DOLLAR STORES, INC., PEST INFESTATION LITIGATION**

**CASE NO. 2:22-MD-03032-SHL-TMP**

---

**CLAIM FORM**

</td>
<td>

**FMD**

</td>
</tr>
</table>

| III. SIGNATURE AND ATTESTATION UNDER PENALTY OF PERJURY |
|---|

By signing below and submitting this Claim Form, I hereby swear under penalty of perjury that:

- I am the person identified above and all the information provided in this Claim Form is true and correct;
- Between January 1, 2020, and February 18, 2022, inclusive, I personally purchased a product from the Family Dollar Store(s) listed in Section II above; and
- Neither I, nor any member of my household has previously submitted a Claim Form in this Settlement.


_____          Date: _____
Your signature                                                MM        DD        YYYY



**Exhibit J**

| Exclusion # | Name | Exclusion Date | Duplicate Exclusion |
|---|---|---|---|
| 1 | PAMELA WOOD | 11/12/2023 | |
| 2 | JOE PERKINS | 11/15/2023 | |
| 3 | CRYSTAL ELLIS | 11/15/2023 | |
| 4 | PAUL DRY | 11/15/2023 | |
| 5 | PAUL DRY | 11/15/2023 | Yes |
| 6 | MARIE BARLOW | 11/19/2023 | |
| 7 | EDWARD WILLIAMS | 11/21/2023 | |
| 8 | EDWARD WILLIAMS | 11/21/2023 | Yes |
| 9 | APRIL GRIMES | 11/22/2023 | |
| 10 | ERICA RUDOLPH | 11/30/2023 | |
| 11 | EXTAVIA WAYNE | 11/30/2023 | |
| 12 | LATOYA HEARD | 11/30/2023 | |
| 13 | LAURA CROSBY | 11/30/2023 | |
| 14 | MATTHEW CAMPAGNA | 11/30/2023 | |
| 15 | JIMMY SHINN | 11/30/2023 | |
| 16 | CARLETHA WELLS | 11/30/2023 | |
| 17 | TYRA MILLER | 12/1/2023 | |
| 18 | LASHUN YOUNG | 12/1/2023 | |
| 19 | LAURA HILL | 12/1/2023 | |
| 20 | LAURA HILL | 12/1/2023 | Yes |
| 21 | EDDIE HAMILTON | 12/1/2023 | |
| 22 | KATE JONES | 12/1/2023 | |
| 23 | DORIAN SIPPIO | 12/1/2023 | |
| 24 | JEWEL HOEHLER | 12/2/2023 | |
| 25 | TYBERIUS MITCHELL | 12/2/2023 | |
| 26 | SHAKILA CLAYTON | 12/2/2023 | |
| 27 | DONALD RAY SIMS | 12/3/2023 | |
| 28 | VICKI SMITH | 12/5/2023 | |
| 29 | JENNIFER GRAY | 12/6/2023 | |
| 30 | TAMEKA TOWNES | 12/8/2023 | |
| 31 | MAYBELLE MACK | 12/15/2023 | |
| 32 | CARLOS ESTRELLA | 12/20/2023 | |
| 33 | MELENY KILLEEN | 12/24/2023 | |
| 34 | CHASTITY BROUSSARD | 12/24/2023 | |
| 35 | SHAYBRIANNA WIGGINS | 12/29/2023 | |
| 36 | SIERRA LETT | 12/29/2023 | |
| 37 | SYLVIA BROWN | 12/30/2023 | |
| 38 | ATHENIA MARIE | 12/31/2023 | |
| 39 | TERRI MOURA | 12/31/2023 | |
| 40 | ANNA CARNEY | 1/5/2024 | |
| 41 | NICHOLE GLADDEN | 1/6/2024 | |
| 42 | KEANA ATKINS | 1/6/2024 | |
| 43 | ZAKIYA MAHDI | 1/6/2024 | |
| 44 | LATRENDA GREENE | 1/7/2024 | |
| 45 | PAULINE RIPP | 1/8/2024 | |
| 46 | VINCENT DAVIS | 1/9/2024 | |

| 47 | ALFRED PAULDING | 1/9/2024 | |
|----|----------------|----------|-----|
| 48 | ALFRED PAULDING | 1/9/2024 | Yes |
| 49 | APRIL ENGEBRETSON | 1/9/2024 | |
| 50 | MARY YARBROUGH | 1/9/2024 | |
| 51 | PATRICIA BRIDGEWATER | 1/9/2024 | |
| 52 | FAITH PRIMER | 1/9/2024 | |
| 53 | JASMINE GOULD | 1/9/2024 | |
| 54 | CORNELIA GOLDEN | 1/10/2024 | |
| 55 | HELEN BURGESS | 1/10/2024 | |
| 56 | CORNELIA GOLDEN | 1/10/2024 | |
| 57 | MALIK THOMPSON | 1/10/2024 | |
| 58 | ANTONIO JENKINS | 1/10/2024 | |
| 59 | ANTONIO JENKINS | 1/10/2024 | Yes |
| 60 | DEBRIAR WILSON | 1/10/2024 | |
| 61 | JENNIFER BLOCK | 1/10/2024 | |
| 62 | CHARLENE RILEY | 1/10/2024 | |
| 63 | PATRICIA MARTIN | 1/10/2024 | |
| 64 | MICHEAL ACKLIN | 1/10/2024 | |
| 65 | VERNON HEREFORD | 1/10/2024 | |
| 66 | CAROLYN HEREFORD | 1/10/2024 | |