IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

| | |
|---|---|
| *In re Family Dollar Stores, Inc., Pest Infestation Litigation* | MDL No. 3032 |
| **This Document Relates To:** | Case No. 2:22-md-03032-SHL-TMP |
| **ALL CASES** | |

**NOTICE OF AVAILABILITY OF SETTLEMENT ADMINISTRATOR**

Should the Court have questions, the Settlement Administrator will be available by phone tomorrow during the Final Approval Hearing. Mr. Steven Weisbrot, Chief Executive Officer of Angeion Group, LLC, may be reached at (856) 236-7627.

Dated: April 4, 2024

Respectfully submitted,

By: /s/ *Christopher Chorba*
    Christopher Chorba
    GIBSON, DUNN & CRUTCHER LLP
    333 South Grand Avenue
    Los Angeles, CA 90071
    Telephone: 213-229-7000
    Facsimile: 213-229-7520
    cchorba@gibsondunn.com

    Jason R. Meltzer
    Jesenka Mrdjenovic
    GIBSON, DUNN & CRUTCHER LLP
    1050 Connecticut Avenue, N.W.
    Washington, D.C. 20036
    Telephone: 202-955-8500
    Facsimile: 202-467-0539
    jmeltzer@gibsondunn.com
    jmrdjenovic@gibsondunn.com

*Attorneys for Defendants*

**CERTIFICATE OF SERVICE**

I hereby certify that on April 4, 2024, I electronically filed the above with the Clerk of this Court by using the CM/ECF system, which will accomplish service through the Notice of Electronic Filing for parties and attorneys who are Filing Users.

*/s/ Christopher Chorba*
Christopher Chorba
